| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Larry Lee Wisser** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | **Cathleen Rachel Wisser** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 20-14201 | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|
| **2.1** **New Tripoli Bank** Creditor's Name | Describe the property that secures the claim: **8149 Bausch Road New Tripoli, PA 18066  Lehigh County Debtors Homestead** | $94,000.00 | $200,630.00 | $0.00 |
| **6748 Madison Street New Tripoli, PA 18066** Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| **Who owes the debt?** Check one. ☐ Debtor 1 only ☐ Debtor 2 only ■ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply. ☐ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien (such as tax lien, mechanic's lien) ☐ Judgment lien from a lawsuit ■ Other (including a right to offset)  **Judgment on Note** | | | |
| Date debt was incurred   **10/9/2015** | Last 4 digits of account number  _____ | | | |

| Debtor 1 | **Larry Lee Wisser** | | Case number (if known) | **20-14201** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |
| Debtor 2 | **Cathleen Rachel Wisser** | | | |
| | First Name  Middle Name  Last Name | | | |

| 2.2 | **Northwest Bank** | Describe the property that secures the claim: | $521,000.00 | $700,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **8281 Holbens Valley Road New Tripoli, PA 18066  Lehigh County 81 acres (78 acres of crops & 3 acres for the cows)** | | | |
| | **PO Box 337** **Warren, PA 16365** | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ■ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ☐ Check if this claim relates to a community debt | ■ Other (including a right to offset)  **Mortgage** | | | |
| | Date debt was incurred | Last 4 digits of account number | | | |

| 2.3 | **Northwestern Lehigh School District** | Describe the property that secures the claim: | $2,453.66 | $200,630.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **8149 Bausch Road New Tripoli, PA 18066  Lehigh County Debtors Homestead** | | | |
| | **c/o Portnoff Law Associates LTD** **PO Box 391** **Norristown, PA 19404** | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ☐ Check if this claim relates to a community debt | ■ Other (including a right to offset)  **Municipal Lien** | | | |
| | Date debt was incurred  **2/15/2019** | Last 4 digits of account number | | | |

| | | |
|---|---|---|
| Debtor 1 | **Larry Lee Wisser** | Case number (if known) **20-14201** |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | **Cathleen Rachel Wisser** | |
| | First Name   Middle Name   Last Name | |

### 2.4 Northwestern Lehigh School District
Creditor's Name

**c/o Portnoff Law Associates LTD
PO Box 391
Norristown, PA 19404**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   $4,304.14   $700,000.00   $0.00

**8281 Holbens Valley Road New Tripoli, PA 18066  Lehigh County 81 acres (78 acres of crops & 3 acres for the cows)**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Municipal Lien**

Date debt was incurred   **2/15/2019**   Last 4 digits of account number  _____

### 2.5 Northwestern Lehigh School District
Creditor's Name

**c/o Portnoff Law Associates LTD
PO Box 391
Norristown, PA 19404**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   $254.21   $100,000.00   $0.00

**8284 Holbens Valley Road New Tripoli, PA 18066  Lehigh County 7 acres (grazing meadow)**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Municipal Lien**

Date debt was incurred   **9/20/2018**   Last 4 digits of account number  _____

| Debtor 1 | **Larry Lee Wisser** | | Case number (if known) | **20-14201** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |
| Debtor 2 | **Cathleen Rachel Wisser** | | | |
| | First Name   Middle Name   Last Name | | | |

| 2.6 | **Northwestern Lehigh School District** | Describe the property that secures the claim: | $295.99 | $200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Portnoff Law Associates LTD
PO Box 391
Norristown, PA 19404**

**8292 Creamery Road New Tripoli, PA 18066  Lehigh County
15 acres (3 acres of pasture & 12 acres of crops)**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Municipal Lien**

**Date debt was incurred**   **9/20/2018**          Last 4 digits of account number

---

| 2.7 | **Northwestern Lehigh School District** | Describe the property that secures the claim: | $2,451.76 | $200,630.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Portnoff Law Associates LTD
PO Box 391
Norristown, PA 19404**

**8149 Bausch Road New Tripoli, PA 18066  Lehigh County
Debtors Homestead**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Municipal Lien**

**Date debt was incurred**   **7/6/2018**          Last 4 digits of account number

---

| Debtor 1 | **Larry Lee Wisser** | | | Case number (if known) | **20-14201** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Cathleen Rachel Wisser** | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.8** **Northwestern Lehigh School District**
Creditor's Name

**c/o Portnoff Law Associates LTD
PO Box 391
Norristown, PA 19404**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** 6/19/2018

**Describe the property that secures the claim:**

**8281 Holbens Valley Road New Tripoli, PA 18066  Lehigh County 81 acres (78 acres of crops & 3 acres for the cows)**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Municipal Lien**

**Last 4 digits of account number** _____

$4,453.20    $700,000.00    $0.00

---

**2.9** **Northwestern Lehigh School District**
Creditor's Name

**c/o Portnoff Law Associates LTD
PO Box 391
Norristown, PA 19404**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** 6/19/2018

**Describe the property that secures the claim:**

**8281 Holbens Valley Road New Tripoli, PA 18066  Lehigh County 81 acres (78 acres of crops & 3 acres for the cows)**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Municipal Lien**

**Last 4 digits of account number** _____

$4,613.04    $700,000.00    $0.00

| Debtor 1 | **Larry Lee Wisser** | | | Case number (if known) | **20-14201** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Cathleen Rachel Wisser** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.10 | **Northwestern Lehigh School District** | **Describe the property that secures the claim:** | $656.58 | $200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Portnoff Law Associates LTD
PO Box 391
Norristown, PA 19404**

**8292 Creamery Road New Tripoli, PA 18066  Lehigh County
15 acres (3 acres of pasture & 12 acres of crops)**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Municipal Lien**

**Date debt was incurred**  **5/26/2017**        **Last 4 digits of account number**

---

| 2.11 | **Northwestern Lehigh School District** | **Describe the property that secures the claim:** | $614.80 | $100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Portnoff Law Associates LTD
PO Box 391
Norristown, PA 19404**

**8284 Holbens Valley Road New Tripoli, PA 18066  Lehigh County
7 acres (grazing meadow)**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Municipal Lien**

**Date debt was incurred**  **5/26/2017**        **Last 4 digits of account number**

| Debtor 1 | **Larry Lee Wisser** | | Case number (if known) | **20-14201** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |
| Debtor 2 | **Cathleen Rachel Wisser** | | | |
| | First Name    Middle Name    Last Name | | | |

| 2.12 | **Northwestern Lehigh School District** | Describe the property that secures the claim: | $2,779.14 | $200,630.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **8149 Bausch Road New Tripoli, PA 18066  Lehigh County Debtors Homestead** | | | |
| | **c/o Portnoff Law Associates LTD PO Box 391 Norristown, PA 19404** | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | ☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Municipal Lien** | | | |
| | **Date debt was incurred  5/26/2017** | **Last 4 digits of account number** | | | |

| 2.13 | **Northwestern Lehigh School District** | Describe the property that secures the claim: | $2,778.81 | $200,630.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **8149 Bausch Road New Tripoli, PA 18066  Lehigh County Debtors Homestead** | | | |
| | **c/o Portnoff Law Associates LTD PO Box 391 Norristown, PA 19404** | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | ☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Municipal Lien** | | | |
| | **Date debt was incurred  5/24/2016** | **Last 4 digits of account number** | | | |

| Debtor 1 | **Larry Lee Wisser** | | Case number (if known) | **20-14201** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |
| Debtor 2 | **Cathleen Rachel Wisser** | | | |
| | First Name  Middle Name  Last Name | | | |

| 2.14 | **Northwestern Lehigh School District** | **Describe the property that secures the claim:** | $4,413.68 | $700,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **8281 Holbens Valley Road New Tripoli, PA 18066  Lehigh County  81 acres (78 acres of crops & 3 acres for the cows)** | | | |
| | **c/o Portnoff Law Associates LTD PO Box 391 Norristown, PA 19404** | | | | |
| | Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)   **Municipal Lien** | | | |
| | **Date debt was incurred  5/24/2016** | Last 4 digits of account number | | | |

| 2.15 | **Northwestern Lehigh School District** | **Describe the property that secures the claim:** | $2,906.48 | $700,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **8281 Holbens Valley Road New Tripoli, PA 18066  Lehigh County  81 acres (78 acres of crops & 3 acres for the cows)** | | | |
| | **c/o Portnoff Law Associates LTD PO Box 391 Norristown, PA 19404** | | | | |
| | Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)   **Municipal Lien** | | | |
| | **Date debt was incurred  2/20/2020** | Last 4 digits of account number | | | |

| Debtor 1 | **Larry Lee Wisser** | | Case number (if known) | **20-14201** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |
| Debtor 2 | **Cathleen Rachel Wisser** | | | |
| | First Name  Middle Name  Last Name | | | |

| 2.16 | **Northwestern Lehigh School District** | Describe the property that secures the claim: | $2,514.77 | $200,630.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **8149 Bausch Road New Tripoli, PA 18066  Lehigh County Debtors Homestead** | | | |
| | **c/o Portnoff Law Associates LTD PO Box 391 Norristown, PA 19404** | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)   **Municipal Lien** | | | |
| | Date debt was incurred  **2/20/2020** | Last 4 digits of account number | | | |

| 2.17 | **Oley Valley Feed Inc** | Describe the property that secures the claim: | $38,514.13 | $1,200,630.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **All Real property owned by the Debtor** | | | |
| | **143 Cleaver Road Oley, PA 19547** | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Number, Street, City, State & Zip Code | | | | |
| | **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>■ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) | | | |
| | Date debt was incurred  **7/19/2018** | Last 4 digits of account number | | | |

| Debtor 1 | **Larry Lee Wisser** | | | Case number (if known) | **20-14201** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Cathleen Rachel Wisser** | | | | |
| | First Name | Middle Name | Last Name | | |

**2.18**

**Oley Valley Feed, Inc.**
Creditor's Name

**143 Cleaver Road**
**Oley, PA 19547**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**All real property owned by Debtor**

$45,537.50    $1,200,630.00    $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **7/19/2018**     **Last 4 digits of account number** _____

---

**2.19**

**USDA/Farm Service Agency**
Creditor's Name

**1238 County Welfare Rd, Suite 240**
**Leesport, PA 19533**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**8149 Bausch Road New Tripoli, PA 18066  Lehigh County & chattels including cows**
**Debtors Homestead**

$492,000.00    $200,630.00    $398,348.14

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Mortgage**

**Date debt was incurred** _____     **Last 4 digits of account number** _____

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,226,541.89** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,226,541.89** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Charles N. Shurr, Esquire**
**2640 Westview Drive**
**Reading, PA 19610**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number ___

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 11

| Debtor 1 | **Larry Lee Wisser** | | | Case number (if known) | **20-14201** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Cathleen Rachel Wisser** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code
**Farm Service Agency**
**359 East Park Drive, Suite 1**
**Attn - David W. Poorbaugh**
**Harrisburg, PA 17111**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Jack Seitz, Esquire**
**1620 Pond Road, Suite 200**
**Allentown, PA 18104**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Nicole C. Manley, Esquire**
**105 E Philadelphia Ave**
**Boyertown, PA 19512**

On which line in Part 1 did you enter the creditor?  **2.18**

Last 4 digits of account number ___

---

☐ Name, Number, Street, City, State & Zip Code
**Nicole C. Manley, Esquire**
**105 E Philadelphia Ave**
**Boyertown, PA 19512**

On which line in Part 1 did you enter the creditor?  **2.17**

Last 4 digits of account number ___

---