IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-14201 |
| | : | |
| LARRY LEE WISSER and | : | |
| CATHLEEN RACHEL WISSER, | : | |
| Debtors | : | Chapter 12 |

## ORDER FOR ADEQUATE PROTECTION PAYMENTS AND REQUIRING DEBTORS TO TURN OVER AND DELIVER INSURANCE PROCEEDS TO NORTHWEST BANK

AND NOW, this _____ day of _____, 2020, this matter having been brought before the Court upon the Motion of Northwest Bank ("Bank") for *In Rem* Relief from the Automatic Stay to Exercise its State Court Remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, 8284 Holbens Valley Road, and 8292 Creamery Road, New Tripoli, Pennsylvania and Insurance Proceeds, or in the Alternative, for Adequate Protection Payments and for Turnover of Insurance Proceeds filed by its counsel, Kozloff Stoudt, for good and sufficient cause shown, it is hereby

ORDERED that the Debtors shall make monthly adequate protection payments to the Bank in the amount of $2,000.00 each commencing as of November 24, 2020 and continuing on or before the twenty-fourth (24th) day of every consecutive month thereafter until further Order of this Court; and it is further

ORDERED, that said adequate protection payments shall not be subject to disgorgement or repayment by the Bank, and it is further

ORDERED, that said adequate protection payments shall be without prejudice to the right of the Bank to protect and enforce its other rights and remedies under the Bankruptcy Code including, without limitation, the right to seek additional adequate protection, relief from the automatic stay, the appointment of a trustee, and/or equitable relief, and it is further

ORDERED, that within three (3) days of the date of this Order, the Debtors shall turn over and deliver to the Bank all proceeds of any hazard or casualty insurance policy insuring the Real Estate that were paid to the Debtors.

**BY THE COURT:**

_____
Patricia M. Mayer, J.

Copies To:    See Attached Service List.

## ORDER SERVICE LIST

Charles N. Shurr, Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610

Larry Lee Wisser
Cathleen Rachell Wisser
8149 Bausch Road
New Tripoli, PA 18066

Charles Laputak, Esquire
Laputka Law Office
1344 W. Hamilton Street
Allentown, PA 18102

Scott Waterman, Esquire
Chapter 12 Trustee
2901 St Lawrence Avenue
Suite 100
Reading, PA 19606-2265

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

James R. Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406

USDA/Farm Service Agency
1238 County Welfare Road, Suite 240
Leesport, PA 19533