## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 20-14201** |
| | : | |
| **LARRY LEE WISSER and** | : | |
| **CATHLEEN RACHEL WISSER,** | : | |
| Debtors | : | **Chapter 12** |
| | : | |
| | : | **Hearing Date: December 15, 2020** |
| | : | **Hearing Time: 10:00 a.m.** |
| | : | |
| | : | **United States Bankruptcy Court** |
| | : | **Gateway Building, Fourth Floor Courtroom** |
| | : | **201 Penn Street** |
| | : | **Reading, PA 19601** |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Northwest Bank has filed a Motion for *In Rem* Relief from the Automatic Stay to Exercise its State Court Remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, 8284 Holbens Valley Road, and 8292 Creamery Road, New Tripoli, Pennsylvania and Insurance Proceeds, or in the Alternative, for Adequate Protection Payments and for Turnover of Insurance Proceeds.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 9, 2020 you or your attorney must do <u>all</u> of the following:

(a)      file an answer explaining your position at

Clerk, United States Bankruptcy Court
Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)      mail a copy to the movant's attorney:

Charles N. Shurr, Jr., Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610
Telephone: (610) 670-2552
Facsimile: (610) 670-2591

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on Tuesday, December 15, 2020 at 10:00 a.m. in the United States Bankruptcy Court, The Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, Pennsylvania 19601.

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

Date:  November 24, 2020             **KOZLOFF STOUDT**

By: _____
Charles N. Shurr, Jr., Esquire
2640 Westview Drive
Wyomissing, PA 19610
(610) 670-2552
Attorneys for Northwest Bank