**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Larry Lee Wisser aka Larry L. Wisser         CHAPTER 12
aka Larry Wisser

      Cathleen Rachel Wisser aka         BKY. NO. 20-14201 PMM
Cathleen R. Wisser aka Cathleen Wisser
                Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture and index same on the master mailing list.

                                  Respectfully submitted,

                              /s/ Rebecca Solarz
                              Rebecca Solarz
                              23 Nov 2020, 15:53:00, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322