**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Larry Lee Wisser and Cathleen Rachel Wisser** | **Case # 20-14201-PMM** |
| **Debtors** | **CHAPTER 12** |

**REMOTE WITNESS LIST**

1. The name and title of the remote witness:

    Larry Lee Wisser and Cathleen Rachel Wisser

2. A summary of subject matter of the anticipated testimony:

    Use of insurance proceeds received from the fire on July 22, 2020

3. An e-mail address for the witness:

    The Wissers do not have an email address

4. The location of the remote witness (city, state & country)

    Allentown, PA – USA

5. The place from which the remote witness will testify:

    Laputka Law Office – 1344 W Hamilton Street, Allentown, PA 18102

6. Whether any other person will be in the room with the Remote Witness during the testimony, and if so, who (name, title and the other person's relationship to the Remote Witness), and the purpose of the other person's presence:

    Charles Laputka, Esquire – Attorney for Debtors

7. Whether the Remote Witness will have access to any documents other than exhibits included on the Exhibit List required by Paragraph 3 below, and if so, a description of those documents and the reason why they have not been included on the Exhibit List:

    No.

Dated:  December 16, 2020         /s/ *Charles Laputka, Esquire*
                                                     CHARLES LAPUTKA, Esquire
                                                     PA I.D. No. 91984
                                                     1344 West Hamilton Street
                                                     Allentown, PA 18102
                                                     Phone: (610) 477-0155
                                                     Facsimile: (484) 350-3581