United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 20-14201-pmm
Larry Lee Wisser   Chapter 12
Cathleen Rachel Wisser
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Adminstra     Page 1 of 2
Date Rcvd: Dec 15, 2020     Form ID: pdf900     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry Lee Wisser, Cathleen Rachel Wisser, 8149 Bausch Road, New Tripoli, PA 18066-3614 |
| cr | + | New Tripoli Bank, Seitz, Lesavoy Butz & Seitz LLC, c/o Jack M. Seitz, Esq., 1620 Pond Road, Suite 200 Allentown, PA 18104-2255 |
| cr | + | Northwest Bank, successor to Union Community Bank, c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| cr | + | Northwestern Lehigh School District and Weisenberg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 16 2020 04:53:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2020        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

**Name**     **Email Address**

CHARLES LAPUTKA
    on behalf of Debtor Larry Lee Wisser claputka@laputkalaw.com
    jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 5 |

CHARLES LAPUTKA
 on behalf of Joint Debtor Cathleen Rachel Wisser claputka@laputkalaw.com
 jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES N. SHURR, JR.
 on behalf of Creditor Northwest Bank  successor to Union Community Bank cshurr@kozloffstoudt.com,
 jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com

JACK M. SEITZ
 on behalf of Creditor New Tripoli Bank  Seitz jseitz@lesavoybutz.com, sblake@lesavoybutz.com

JAMES RANDOLPH WOOD
 on behalf of Creditor Northwestern Lehigh School District and Weisenberg Township jwood@portnoffonline.com
 jwood@ecf.inforuptcy.com

REBECCA ANN SOLARZ
 on behalf of Creditor United States of America  acting through the Farm Service Agency, U.S. Department of Agriculture
 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 12)
 ECFMail@ReadingCh13.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Bankruptcy No. 20-14201
:
LARRY LEE WISSER and :
CATHLEEN RACHEL WISSER, :
                        Debtors : Chapter 12

## ORDER FOR ADEQUATE PROTECTION PAYMENTS AND REQUIRING DEBTORS TO TURN OVER AND DELIVER INSURANCE PROCEEDS TO NORTHWEST BANK

AND NOW, this 15th day of December, 2020, this matter having been brought before the Court upon the Motion of Northwest Bank ("Bank") for *In Rem* Relief from the Automatic Stay to Exercise its State Court Remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, 8284 Holbens Valley Road, and 8292 Creamery Road, New Tripoli, Pennsylvania and Insurance Proceeds, or in the Alternative, for Adequate Protection Payments and for Turnover of Insurance Proceeds filed by its counsel, Kozloff Stoudt, for good and sufficient cause shown, it is hereby

ORDERED that the Debtors shall make monthly adequate protection payments to the Bank in the amount of $2,000.00 each commencing as of November 24, 2020 and continuing on or before the twenty-fourth (24th) day of every consecutive month thereafter until further Order of this Court; and it is further

ORDERED, that said adequate protection payments shall not be subject to disgorgement or repayment by the Bank, and it is further

ORDERED, that said adequate protection payments shall be without prejudice to the right of the Bank to protect and enforce its other rights and remedies under the Bankruptcy Code including, without limitation, the right to seek additional adequate protection, relief from the automatic stay, the appointment of a trustee, and/or equitable relief, and it is further

ORDERED, that within three (3) days of the date of this Order, the Debtors shall turn over and deliver to counsel for the Bank all proceeds of any hazard or casualty insurance policy insuring the Real Estate that were paid to the Debtors. Counsel for the Bank shall hold said funds in escrow until further Order of the Court or dismissal of the case.

Copies To:    See Attached Service List.

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer, J.

## ORDER SERVICE LIST

Charles N. Shurr, Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610

Larry Lee Wisser
Cathleen Rachell Wisser
8149 Bausch Road
New Tripoli, PA 18066

Charles Laputak, Esquire
Laputka Law Office
1344 W. Hamilton Street
Allentown, PA 18102

Scott Waterman, Esquire
Chapter 12 Trustee
2901 St Lawrence Avenue
Suite 100
Reading, PA 19606-2265

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

James R. Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406

USDA/Farm Service Agency
1238 County Welfare Road, Suite 240
Leesport, PA 19533