IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-14201 |
| | : | |
| LARRY LEE WISSER and | : | |
| CATHLEEN RACHEL WISSER, | : | |
| Debtors | : | Chapter 12 |

### REMOTE WITNESS LIST

The Movant, Northwest Bank, files this Remote Witness List in connection with the hearing scheduled in this matter for December 22, 2020:

1. The name and title of the remote witness:

    Angela Abreu, Vice President, Northwest Bank

2. Summary of the subject matter of the anticipated testimony:

    Testimony regarding loan documents (Note and Mortgage), account information (including payment status and outstanding balance of loan), and collection action.

3. Email address for the witness:

    Angela.abreu@northwest.com

4. Location of the remote witness (city, state, country):

    Warren, Pennsylvania, United States

5. Place from which the remote witness will testify:

    Home

6. Whether any other person will be in the room with the remote witness during the testimony, and if so, who (name, title and the other person(s)' relationship to the remote witness), and the purpose of the other person(s)' presence:

    None.

7. Whether the remote witness will have access to any documents other than exhibits included on the Exhibit List required by Paragraph 3 below and, if so, a description of those documents and the reason why they have not been included on the Exhibit List:

    None. (Witness may have access to online loan payment and balance information.)

Date: December 18, 2020                           **KOZLOFF STOUDT**

By: _/s/ Charles N. Shurr, Jr._
Charles N. Shurr, Jr., Esquire
2640 Westview Drive
Wyomissing, PA 19610
(610) 670-2552
Attorneys for Northwest Bank