**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Chapter 12 |
| | : | |
| **Larry Lee Wisser,** | : | Case No. 20-14201 – PMM |
| **Cathleen Rachel Wisser,** | : | |
| | : | |
| **Debtors.** | : | |

**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RELIEF FROM STAY (IN REM) OR IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION PAYMENTS AND FOR TURNOVER OF INSURANCE PROCEEDS**

**AND NOW**, upon consideration of the Motion for Relief from Stay (In Rem) to exercise its State Court remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, 8284 Holbens Valley Road, and 8292 Creamery Road, New Tripoli, Pennsylvania and Insurance Proceeds, or in the Alternative, for Adequate Protection Payments and for Turnover of Insurance Proceeds, ("the Motion") (Doc. #27);

**AND**, after an evidentiary hearing held on December 22, 2020;

**AND**, for the reasons stated on the record;

It is hereby **ORDERED AND DETERMINED** that:

1. The Debtors are authorized to retain the Barn Insurance Proceeds and are authorized to utilize the Barn Insurance Proceeds for the sole purpose of rebuilding the barn and no other purpose.

2. The Order, dated December 15, 2020, directing in alia, the Debtors to remit to Northwest Bank on an ongoing basis, Adequate Protection Payments in the amount of $2,000 per month, remains in full force and effect, and therefore, to the extent that the Motion seeks adequate protection, the Motion is **GRANTED**.

1

3. The Debtors' retention and use of the Barn Insurance Proceeds is conditioned upon timely and continued payment of the Adequate Protection Payments in paragraph 2, above.

4. The Debtors are required to file a motion for turnover of the Barn Insurance Proceeds on or before January 5, 2021.

5. The Motion is **DENIED** to the extent that it seeks in rem relief from the automatic stay or alternatively, for turnover of the Barn Insurance Proceeds.

Date:  December 22, 2020

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**