United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-14201-pmm
Larry Lee Wisser  Chapter 12
Cathleen Rachel Wisser
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Adminstra     Page 1 of 2
Date Rcvd: Dec 23, 2020     Form ID: pdf900     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry Lee Wisser, Cathleen Rachel Wisser, 8149 Bausch Road, New Tripoli, PA 18066-3614 |
| cr | + | New Tripoli Bank, Seitz, Lesavoy Butz & Seitz LLC, c/o Jack M. Seitz, Esq., 1620 Pond Road, Suite 200 Allentown, PA 18104-2255 |
| cr | + | Northwest Bank, successor to Union Community Bank, c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| cr | + | Northwestern Lehigh School District and Weisenberg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 24 2020 03:52:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Larry Lee Wisser claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 5 |

CHARLES LAPUTKA
    on behalf of Joint Debtor Cathleen Rachel Wisser claputka@laputkalaw.com
    jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES N. SHURR, JR.
    on behalf of Creditor Northwest Bank  successor to Union Community Bank cshurr@kozloffstoudt.com,
    jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com

JACK M. SEITZ
    on behalf of Creditor New Tripoli Bank  Seitz jseitz@lesavoybutz.com, sblake@lesavoybutz.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Northwestern Lehigh School District and Weisenberg Township jwood@portnoffonline.com
    jwood@ecf.inforuptcy.com

REBECCA ANN SOLARZ
    on behalf of Creditor United States of America  acting through the Farm Service Agency, U.S. Department of Agriculture
    bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 12)
    ECFMail@ReadingCh13.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 12** |
| | : | |
| **Larry Lee Wisser,** | : | **Case No.  20-14201 – PMM** |
| **Cathleen Rachel Wisser,** | : | |
| | : | |
| **Debtors.** | : | |

## ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RELIEF FROM STAY (IN REM) OR IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION PAYMENTS AND FOR TURNOVER OF INSURANCE PROCEEDS

**AND NOW**, upon consideration of the Motion for Relief from Stay (In Rem) to exercise its State Court remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, 8284 Holbens Valley Road, and 8292 Creamery Road, New Tripoli, Pennsylvania and Insurance Proceeds, or in the Alternative, for Adequate Protection Payments and for Turnover of Insurance Proceeds, ("the Motion") (Doc. #27);

**AND**, after an evidentiary hearing held on December 22, 2020;

**AND**, for the reasons stated on the record;

It is hereby **ORDERED AND DETERMINED** that:

1. The Debtors are authorized to retain the Barn Insurance Proceeds and are authorized to utilize the Barn Insurance Proceeds for the sole purpose of rebuilding the barn and no other purpose.

2. The Order, dated December 15, 2020, directing in alia, the Debtors to remit to Northwest Bank on an ongoing basis, Adequate Protection Payments in the amount of $2,000 per month, remains in full force and effect, and therefore, to the extent that the Motion seeks adequate protection, the Motion is **GRANTED**.

3. The Debtors' retention and use of the Barn Insurance Proceeds is conditioned upon timely and continued payment of the Adequate Protection Payments in paragraph 2, above.

4. The Debtors are required to file a motion for turnover of the Barn Insurance Proceeds on or before January 5, 2021.

5. The Motion is **DENIED** to the extent that it seeks in rem relief from the automatic stay or alternatively, for turnover of the Barn Insurance Proceeds.

Date:  December 22, 2020

                                              **PATRICIA M. MAYER**
                                              **U.S. BANKRUPTCY JUDGE**