NITED STATES BANKRUPTCY COURT
FORHE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Larry Lee Wisser and Cathleen Rachel Wisser | : | Chapter 12 |
| | : | Bky. No. 20-14201 pmm |
| Debtors | : | |

NOTICE OF CONFIRMATION HEARING
OF CHAPTER 12 PLAN

TO THE DEBTOR, TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST:

The debtors filed their **CHAPTER 12 PLAN** on January 15, 2021

NOTICE IS GIVEN THAT the last day to file objections to the plan is **February 11, 2021**

The debtors are directed to serve a copy or summary of the plan, together with a copy of this notice, on all creditors by **January 21, 2021**

The **HEARING ON CONFIRMATION** of the Plan and any objections thereto will be held before **Honorable Patricia M. Mayer**,

ON: **February 18, 2021**
**11:00 A.M.**

AT: **The Gateway Building**
**201 Penn Street**
**4th Floor Courtroom**
**Reading PA 19601**

Date: January 19, 2021

**CHARLES LAPUTKA**
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102
(610) 477-0155