# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYLVANIA

IN RE: §
LARRY L. WISSER and § CASE NO. 20-14201-PMM
CATHLEEN R. WISSER §
 §

## CERTIFICATE OF SERVICE

I, Charles Laputka, Esquire, do hereby certify that on the 19th day of January, 2021, a true and correct copy of the Notice of Confirmation Hearing of Chapter 12 Plan was served upon all creditors listed in the matrix and by first-class, postage prepaid U. S. mail and/or the following parties via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Scott F. Waterman, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

Charles N. Shurr, Jr.
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610
cshurr@kozloffstoudt.com

Jack M. Seitz, Esquire
Lesavoy Butz & Seitz LLC
1620 Pond Road
Suite 200
Allentown, PA 18104-2255
jseitz@lesavoybutz.com

James Randolph Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406
jwood@portnoffonline.com

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com


Dated: January 19, 2021                                       /s/Charles Laputka
                                                                         Charles Laputka, Esquire
                                                                         1344 West Hamilton Street
                                                                         Allentown, PA  18102-4329
                                                                         Phone:  (610) 477-0155
                                                                         Fax:  (484) 350-3581
                                                                         Attorney for Debtors
                                                                         claputka@laputkalaw.com