**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: LARRY LEE WISSER AND | ) | Case No. 20-14201 |
| CATHLEEN RACHEL WISSER | ) | |
| Debtors. | ) | Chapter 12 |

## EXHIBIT "A" DEBTORS' EXPENSE PROJECTION

| EXPENSE DESCRIPTION | MONTHLY EXPENSE AMOUNT |
|---|---|
| Seed, Fert. & Rent | $2,500.00 |
| Breeding | $500.00 |
| Vet | $500.00 |
| Electric | $500.00 |
| Feed | $6,000.00 |
| Fuel | $500.00 |
| Bedding | $250.00 |
| Parts | $500.00 |
| Supplies | $500.00 |
| Insurance | $817.00 |
| Taxes | $220.00 |
| **Sub Total Farm Operation Expenses** | **$12,787.00** |
| New Tripoli | $587.00 |
| Northwest Bank | $1,998.00 |
| USDA | $2,393.00 |
| Chapter 12 Trustee | $1,170.00 |
| **Sub Total Debt Repayment** | **$6,148.00** |
| **TOTAL EXPENSES** | **$18,935.00** |