UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| LARRY L. WISSER | : Chapter 12 |
| and | : |
| CATHLEEN WISSER | : |
| | : |
| Debtors | : Bankruptcy No. 20-14201PMM |

**OBJECTION OF SCOTT F. WATERMAN, ESQ., CHAPTER 12 TRUSTEE, TO CONFIRMATION OF DEBTORS' CHAPTER 12 PLAN**

Scott F. Waterman, Esq., Chapter 12 Trustee, objects to confirmation of the Debtors' Chapter 12 Plan as follows:

1. Debtors' estate has non-exempt equity in livestock in the amount of $72,557.74 (See Schedule C) and plus $91,000,00 in cash (see Wisser et al. v. Whitham, Adv No. 21-01-pmm, Bankr.E.D. Pa, 2021) for a total amount of $163,557.74.

2. The proposed plan fails to comply with 11 U.S, §1225 (a)(4) as the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.

3. The Debtor's proposed plan is underfunded.

    4.     The Plan does not appear feasible as the Debtors have not shown that their monthly income exceeds their monthly expenses to make all plan payments.  11 U.S.C. §1225(a)(6).

    **WHEREFORE**, Scott F. Waterman, Esq., Chapter 12 Trustee, respectfully requests that confirmation of the Debtors' Chapter 12 Plan be denied.

                                                  Respectfully submitted,

Date:  January 27, 2021                      */s/ Scott F. Waterman*
                                                         Scott F. Waterman, Esq.
                                                         Chapter 12 Trustee
                                                         2901 St. Lawrence Avenue, Suite 100
                                                         Reading, PA  19606
                                                         Telephone:  (610) 779-1313