UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
LARRY LEE WISSER : Chapter 12
   and :
CATHLEEN RACHEL WISSER :
:
Debtor(s) : Bankruptcy No. 20-14201PMM

* * * * * * *

**HEARING TO BE HELD:**
**Date: May 27, 2021**
**Time: 11:00 a.m.**
**Place: United States**
    **Bankruptcy Court**
    **The Gateway Building**
    **201 Penn Street**
    **4th Floor Courtroom**
    **Reading, PA 19601**

* * * * * * *

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Scott F. Waterman, Esq., Chapter 12 Trustee, has filed Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1208 with the Court for dismissal of this case.

YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before May 19, 2021 you or your attorney must do ALL of the following:

   (a)  file an answer explaining your position at

       U.S. Bankruptcy Court
       The Gateway Building
       Office of the Clerk, Room 103
       201 Penn Street
       Reading, PA  19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)  mail a copy to the movant's attorney:

      Scott F. Waterman, Esq.,
      Chapter 12 Trustee
      2901 St. Lawrence Avenue
      Reading, Pennsylvania 19606
      Telephone:  (610) 779-1313
      Fax:        (610) 779-3637

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge, on Thursday, May 27, 2021 at 11:00 a.m., in United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor Courtroom, Reading, Pennsylvania 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  May 5, 2021.