## CERTIFICATION OF DEBTOR
### REGARDING MONTHLY REPORT

Debtor(s): _Larry and Cathleen Wisser_          Chapter 12 Case No.: _20-14201_

I, _Larry and Cathleen Wisser_, being of full age and duly sworn upon my oath depose(s) and say(s)

   1. I am the business debtor(s) in the above-referenced matter.

   2. I have completed and attached a Monthly Financial Report for the month of JAN. TO APRIL, 2021 .

   3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

DATE: 5/10/2021          _Cathleen R Wisser_
                                          Debtor

DATE: 5-10-21          _Larry L Wisser_
                                          Debtor

Larry and Cathleen Wisser

**Financial Report of Business Operations  Case 20-14201**

May 8, 2021
Cash Basis

January through April 2021

| | Jan 21 | Feb 21 | Mar 21 | Apr 21 | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| Income | 15,131 | 8,065 | 20,447 | 16,179 | 59,821 |
| Gross Profit | 15,131 | 8,065 | 20,447 | 16,179 | 59,821 |
| Expense | | | | | |
| 55000 · Farm Expenses | | | | | |
| 55050 · Bedding | 0 | 400 | 0 | 0 | 400 |
| 55100 · Breeding | 0 | 500 | 0 | 0 | 500 |
| 55200 · Diesel Fuel | 600 | 0 | 0 | 600 | 1,200 |
| 55225 · Equipment | 0 | 500 | 500 | 500 | 1,500 @ |
| 55250 · Equipment Repair | 153 | 0 | 0 | (230) | (77) |
| 55300 · Feed | 3,968 | 3,326 | 8,038 | 10,243 | 25,575 |
| 55390 · Hauling | 0 | 0 | 1,000 | 0 | 1,000 |
| 55400 · Hay | 0 | 510 | 500 | 0 | 1,010 |
| 55500 · Livestock | 0 | 0 | 10,000 ✳ | 0 | 10,000 |
| 55600 · Small Tools & Supplies | 160 | 250 | 499 | 890 | 1,800 |
| 55800 · Veterinarian | 1,950 | 300 | 0 | 0 | 2,250 |
| Total 55000 · Farm Expenses | 6,831 | 5,787 | 20,537 | 12,003 | 45,158 |
| 60200 · Automobile Expense | 0 | 0 | 74 | 0 | 74 |
| 60450 · Bank Service Charge | 0 | 0 | 23 | 2 | 25 |
| 63000 · Insurance Expense | 1,063 | 834 | 836 | 784 | 3,517 |
| 69400 · Utilities Expense | 0 | 624 | 530 | 304 | 1,458 |
| Total Expense | 7,894 | 7,244 | 22,000 | 13,093 | 50,232 |
| Net Ordinary Income | 7,238 | 820 | (1,554) | 3,085 | 9,589 |
| **Other Income/Expense** | | | | | |
| Other Expense | | | | | |
| 80000 · Debt Payments | | | | | |
| 82000 · Northwest Bank | 2,000 | 2,000 | 4,000 | 0 | 8,000 |
| 81000 · USDA FSA | 2,500 | 2,286 | 2,700 | 2,400 | 9,886 |
| Total 80000 · Debt Payments | 4,500 | 4,286 | 6,700 | 2,400 | 17,886 |
| Total Other Expense | 4,500 | 4,286 | 6,700 | 2,400 | 17,886 |
| Net Other Income | (4,500) | (4,286) | (6,700) | (2,400) | (17,886) |
| Net Income | 2,738 | (3,466) | (8,254) | 685 | (8,297) |

✳ 10,000 IS CAPITAL EXPENSE FOR COWS.
@ CAPITAL EXPENSE FOR EQUIPMENT

No assurance is provided & substantially all dosclosures ordinarily included are omitted.

From: Service Fax          Fax: 16102893326          To: 6            .com            )            97          Page: 2 of 9          04/07/2021 2:02 PM

| Page 1 of 2 | |
|---|---|
| Account Number: | 1001249001 |
| Statement Date: | 02-05-2021 |


For 24-hour banking and account information, sign-on to AmericanBank Online at AMBK.com.

For current deposit or loan rate information, visit us online at AMBK.com or contact Customer Service at 1.888.366.6622.


For customer service call 1.888.366.6622
Monday – Friday: 8 AM – 6 PM ET
Saturday: 9 AM – 12 Noon ET


Write to:   American Bank
4029 West Tilghman Street
Allentown, PA 18104


Fax:   610.289.3326

‖‖‖‖‖‖‖‖‖‖‖ 1183

CATHLEEN R WISSER
LARRY L WISSER
8149 BAUSCH RD
NEW TRIPOLI PA 18066-3614


E-mail:   service@ambk.com

We value your relationship with American Bank.
For questions about your account, please call 1.888.366.6622.

## SUMMARY OF ACCOUNTS

| 1001249001 | American Gold Checking | 2,590.17 |
|---|---|---|

With UChoose Rewards, you earn points with every purchase when you use your American Bank Visa Check Card. Register your card today!

## AMERICAN GOLD CHECKING 1001249001

| Starting Balance | Deposits/Credits | Interest | Checks/Debits | Charges/Fees | Ending Balance |
|---|---|---|---|---|---|
| 0.00 | 9,616.34 | 0.18 | 7,026.35 | 0.00 | 2,590.17 |

### Activity Summary By Date

| Date | Description | Checks/Debits | Deposits/Credits | Balance |
|---|---|---|---|---|
| 01-25-2021 | Starting Balance | | | 0.00 |
| 01-25-2021 | New Account Deposit Transfer from Ckg 6100 | | 3,900.00 | 3,900.00 |
| 01-25-2021 | Withdrawal | -600.00 | | 3,300.00 |
| 01-28-2021 | ACH Dep MD&VA MILK PRODU CERS ASSOCIATION - ADVANCE | | 5,716.34 | 9,016.34 |
| 02-01-2021 | Withdrawal | -3,100.00 | | 5,916.34 |
| 02-03-2021 | Withdrawal | -3,326.35 | | 2,589.99 |
| 02-05-2021 | Credit Interest | | 0.18 | 2,590.17 |

1099-INT tax forms for 2020 are now available through online and mobile banking. You can view or save a copy of the form for your convenience. Sign on and select Statements & Docs from the left menu to access your forms.

1281100.20210203182O1.01183

| Page 1 of 2 | |
| --- | --- |
| Account Number: | 1001249001 |
| Statement Date: | 03-05-2021 |

 For 24-hour banking and account information, sign-on to AmericanBank Online at AMBK.com.

For current deposit or loan rate information, visit us online at AMBK.com or contact Customer Service at 1.888.366.6622.

 For customer service call 1.888.366.6622
Monday – Friday: 8 AM – 6 PM ET
Saturday: 9 AM – 12 Noon ET

⠿⠿⠿⠿ 1185

CATHLEEN R WISSER
LARRY L WISSER
8149 BAUSCH RD
NEW TRIPOLI PA 18066-3614

 Write to:   American Bank
4029 West Tilghman Street
Allentown, PA 18104

 Fax:   610.289.3326

 E-mail:   service@ambk.com

We value your relationship with American Bank.
For questions about your account, please call 1.888.366.6622.

## SUMMARY OF ACCOUNTS

| 1001249001 | American Gold Checking | |
| --- | --- | --- |
| | | 5,578.40 |

As a reminder, 1099-INT tax forms are available through online and mobile banking. You can view or save a copy of the form for your convenience. Sign on and select Statements & Docs from the left menu to access your forms.

## AMERICAN GOLD CHECKING 1001249001

| Starting Balance | Deposits/Credits | Interest | Checks/Debits | Charges/Fees | Ending Balance |
| --- | --- | --- | --- | --- | --- |
| 2,590.17 | 14,258.78 | 0.37 | 11,270.92 | 0.00 | 5,578.40 |

### Activity Summary By Date

| Date | Description | Checks/Debits | Deposits/Credits | Balance |
| --- | --- | --- | --- | --- |
| 02-06-2021 | Starting Balance | | | 2,590.17 |
| 02-08-2021 | Deposit | | 590.00 | 3,180.17 |
| 02-08-2021 | Withdrawal | -590.00 | | 2,590.17 |
| 02-10-2021 | Withdrawal Transfer to 1000396100 | -200.00 | | 2,390.17 |
| 02-12-2021 | Withdrawal | -500.00 | | 1,890.17 |
| 02-16-2021 | Withdrawal | -300.00 | | 1,590.17 |
| 02-19-2021 | ACH Dep MD&VA MILK PRODU CERS ASSOCIATION - FINAL PR | | 8,064.55 | 9,654.72 |
| 02-22-2021 | Check 89 | -195.86 | | 9,458.86 |
| 02-24-2021 | Withdrawal | -3,700.00 | | 5,758.86 |
| 02-25-2021 | Check 90 | -30.00 | | 5,728.86 |
| 03-01-2021 | ACH Dep MD&VA MILK PRODU CERS ASSOCIATION - ADVANCE | | 5,604.23 | 11,333.09 |
| 03-01-2021 | Withdrawal | -2,300.00 | | 9,033.09 |
| 03-02-2021 | Check 91 | -3,455.06 | | 5,578.03 |
| 03-05-2021 | Credit Interest | | 0.37 | 5,578.40 |

Follow us on Facebook to learn about the great products, services and events going on at American Bank! Click on the Facebook link on our homepage and "like" us today!

251100 20210303112201 01185

| Page 2 of 2 | |
|---|---|
| Account Number: | 1001249001 |
| Statement Date: | 03-05-2021 |

## Check Summary

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 02-22-2021 | 89 | 195.86 | 03-02-2021 | 91 | 3,455.06 |
| 02-25-2021 | 90 | 30.00 | | | |

(E) Electronic check

## Account Summary Information

The amount of interest earned between 02-06-2021 and 03-05-2021 is 0.37.

The average daily balance during this period was 4,834.77.

The minimum balance during this period was 1,590.17.

The Annual Percentage Yield Earned for this account is 0.10%.

Interest Paid YTD: 0.55

## Summary of Overdraft and Returned Item Fees

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

With Mobile Banking, you can bank on the go - anytime, anywhere! Download our mobile banking app now to get started!

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 02-22-2021 | 89 | 195.86 | 03-02-2021 | 91 | 3,455.06 |
| 02-25-2021 | 90 | 30.00 | | | |

(E) Electronic check

## Account Summary Information

The amount of interest earned between 02-06-2021 and 03-05-2021 is 0.37.

The average daily balance during this period was 4,834.77.

The minimum balance during this period was 1,590.17.

The Annual Percentage Yield Earned for this account is 0.10%.

Interest Paid YTD: 0.55

## Summary of Overdraft and Returned Item Fees

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

With Mobile Banking, you can bank on the go - anytime, anywhere! Download our mobile banking app now to get started!

*Farm account*

From: Service Fax    Fax: 16102893326    To: 61031    Page: 2 of 5    04/07/2021 2:04 PM



Page 1 of 2
**Account Number:**    1001249001
**Statement Date:**    04-05-2021

For 24-hour banking and account
information, sign-on to AmericanBank Online
at AMBK.com.

For current deposit or loan rate information,
visit us online at AMBK.com or contact
Customer Service at 1.888.366.6622.



For customer service call 1.888.366.6622
Monday – Friday: 8 AM – 6 PM ET
Saturday: 9 AM – 12 Noon ET



Write to:    American Bank
4029 West Tilghman Street
Allentown, PA 18104

Fax:    610.289.3326

|| 1165

CATHLEEN R WISSER
LARRY L WISSER
8149 BAUSCH RD
NEW TRIPOLI PA 18066-3614



E-mail:    service@ambk.com

We value your relationship with American Bank.
For questions about your account, please call 1.888.366.6622.

## SUMMARY OF ACCOUNTS

| 1001249001 | American Gold Checking | 51.60 |
|---|---|---|

Please review the enclosed insert for important changes to the Other Fees and Charges Disclosure which will be effective June 1, 2021. If you have any questions, contact Customer Service.

### AMERICAN GOLD CHECKING 1001249001

| Starting Balance | Deposits/Credits | Interest | Checks/Debits | Charges/Fees | Ending Balance |
|---|---|---|---|---|---|
| 5,578.40 | 11,659.86 | 0.21 | 17,186.87 | 0.00 | 51.60 |

#### Activity Summary By Date

| Date | Description | Checks/ Debits | Deposits/ Credits | Balance |
|---|---|---|---|---|
| 03-06-2021 | Starting Balance | | | 5,578.40 |
| 03-08-2021 | Withdrawal | -1,900.00 | | 3,678.40 |
| 03-09-2021 | Withdrawal | -1,468.00 | | 2,210.40 |
| 03-10-2021 | ACH Wdr HARLAND CLARKE  - CHK ORDERS | -18.87 | | 2,191.53 |
| 03-11-2021 | Check 92 | -1,000.00 | | 1,191.53 |
| 03-15-2021 | Withdrawal | -500.00 | | 691.53 |
| 03-18-2021 | ACH Dep MD&VA MILK PRODU CERS ASSOCIATION - FINAL PR | | 5,798.09 | 6,489.62 |
| 03-18-2021 | Withdrawal | -2,300.00 | | 4,189.62 |
| 03-30-2021 | ACH Dep MD&VA MILK PRODU CERS ASSOCIATION - ADVANCE | | 5,861.77 | 10,051.39 |
| 03-30-2021 | Withdrawal | -7,000.00 | | 3,051.39 |
| 03-30-2021 | Withdrawal | -3,000.00 | | 51.39 |
| 04-05-2021 | Credit Interest | | 0.21 | 51.60 |

Online banking is the easiest way to monitor, manage and move your money, anywhere, anytime, all on your schedule. You will enjoy access to your accounts 24 hours a day, 7 days a week. Visit AMBK.com to register.

| 03-11-2021 | check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 03-11-2021 | 92 | 1,000.00 | | | |

(E) Electronic check

**Account Summary Information**

The amount of interest earned between 03-06-2021 and 04-05-2021 is 0.21.

The average daily balance during this period was 2,474.61.

The minimum balance during this period was 51.39.

The Annual Percentage Yield Earned for this account is 0.10%.

Interest Paid YTD: 0.76

**Summary of Overdraft and Returned Item Fees**

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

Get your cash from an ATM without hassle or surcharge fees! We are a partner with Allpoint to bring you 55,000 surcharge-free ATMs. Check out AMBK.com to learn more.

Farm Account

*8-5-21*

CATHLEEN R WISSER
LARRY L WISSER
8149 BAUSCH RD
NEW TRIPOLI PA 18066-3614

Saturday: 9 AM – 12 Noon ET

 Write to: American Bank
4029 West Tilghman Street
Allentown, PA 18104

 Fax: 610.289.3326

E-mail: service@ambk.com

We value your relationship with American Bank.
For questions about your account, please call 1.888.366.6622.

## SUMMARY OF ACCOUNTS

| | American Gold Checking | *1001249001* | 3,040.00 |
|---|---|---|---|

Please review the enclosed insert for important changes to the Other Fees and Charges Disclosure which will be effective June 1, 2021. If you have any questions, contact Customer Service.

### AMERICAN GOLD CHECKING 1001249001

| Starting Balance | Deposits/Credits | Interest | Checks/Debits | Charges/Fees | Ending Balance |
|---|---|---|---|---|---|
| 51.60 | 17,378.60 | 0.00 | 14,390.20 | 0.00 | 3,040.00 |

### Activity Summary By Date

| Date | Description | Checks/Debits | Deposits/Credits | Balance |
|---|---|---|---|---|
| 04-06-2021 | Starting Balance | | | 51.60 |
| 04-19-2021 | ACH Dep MD&VA MILK PRODU CERS ASSOCIATION - FINAL PR | | 9,170.28 | 9,221.88 |
| 04-19-2021 | Withdrawal | -100.00 | | 9,121.88 |
| 04-19-2021 | Withdrawal | -400.00 | | 8,721.88 |
| 04-21-2021 | Check 101 | -2,383.43 | | 6,338.45 |
| 04-22-2021 | Withdrawal | -4,206.77 | | 2,131.68 |
| 04-26-2021 | Withdrawal | -500.00 | | 1,631.68 |
| 04-26-2021 | Deposit | | 1,200.00 | 2,831.68 |
| 04-29-2021 | ACH Dep MD&VA MILK PRODU CERS ASSOCIATION - ADVANCE | | 7,008.32 | 9,840.00 |
| 04-29-2021 | Withdrawal | -3,200.00 | | 6,640.00 |
| 04-29-2021 | Descriptive Withdrawal . | -3,600.00 | | 3,040.00 |

*Farm Account*

With mobile deposit, you can deposit checks when or where you want to. Download our mobile banking app on your smartphone to get started!

1281100.20210500052601.00011

| | Check # | | Amount | Date | | Check # | | Amount |
|---|---|---|---|---|---|---|---|---|
| 04-21-2021 | 101 | | 2,383.43 | | | | | |

(E) Electronic check

Online banking is the easiest way to monitor, manage and move your money, anywhere, anytime, all on your schedule. You will enjoy access to your accounts 24 hours a day, 7 days a week.

*Farm Account*

2:43 AM
05/08/21
Cash Basis

## Wisser, Larry and Cathleen
## Transaction Detail By Account
### January through April 2021

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **41000 · Sales** | | | | | | | |
| **41100 · Dairy Income** | | | | | | | |
| Deposit | 01/20/2021 | ACH | Maryland & Virgina Milk Producers Assoc. | Dec | | 9,414.83 | 9,414.83 |
| Deposit | 01/28/2021 | | Maryland & Virgina Milk Producers Assoc. | ACH Dep MD&VA MILK PRODUCERS ASSOCIATION- | | 5,716.34 | 15,131.17 |
| Deposit | 02/19/2021 | | Maryland & Virgina Milk Producers Assoc. | ACH Dep MD&VA  MILK PRODU CERS ASSOCIATION | | 8,064.55 | 23,195.72 |
| Deposit | 03/01/2021 | | Maryland & Virgina Milk Producers Assoc. | ACH Dep MD&VA  MILK PRODU CERS ASSOCIATION | | 5,604.23 | 28,799.95 |
| Deposit | 03/09/2021 | EDI Pmt | Land O'Lakes Inc. | Deposit-Land O'Lakes Inc. | | 3,182.46 | 31,982.41 |
| Deposit | 03/18/2021 | | Maryland & Virgina Milk Producers Assoc. | ACH Dep MD&VA MILK PRODUCERS ASSOCIATION FINAL, PR | | 5,798.09 | 37,780.50 |
| Deposit | 03/30/2021 | ACH | Maryland & Virgina Milk Producers Assoc. | ACH Dep MD&VA MILK PRODUCERS ASSOCIATION | | 5,861.77 | 43,642.27 |
| Deposit | 04/19/2021 | ACH | Maryland & Virgina Milk Producers Assoc. | March | | 9,170.28 | 52,812.55 |
| Deposit | 04/29/2021 | ACH | Maryland & Virgina Milk Producers Assoc. | Advance | | 7,008.32 | 59,820.87 |
| **Total 41100 · Dairy Income** | | | | | 0.00 | 59,820.87 | 59,820.87 |
| **Total 41000 · Sales** | | | | | 0.00 | 59,820.87 | 59,820.87 |
| **TOTAL** | | | | | 0.00 | 59,820.87 | 59,820.87 |

Feb 08 2021 11:35  East Penn Podiatry Assoc  6106833823                    page 2

## Maryland and Virginia Milk Producers Coop. Assn., Inc.

01/20/2021

****9,414      83                    ****9,414   83

LARRY L. WISSER                        **Direct Deposit Advice**
8149 BAUSCH ROAD
NEW TRIPOLI PA 18066

Direct Payment: XXXXXXXX6100

LARRY L. WISSER

**December 2020 Final Payroll**                                                    32913-1

| | | | | Pounds | Rate | Month | Year To Date |
|---|---|---|---|---|---|---|---|
| FO 1  3.5% Uniform Price | 16.86 | | PPD @Loc | 89,566 | 1.1400 | 1,021.06 | -4,662.42 |
| MdVa 3.5% Blend Price | 16.02 | | Butterfat | 4.70  4,210 | 1.5399 | 6,482.98 | 13,677.52 |
| Your Gross Price at Test | 19.45 | | Protein | 3.51  3,144 | 3.0282 | 9,520.66 | 29,367.44 |
| Pounds Delivered | 89,566 | YTD | Other Solids | 5.71  5,114 | 0.2245 | 1,148.09 | 2,248.19 |
| | | 195,212 | | | | | |
| Average Daily Pounds | 2,889 | | Programs & Marketing | | | -752.35 | -1,629.21 |

**Pounds Delivered:**

| 1st | 0 | 11th | 9,219 | 21st | 0 |
|---|---|---|---|---|---|
| 2nd | 9,175 | 12th | | 22nd | 0 |
| 3rd | 0 | 13th | | 23rd | 9,013 |
| 4th | 0 | 14th | 9,064 | 24th | 0 |
| 5th | 8,857 | 15th | | 25th | 0 |
| 6th | 0 | 16th | | 26th | 9,030 |
| 7th | 0 | 17th | 9,099 | 27th | 0 |
| 8th | 8,790 | 18th | | 28th | 0 |
| 9th | 0 | 19th | | 29th | 9,099 |
| 10th | 0 | 20th | 8,220 | 30th | 0 |
| | | | | 31st | 0 |

Quality Premiums / Penalties                        0.00      -876.52

Net of Programs                          -0.8400     -752.35

Gross Value                                   17,420.44    38,125.00

| Premiums and Penalties: | Rate/CWT | Total Amt | YTD Amt | | | |
|---|---|---|---|---|---|---|
| Quality Premium/Penalty | 0.0000 | 0.00 | -876.52 | Less Advance | | 0 |
| | | | | Less Hauling | 5,998.97 | |
| | | | | Less Assignments | 1,203.79 | 2,603.44 |
| Total Amount | | 0.00 | -876.52 | Net Earnings | 802.85 | 1,665.53 |
| | | | | | 9,414.83 | 33,656.03 |

RPTS091MV

**TRANSPORTATION CHARGES**

| | Assembly Charges | Destination Charges | Total Amount | Year To Date |
|---|---|---|---|---|
| | 312.70 | 891.09 | 1,203.79 | 2,603.44 |

| Assignee | | Per CWT | Base Amt | Total Amount | Year To Date |
|---|---|---|---|---|---|
| 00001 NATIONAL DAIRY PROMO & RESEARC | | 0.0500 | 44.78 | 44.78 | 97.61 |
| 00012 MARKETING EXPENSE | | | 453.54 | 453.54 | 904.20 |
| 20803 ALLIED MILK PRODUCERS | | 0.1000 | 89.57 | 89.57 | 195.21 |
| 30615 CWT | | 0.0400 | 35.83 | 35.83 | 78.09 |
| 90034 CAPITAL RETAIN | | 0.2000 | 179.13 | 179.13 | 390.42 |
| Total Amount | | | | 802.85 | 1,665.53 |

# Maryland and Virginia Milk Producers Coop. Assn., Inc.

01/28/2021

****5,716          34                    ****5,716     34

LARRY L. WISSER
8149 BAUSCH ROAD                    **Direct Deposit Advice**
NEW TRIPOLI PA 18066

LARRY L. WISSER

32913-1

| Pounds Delivered: | | January 2021 1 - 15 Advance | |
|---|---|---|---|
| 1st | 8,892 | | |
| 2nd | 0 | Pounds delivered | 42,787 |
| 3rd | 0 | Price per cwt | 13.3600 |
| 4th | 8,720 | | |
| 5th | 0 | Gross amount | 5,716.34 |
| 6th | 0 | | |
| 7th | 8,703 | | |
| 8th | 0 | | |
| 9th | 0 | | |
| 10th | 8,368 | Net amount | 5,716.34 |
| 11th | 0 | | |
| 12th | 0 | | |
| 13th | 8,104 | | |
| 14th | 0 | | |
| 15th | 0 | | |

## Maryland and Virginia Milk Producers Coop. Assn., Inc.

02/19/2021

****8,064    55        ****8,064    55

LARRY L. WISSER                          **Direct Deposit Advice**
8149 BAUSCH ROAD
NEW TRIPOLI PA 18066

Direct Payment: XXXXXXXX9001

**LARRY L. WISSER**                                                          32913-1

| January 2021 Final Payroll | | | | | Pounds | Rate | Month | Year To Date |
|---|---|---|---|---|---|---|---|---|
| FO 1 3.5% Uniform Price | 15.51 | | | PPD @Loc | 89,757 | -0.5300 | -475.71 | -475.71 |
| MdVa 3.5% Blend Price | 14.64 | | | Butterfat | 4.53 | 4,066 | 1.5541 | 6,318.97 | 6,318.97 |
| Your Gross Price at Test | 17.64 | YTD | | Protein | 3.45 | 3,097 | 3.0355 | 9,400.94 | 9,400.94 |
| Pounds Delivered | 89,757 | 89,757 | | Other Solids | 5.69 | 5,107 | 0.2682 | 1,369.70 | 1,369.70 |

Average Daily Pounds     2,895

Programs & Marketing                                  -780.89      -780.89

**Pounds Delivered:**

| 1st | 8,892 | 11th | 0 | 21st | 0 |
|---|---|---|---|---|---|
| 2nd | 0 | 12th | 0 | 22nd | 8,038 |
| 3rd | 0 | 13th | 8,104 | 23rd | 0 |
| 4th | 8,720 | 14th | 0 | 24th | 0 |
| 5th | 0 | 15th | 0 | 25th | 8,054 |
| 6th | 0 | 16th | 8,203 | 26th | 0 |
| 7th | 8,703 | 17th | 0 | 27th | 0 |
| 8th | 0 | 18th | 0 | 28th | 7,723 |
| 9th | 0 | 19th | 8,137 | 29th | 0 |
| 10th | 8,368 | 20th | 0 | 30th | 0 |
|  |  | 31st |  |  | 6,815 |

Quality Premiums / Penalties                          0.00        0.00

Net of Programs                          -0.8700      -780.89

Gross Value                                          15,833.01    15,833.01

**Premiums and Penalties:**

| | Rate/CWT | Total Amt | YTD Amt |
|---|---|---|---|
| Quality Premium/Penalty | 0.0000 | 0.00 | 0.00 |

Less Advance   *Dd 1/28/21  Amer Gold - 9001*   5,716.34    0
Less Hauling                           1,248.24    1,248.24
Less Assignments                          803.88      803.88

**Net Earnings**  *pd 2/19/21  Amer. Gold - 9001*   **8,064.55**   13,780.89

Total Amount                          0.00        0.00

RPTS091MV

| | Assembly Charges | Destination Charges | | Total Amount | Year To Date |
|---|---|---|---|---|---|
| TRANSPORTATION CHARGES | 337.83 | 910.41 | | 1,248.24 | 1,248.24 |

| **Assignee** | Per CWT | Base Amt | | Total Amount | Year To Date |
|---|---|---|---|---|---|
| 00001 NATIONAL DAIRY PROMO & RESEARC | 0.0500 | 44.88 | | 44.88 | 44.88 |
| 00012 MARKETING EXPENSE | | 453.83 | | 453.83 | 453.83 |
| 20803 ALLIED MILK PRODUCERS | 0.1000 | 89.76 | | 89.76 | 89.76 |
| 30615 CWT | 0.0400 | 35.90 | | 35.90 | 35.90 |
| 90034 CAPITAL RETAIN | 0.2000 | 179.51 | | 179.51 | 179.51 |
| **Total Amount** | | | | 803.88 | 803.88 |

| Solids and Quality Detail | Maryland and Virginia Milk | | | January 2021 Final Payroll |
|---|---|---|---|---|

LARRY L. WISSER
8149 BAUSCH ROAD
NEW TRIPOLI PA 18066

32913-1

Pounds Delivered    89,757
YTD Pounds Delivered    89,757

## PAY COUNTS

| Date | | Butterfat | Protein | Lactose | Other Solids | Somatic Cell | SPC Bacteria | PI | MUN | Freeze Point | Inhibitor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tank: 32913-1-1** | | | | | | | | | | | |
| 01/07/2021 | BO | 4.55 | 3.46 | 4.77 | 5.68 | 290,000 | 7,000 | 1,300,000* | 10 | -0.537 | 0 |
| 01/10/2021 | TO | 4.62 | 3.49 | 4.79 | 5.70 | 330,000 | | | 10 | -0.540 | 0 |
| 01/16/2021 | TO | 4.51 | 3.44 | 4.76 | 5.70 | 280,000 | | | 10 | -0.537 | 0 |
| 01/19/2021 | TO | 4.51 | 3.41 | 4.76 | 5.68 | 300,000 | | 14,000 | 10 | -0.536 | 0 |
| 01/22/2021 | TO | 4.40 | 3.38 | 4.75 | 5.64 | 250,000 | | | 9 | -0.533 | 0 |
| 01/28/2021 | TO | 4.57 | 3.51 | 4.80 | 5.71 | 340,000 | | | 11 | -0.541 | 0 |
| Tank Summary | | 4.53 | 3.45 | 4.77 | 5.69 | 298,333 | 7,000 | 14,000 | | -0.537 | 0 |
| Farm Summary | | 4.53 | 3.45 | 4.77 | 5.69 | 298,333 | 7,000 | 14,000 | | -0.537 | 0 |

### Quality Standards Verified by Tests

| Tests | Premium | | | No Premium / No Penalty | Penalty | | |
|---|---|---|---|---|---|---|---|
| SCC | 0 to 100,000 | 100,001 to 250,000 | | 250,001 to 350,000 | >350,000 | | |
| SCC Prem/Penalty* | $0.50 | $0.499 to $0.00 | +$0.003333 per 1,000 under 250,000 | $0.00 | ($0.16666) to ($1.50) | ($0.003333) per 1,000 over 300,000 | |
| PI Count | 0 to 10,000 | 10,001 to 30,000 | | 30,001 to 50,000 | >50,000 | | |
| PI Prem/Penalty** | $0.30 | $0.299 to $0.00 | +$0.015000 per 1,000 under 30,000 | $0.00 | ($0.250000) to ($1.00) | ($0.25) - additional ($0.015000) per 1,000 over 50,000 | |
| | | | | | * Additional ($0.50) for each consecutive month >400,000 SCC | | |
| | | | | | **($1.00) - Additional ($0.50) for each consecutive month >100,000 PI | | |
| Inhibitors/Antibiotic | Negative | | | | | | |
| Cryoscopa | <(-0.530) | | | | | | |
| | Producer MUST qualify for premium in BOTH SCC and PI elements | | | | | | |

SCC determined by averaging all somatic cell count results obtained through testing for payment purposes by the Association

PI determined by discarding the highest test for the month and averaging the remaining results which were obtained through testing by the Association

## Maryland and Virginia Milk Producers Coop. Assn., Inc.

03/18/2021

****5,798    09                    ****5,798    09

LARRY L. WISSER                                    **Direct Deposit Advice**
8149 BAUSCH ROAD
NEW TRIPOLI PA 18066

Direct Payment: XXXXXXXX9001

| LARRY L. WISSER | | | | | | 32913-1 |
|---|---|---|---|---|---|---|
| February 2021 Final Payroll | | | | **Pounds** | **Rate** | **Month**    **Year To Date** |
| FO 1  3.5% Uniform Price | 15.40 | | | | | |
| MdVa 3.5% Blend Price | 14.55 | | PPD @Loc | 73,237 | -0.3500 | -256.33        -732.04 |
| Your Gross Price at Test | 17.93 | | Butterfat | 4.69 | 3,435 | 1.4376 | 4,938.16     11,257.13 |

| | | **YTD** | | | | | |
|---|---|---|---|---|---|---|---|
| Pounds Delivered | 73,237 | 162,994 | Protein | 3.55 | 2,600 | 2.9816 | 7,752.16   17,153.10 |
| | | | Other Solids | 5.70 | 4,175 | 0.3161 | 1,319.72     2,689.42 |
| Average Daily Pounds | 2,616 | | | | | | |
| | | | Programs & Marketing | | | -622.51        -1,403.40 |

**Pounds Delivered:**

| 1st | 0 | 11th | 0 | 21st | 9,374 |
|---|---|---|---|---|---|
| 2nd | 0 | 12th | 8,104 | 22nd | 0 |
| 3rd | 8,806 | 13th | 0 | 23rd | 0 |
| 4th | 0 | 14th | 0 | 24th | 8,021 |
| 5th | 0 | 15th | 8,054 | 25th | 0 |
| 6th | 7,657 | 16th | 0 | 26th | 0 |
| 7th | 0 | 17th | 6,815 | 27th | 8,269 |
| 8th | 0 | 18th | 0 | 28th | 0 |
| 9th | 8,137 | 19th | 0 | 29th | 0 |
| 10th | 0 | 20th | 0 | 30th | 0 |
| | | | | 31st | 0 |

Quality Premiums / Penalties                    0.00            0.00

Net of Programs                -0.8500    -622.51

Gross Value                            13,131.20     28,964.21

| **Premiums and Penalties:** | **Rate/CWT** | **Total Amt** | **YTD Amt** |
|---|---|---|---|
| Quality Premium/Penalty | 0.0000 | 0.00 | 0.00 |

Less Advance    *pd 3/1/21  Amer Gold -9001*    5,604.23 ✓        0
Less Hauling                    1,014.21     2,262.45
Less Assignments                714.67     1,518.55
Net Earnings  *pd 3/18/21 Amer Gold -9001*    5,798.09 ✓   25,183.21

Total Amount                0.00            0.00

RPTS091MV

| | **Assembly Charges** | **Destination Charges** | | **Total Amount** | **Year To Date** |
|---|---|---|---|---|---|
| TRANSPORTATION CHARGES | 276.27 | 737.94 | | 1,014.21 | 2,262.45 |

| **Assignee** | **Per CWT** | **Base Amt** | | **Total Amount** | **Year To Date** |
|---|---|---|---|---|---|
| 00001 NATIONAL DAIRY PROMO & RESEARC | 0.0500 | 36.62 | | 36.62 | 81.50 |
| 00012 MARKETING EXPENSE | | 429.05 | | 429.05 | 882.88 |
| 20803 ALLIED MILK PRODUCERS | 0.1000 | 73.24 | | 73.24 | 163.00 |
| 30615 CWT | 0.0400 | 29.29 | | 29.29 | 65.19 |
| 90034 CAPITAL RETAIN | 0.2000 | 146.47 | | 146.47 | 325.98 |
| **Total Amount** | | | | 714.67 | 1,518.55 |

| Solids and Quality Detail | Maryland and Virginia Milk | February 2021 Final Payroll |
|---|---|---|

LARRY L. WISSER
8149 BAUSCH ROAD
NEW TRIPOLI PA 18066

32913-1

Pounds Delivered     73,237
YTD Pounds Delivered     162,994

## PAY COUNTS

| Date | | Butterfat | Protein | Lactose | Other Solids | Somatic Cell | SPC Bacteria | PI | MUN | Freeze Point | Inhibitor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tank: 32913-1-1** | | | | | | | | | | | |
| 02/03/2021 | BO | 4.58 | 3.52 | 4.81 | 5.73 | 260,000 | 3,000 | 12,000 | 9 | -0.542 | 0 |
| 02/06/2021 | TO | 4.58 | 3.54 | 4.80 | 5.72 | 330,000 | | 7,000 | 10 | -0.542 | 0 |
| 02/09/2021 | TO | 4.69 | 3.57 | 4.81 | 5.71 | 280,000 | | | 11 | -0.551 | 0 |
| 02/12/2021 | TO | 4.66 | 3.61 | 4.78 | 5.69 | 420,000 | | | 11 | -0.544 | 0 |
| 02/15/2021 | TO | 4.65 | 3.60 | 4.78 | 5.68 | 280,000 | | | 11 | -0.548 | 0 |
| 02/21/2021 | TO | 4.74 | 3.55 | 4.76 | 5.67 | 320,000 | 4,000 | 34,000* | 11 | -0.541 | 0 |
| 02/24/2021 | TO | 4.76 | 3.52 | 4.77 | 5.66 | 390,000 | | | 11 | -0.540 | 0 |
| 02/27/2021 | TO | 4.82 | 3.47 | 4.78 | 5.72 | 350,000 | | | 11 | -0.541 | 0 |
| Tank Summary | | 4.69 | 3.55 | 4.79 | 5.70 | 328,750 | 3,000 | 9,500 | | -0.544 | 0 |
| Farm Summary | | 4.69 | 3.55 | 4.79 | 5.70 | 328,750 | 3,000 | 9,500 | | -0.544 | 0 |

| Tests | | | Premium | | No Premium / No Penalty | | Penalty | |
|---|---|---|---|---|---|---|---|---|
| | | | | **Quality Standards Verified by Tests** | | | | |
| SCC | 0 to 100,000 | 100,001 to 250,000 | | | 250,001 to 350,000 | >350,000 | | |
| SCC Prem/Penalty* | $0.50 | $0.499 to $0.00 | +$0.003333 per 1,000 under 250,000 | | $0.00 | ($0.16666) to ($1.50) | ($0.003333) per 1,000 over 300,000 | |
| PI Count | 0 to 10,000 | 10,001 to 30,000 | | | 30,001 to 50,000 | >50,000 | | |
| PI Prem/Penalty** | $0.30 | $0.299 to $0.00 | +$0.015000 per 1,000 under 30,000 | | $0.00 | ($0.250000) to ($1.00) | ($0.25) - additional ($0.015000) per 1,000 over 50,000 | |
| | | | | | | * Additional ($0.50) for each consecutive month >400,000 SCC | | |
| | | | | | | **($1.00) - Additional ($0.50) for each consecutive month >100,000 PI | | |
| Inhibitors/Antibiotic | | Negative | | | | | | |
| Cryoscope | | <(-0.530) | | | | | | |
| | | Producer MUST qualify for premium in BOTH SCC and PI elements | | | | | | |

SCC determined by averaging all somatic cell count results obtained through testing for payment purposes by the Association

PI determined by discarding the highest test for the month and averaging the remaining results which were obtained through testing by the Association

## Maryland and Virginia Milk Producers Coop. Assn., Inc.

04/19/2021

****9,170        28        ****9,170    28

LARRY L. WISSER
8149 BAUSCH ROAD
NEW TRIPOLI PA 18066

### Direct Deposit Advice

Direct Payment:: XXXXXXXX9001

**LARRY L. WISSER**                                                                 32913-1

| March 2021 Final Payroll | | | | | Pounds | Rate | Month | Year To Date |
|---|---|---|---|---|---|---|---|---|
| FO 1 3.5% Uniform Price | 16.10 | | | PPD @Loc | 94,102 | -0.0500 | -47.05 | -779.09 |
| MdVa 3.5% Blend Price | 15.20 | | | Butterfat | 4.56 | 1.7176 | 7,370.22 | 18,627.35 |
| Your Gross Price at Test | 18.24 | | YTD | Protein | 3.44 | 2.6954 | 8,725.01 | 25,878.11 |
| Pounds Delivered | 94,102 | 257,096 | | Other Solids | 5.71 | 0.3652 | 1,962.22 | 4,651.64 |
| Average Daily Pounds | 3,036 | | | Programs & Marketing | | | -846.92 | -2,250.32 |

**Pounds Delivered:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1st | 0 | 11th | 9,391 | 21st | 0 | |
| 2nd | 8,253 | 12th | 0 | 22nd | 0 | |
| 3rd | 0 | 13th | 0 | 23rd | 9,814 | |
| 4th | 0 | 14th | 9,443 | 24th | 0 | |
| 5th | 8,634 | 15th | 0 | 25th | 0 | |
| 6th | 0 | 16th | 0 | 26th | 9,983 | |
| 7th | 0 | 17th | 9,932 | 27th | 0 | |
| 8th | 8,720 | 18th | 0 | 28th | 0 | |
| 9th | 0 | 19th | 0 | 29th | 9,949 | |
| 10th | 0 | 20th | 9,983 | 30th | 0 | |
| | | | | 31st | 0 | |

| | Rate/CWT | Total Amt | YTD Amt | | | | | |
|---|---|---|---|---|---|---|---|---|
| Quality Premiums / Penalties | | | | | | | 0.00 | 0.00 |
| Excess Lbs Over Adj Base | | | | | 0 | -2.5000 | 0.00 | 0.00 |
| Net of Programs | | | | | | -0.9000 | -846.92 | |
| | | | | Gross Value | | | 17,163.48 | 46,127.69 |

**Premiums and Penalties:**

| | Rate/CWT | Total Amt | YTD Amt |
|---|---|---|---|
| Quality Premium/Penalty | 0.0000 | 0.00 | 0.00 |
| **Total Amount** | | 0.00 | 0.00 |

| | Month | Year To Date |
|---|---|---|
| Less Advance | 5,861.77 | 0 |
| Less Hauling | 1,304.11 | 3,566.56 |
| Less Assignments | 827.32 | 2,345.87 |
| **Net Earnings** | 9,170.28 | 40,215.26 |

RPTS091MV

| | Assembly Charges | Destination Charges | Total Amount | Year To Date |
|---|---|---|---|---|
| TRANSPORTATION CHARGES | 345.87 | 958.24 | 1,304.11 | 3,566.56 |

| Assignee | Per CWT | Base Amt | Total Amount | Year To Date |
|---|---|---|---|---|
| 00001 NATIONAL DAIRY PROMO & RESEARC | 0.0500 | 47.05 | 47.05 | 128.55 |
| 00012 MARKETING EXPENSE | | 460.33 | 460.33 | 1,343.21 |
| 20803 ALLIED MILK PRODUCERS | 0.1000 | 94.10 | 94.10 | 257.10 |
| 30615 CWT | 0.0400 | 37.64 | 37.64 | 102.83 |
| 90034 CAPITAL RETAIN | 0.2000 | 188.20 | 188.20 | 514.18 |
| **Total Amount** | | | 827.32 | 2,345.87 |

# Maryland and Virginia Milk Producers Coop. Assn., Inc.

04/29/2021

****7,008    32        ****7,008    32

LARRY L. WISSER
8149 BAUSCH ROAD
NEW TRIPOLI PA 18066

## Direct Deposit Advice

LARRY L. WISSER                                                      32913-1

| Pounds Delivered: | | April 2021 1 - 15 Advance | |
|---|---|---|---|
| 1st | 9,966 | | |
| 2nd | 0 | Pounds delivered | 49,424 |
| 3rd | 0 | Price per cwt | 14.1800 |
| 4th | 9,747 | | |
| 5th | 0 | Gross amount | 7,008.32 |
| 6th | 0 | | |
| 7th | 10,033 | | |
| 8th | 0 | | |
| 9th | 0 | | |
| 10th | 10,033 | Net amount | 7,008.32 |
| 11th | 0 | | |
| 12th | 0 | | |
| 13th | 9,645 | | |
| 14th | 0 | | |
| 15th | 0 | | |