**Account:** 1000000000, **Check Number:** 90139, **Amount:** $91,000.00, **Date:** 11/23/2020

```
THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD TO LIGHT TO VIEW
AmericanBank                     TREASURER CHECK
                                                            90139
Remitter/Payee - If this Treasurer Check is lost/stolen/destroyed,
it is not subject to any stop payment order, but only to a Declaration
of Loss. A refund or replacement Treasurer Check may not be
obtained for a period of up to 90 days after issuance of the original
Treasurer Check.

Pay to the                                    Date   November 16, 2020
Order of   Judson Witham
                                              Amount  $ ******91,000.00
Ninety-One Thousand and 00/100****************************
                                                                DOLLARS
                                              VOID IF NOT PRESENTED WITHIN ONE YEAR FROM DATE OF ISSUE.

Building Material Equip. Expenses-Wisser
Memo                                          Authorized Signature
```

FILED
JUN 11 2021
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Dear Charles Laputka Esquire

Me & Larry did everything you wanted us to do,
1. Put FSA on insurance
2. Put the cows out of Jason name into our name
3. Let FSA on the propty for inspection

We ask you to do a FOIA? What is it?
You could have also done a Subpoena

2) Your Fired

Sworn and Subscribed
before me this
24th May 2021
Ruth Miller

Larry L. Wisser          Cathleen F Wisser

Commonwealth of Pennsylvania - Notary Seal
Ruth R. Miller, Notary Public
Lehigh County
My commission expires April 17, 2022
Commission number 1112853
Member, Pennsylvania Association of Notaries

# *Ruth R. Miller*

Notary Public

**Phone: 610-767-9417**
Fax: 610-767-9561

Date _____

Received of _____

_____

Phone _____

| | | |
|---|---|---|
| 1. PENN-DOT | | |
| Title | | |
| Temp. Tags | | |
| Registration | | |
| Transfer | | |
| Exchange Fees | | |
| Duplicate Owner's Card | | |
| Inspection Stickers | | |
| Lien Fee | | |
| Drivers License - Learners Permit | | |
| 2. PA Dept. of Revenue Sales Tax | | |
| 3. Vital Statistics (Birth Certificate) | | |
| 4. Other | | |
| 5. Seals and Service | $ | |
| Harrisburg Service | | |
| On Line Processing Fee | | |
| Cash ✓ | | |
| Check | | |
| Total | $ | |
| Amt. Paid | $ | |

Not Responsible for PENN-DOT errors or delays