# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Chapter 12 |
| | : | |
| **Larry L. and Cathleen R. Wisser,** | : | Case No.   20-14201 (PMM) |
| | : | |
| Debtors. | : | |

## NOTICE OF VIDEO CONFERENCE HEARING
## ON THE CHAPTER 12 TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that the Chapter 12 Trustee's Motion to Dismiss Case with *Prejudice* (Doc. #77) is scheduled for hearing in the United States Bankruptcy Court for the Eastern District of Pennsylvania on **Wednesday, June 30, 2021 at 10:00 a.m.**

The Hearing will be conducted by Zoom video conference.  All participants must register prior to the Hearing.  To register in advance for this hearing go to:

https://www.zoomgov.com/meeting/register/vJItceuvqDgvH-qlNArnewfPIvtbYcgAnGA

After registering, you will receive a confirmation email containing information on how to join the Hearing.

Other information regarding this Hearing:

Meeting ID: 160 627 6355

Passcode: 307423

The procedures for this evidentiary hearing are at outlined in the Order Governing Procedures, doc. #80.

**Copy to:**

Larry L. and Cathleen Rachel Wisser
8149 Bausch Rd.
New Tripoli, PA  18066