# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | |
| LARRY L. WISSER and | § | CASE NO. 20-14201-PMM |
| CATHLEEN R. WISSER | § | |
| | § | |

## ORDER

Upon consideration of Motion for Leave to Withdraw as Counsel, any responses filed thereto and any hearing held,

IT IS HEREBY ORDERED AND DECREED that said Motion is GRANTED;

IT IS FURTHER ORDERED that Counsel is relieved of all further responsibility in the representation of Larry L. Wisser and Cathleen R. Wisser in this matter.

BY THE COURT:

*Patricia M. Mayer*

**Date: June 24, 2021**

PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE