United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-14201-pmm
Larry Lee Wisser | Chapter 12
Cathleen Rachel Wisser
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Jun 23, 2021      Form ID: pdf900      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry Lee Wisser, Cathleen Rachel Wisser, 8149 Bausch Road, New Tripoli, PA 18066-3614 |
| aty | + | Charles Laputka, 1344 W. Hamilton Street, Allentown, PA 18102-4329 |
| cr | + | New Tripoli Bank, Seitz, Lesavoy Butz & Seitz LLC, c/o Jack M. Seitz, Esq., 1620 Pond Road, Suite 200 Allentown, PA 18104-2255 |
| cr | + | Northwest Bank, successor to Union Community Bank, c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| cr | + | Northwestern Lehigh School District and Weisenberg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Attorney Charles Laputka claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Plaintiff Larry Lee Wisser claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Plaintiff Cathleen Rachel Wisser claputka@laputkalaw.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: pdf900 | Total Noticed: 5 |

jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES LAPUTKA
    on behalf of Joint Debtor Cathleen Rachel Wisser claputka@laputkalaw.com
    jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES LAPUTKA
    on behalf of Debtor Larry Lee Wisser claputka@laputkalaw.com
    jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES N. SHURR, JR.
    on behalf of Creditor Northwest Bank  successor to Union Community Bank cshurr@kozloffstoudt.com,
    dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com

JACK M. SEITZ
    on behalf of Creditor New Tripoli Bank  Seitz jseitz@lesavoybutz.com, sblake@lesavoybutz.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Northwestern Lehigh School District and Weisenberg Township jwood@portnoffonline.com
    jwood@ecf.inforuptcy.com

REBECCA ANN SOLARZ
    on behalf of Creditor United States of America  acting through the Farm Service Agency, U.S. Department of Agriculture
    bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 12)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 12** |
| | : | |
| **Larry L. and Cathleen R. Wisser,** | : | **Case No.  20-14201 (PMM)** |
| | : | |
| **Debtors.** | : | |

**NOTICE OF VIDEO CONFERENCE HEARING**
**ON THE CHAPTER 12 TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that the Chapter 12 Trustee's Motion to Dismiss Case with *Prejudice* (Doc. #77) is scheduled for hearing in the United States Bankruptcy Court for the Eastern District of Pennsylvania on **Wednesday, June 30, 2021 at 10:00 a.m.**

The Hearing will be conducted by Zoom video conference. All participants must register prior to the Hearing. To register in advance for this hearing go to:

https://www.zoomgov.com/meeting/register/vJItceuvqDgvH-qlNArnewfPIvtbYcgAnGA

After registering, you will receive a confirmation email containing information on how to join the Hearing.

Other information regarding this Hearing:

Meeting ID: 160 627 6355

Passcode: 307423

The procedures for this evidentiary hearing are at outlined in the Order Governing Procedures, doc. #80.

**Copy to:**

Larry L. and Cathleen Rachel Wisser
8149 Bausch Rd.
New Tripoli, PA  18066