**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser<br>        Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser<br>                    Debtor(s) | CHAPTER 12 |
| United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture<br>                    Movant<br>            vs. | NO. 20-14201 PMM |
| Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser<br>Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser<br>                    Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman<br>                    Trustee | |

## **ORDER**

AND NOW, this       day of              , 2021 at Philadelphia, upon review of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture's Motion to Quash Subpoenas issued by Debtors, and any response thereto, it is

ORDERED THAT: the Subpoenas issued by Debtors towards United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture and dated June 23, 2021 are hereby QUASHED.

_____
United States Bankruptcy Judge.