## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser<br>          Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser<br>                    Debtor(s) | CHAPTER 12 |
| United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture<br>                    Movant<br>          vs. | NO. 20-14201 PMM |
| Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser<br>Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser<br>                    Debtor(s) | |

# O R D E R

**AND NOW**, upon consideration of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture ("the Motion")*,* and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A  hearing to consider the Motion shall be held **June 30, 2021 at 10:00 AM, in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on or

   before_____. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3  on all other parties in interest, including creditors, by regular mail

   no later than 5:00 p.m. on _____.

6. The Movant  shall file a Certification of Service as required by Local Rule 9014-4.

**Date:**  _____          _____
                              **PATRICIA M. MAYER**
                              **U.S. BANKRUPTCY JUDGE**