## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser<br>　　　Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser<br>　　　　　　Debtor(s) | CHAPTER 12 |
| United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture<br>　　　　　　Movant<br>　　vs.<br><br>Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser<br>Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser<br>　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　Trustee | NO. 20-14201 PMM |

### CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the Order Granting Motion to Expedite and Scheduling Expedited Hearing on Movant's Motion to Quash Subpoenas and the Motion to Quash Subpoenas on below parties via e-mail on June 29, 2021:

New Tripoli Bank
JACK M. SEITZ
Lesavoy Butz & Seitz LLC
1620 Pond Road
Suite 200
Allentown, PA 18104-2255

Northwest Bank, successor to Union Community Bank
CHARLES N. SHURR, JR.
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610

Northwestern Lehigh School District and Weisenberg Township
JAMES RANDOLPH WOOD
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

SCOTT F. WATERMAN (Chapter 12)
Scott Waterman Chapter 12 Trustee
2901 St Lawrence Avenue
Suite 100
Reading, PA 19606

Weisenberg Township
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

LEHIGH COUNTY TAX CLAIM BUREAU
17 S. 7th St.
Room 120
Allentown, PA 18101

I further certify that, pursuant to the Order granting Movant's Request to Expedite, I notified Debtors of the Motion to Quash via telephone at approximately 10:23 AM on June 29, 2021.

I further certify that true and correct copies of the Order Granting Motion to Expedite and Scheduling Expedited Hearing on Movant's Motion to Quash Subpoenas and the Motion to Quash Subpoenas have been mailed by first class mail to the below parties on June 29, 2021:

Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser
8149 Bausch Road
New Tripoli, PA 18066

Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser
8149 Bausch Road
New Tripoli, PA 18066

Pennsylvania Department of Revenue[1]
Bankruptcy Division, PO Box 280946
Harrisburg PA 17128-0946

Date: June 29, 2021

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant

---

[1] Movant is unable to locate either an email or fax number to notify Creditor by either of those methods, so Movant is serving Creditor by regular mail in order to substantially comply with this Court's Order.