**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 12** |
| Larry Lee Wisser, | : | |
| Cathleen Rachel Wisser, | : | Bky. No. 20-14201 - PMM |
| | : | |
| Debtors. | : | |

**ORDER GOVERNING PROCEDURES FOR EVIDENTIARY HEARING**
**ON (I) CHAPTER 12 TRUSEE'S AMENDED MOTION TO DISMISS**
***WITH PREDJUDICE* AND (II) CONFIRMATION OF CHAPTER 12 PLAN**

**AND NOW WHEREAS**, the Court having **SCHEDULED** a continued hearing ("the Hearing") for **Tuesday, August 31, 2021 at 1:00 PM** on the Amended Motion to Dismiss Case *with Prejudice* ("the Motion") filed on May 27, 2021, Doc. # 77 and confirmation of the Debtors' Second Amended Chapter 12 Plan, filed April 15, 2021, Doc. # 67;

**It is therefore ORDERED** that the parties shall comply with the following procedures in connection with the Hearing:

**Pre-Hearing Disclosure Requirements**

1. **On or before August 24, 2021**, any party intending to call a witness to testify shall file and serve[1] a Witness List setting forth the following:

    a. the name and title of the witness;

    b. a summary of subject matter of the anticipated testimony.

---

[1] It is contemplated and preferred that all service required by this Order will be accomplished by e-mail. However, other means of service are acceptable so long as the document to be served is received within one (1) business day of service.

1

2. **On or before August 24, 2021**, any party intending to offer into evidence any exhibits in its case in chief or otherwise use at the Hearing shall:

    a. pre-mark each exhibit;

    b. serve each party who has appeared in the matter(s) being heard at the Hearing with a list of each exhibit ("the Exhibit List");

    c. serve each party with each pre-marked exhibit on the Exhibit List;[2]

    d. deliver the Exhibit List and the exhibits to the Court by e-mailing them to Judge Mayer's Chambers (Chambers_of_Judge_Patricia_Mayer@paeb.uscourts.gov) and to the Courtroom Deputy at Barbara_Spinka@paeb.uscourts.gov.

3. A party who wishes to use an exhibit in connection with the examination of a witness shall serve the witness with each such exhibit (with notice to all other parties) at least 24 hours prior to the Hearing.

4. If a party anticipates the possibility of offering into evidence or otherwise using exhibits at the Hearing in the party's case in rebuttal:

    a. On the same date as set forth in Paragraph 2, the party shall prepare a Rebuttal Exhibit List and shall e-mail the Rebuttal Exhibit List and all rebuttal exhibits to the Courtroom Deputy.

    b. The Court will retain, without reviewing, the Rebuttal Exhibit List and the rebuttal exhibits unless and until the party seeks to use a rebuttal exhibit at the Hearing.

    c. If a party seeks to use a rebuttal exhibit, the rebuttal exhibit will then be e-mailed to all parties participating in the Hearing and the witness. If appropriate, the court will take a short recess to allow the other parties to review the exhibit.[3]

---

[2] If an exhibit is on the docket, counsel may reference the applicable CM/ECF docket number rather than serving the exhibit itself on opposing counsel. However, an exhibit used in connection with the testimony of a witness must be supplied to the witness.

[3] The procedures in Paragraph 3 are included because there are situations in which a party may legitimately wish to hold back a rebuttal exhibit and use it only if necessary due to the developments

5. **FAILURE TO COMPLY STRICTLY WITH THE REQUIREMENTS OF PARAGRAPHS 1-4 MAY RESULT IN THE EXCLUSION OF EVIDENCE OFFERED DURING THE HEARING**.

**Date: July 6, 2021**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

during a hearing. If no such concerns exist, nothing in this Order precludes a party from including rebuttal exhibits on the primary Exhibit List and labeling them as such.