B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

___EASTERN___ District of ___PENNSYLVANIA___

In re ___LARRY LEE CATHLEEN RACHEL WISSER___
Debtor

(Complete if issued in an adversary proceeding)

_____
Plaintiff

v.

_____
Defendant

Case No. __20-14201 PMM__

Chapter __12__

Adv. Proc. No. _____

**FILED JUN 29 2021** TIMOTHY McGRATH, CLERK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: ___JUDGE PATRICIA M. MAYER___
(Name of person to whom the subpoena is directed)

☐ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: ECTRICAL TRANSFERS, PAYMENTS, E-MAILS TEXT MESSAGES, BANK RECORDS, CHECKS, RECEIPTS PHONE MESSAGES (CHARLES LAPUTKA WAS FILED 5-24-2021)

| PLACE UNITED STATES BANKRUPCY COURT EASTERN DISTRICT GATEWAY BUILDING 201 PENN STREET 4th FLOOR COURTROOM READING, PA, 19601 | DATE AND TIME JUNE 30th 2021 10:00 A.M |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date 6-23-2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

OR ___Larry L Wisser___
Attorney's signature

The name, address, email address, and telephone number of the attorney representing (name of party) _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

__Eastern__ District of __Pennsylvania__

In re __LARRY LEE, CATHLEEN RACHEL WISSER__
Debtor

(Complete if issued in an adversary proceeding)

_____
Plaintiff
v.
_____
Defendant

Case No. __20-14201 pmm__

Chapter __12__

Adv. Proc. No. _____

FILED JUN 29 2021

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __SCOTT F. WATERMAN (CHAPTER 12 TRUSTEE)__
(Name of person to whom the subpoena is directed)

[X] *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: __PHONE MESSAGES, BANK RECORDS, E-MAILS, TEXT MESSAGES, ELECTRICAL TRANSFERS, ELECTRONIC PAYMENTS, CHECKS, RECEIPTS, ONLINE PAYMENTS__

| PLACE United States Bankruptcy Court Eastern District Gateway Building, 201 Penn St 4th Floor Courtroom Reading, PA 19601 | DATE AND TIME June 30, 2021 10:00 AM |
|---|---|

[ ] *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|   |   |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____        OR   __/s/ Larry L. Wisser__
Signature of Clerk or Deputy Clerk          Attorney's signature

The name, address, email address, and telephone number of the attorney representing *(name of party)*
_____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

__EASTERN__ District of __PENNSYLVANIA__

In re __LARRY LEE, CATHLEEN RACHEL WISSER__
_Debtor_

(Complete if issued in an adversary proceeding)

Case No. __20-14201 PMM__

Chapter __12__

_____
Plaintiff

v.

_____
Defendant

Adv. Proc. No. _____

FILED JUN 29 2021

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __DAVID W. POORBAUGH (FARM LOAN CHIEF USDA)__
(Name of person to whom the subpoena is directed)

☒ _Production_: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: __PHONE MESSAGE, BANK RECORDS, E-MAILS, TEXT MESSAGES, ELECTRICAL TRANSFERS, ELECTRONIC PAYMENTS CHECKS, RECEIPTS ONLINE PAYMENTS__

| PLACE __UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT GATEWAY BUILDING 201 PENN STREET 4TH FLOOR COURT ROOM READING PA 19601__ | DATE AND TIME __JUNE 30TH 2021 10:00AM__ |
|---|---|

☐ _Inspection of Premises_: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____          OR   _/s/ Larry L. Wisser_
_Signature of Clerk or Deputy Clerk_            _Attorney's signature_

The name, address, email address, and telephone number of the attorney representing (name of party) _____, who issues or requests this subpoena, are:
_____

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

__EASTERN__ District of __PENNSYLVANIA__

In re: Larry Lee, Cathleen Rachel Wisser
Debtor

(Complete if issued in an adversary proceeding)

_____
Plaintiff
v.
_____
Defendant

Case No. 20-14201 PMM
Chapter 12
Adv. Proc. No. _____

FILED JUN 29 2021
TIMOTHY McGRATH, CLERK
/BS/ DEP. CLERK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __CHARLES N SHURR JR (ATTORNEY NORTH WEST BANK)__
(Name of person to whom the subpoena is directed)

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: __PHONE MESSAGES, BANK RECORDS, E-MAILS, TEXT MESSAGES, ELECTRICAL TRANSFER, ELECTRONIC PAYMENTS, CHECKS, RECEIPTS, ONLINE PAYMENTS__

| PLACE United States Bankruptcy Court Eastern District Gateway Building 201 Penn Street 4th Floor Courtroom Reading PA, 19601 | DATE AND TIME June 30th 2021 10:00 AM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____        OR   /s/ Larry L Wisser
Signature of Clerk or Deputy Clerk          Attorney's signature

The name, address, email address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

__EASTERN__ District of __PENNSYLVANIA__

In re __LARRY LEE, CATHLEEN BACHELWASSER__
Debtor

(Complete if issued in an adversary proceeding)

_____
Plaintiff
v.
_____
Defendant

Case No. __20-14201 PMM__

Chapter __12__

Adv. Proc. No. _____

FILED JUN 29 2021 TIMOTHY McGRATH, CLERK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __JAMES CLARK (ESQUIRE)__
(Name of person to whom the subpoena is directed)

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: __PHONE MESSAGES, BANK RECORDS, EMAILS, TEXT MESSAGES, ELECTRICAL TRANSE, ELECTRONIC PAYMENTS, CHECKS, RECEIPTS, ONLINE PAYMENTS__

| PLACE __UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT GATEWAY BUILDING 201 PENN STREET 4TH FLOOR COURTROOM READING PA 19601__ | DATE AND TIME __JUNE 30TH 2021 10:00 AM__ |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____        OR  _Larry L. Wissa_
Signature of Clerk or Deputy Clerk                Attorney's signature

The name, address, email address, and telephone number of the attorney representing *(name of party)*
_____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

__EASTERN__ District of __PENNSYLVANIA__

In re __LARRY LEE, CATHLEEN RACHEL WISSER__
Debtor

(Complete if issued in an adversary proceeding)

_____
Plaintiff
v.
_____
Defendant

Case No. __20-14201 PMM__

Chapter __12__

Adv. Proc. No. _____

FILED JUN 29 2021 BH
TIMOTHY McGRATH, CLERK
DEP. CLERK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __BRUCE BROWN (USDA) LOAN OFFICER__
(Name of person to whom the subpoena is directed)

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: __PHONE MESSAGES, BANK RECORDS, E-MAILS, TEXT MESSAGES, ELECTRICAL TRANSFER AND ELECTRONIC PAYMENTS, CHECKS, RECEIPTS, ONLINE PAYMENTS__

| PLACE GATEWAY BUILDING 201 PENN STREET 4TH FLOOR COURTROOM, READING PA 19601 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT | DATE AND TIME JUNE 30TH 2021 10:00 AM |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|   |   |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____           OR      _Larry L Wisser_
Signature of Clerk or Deputy Clerk                  Attorney's signature

The name, address, email address, and telephone number of the attorney representing (name of party) _____, who issues or requests this subpoena, are:
_____

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

EASTERN District of PENNSYLVANIA

In re LARRY LEE, CATHLEEN RACHEL WISSER
Debtor

(Complete if issued in an adversary proceeding)

Case No. 20-14201 PMM

Chapter 12

_____
Plaintiff
v.
_____
Defendant

Adv. Proc. No. _____

FILED
JUN 29 2021
TIMOTHY McGRATH, CLERK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: KEVIN LABSCH (LOAN OFFICER USDA)
(Name of person to whom the subpoena is directed)

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: PHONE MESSAGES, BANK RECORDS, EMAIL TEXT MESSAGES ELECTRICAL TRANSFER ELECTRONIC PAYMENTS, RECEIPTS ONLINE PAYMENTS

| PLACE UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT GATEWAY BUILDING 201 PENN STREET 4TH FLOOR COURT ROOM A READING PA 19601 | DATE AND TIME JUNE 30th 2021 10:00AM |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____    OR    *Larry L. Wisser*
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, email address, and telephone number of the attorney representing (*name of party*) _____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

EASTERN District of PENNSYLVANIA

In re LARRY LEE, CATHLEEN RACHEL WISSER
Debtor

(Complete if issued in an adversary proceeding)

Case No. 20-14201 PMM

Chapter ___

_____
Plaintiff
v.
_____
Defendant

Adv. Proc. No. ___

FILED JUN 29 2021
TIMOTHY McGRATH, CLERK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: MELISSA A. BEIDENHOUR (LOAN OFFICER USDA)
(Name of person to whom the subpoena is directed)

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: PHONE MESSAGES, BANK RECORDS, E-MAILS TEXT MESSAGES, ELECTRICAL TRANSFERS ELECTRONIC PAYMENTS, CHECKS, RECEIPTS ONLINE PAYMENTS

| PLACE UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT GATEWAY BUILDING 201 PENN STREET 4th FLOOR COURTROOM READING PA 19601 | DATE AND TIME JUNE 30th 2021 10:00 AM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____          OR  /s/ Larry L. Wisser
Signature of Clerk or Deputy Clerk            Attorney's signature

The name, address, email address, and telephone number of the attorney representing *(name of party)*
_____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# Ruth R. Miller
## Notary Public

Phone: 610-767-9417
Fax: 610-767-9561

Date: _____

Received of: _____

Phone: _____

| | | |
|---|---|---|
| 1. PENN-DOT | | |
| Title | | |
| Temp. Tags | | |
| Registration | | |
| Transfer | | |
| Exchange Fees | | |
| Duplicate Owner's Card | | |
| Inspection Stickers | | |
| Lien Fee | | |
| Drivers License - Learners Permit | | |
| 2. PA Dept. of Revenue Sales Tax | | |
| 3. Vital Statistics (Birth Certificate) | | |
| 4. Other | | |
| 5. Seals and Service | $50 | |
| Harrisburg Service | | |
| On Line Processing Fee | | |
| Cash ✓ | | |
| Check | | |
| Total | $50.00 | |
| Amt. Paid | $50.00 | |

Not Responsible for PENN-DOT errors or delays

FILED JUN 29 2021

**Account:** 1000000000, **Check Number:** 90139, **Amount:** $91,000.00, **Date:** 11/23/2020

---

**AmericanBank** — TREASURER CHECK — 90139

Date: November 16, 2020

Pay to the Order of: Judson Witham

Amount: $ ******91,000.00

Ninety-One Thousand and 00/100************************************ DOLLARS

VOID IF NOT PRESENTED WITHIN ONE YEAR FROM DATE OF ISSUE.

Memo: Building Material Equip. Expenses-Wisser

Authorized Signature

⑈090139⑈ ⑆031302997⑆ 1000000000⑈ 12

FILED JUN 29 2021
TIMOTHY McGRATH, CLERK
DEP[UTY]

---

Dear Charles Laputka Esquire

Me & Larry did everything you wanted us to do,

1. Put FSA on insurance
2. Put the cars out of Jason's name into our name
3. Let FSA on the property for inspection

We ask you to do a FOIA? Where is it?
a) you could have also done a Subpoena
2)

Your Fired

Larry L. Wisser     Cathleen J Wisser

Sworn and subscribed
before me this
24 on May 2021
Ruth Miller

Commonwealth of Pennsylvania - Notary Seal
Ruth R. Miller, Notary Public
Lehigh County
My commission expires April 17, 2022
Commission number 1112853
Member, Pennsylvania Association of Notaries

Case 20-14201-pmm    Doc 113    Filed 06/29/21    Entered 07/07/21 13:13:23    Desc Main
Document    Page 11 of 17

B2570 (Form 2570) – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* __KEVIN LAUSH__
on *(date)* __6-25-21__

☒ I served the subpoena by delivering a copy to the named person as follows: __KAREN SWEIGART   ACTING COUNTY EXECUTIVE OFFICE__
___ on *(date)* __6-25-21__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: __6-25-21__

*Server's signature*

__BARRY C BETZ CONSTABLE__
*Printed name and title*

__7654 KERNSVILLE RD OREFIELD 18069__
*Server's address*

Additional information concerning attempted service, etc.:

FILED
JUN 29 2021
TIMOTHY McGRATH

B2570 (Form 2570) – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* __BRUCE BROWN__
on *(date)* __6-25-21__

☒ I served the subpoena by delivering a copy to the named person as follows: __KAREN SWEIGART ACTING COUNTY EXECUTIVE OFFICE__
____ on *(date)* __6-25-21__ ; or

☐ I returned the subpoena unexecuted because: ____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ____.

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____.

I declare under penalty of perjury that this information is true and correct.

Date: __6-25-21__

__Barry C Betz__
*Server's signature*

__BARRY C BETZ CONSTABLE__
*Printed name and title*

__7154 KERNSVILLE RD OREFIELD 18069__
*Server's address*

Additional information concerning attempted service, etc.:

FILED JUN 29 2021
TIMOTHY McGRATH, CLERK

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any) __MELISSA A. REIDENHOUR__
on (date) __6-25-21__

☒ I served the subpoena by delivering a copy to the named person as follows:
__KAREN SWEIGART, ACTING COUNTY EXECUTIVE OFFICE__
_____ on (date) __6-25-21__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law. in the amount of $ _____

My fees are $ _____ for travel and $ _____ for services. for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: __6-25-21__

_Barry C Betz_
Server's signature

__BARRY C BETZ CONSTABLE__
Printed name and title

__7154 BERNSVILLE RD OREFIELD 18069__
Server's address

Additional information concerning attempted service, etc.:



FILED
JUN 29 2021
TIMOTHY McGRATH, CLERK

B2570 (Form 2570) – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any) DAVID POORBAUGH
on (date) 6-25-21

☒ I served the subpoena by delivering a copy to the named person as follows:
DODIE A. YOHN  ADMINISTRANTIVE SPECIALIST
on (date) 6-25-21 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law. in the amount of $ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 6-25-21

Barry C Betz
(Server's signature)

BARRY C BETZ CONSTABLE
Printed name and title

7154 KERNSVILLE RD OREFIELD 18069
Server's address

Additional information concerning attempted service, etc.:



FILED JUN 29 2021
TIMOTHY McGRATH, CLERK

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* __SCOTT WATERMAN, ESQ.__
on *(date)* __6-25-21__

☒ I served the subpoena by delivering a copy to the named person as follows:
__SCOTT WATERMAN, ESQ.__
_____ on *(date)* __6-25-21__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: __6-25-21__

*Barry C Betz*
*Server's signature*

__BARRY C BETZ CONSTABLE__
*Printed name and title*

__7154 KERNSVILLE RD OREFIELD__
*Server's address*
__18069__

Additional information concerning attempted service, etc.:

FILED
JUN 29 2021

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __CHARLES N. SHURR JR ESQ__
on *(date)* __6-25-21__

☒ I served the subpoena by delivering a copy to the named person as follows: __CHARLES N SHURR JR ESQ.__
_____ on *(date)* __6-25-21__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: __6-25-21__

*Server's signature*: Barry C Betz

*Printed name and title*: BARRY C BETZ CONSTABLE

*Server's address*: 7154 KERNSVILLE RD OREFIELD 18069

Additional information concerning attempted service, etc.:

FILED JUN 29 2021
TIMOTHY McGRATH

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any) __JAMES CLARK ATTY__
on (date) __6-25-21__

[X] I served the subpoena by delivering a copy to the named person as follows: __CHRISTINE MCCLATG / RECEPTIONIST__
_____ on (date) __6-25-21__ ; or

[ ] I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: __6-25-21__

_Barry C Betz_
Server's signature

__BARRY C BETZ CONSTABLE__
Printed name and title

__7154 BERNSVILLE RD ONEFIELD 18069__
Server's address

Additional information concerning attempted service, etc.:



FILED
JUN 29 2021
TIMOTHY McGRATH, CLERK
DEP CLERK