IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Bankruptcy No. 20-14201
:
LARRY LEE WISSER and :
CATHLEEN RACHEL WISSER, :
             Debtors : Chapter 12
:
: Hearing Date: August 17, 2021
: Hearing Time: 11:00 a.m.
:
: United States Bankruptcy Court
: Gateway Building, Fourth Floor Courtroom
: 201 Penn Street
: Reading, PA 19601

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Northwest Bank has filed a Motion to Quash Subpoenas issued by Debtors and for Protective Order.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 11, 2021 you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

            Clerk, United States Bankruptcy Court
            Eastern District of Pennsylvania
            The Gateway Building
            201 Penn Street, Suite 103
            Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b)  mail a copy to the movant's attorney:

    Charles N. Shurr, Jr., Esquire
    Kozloff Stoudt
    2640 Westview Drive
    Wyomissing, PA 19610
    Telephone: (610) 670-2552
    Facsimile: (610) 670-2591

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on Tuesday, August 17, 2021 at 11:00 a.m. in the United States Bankruptcy Court, The Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, Pennsylvania 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

Date: July 28, 2021        **KOZLOFF STOUDT**

                By: _/s/ Charles N. Shurr, Jr._
                Charles N. Shurr, Jr., Esquire
                2640 Westview Drive
                Wyomissing, PA 19610
                (610) 670-2552
                Attorneys for Northwest Bank