Dear Mr. Charles N. Shurr Jr., ESQ

We want to see front and back of the check you said you gave to US. from UNC Bank of 2005, and also the checks that are write off and receipts. We want to see all Transaction back 2005 until Northwet took over.

We want to know of all indebtness that Northwest took over and assumed. We want to see the date this all took place. We want to see from the time Union National gave us the loan till Northwest took over checks, receipts to whom they were sent. Why was the loan given to Capitol T. Lancaster. Why was it split. Where was settlement held. Where is the whole check $465,000.00 and who signed it.

Larry L. Wisser

Cathleen R Wisser

Subscribed and sworn before me, this 13th day of August 2021, a Notary Public in and for Lehigh County, State of PA

Ruth Miller
(Signature)
NOTARY PUBLIC
My Commission expires 4/17 2022

Commonwealth of Pennsylvania - Notary Seal
Ruth R. Miller, Notary Public
Lehigh County
My commission expires April 17, 2022
Commission number 1112853
Member, Pennsylvania Association of Notaries

FILED
AUG 13 2021
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Dear Angela Sheffler Abreu

We want to see front and back of the check That you said PNC Bank gave US. And also all The Checks write off and receipts to checks. We want to see all of Transaction back 2005 till Northwest Bank took over. Now we we want to know all the indebtness that Northwest took over and assumed. We want to the date and time it took place. We want to see from the time Union National gave us the loan till Northwest took over all checks, receipts and statement of the loan, to whom they were sent.

Why was the loan given to Capital 7 Lancaster. Why was the loan split. Where was settlement held. Date and time. Where is the whole dab of $465,000.00 and who signed it

Larry L Wisser

Cathleen R Wisser

Subscribed and sworn before me, this 13th day of Aug, 2021, a Notary Public in and for Lehigh County, State of PA

Ruth Miller
(Signature)
NOTARY PUBLIC
My Commission expires 4/17, 2022

Commonwealth of Pennsylvania - Notary Seal
Ruth R. Miller, Notary Public
Lehigh County
My commission expires April 17, 2022
Commission number 1112853
Member, Pennsylvania Association of Notaries

FILED
AUG 13 2021
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK