B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __RAY SCHAEFFER__
on *(date)* __7-7-21__.

☑ I served the subpoena by delivering a copy to the named person as follows: _____
    Certified Mail
    _____ on *(date)* __7-17-21__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: __7-17-21__

*Server's signature*

Barry C Betz Constable
*Printed name and title*

PO Box A Orefield Pa 18069
*Server's address*

Additional information concerning attempted service, etc.:

I served by Certified Mail because of Covid 19 and Employees not working in their offices.

**SENDER: COMPLETE THIS SECTION**
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

RAY SCHAEFFER
PA Farm Service Agency
359 East Park Dr Ste 1
Harrisburg PA 17111

9590 9402 6506 0346 8834 10

2. Article Number (Transfer from service label)
7020 0640 0001 3213 5043

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
Janine M Fitting

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



FILED
AUG 13 2021
TIMOTHY McGRATH, CLERK
_____ DEP CLERK

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: DAVID POORBAUGH
on *(date)* 7-7-21.

☑ I served the subpoena by delivering a copy to the named person as follows: _____
Certified Mail
_____ on *(date)* 7-17-21 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 7-17-21

*Server's signature*
Barry C Betz Constable
*Printed name and title*

PO Box A Orefield Pa 18069
*Server's address*

Additional information concerning attempted service, etc.:

I served by Certified Mail because of Covid 19 and Employees not working in their offices.

SENDER: COMPLETE THIS SECTION
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
DAVID POORBAUGH
PA FARM SERVICE AGENCY
359 EAST PARK DR STE 1
HARRISBURG PA 17111

9590 9402 6506 0346 8834 03

7020 0640 0001 2213 5050

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X *Janine Fitting* ☐ Agent ☐ Addressee
B. Received by (Printed Name) — Janine K...  — Date of Delivery
D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

FILED
AUG 1 3 2021
TIMOTHY McGRATH, CLERK
_____ DEP. CLERK

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): __JAMES CLARK ATTY.__
on (date) __7-7-21__.

☑ I served the subpoena by delivering a copy to the named person as follows: _____
_____Certified Mail_____
_____ on (date) __7-17-21__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: __7-17-21__

_Server's signature_

Barry C Betz Constable
_Printed name and title_

PO Box A Orefield Pa 18069
_Server's address_

Additional information concerning attempted service, etc.:

I served by Certified Mail because of Covid 19 and Employees not working in their offices.

---

SENDER: COMPLETE THIS SECTION
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

JAMES CLARK ATTY
277 MILLWOOD RD
LANCASTER, PA 17603

9590 9402 6506 0346 8834 65

Article Number (Transfer from service label)
7020 0640 0001 2213 5012

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _AllM CR_   ☐ Agent
              ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

FILED
AUG 13 2021
TIMOTHY McGRATH, CLERK
                    DEP CLERK

Domestic Return Receipt

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): **MELISSA A. REIDENHOUR**
on (date) **7-7-21**.

☑ I served the subpoena by delivering a copy to the named person as follows: _____
**Certified Mail**
_____ on (date) **7-17-21**; or

☐ returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true and correct.

Date: **7-17-21**

*Server's signature* (signed) Barry C Betz

**Barry C Betz Constable**
*Printed name and title*

**PO Box A Orefield Pa 18069**
*Server's address*

Additional information concerning attempted service, etc.:

I served by Certified Mail because of Covid 19 and Employees not working in their offices.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MELISSA A. REIDENHOUR
BERKS COUNTY SERVICE CENTER
1238 COUNTY WELFARE RD STE 230
LEESPORT PA 19533

9590 9402 6506 0346 8833 97

2. Article Number (Transfer from service label)
7020 0640 0001 2213 5067

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X (signed)
☐ Agent
☐ Addressee

B. Received by (Printed Name): Frank Rachman
C. Date of Delivery: 7/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

**FILED**
AUG 13 2021
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): __BRUCE BROWN__
on (date) __7-7-21__.

☑ I served the subpoena by delivering a copy to the named person as follows: Certified Mail
_____ on (date) __7-17-21__; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true and correct.

Date: __7-17-21__

_Barry C Betz_
*Server's signature*

Barry C Betz Constable
*Printed name and title*

PO Box A Orefield Pa 18069
*Server's address*

Additional information concerning attempted service, etc.:

I served by Certified Mail because of Covid 19 and Employees not working in their offices.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

BRUCE BROWN
BERKS COUNTY SER. CENTER
238 COUNTY WELFARE RD STE-240
LEESPORT PA 19533

9590 9402 6506 0346 8833 80

Article Number (Transfer from service label)
7020 0640 0001 2213 5074

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Frank Brown
C. Date of Delivery: 7/19

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

FILED
AUG 13 2021
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): **SCOTT WATERMAN ESQ**
on (date) **7-7-21**.

☑ I served the subpoena by delivering a copy to the named person as follows: _____
**Certified Mail**
_____ on (date) **7-17-21** ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: **7-17-21**

*Server's signature*
**Barry C Betz Constable**
*Printed name and title*

**PO Box A Orefield Pa 18069**
*Server's address*

Additional information concerning attempted service, etc.:

I served by Certified Mail because of Covid 19 and Employees not working in their offices.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
SCOTT WATERMAN ESQ
CHAPTER 12 TRUSTEE
2901 ST. LAWRENCE AVE
READING, PA 19606

9590 9402 6506 0346 8834 34

Article Number (Transfer from service label)
7020 0640 0001 2213 5036

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ d Mail
☐ d Mail Restricted Delivery (500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**FILED**
AUG 1 3 2021
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: CLINT SMITH
on *(date)* 7-7-21.

☑ I served the subpoena by delivering a copy to the named person as follows: **Certified Mail**
_____ on *(date)* 7-17-21 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 7-17-21

*Server's signature*

Barry C Betz Constable
*Printed name and title*

PO Box A Orefield Pa 18069
*Server's address*

Additional information concerning attempted service, etc.:

**I served by Certified Mail because of Covid 19 and Employees not working in their offices.**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLINT SMITH
FSA OFFICE
702 SAWMILL RD
BLOOMSBURG PA 17815

9590 9402 6506 0346 8833 66

7020 0640 0001 2213 5098

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Jess [signature]      ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
Jess Reichenbach      7-19-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

FILED
AUG 13 2021
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __KEVIN LAUSH__
on *(date)* __7-7-21__.

☑ I served the subpoena by delivering a copy to the named person as follows: _____
_____Certified Mail_____
_____ on *(date)* __7-17-21__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true and correct.

Date: __7-17-21__

_____
*Server's signature*

Barry C Betz Constable
*Printed name and title*

PO Box A Orefield Pa 18069
*Server's address*

Additional information concerning attempted service, etc.:

I served by Certified Mail because of Covid 19 and Employees not working in their offices.

FILED
AUG 13 2021
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK