## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser<br>   Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser<br>       Debtor(s) | CHAPTER 12 |
| United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture<br>       Movant<br>    vs. | NO. 20-14201 PMM |
| Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser<br>Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser<br>       Debtor(s)<br><br>Scott F. Waterman<br>       Trustee | |

## **ORDER**

AND NOW, this 17th day of August, 2021, upon review of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture's Motion to Quash Subpoenas issued by Debtors and for a Protective Order, and any response thereto, it is

ORDERED THAT: the Subpoenas issued by Debtors towards United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture, through individual employees, and dated July 7, 2021 and July 21, 2021 are hereby QUASHED, and it is

FURTHER ORDERED THAT Debtors are precluded from issuing and delivering further subpoenas to Movant or to any individuals employed by or associated with Movant without further order from this Court, and it is

FURTHER ORDERED THAT if additional subpoenas are delivered to Movant or to any individuals employed by or associated with Movant without Court approval, including any additional subpoenas received prior to the August 17, 2021 hearing, Movant and the individuals are authorized to not respond to those subpoenas without needing to file a new motion to quash and/or for a protective order.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge