# EXHIBIT B

## File an answer to a motion:

[18-14949-ref Larry L Wisser and Cathleen R Wisser](#)

Type: bk                      Chapter: 12 v                      Office: 4 (Reading)

Assets: y                     Judge: ref

### U.S. Bankruptcy Court

### Eastern District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from REBECCA ANN SOLARZ entered on 12/7/2018 at 4:10
PM EST and filed on 12/7/2018

**Case Name:**       Larry L Wisser and Cathleen R Wisser

**Case Number:**     [18-14949-ref](#)

**Document Number:** [63](#)

**Docket Text:**
Response to Objection to Claim filed by Debtor Larry L Wisser, Joint Debtor Cathleen R Wisser Filed
by United States of America, Acting through USDA, Farm Service Agency (related document(s)[33]).
(Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Exhibit E # (6)
Exhibit F # (7) Exhibit G # (8) Exhibit H # (9) Exhibit I # (10) Exhibit J # (11) Exhibit K # (12) Exhibit
L # (13) Exhibit M # (14) Exhibit N # (15) Exhibit O # (16) Exhibit P # (17) Exhibit Q # (18) Exhibit R
# (19) Exhibit S # (20) Exhibit T # (21) Exhibit U # (22) Exhibit V # (23) Exhibit W # (24) Exhibit X #
(25) Exhibit Y # (26) Service List) (SOLARZ, REBECCA)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Response 12-7-18.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
0] [00ab3a82377c44cb6e7a2c29b2b6b40ae933a4c14989d61dcf12f48689f6f6d8bb
0034c702acf70a84245fcd2866342db8eac31e01243f9bc6463efaad1ac813]]
**Document description:**Exhibit A
**Original filename:**C:\fakepath\A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
1] [807bb5a5a892a9796972e77aadabe6bcd1e859156d5e3eaf36086b0c3835ec35b4
62a81eccaf263b13a4bd04e356d11c6a8b73dea548b8fcf6de3a96a0e4713a]]
**Document description:**Exhibit B
**Original filename:**C:\fakepath\B.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
2] [8d5c6d81f3940334d275f2074e2a1f3127d8ea2eb519cf8a7aa9e6aebd4f3cd2ea
e7bbc885846828e2198bff5c618808dfc20ff387e6a8595f2037e28a1c6110]]
**Document description:**Exhibit C
**Original filename:**C:\fakepath\C.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
3] [62c511c170efb055728351d20f2344c4a8c8ce7f74b04eabd32890ce6dfba2d046
bbe2c475cdb22ebf3965abf38cf65d62a596b598b56a183483fa5806af4346]]
**Document description:**Exhibit D
**Original filename:**C:\fakepath\D.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
4] [37043078036ad3ff0427264744909dc3dc0390808e19a17e59546d55feb48e3e9a
6d98dd50f2494e7a3900c20d9fc8adf40996c5d8a34997eeeb2da0662377fa]]
**Document description:**Exhibit E
**Original filename:**C:\fakepath\E.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
5] [18e30270a757718d00fefd69b7dce2c1be7560f06f335ac3a42c18d1c423100460
892c238fd51bf87285fbfaf5812557663132923b16aabf9178c40fed5ad686]]
**Document description:**Exhibit F
**Original filename:**C:\fakepath\F.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
6] [8c5fe8b7e943687144e09738848431acf5382d30c1fe20e9249d9f0720b377669b
e203351be0d44337ecf42516f094a903eb2128ae9435cb01ff7fce933b6d53]]
**Document description:**Exhibit G
**Original filename:**C:\fakepath\G.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
7] [881736cd3d454a358d81da47e973c9483bba1d47bde1f674df5fde8bb6f25ff846
0e80c027dc25e75138c0f6df5ee16d8b7da35403ced3818c44ef81f00ee2eb]]
**Document description:**Exhibit H
**Original filename:**C:\fakepath\H.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
8] [2cce3c0eba63537a1055315aed8f90240f77b0282faf9f2e57c16657043adcfaf8
a1fe98bb69e891d0f32bb12f190db25fda83f3750d8c2e21b007c8405bf1de]]
**Document description:**Exhibit I
**Original filename:**C:\fakepath\I.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
9] [03066b45b748892312b9794474984ee0222b70520b138eb1e345720eaa6b703742
ed8930d37d9536ee828c29c12f2642849bfe7392e4d757e2ab1d1dc07258bc]]
**Document description:**Exhibit J
**Original filename:**C:\fakepath\J.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
10] [58e387b9abb34cdadbcfcb2c35c8489aa661e2235898d60e50fbe2a26bb4be7d0
9b29b4d13590574ccb7fc6e1378faf1ef909fbb7d45e05044ddbebe891563e3]]
**Document description:**Exhibit K
**Original filename:**C:\fakepath\K.pdf
**Electronic document Stamp:**

[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-11] [4ce969f508619d034d8a57db6160ceeed8ff6b520c8971b0419abd6890745a85f dbbc6068641c6536b6827c0687522104cf21ea388dd5873b0bc9fa719dc7b18]]

**Document description:**Exhibit L
**Original filename:**C:\fakepath\L.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-12] [41d5aabb7d2d1d4bd525a5b0325f937078d83ce340171472609ab8df875356ff4 138a84fefd9b998efaeab05e85b83cf35311d2020191eb90d5342714b1df789]]

**Document description:**Exhibit M
**Original filename:**C:\fakepath\M.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-13] [6aadde5e97a22d03ac85ee2bbe6c55dc5f2d8457a4c3521148aa86097404dc7f9 1df04e04ca9401aec1bbe02228381dbeb0ff2581950d61615e626217995e3bf]]

**Document description:**Exhibit N
**Original filename:**C:\fakepath\N.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-14] [02111ce82a16d8775cb43fff662b8a90ec57ab5f40485e11fdaad1de8cbc4a1ed b391d1704759a309f2577f7d0230b6a49de0db63d59e2a72ffb5b3dc58f31a4]]

**Document description:**Exhibit O
**Original filename:**C:\fakepath\O.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-15] [36259dfea0d131aadfb29dc70ab0b153c2774cedae90c100729f1345606626766 ac83e193e7cce291296eb265504d8422180eb696ba9d53a3b6554ae708e8153]]

**Document description:**Exhibit P
**Original filename:**C:\fakepath\P.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-16] [7a3604a73fc9eda6e66c371906d66252d0db82b3c3b4195dacbe9c25eef165804 c4f35ce033eea97418484d5c3fbe8ec7f81818745c1c18aba90473a4133d0bd]]

**Document description:**Exhibit Q
**Original filename:**C:\fakepath\Q.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-17] [02c1e35a9f810f1c278d85fb21bbedb30ef25072cbb305dba2a281f6c7b6d01a0 45dfa35cd0e685e9ba466d3fdb7c00b0266e15f9c290fca287dbe662bd0f9b8]]

**Document description:**Exhibit R
**Original filename:**C:\fakepath\R.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-18] [6a8c8de0d53610c28cdb1a8ca5ea0b257a75af2569573c97d33e700eeffbbb089 4710abd73c18aaee6c6e6c188c96460b21d6e6373616f0abbb7007a3c916c88]]

**Document description:**Exhibit S
**Original filename:**C:\fakepath\S.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-

19] [ac5c446408a6d6aa5728c0bda3453c2906a5dbc558ba42999ce64404a8cb38bb6
7f2de2fa290ab03543aac5a83e5192b795caf5bb2cfa80db5ad8f559d13a965]]

**Document description:**Exhibit T
**Original filename:**C:\fakepath\T.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
20] [07fd002e1c7826119eb0c8d17cc00a1939e3731a795d20990a731ea76e635d6c0
75d9b75554634b01b6969dad1ae82d9ae3e5ae22d780c735d07357ba33d800e]]

**Document description:**Exhibit U
**Original filename:**C:\fakepath\U.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
21] [8568d403043812dc0768526047c3ab58b226dcff9aec39a310a7f530bd0948f61
8a777119d049d894efd05a465851f4edcd9e560f92d4c0ea999d08e0d33fe72]]

**Document description:**Exhibit V
**Original filename:**C:\fakepath\V.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
22] [6573fe37dc49b96f327c32228022a7bdc7baa82e78fdfecc9eee9b11340c141ef
fb29ee6e678c0630aa4bca657f4121e426fceaf56af7b6ee422a1af8d234c4d]]

**Document description:**Exhibit W
**Original filename:**C:\fakepath\W.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
23] [a9ea7c7ef80c48b1cae6266591492a9c1a4e6dc59d8121783065023f1be137237
5326fb652affe5e3d7c86de99adbb599924535da2ae6256cec17cbe922b8cac]]

**Document description:**Exhibit X
**Original filename:**C:\fakepath\X.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
24] [3b9b75ac5e49d51371a153ad38a089bd4c96d8907cbae500f65a146a3d46a0ee1
e78db533edd6f184070bb2e855b6b29ac3700be724046e411e49e49797d0e68]]

**Document description:**Exhibit Y
**Original filename:**C:\fakepath\Y.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
25] [158f6310b054e67c60470899fc4a4d807ae81505911e65a22552d60086a5ca771
addb8048f6e3a9d42d91b5c792b5e99833a6d24ab4448676fa502674c45cc33]]

**Document description:**Service List
**Original filename:**C:\fakepath\COS 12-7-18.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=12/7/2018] [FileNumber=27367207-
26] [3fe39e92de60eb15bdab498687b07448e249a23cf696b8cf08bce06f36753ebfb
d25227b770fef3804f12374c20dfd72fd2c19f301f9c99172c87dda606cb6a1]]

**18-14949-ref Notice will be electronically mailed to:**

MICHAEL B. JOSEPH
mjoseph@ch13de.com

MICHAEL B. JOSEPH on behalf of Trustee MICHAEL B. JOSEPH
mjoseph@ch13de.com

ALBERT JAMES MILLAR on behalf of Creditor Commonwealth Of Pennsylvania Department of
Revenue
RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us

ALBERT JAMES MILLAR on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us

LARRY W. MILLER, JR. on behalf of Debtor Larry L Wisser
lmiller@millerlawgroup.net, sjameson@millerlawgroup.net

LARRY W. MILLER, JR. on behalf of Joint Debtor Cathleen R Wisser
lmiller@millerlawgroup.net, sjameson@millerlawgroup.net

CHARLES N. SHURR, JR. on behalf of Creditor Union Community Bank, successor to Union National
Community Bank
cshurr@kozloffstoudt.com,
jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com

REBECCA ANN SOLARZ on behalf of Creditor Farmers Home Administration
bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor United States of America, Acting through USDA,
Farm Service Agency
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

JAMES RANDOLPH WOOD on behalf of Creditor Northwestern Lehigh School District
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

JAMES RANDOLPH WOOD on behalf of Creditor Weisenberg Township
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

**18-14949-ref Notice will not be electronically mailed to:**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Larry L. Wisser<br>Cathleen R. Wisser<br><div align="center">Debtor(s)</div><br>vs.<br>The United States of America, acting through the<br>Farm Service Agency (FSA), a successor agency to<br>the Farmers Home Administration (FmHA), United<br>States Department of Agriculture (USDA)<br><div align="center">Respondent</div> | CHAPTER 12<br><br>NO. 18-14949 REF |

## RESPONSE OF UNITED STATES OF AMERICA, ACTING THROUGH USDA, FARM SERVICE AGENCY TO DEBTORS' OBJECTION TO PROOF OF CLAIM

Respondent, The United States of America, acting through the Farm Service Agency (FSA), a successor agency to the Farmers Home Administration (FmHA), United States Department of Agriculture (USDA), by and through its counsel, KML Law Group, P.C., hereby opposes Debtors' Objection to Proof of Claim and assigns the following reasons therefore:

1. Admitted.

2. Admitted in part and denied in part.  Admitted that Respondent filed its Proof of Claim on August 31, 2018 as Claim No. 4.  It is denied that the claim is in the secured amount of $521,1414.51 as the total secured claim amount is $521,141.51.  It is denied as to classification of the claim as a "secured claim not otherwise specified."  The claim specifically states that it is secured by real estate and chattel.

3. Denied.

   a. Denied.  The total secured claim amount is $521,141.51 as detailed in both the filed Proof of Claim and in the documents attached hereto.

   b. Denied.  The total secured claim amount is $521,141.51 as detailed in both the filed Proof of Claim and in the documents attached hereto.

   c. Admitted in part and denied in part.  As detailed below and in the documents attached hereto, four of the five loans included in Respondent's Proof of Claim were placed in a supervised bank account.  The remaining loan was disbursed

directly to Debtors.

    d.   Denied.  Information regarding the underlying loans has been given to the debtors through the loans' histories.  Further, Debtors have executed multiple subsequent Promissory Notes on all loans at their request, including requests to restructure the loans and requests for payment deferrals.

4. Additionally, Respondent's Proof of Claim is self-sustaining and constitutes prima facie evidence of the amounts actually due.

5. The Debtors object to the Claim by disputing the total debt outlined in the Claim.

6. Since the Debtors have failed to overcome the presumption of validity attendant to the Claim, the objection must fail, and the Claim must be allowed as filed.

7. The Claim, as filed, is entitled to a presumption of allowability.  See 11 U.S.C. Section 502(a); Fed. R. Bankr. P. 3001(f); See, e.g., In re Pagnotti, 269 B.R. 326 (Bankr. M.D. Pa. 2001).

8. By filing the Objection, the Debtors incur the burden of overcoming the presumption of allowability and establishing the bases that the Claim is invalid.  In re Allegheny Int'l, Inc. 954 F.2d 167, 173-4 (3d Cir. 1992).

9. The mere filing of the Objection does not satisfy the Debtors' burden; rather, the Debtor must offer evidence to overcome the presumption of validity of the Claim.  In re Pagnotti, 269 B.R. 326.

10. The Debtors have not filed any documentation to dispute the amount of the Claim.  As such, the Debtors' objection must be overruled.

11. The amounts due alleged in the Proof of Claim are reasonable, actually incurred and in accordance with applicable law.

12. Debtors have failed to overcome the prima facie evidence of the validity of Respondent's Proof of Claim.

13. More specifically, the loans included in Respondent's Proof of Claim break down as follows:

## Loan A

14. Loan A was originally executed on November 10, 2004 by Debtors in the total amount of $150,000.00 under loan number 44-01.  A copy of the Promissory Note is attached hereto as Exhibit A.

15. The loan amount was approved  for:

    a.  $14,000.00 to purchase cows

    b.  $6,000.00 for tractor repair

    c.  $130,000.00 to refinance another loan with Blue Ball Bank

16. This loan was directly disbursed to Debtors via check as follows:

    a.  $99,000.00 on 11/1/2004

    b.  $50,999.00 on 11/10/2004

    c.  $1.00 on 1/19/18

17. Debtors restructured this loan on December 21, 2006 in the total amount of $140,818.28 as new loan number 44-04.  A copy of the Promissory Note is attached hereto as Exhibit B.

18. This restructuring was done at the request of Debtors.

19. Debtors restructured this loan on July 2, 2010 in the total amount of $132,512.81 as new loan number 44-10.  A copy of the Promissory Note is attached hereto as Exhibit C.

20. This restructuring was done at the request of Debtors.

21. Debtors restructured this loan on April 18, 2012 in the total amount of $121,641.61 as new loan number 44-15.  A copy of the Promissory Note is attached hereto as Exhibit D.

22. This restructuring was done at the request of Debtors.

23. Per this April 18, 2012 Promissory Note, payments were to resume on April 18, 2018.

24. A copy of the Payment History for Loan A is attached hereto as Exhibit E.

**<u>Loan B</u>**

25. Loan B was originally executed on August 8, 2005 by Debtors in the total amount of $200,000.00 under loan number 41-02.  A copy of the Promissory Note is attached hereto as Exhibit F.

26. The loan amount was approved for construction of a new dairy barn, and the loan financed purchase of a milking parlor, barn construction, and purchase of additional cows.

27. The loan disbursements were placed in a supervised bank account with Union National Bank.

28. The loan amount was disbursed to the Union National Bank account as follows:

    a.  $1.00 on 9/15/2005

      b. $75,000.00 on 10/28/2005

      c. $50,000.00 on 12/14/2005

      d. $74,999.00 on 1/24/2006

29. Additionally, an amount of $248,880.43 was disbursed on September 21, 2005 as funds directly from a loan made to the Debtors by Union National Bank.

30. A ledger showing the disbursements made from the Union National Bank account is attached hereto as Exhibit G.  (The last page of the ledger shows the funds being rolled into Loan C as detailed below.)

31. Debtors restructured this loan on December 21, 2006 in the total amount of $199,250.90 as new loan number 41-05.  A copy of the Promissory Note is attached hereto as Exhibit H.

32. This restructuring was done at the request of Debtors.

33. Debtors restructured this loan on July 2, 2010 in the total amount of $204,824.24 as new loan number 41-08.  A copy of the Promissory Note is attached hereto as Exhibit I.

34. This restructuring was done at the request of Debtors.

35. Debtors restructured this loan on April 18, 2012 in the total amount of $203,357.96 as new loan number 41-13.  A copy of the Promissory Note is attached hereto as Exhibit J.

36. This restructuring was done at the request of Debtors.

37. Per this April 18, 2012 Promissory Note, payments were to resume on April 18, 2018.

38. A copy of the Payment History for Loan B is attached hereto as Exhibit K.

**Loan C**

39. Loan C was originally executed on December 21, 2006 by Debtors in the total amount of $40,000.00 under loan number 44-03.  A copy of the Promissory Note is attached hereto as Exhibit L.

40. The loan amount was approved to purchase fifteen cows and additional heifers and cows.

41. The loan disbursements were placed in a supervised bank account with Citizen's Bank.

42. The loan amount was disbursed to the Citizen's Bank account as follows:

      a. $1.00 on 12/26/2006

      b. $39,999.00 on 3/30/2007

43. A ledger showing the disbursements made from the Citizen's Bank account is attached hereto as Exhibit M.  (The last page of the ledger shows the funds being from Loan B as

detailed above.)

44. Debtors restructured this loan on July 2, 2010 in the total amount of $37,643.18 as new loan number 44-09.  A copy of the Promissory Note is attached hereto as Exhibit N.

45. This restructuring was done at the request of Debtors.

46. Debtors restructured this loan on April 18, 2012in the total amount of $34,545.09 as new loan number 44-14.  A copy of the Promissory Note is attached hereto as Exhibit O.

47. This restructuring was done at the request of Debtors.

48. Per this April 18, 2012 Promissory Note, payments were to resume on April 18, 2018.

49. A copy of the Payment History for Loan C is attached hereto as Exhibit P.

**Loan D**

50. Loan D was originally executed on October 29, 2008 by Debtors in the total amount of $90,000.00 under loan number 44-06.  A copy of the Promissory Note is attached hereto as Exhibit Q.

51. The loan amount was approved to purchase thirty cows ($30,000.00) and to refinance certain debts ($60,00.00).

52. The loan disbursements were placed in a supervised bank account with Citizen's Bank.

53. The loan amount was disbursed to the Citizen's Bank account as follows:

   a.  $90,000.00 on 10/22/2008

54. A ledger showing the disbursements made from the Citizen's Bank account is attached hereto as Exhibit R.

55. Debtors restructured this loan on July 2, 2010 in the total amount of $87,148.48 as new loan number 44-11.  A copy of the Promissory Note is attached hereto as Exhibit S.

56. This restructuring was done at the request of Debtors.

57. Debtors restructured this loan on April 18, 2012 in the total amount of $80,000.37 as new loan number 44-16.  A copy of the Promissory Note is attached hereto as Exhibit T.

58. This restructuring was done at the request of Debtors.

59. A copy of the Payment History for Loan D is attached hereto as Exhibit U.

**Loan E**

60. Loan E was originally executed on July 2, 2010 by Debtors in the total amount of $30,000 under loan number 44-07.  A copy of the Promissory Note is attached hereto as Exhibit V.

61. The loan amount was approved to purchase twenty cows.

62. The loan disbursements were placed in a supervised bank account with Citizen's Bank.

63. The loan amount was disbursed to the Citizen's Bank account as follows:

    a. $30,000.00 on 7/3/2010

64. The bank statements showing the disbursements made on this loan are attached hereto as Exhibit W.

65. These disbursements were for:

    a. $15,000.00 to Fisher Quality dairy sales

    b. $4,050.00 to Fisher Quality dairy sales

    c. $1,000.00 to Goodville Mutual

    d. $4,950.00 to Fisher Quality dairy sales

    e. $3,000.00 to Fisher Quality dairy sales

    f. $2,000.00 to Cathleen Wisser

66. Debtors restructured this loan on April 18, 2012 in the total amount of $23,774.94 as new loan number 44-12.  A copy of the Promissory Note is attached hereto as Exhibit X.

67. This restructuring was done at the request of Debtors.

68. Per this April 18, 2012 Promissory Note, payments were to resume on April 18, 2018.

69. A copy of the Payment History for Loan E is attached hereto as Exhibit Y.

WHEREFORE, Respondent prays that Debtors' Objection to Proof of Claim be overruled.

Respectfully submitted,

Date: December 7, 2018

**/s/Rebecca A. Solarz, Esq.**
Rebecca A. Solarz, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-825-6327

**REPRODUCE LOCALLY.** Include form number and date on all reproductions.

**FSA-1940-17**
(10-26-99)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency

## PROMISSORY NOTE

**8. KIND OF LOAN**

Type: OL   [X] Regular

[ ] Limited Resource

Pursuant to:
[X] Consolidated Farm & Rural Development Act

[ ] Emergency Agricultural Credit Adjustment Act of 1978

**1. Name**
CATHLEEN R. WISSER

**2. State**
PENNSYLVANIA

**3. County**
LEHIGH

**4. Case Number**

**5. Date**
NOVEMBER 10, 2004

**6. Fund Code**
44

**7. Loan Number**
01

**9. ACTION REQUIRING NOTE**

[X] Initial loan   [ ] Rescheduling
[ ] Subsequent loan   [ ] Reamortization
[ ] Consolidated & subsequent loan   [ ] Credit sale
[ ] Consolidation   [ ] Deferred payments
[ ] Conservation easement   [ ] Debt write down

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farm Service Agency, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in USDA, FARM SERVICE AGENCY, 1238 COUNTY WELFARE ROAD, P.O. BOX 520, LEESPORT, PA 19533

BERKS COUNTY , or at such other place as the Government may later designate in writing, the principal sum of

ONE HUNDRED FIFTY THOUSAND AND 00/100 ------- dollars

($ 150,000.00 ------- ), plus interest on the unpaid principal balance at the RATE of

THREE AND SEVEN - EIGHTS ------- percent ( 03.8750 --- %) per annum and

ZERO ------- dollars ($ 0.00 ------- )

of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farm Service Agency, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farm Service Agency for the type of loan indicated above.

Principal and interest shall be paid in SEVEN (7) installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

$ 13,374.00 ------- on NOVEMBER 10, 2005 ; $ N/A on ;

$ N/A on ; $ N/A on ;

$ N/A on ; $ N/A on ;

$ N/A on ; $ N/A on ;

$ N/A on ; $ N/A on ;

$ N/A on ; $ N/A on ;

and $ 13,374.00 ------- thereafter on NOVEMBER 10TH of each YEAR until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable SEVEN (7) years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorized the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

*Position 2*

**FSA-1940-17** (10-26-99)

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument. For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR § 1951.8) of the Farm Service Agency according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block in Item 9 above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INTEREST RATE | DATE (include year) | ORIGINAL BORROWER | LAST INSTALL. DUE (include year) |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a non-program loan.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410 or call (202) 720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

FSA-1940-17 (10-26-99)                                                                    Page 3 of 3

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Natural Resources Conservation Service (NRCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the NRCS or the appropriate conservation district in accordance with NRCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by NRCS or the appropriate conservation district in accordance with NRCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farm Service Agency and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

_Cathleen R. Wisser_
CATHLEEN R. WISSER                                                            (Borrower)
_Larry L. Wisser_
LARRY L. WISSER

8149 BAUSCH ROAD
NEW TRIPOLI, PA 18066

## RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 99,000.00 | 11/10/2004 | $ | | $ | |
| $ 50,999.00 | 11/10/04 | $ | | $ | |
| $ 1.00 | 11/18/04 | $ | | $ | |
| $ | | $ | | $ | |
| | | | **TOTAL** | $ 150,000.00 | |

REPRODUCE LOCALLY. Include form number and date on all reproductions.

**FSA-1940-17**
(10-26-99)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency

## PROMISSORY NOTE

| 8. KIND OF LOAN | | |
|---|---|---|
| Type: __OL__ | [XX] Regular | |
| | [ ] Limited Resource | |
| Pursuant to: | | |
| [X] Consolidated Farm & Rural Development Act | | |
| [ ] Emergency Agricultural Credit Adjustment Act of 1978 | | |

| 1. Name |
|---|
| CATHLEEN R. WISSER AND LARRY L. WISSER |

| 2. State | 3. County |
|---|---|
| PENNSYLVANIA | LEHIGH |

| 4. Case Number | 5. Date |
|---|---|
| ▮▮▮▮▮▮ | DECEMBER 21, 2006 |

| 6. Fund Code | 7. Loan Number |
|---|---|
| 44 | 04 |

| 9. ACTION REQUIRING NOTE | |
|---|---|
| [ ] Initial loan | [XX] Rescheduling |
| [ ] Subsequent loan | [ ] Reamortization |
| [ ] Consolidated & subsequent loan | [ ] Credit sale |
| [ ] Consolidation | [ ] Deferred payments |
| [ ] Conservation easement | [ ] Debt write down |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farm Service Agency, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in SUITE 240, 1238 COUNTY WELFARE ROAD, LEESPORT, PA 19533-9710

_____ , or at such other place as the Government may later designate in writing, the principal sum of

ONE HUNDRED FOURTY THOUSAND EIGHT HUNDRED EIGHTEEN AND 28/100 ----------------------------------------- dollars

($ 140,818.28 ----------------------------------- ), plus interest on the unpaid principal balance at the **RATE** of

THREE AND SEVEN/EIGHTS ------------------------------------------------- percent ( -----3.8750 %) per annum and

ZERO ---------------------------------------------------------------------------- dollars ($ 0.00 --------------- )

of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farm Service Agency, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farm Service Agency for the type of loan indicated above.

Principal and interest shall be paid in    FIFTEEN (15)    installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

$ 12,556.00 ------------- on DECEMBER 21, 2007    ; $ N/A ------------------- on _____ ;

$ N/A ------------------- on _____ ; $ N/A -------------------- on _____ ;

$ N/A ------------------- on _____ ; $ N/A -------------------- on _____ ;

$ N/A------------------- on _____ ; $ N/A ------------------- on _____ ;

$ N/A------------------- on _____ ; $ N/A ------------------- on _____ ;

$ N/A------------------- on _____ ; $ N/A --------------------- on _____ ;

and $ 12,556.00 ----------------- thereafter on    DECEMBER 21ST    of each    YEAR    until the principal and
interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable
____FIFTEEN (15)____ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorized the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

*Position 2*

**FSA-1940-17** (10-26-99)

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument. For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR § 1951.8) of the Farm Service Agency according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block in Item 9 above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INTEREST RATE | DATE (include year) | ORIGINAL BORROWER | LAST INSTALL. DUE (include year) |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a non-program loan.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410 or call (202) 720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

FSA-1940-17 (10-26-99)

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Natural Resources Conservation Service (NRCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, the Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the NRCS or the appropriate conservation district in accordance with NRCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by NRCS or the appropriate conservation district in accordance with NRCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farm Service Agency and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

_Cathleen R. Wisser_
CATHLEEN R. WISSER                                    (Borrower)

_Larry L. Wisser_

LARRY L. WISSER                                    (CO-SIGNER)
8149 BAUSCH ROAD
NEW TRIPOLI, PA 18066

## RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ | |

Reschool To Loan 44-15

This form is available electronically.

Form Approved - OMB No. 0560-0237
(See Page 3 for Privacy Act and Public Burden Statements.)

**FSA-2026**
(04-08-10)

**U.S. DEPARTMENT OF AGRICULTURE**
Farm Service Agency

Position 2

## PROMISSORY NOTE

| 1. Name | 2. State | 3. County |
|---|---|---|
| CATHLEEN R. WISSER & LARRY L. WISSER | PENNSYLVANIA | LEHIGH |

| 4. Case Number | 5. Fund Code | 6. Loan Number | 7. Date |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | 44 | 10 | JULY 2, 2010 |

| 8. TYPE OF ASSISTANCE | 9. ACTION REQUIRING PROMISSORY NOTE: |
|---|---|

9. ACTION REQUIRING PROMISSORY NOTE:

- [ ] Initial loan
- [ ] Conservation easement
- [ ] Deferred payments
- [ ] Consolidation
- [x] Rescheduling
- [ ] Debt write down
- [ ] Subsequent loan
- [ ] Reamortization

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America Department of Agriculture, acting through the Farm Service Agency (Government), or its assigns, at its office in (a)  1238 COUNTY WELFARE RD, LEESPORT, PA 19534  or at such other place as the Government may later designate in writing, the principal sum of (b)  ONE HUNDRED THIRTY TWO THOUSAND FIVE HUNDRED TWELVE---81/100--- -------------------------- dollars (c) ($ 132,512.81 , plus interest on the unpaid principal balance at the **RATE** of (d) TWO AND SEVEN EIGHTHS percent (e)  2.8750  %) per annum. If this note is for a Limited Resource loan (indicated in Item 8) the Government may **CHANGE THE RATE OF INTEREST** in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address. The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in (a)  FIFTEEN  installments as indicated below, except as modified by a different rate of interest on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $ 11,001.00 | 7/2/2011 | $ | |
| $ | | $ | |
| $ | | $ | |
| $ | | $ | |

and (d) $  11,001.00  thereafter on the (e) JULY 2ND  of each (f) YEARLY  until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable (g)  FIFTEEN (15)  years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government. Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from the actual date disbursed.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer.

Initial LLW CRW  Date 7/2/2010

FSA-2026 (04-08-10)

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a)<br>FUND CODE/<br>LOAN NO. | (b)<br>FACE AMOUNT | (c)<br>INTEREST RATE | (d)<br>DATE<br>(MM-DD-YYYY) | (e)<br>ORIGINAL BORROWER | (f)<br>LAST INSTALL.<br>DUE<br>(MM-DD-YYYY) |
|---|---|---|---|---|---|
| 44-04 | $  140,818.28 | 3.8750  % | 12/21/2006 | CATHLEEN R WISSER<br>LARRY L. WISSER | 12/21/2019 |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

Initial LW  CRW  Date 7/2/2016

FSA-2026 (04-08-10)

20.  The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21.  Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute DEFAULT under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note.  Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22.  This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8.  This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23.  Presentment, protest, and notice are waived.


_Cathleen R. Wisser_
CATHLEEN R. WISSER          (BORROWER)


_Larry L. Wisser_
LARRY L. WISSER          (CO-BORROWER)

NOTE:    The following statement is made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a - as amended).  The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.).  The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees.  The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower.  Providing the requested information is voluntary.  However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees.  The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number.  The valid OMB control number for this information collection is 0560-0237.  The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

This form is available electronically.

Form Approved - OMB No. 0560-0237
(See Page 3 for Privacy Act and Public Burden Statements.)

**FSA-2026**
(09-07-10)

**U.S. DEPARTMENT OF AGRICULTURE**
Farm Service Agency

Position 2

## PROMISSORY NOTE

| 1. Name CATHLEEN R. WISSER & LARRY L. WISSER | 2. State PENNSYLVANIA | 3. County LEHIGH |
|---|---|---|
| 4. Case Number ▇▇▇▇▇ | 5. Fund Code 44 | 6. Loan Number 15 | 7. Date APRIL 18, 2012 |

| 8. TYPE OF ASSISTANCE | 9. ACTION REQUIRING PROMISSORY NOTE: |
|---|---|

9. ACTION REQUIRING PROMISSORY NOTE:

☐ Initial loan    ☐ Conservation easement    ☐ Deferred payments

☐ Consolidation    ☒ Rescheduling    ☐ Debt write down

☐ Subsequent loan    ☐ Reamortization

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America Department of Agriculture, acting through the Farm Service Agency (Government), or its assigns, at its office in *(a)*   1238 COUNTY WELFARE ROAD, LEESPORT, PA 19533   or at such other place as the Government may later designate in writing, the principal sum of *(b)*  EIGHTY THOUSAND DOLLARS AND 37/100--------------------
------------------------------   dollars *(c)* ($  121,641.61---------------   , plus interest on
the unpaid principal balance at the **RATE** of *(d)* ONE AND A QUARTER-------------------------------
Percent *(e)*  1.250%--  %) per annum.  If this note is for a Limited Resource loan (indicated in Item 8) the Government may **CHANGE THE RATE OF INTEREST** in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address.  The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in *(a)*   FIFTEEN (15)--------------------------------------------
installments as indicated  below, except as modified by a different rate of interest on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $ 13,777.00 | 4/18/2018 | $ N/A | |
| $ N/A | | $ N/A | |
| $ N/A | | $ N/A | |
| $ N/A | | $ N/A | |

and *(d)* $  13,777.00--   thereafter on the *(e)* APRIL 18ᵗʰ   of each *(f)* YEARLY   until the
principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable *(g)*   FIFTEEN (15)----   years from the date of this note, and except that prepayments may be made as provided below.  The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government.  Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government.  Interest shall accrue on the amount of each advance from the actual date disbursed.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S W, Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer.

Initial _LLW CRW_   Date _4/18/2012_

FSA-2026 (09-07-10)

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a) FUND CODE/ LOAN NO. | (b) FACE AMOUNT | (c) INTEREST RATE | (d) DATE (MM-DD-YYYY) | (e) ORIGINAL BORROWER | (f) LAST INSTALL. DUE (MM-DD-YYYY) |
|---|---|---|---|---|---|
| 44-10 | $ 132,512.81 | 2.8750 % | 7/2/2012 | Cathleen R. Wisser & Larry L. Wisser | 7/2/2025 |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan or a Conservation Loan.

Initial CRWLLW  Date 4/18/2012

FSA-2026 (09-07-10)                                                              Page 3 of 3

20. The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21. Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute DEFAULT under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22. This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23. Presentment, protest, and notice are waived.

ADDENDUM FOR DEFERRED INTEREST

Addendum to promissory note dated (1)____April 18, 2012_____original amount of
$(2)___121,641.61____ at an annual interest rate of (3)__1.250___percent.  This agreement amends
and attaches to the above note.  $(4)___761.00____ of each regular payment on the note will be
applied to the interest which accrued during the deferral period.  The remainder of the regular
payment will be applied in accordance with 7 CFR Part 765.  I agree to sign a supplementary payment
agreement and make additional payments if during the deferral period I have a substantial increase
in income and repayment ability.

_Cathleen R Wisser_
CATHLEEN R. WISSER        BORROWER

_Larry L. Wisser_
LARRY L. WISSER           CO-BORROWER

NOTE:  The following statement is made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a - as amended). The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.). The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees. The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0237. The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

| Customer History | Current Date: 11-15-2018 09:51:02 |
|---|---|

**Loan Information**

| | | | |
|---|---|---|---|
| Loan Number: | 44-15-OL | | |
| Customer Name: | WISSER , CATHLEEN R | Case #: | |
| Loan Amount: | 121,641.61 | Credit Reform Ind: | Financing |
| Fund Code: | 4430 | Obligation Date: | 06/22/2010 |
| Type of Assistance: | 051 - OL-Reg(Ex Yth) 7YR | Settlement Code: | - |
| Loan Indicator: | | | |

**Selected Filter Criteria**

Selected Date Criteria: Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4M  Maturing of Account | | | 04/18/2018 | 04/30/2018 | 13,777.00 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | 7,602.60 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | -7,602.60 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 1.2500 | 04/18/2017 | 04/28/2017 | 0.00 | | |
| 4J  Focal Interest Adjustment - Note | | 1.2500 | 07/17/2015 | 07/17/2015 | | | |
| 5W  Record Loan Deferral | | | 04/18/2012 | 04/26/2012 | 7,602.60 | | |
| 1M  New Rates and Terms - Operating Loan | | 1.2500 | 04/18/2012 | 04/23/2012 | 121,641.61 | | |
| Transferred From Case Number          | From Loan Number 10 To Case Number          | | | | To Loan Number 15 | | |

| Customer History | | | | | | | Current Date: 11-15-2018 09:49:10 |
|---|---|---|---|---|---|---|---|

**Loan Information**

| Loan Number: | 44-10-OL | | | | |
|---|---|---|---|---|---|
| Customer Name: | WISSER , CATHLEEN R | | **Case #:** | | |
| Loan Amount: | 11,348.38 | | **Credit Reform Ind:** | Financing | |
| Fund Code: | 4430 | | **Obligation Date:** | 06/22/2010 | |
| Type of Assistance: | 051 - OL-Reg(Ex Yth) 7YR | | **Settlement Code:** | T05 - Assumption | |
| | | | | Agreement/Restructured Loan | |

**Loan Indicator:**

**Selected Filter Criteria**

**Selected Date Criteria:** Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J  Focal Interest Adjustment - Note | | 2.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M  New Rates and Terms - Operating Loan | | 2.8750 | 04/18/2012 | 04/23/2012 | -121,164.43 | | |
| Transferred To Case Number ▮▮▮ | | To Loan Number 15 From Case Number ▮▮▮ | | | From Loan Number 10 | | |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/27/2012 | 02/28/2012 | 458.50 | 38.31 | 420.19 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/23/2012 | 02/24/2012 | 458.50 | 230.28 | 228.22 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/30/2012 | 02/01/2012 | 458.50 | 125.07 | 333.43 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/17/2012 | 01/19/2012 | 458.50 | 192.84 | 265.66 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/28/2011 | 12/29/2011 | 458.50 | 87.05 | 371.45 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/19/2011 | 12/23/2011 | 458.50 | 203.52 | 254.98 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/28/2011 | 11/30/2011 | 458.50 | 97.19 | 361.31 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/18/2011 | 11/23/2011 | 458.50 | 243.42 | 215.08 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 10/24/2011 | 10/26/2011 | 458.50 | 48.85 | 409.65 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 10/19/2011 | 10/20/2011 | 458.50 | 225.11 | 233.39 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/26/2011 | 09/27/2011 | 458.50 | 68.73 | 389.77 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/19/2011 | 09/22/2011 | 458.50 | 206.59 | 251.91 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/29/2011 | 08/31/2011 | 458.50 | 59.22 | 399.28 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/23/2011 | 08/24/2011 | 458.50 | 286.61 | 171.89 |
| 4M  Maturing of Account | | | 07/02/2011 | 07/29/2011 | 11,001.00 | | |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 07/25/2011 | 07/26/2011 | 458.50 | 59.49 | 399.01 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 07/19/2011 | 07/21/2011 | 458.50 | 218.54 | 239.96 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 06/27/2011 | 06/29/2011 | 458.50 | 69.74 | 388.76 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 06/20/2011 | 06/23/2011 | 458.50 | 199.69 | 258.81 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 05/31/2011 | 06/02/2011 | 458.50 | 120.13 | 338.37 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 05/19/2011 | 05/23/2011 | 458.50 | 230.66 | 227.84 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 04/26/2011 | 04/28/2011 | 458.50 | 60.36 | 398.14 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 04/20/2011 | 04/21/2011 | 458.50 | 231.80 | 226.70 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 03/28/2011 | 03/29/2011 | 458.50 | 50.55 | 407.95 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 03/23/2011 | 03/25/2011 | 458.50 | 232.95 | 225.55 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/28/2011 | 03/01/2011 | 458.50 | 50.80 | 407.70 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/23/2011 | 02/25/2011 | 458.50 | 295.02 | 163.48 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/25/2011 | 01/27/2011 | 458.50 | 61.22 | 397.28 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/19/2011 | 01/24/2011 | 458.50 | 235.11 | 223.39 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/27/2010 | 12/29/2010 | 458.00 | 61.51 | 396.49 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/27/2010 | 12/29/2010 | 0.50 | 0.00 | 0.50 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/21/2010 | 12/27/2010 | 458.50 | 225.97 | 232.53 |

| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/29/2010 | 11/30/2010 | 458.50 | 103.00 | 355.50 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/19/2010 | 11/24/2010 | 458.50 | 247.58 | 210.92 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 10/26/2010 | 10/27/2010 | 458.50 | 72.43 | 386.07 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 10/19/2010 | 10/21/2010 | 458.50 | 217.67 | 240.83 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/28/2010 | 09/29/2010 | 458.50 | 51.99 | 406.51 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/23/2010 | 09/27/2010 | 458.50 | 281.11 | 177.39 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/27/2010 | 08/30/2010 | 458.50 | 126.01 | 332.49 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/20/2010 | 08/23/2010 | 458.50 | 458.50 | 0.00 |
| 1M  New Rates and Terms - Operating Loan | | 2.8750 | 07/02/2010 | 07/15/2010 | 132,512.81 | | |
| Transferred From Case Number ███ | | | From Loan Number 04 To Case Number ███ | | | To Loan Number 10 | |

| Customer History | | | | | | Current Date: 11-15-2018 09:37:42 | | |
|---|---|---|---|---|---|---|---|---|

**Loan Information**

| Loan Number: | 44-04-OL | | | Case #: | | | | |
|---|---|---|---|---|---|---|---|---|
| Customer Name: | WISSER , CATHLEEN R | | | Credit Reform Ind: | Financing | | | |
| Loan Amount: | 15,691.39 | | | Obligation Date: | 12/18/2006 | | | |
| Fund Code: | 4430 | | | Settlement Code: | T05 - Assumption | | | |
| Type of Assistance: | 051 - OL-Reg(Ex Yth) 7YR | | | | Agreement/Restructured Loan | | | |
| Loan Indicator: | | | | | | | | |

**Selected Filter Criteria**

Selected Date Criteria: Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J  Focal Interest Adjustment - Note | | 3.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M  New Rates and Terms - Operating Loan | | 3.8750 | 07/02/2014 | 07/15/2010 | -125,126.89 | | |
| Transferred To Case Number          To Loan Number 10 From Case Number          From Loan Number 04 | | | | | | | |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R  Regular Payment | 3.8750 | 04/21/2009 | 02/08/2010 | -1,047.00 | -431.35 | -615.65 |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R  Regular Payment | 3.8750 | 03/19/2009 | 02/08/2010 | -1,047.00 | -394.21 | -652.79 |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R  Regular Payment | 3.8750 | 02/17/2009 | 02/08/2010 | -1,047.00 | -369.95 | -677.05 |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R  Regular Payment | 3.8750 | 01/20/2009 | 02/08/2010 | -1,047.00 | -371.96 | -675.04 |
| 4M  Maturing of Account | | | 12/21/2009 | 12/31/2009 | 12,556.00 | | |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 04/21/2009 | 04/23/2009 | 1,047.00 | 431.35 | 615.65 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 03/19/2009 | 03/23/2009 | 1,047.00 | 394.21 | 652.79 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 02/17/2009 | 02/19/2009 | 1,047.00 | 369.95 | 677.05 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 01/20/2009 | 01/22/2009 | 1,047.00 | 371.96 | 675.04 |
| 4M  Maturing of Account | | | 12/21/2008 | 12/31/2008 | 12,556.00 | | |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 12/23/2008 | 12/29/2008 | 877.00 | 466.46 | 410.54 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 11/18/2008 | 11/20/2008 | 1,047.00 | 388.53 | 658.47 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 10/20/2008 | 10/22/2008 | 1,047.00 | 417.39 | 629.61 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 09/19/2008 | 09/25/2008 | 1,047.00 | 419.46 | 627.54 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 08/19/2008 | 08/21/2008 | 1,047.00 | 435.08 | 611.92 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 07/18/2008 | 07/22/2008 | 1,047.00 | 382.66 | 664.34 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 06/20/2008 | 06/24/2008 | 1,047.00 | 425.70 | 621.30 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 05/20/2008 | 05/22/2008 | 1,047.00 | 441.50 | 605.50 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 04/18/2008 | 04/22/2008 | 1,047.00 | 443.55 | 603.45 |
| 2B  Payment Note - Subsequent Update | R  Regular Payment | 3.8750 | 03/17/2008 | 03/31/2008 | 1,047.00 | 362.27 | 684.73 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 02/19/2008 | 02/21/2008 | 1,047.00 | 392.08 | 654.92 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 01/22/2008 | 01/24/2008 | 1,047.00 | 492.17 | 554.83 |
| 4M  Maturing of Account | | | 12/28/2007 | 12/28/2007 | 12,556.00 | | |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 12/18/2007 | 12/20/2007 | 1,047.00 | 395.67 | 651.33 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 11/20/2007 | 11/23/2007 | 1,047.00 | 454.21 | 592.79 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 10/19/2007 | 10/23/2007 | 1,047.00 | 442.00 | 605.00 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 09/18/2007 | 09/20/2007 | 1,047.00 | 415.43 | 631.57 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 08/20/2007 | 08/23/2007 | 1,047.00 | 374.32 | 672.68 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 07/25/2007 | 07/30/2007 | 1,047.00 | 433.85 | 613.15 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 06/25/2007 | 06/27/2007 | 1,047.00 | 508.16 | 538.84 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 05/21/2007 | 05/24/2007 | 1,047.00 | 393.88 | 653.12 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 04/24/2007 | 04/26/2007 | 1,047.00 | 512.58 | 534.42 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 03/20/2007 | 03/22/2007 | 1,047.00 | 367.92 | 679.08 |
| | R  Regular | | | | | | |

| 2A  Payment Note | Payment | 3.8750 | 02/23/2007 | 02/27/2007 | 1,047.00 | 443.44 | 603.56 |
|---|---|---|---|---|---|---|---|
| 2A  Payment Note | R  Regular Payment | 3.8750 | 01/24/2007 | 01/26/2007 | 1,047.00 | 430.55 | 616.45 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 12/26/2006 | 12/28/2006 | 1,047.00 | 74.75 | 972.25 |
| 1M  New Rates and Terms - Operating Loan | | 3.8750 | 12/21/2006 | 12/21/2006 | 140,818.28 | | |
| Transferred From Case Number ███ | | From Loan Number 01 To Case Number ███ | | | To Loan Number 04 | | |

| Customer History | | | | | Current Date: 11-15-2018 09:34:27 | | |
|---|---|---|---|---|---|---|---|
| **Loan Information** | | | | | | | |

| Loan Number: | 44-01-OL | | | Case #: | | | |
|---|---|---|---|---|---|---|---|
| Customer Name: | WISSER , CATHLEEN R | | | Credit Reform Ind: | Financing | | |
| Loan Amount: | 10,193.25 | | | Obligation Date: | 10/25/2004 | | |
| Fund Code: | 4420 | | | Settlement Code: | T05 - Assumption | | |
| Type of Assistance: | 051 - OL-Reg(Ex Yth) 7YR | | | | Agreement/Restructured Loan | | |
| Loan Indicator: | | | | | | | |

| **Selected Filter Criteria** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Selected Date Criteria: Process Date | | | | | | | |

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J  Focal Interest Adjustment - Note | | 3.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M  New Rates and Terms - Operating Loan | | 3.8750 | 12/21/2006 | 12/21/2006 | -139,806.75 | | |
| Transferred To Case Number | To Loan Number 04 | From Case Number | | From Loan Number 01 | | | |
| 4M  Maturing of Account | | | 11/30/2006 | 11/30/2006 | 13,374.00 | | |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 11/21/2006 | 11/24/2006 | 1,928.00 | 1,928.00 | 0.00 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 10/23/2006 | 10/25/2006 | 965.00 | 965.00 | 0.00 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 09/22/2006 | 09/26/2006 | 192.00 | 192.00 | 0.00 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 03/20/2006 | 03/24/2006 | 1,115.00 | 387.91 | 727.09 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 02/22/2006 | 02/24/2006 | 1,115.00 | 464.65 | 650.35 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 01/22/2006 | 01/26/2006 | 1,115.00 | 496.80 | 618.20 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 12/20/2005 | 12/22/2005 | 1,115.00 | 408.49 | 706.51 |
| 4M  Maturing of Account | | | 11/30/2005 | 11/30/2005 | 13,374.00 | | |
| 4J  Focal Interest Adjustment - Note | | 3.8750 | 11/29/2005 | 11/29/2005 | | | |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 11/23/2005 | 11/28/2005 | 1,115.00 | 516.56 | 598.44 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 10/20/2005 | 10/25/2005 | 1,115.00 | 457.88 | 657.12 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 09/20/2005 | 09/22/2005 | 1,115.00 | 429.40 | 685.60 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 08/23/2005 | 08/25/2005 | 1,115.00 | 446.78 | 668.22 |
| 2B  Payment Note - Subsequent Update | R  Regular Payment | 3.8750 | 07/25/2005 | 08/16/2005 | 1,115.00 | 525.95 | 589.05 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 06/21/2005 | 06/23/2005 | 1,115.00 | 450.64 | 664.36 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 05/23/2005 | 05/25/2005 | 1,115.00 | 483.81 | 631.19 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 04/22/2005 | 04/26/2005 | 1,115.00 | 501.49 | 613.51 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 03/21/2005 | 03/23/2005 | 1,115.00 | 425.11 | 689.89 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 02/22/2005 | 02/25/2005 | 1,115.00 | 458.61 | 656.39 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 01/24/2005 | 01/27/2005 | 1,115.00 | 539.77 | 575.23 |
| 2A  Payment Note | R  Regular Payment | 3.8750 | 12/21/2004 | 12/27/2004 | 1,115.00 | 652.90 | 462.10 |
| F1  Loan Closing | | 3.8750 | 11/19/2004 | 11/17/2004 | 1.00 | | |
| 1F  Loan Closing | | 3.8750 | 11/10/2004 | 11/16/2004 | 99,000.00 | | |
| F1  Loan Closing | | 3.8750 | 11/10/2004 | 11/16/2004 | 50,999.00 | | |

REPRODUCE LOCALLY. Include form number and date on all reproductions.

**FSA-1940-17**
(10-26-99)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency

## PROMISSORY NOTE

| 8. KIND OF LOAN | |
|---|---|
| Type:    FO | [X] Regular |
| | [ ] Limited Resource |
| Pursuant to: | |
| [X] Consolidated Farm & Rural Development Act | |
| [ ] Emergency Agricultural Credit Adjustment Act of 1978 | |

**1. Name**
CATHLEEN R. WISSER AND LARRY L. WISSER

| 2. State | 3. County |
|---|---|
| PENNSYLVANIA | LEHIGH |

| 4. Case Number | 5. Date |
|---|---|
| ▓▓▓▓▓▓▓▓ | AUGUST 8TH, 2005 |

| 6. Fund Code | 7. Loan Number |
|---|---|
| 41 | 02 |

| 9. ACTION REQUIRING NOTE | |
|---|---|
| [X] Initial loan | [ ] Rescheduling |
| [ ] Subsequent loan | [ ] Reamortization |
| [ ] Consolidated & subsequent loan | [ ] Credit sale |
| [ ] Consolidation | [ ] Deferred payments |
| [ ] Conservation easement | [ ] Debt write down |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farm Service Agency, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in USDA, FARM SERVICE AGENCY, 1238 COUNTY WELFARE ROAD, P.O. BOX 520, LEESPORT , PA 19533

BERKS COUNTY _____ , or at such other place as the Government may later designate in writing, the principal sum of

TWO HUNDRED THOUSAND AND 00/100 ----------------------------------------------------------------- dollars

($ 200,000.00 -------------------------------------- ), plus interest on the unpaid principal balance at the RATE of

FOUR AND SEVEN - EIGHT ----------------------------------------------- percent ( 04.8750---- %) per annum and

ZERO ---------------------------------------------------------------------- dollars ($ 0.00 -------------- )

of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farm Service Agency, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farm Service Agency for the type of loan indicated above.

Principal and interest shall be paid in ___FOURTY (40)___ installments as indicated below, except as modified by a different rate of interest, on or before the following dates: (*) Interest only for the last six (6) months of the first year..

(*) $ 9,750.00 --------------- on  AUGUST 8TH, 2006  ; $ 11,556.00 -------------- on  AUGUST 8TH, 2007  ;

$ N/A--------------------- on _____ ; $ N/A--------------------- on _____ ;

$ N/A--------------------- on _____ ; $ N/A--------------------- on _____ ;

$ N/A--------------------- on _____ ; $ N/A--------------------- on _____ ;

$ N/A--------------------- on _____ ; $ N/A--------------------- on _____ ;

$ N/A--------------------- on _____ ; $ N/A--------------------- on _____ ;

and $ 11,556.00 -------------------- thereafter on  AUGUST 8TH  of each  YEARLY  until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable ___FOURTY (40)___ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.  ·

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorized the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

*Position 2*

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument.  For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.  Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower.  Refunds and extra payments, as defined in the regulations (7 CFR § 1951.8) of the Farm Service Agency according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder.  While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis.  The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder.  The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government.  Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block in Item 9 above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INTEREST RATE | DATE *(include year)* | ORIGINAL BORROWER | LAST INSTALL. DUE *(include year)* |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing.  These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.  The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a non-program loan.

*The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410 or call (202) 720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.*

FSA-1940-17 (10-26-99)

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Natural Resources Conservation Service (NRCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the NRCS or the appropriate conservation district in accordance with NRCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by NRCS or the appropriate conservation district in accordance with NRCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farm Service Agency and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

CATHLEEN R. WISSER

(Borrower)

LARRY L. WISSER

8149 BAUSCH ROAD

NEW TRIPOLI, PA 18066

## RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 200,000.00 | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 200,000.00 | |

USDA
Form RD 402-2
(Rev. 9-98)

DATE OF RD 402-1    9/21/2005

**STATEMENT OF DEPOSITS AND WITHDRAWALS**

(Column 5 through 14 — The upper part of the heading will show
the purpose. The lower part will show the amount)

TYPE OF LOAN
FARM OWNERSHIP

| DATE 2005 (1) | DEPOSITS AND WITHDRAWALS DEPOSITS : IDENTIFICATION–SOURCE WITHDRAWALS : PAYEE–PURPOSE (2) | CNK. NO. (3) | BALANCE OF FUNDS (4) | DAIRY EXPANSION (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/15/05 | FSA EFT/CHECK DEPOSIT | D | +1.00 | was never applied to this acct | | | | | | | | | |
| 9/21/05 | DEPOSIT – Union Nat'l Bank | D | +248,880.43 / $248,881.43 | verified WBS Dated 10/27/05 | | | | | | | | | |
| 9/8/05 | SCHICK ENTERPRISES / NOT THE CORRECT AMOUNT | X | -12,301.17 / VOID AMT. | VOID | | | | | | | | | |
| 9/8/05 | JR BUILDERS | X | -3,742.00 / $245,139.43 | was never cashed | | | | | | | | | |
| 9/22/05 | J.R. BUILDERS (2 BINS) | 001 | -3,604.00 / $241,535.43 | verified WBS Dated 10/27/05 | | | | | | | | | |
| 9/22/05 | SCHICK ENTERPRISES / VOID/RETURNED CHECK | 002 | -12,300.00 / VOID CHECK | VOID    verified WBS Dated 10/27/05 | | | | | | | | | |
| 9/22/05 | JIMMY TRACTOR (TRACTOR REPAIR) | 003 | -3,000.00 / $238,535.43 | verified WBS Dated 10/27/05 | | | | | | | | | |
| 9/22/05 | MARTIN CONSTRUCTION (BLUE PRINTS) | 004 | -3,200.00 / $235,335.43 | verified WBS Dated 10/27/05 | | | | | | | | | |
| 9/27/05 | SCHICK ENTERPRISES | 005 | -61,504.68 / $173,830.75 | verified WBS Dated 10/27/05 | | | | | | | | | |

| BANK ACCT NO. | BORROWER CATHLEEN R. WISSER | ADDRESS 8149 BAUSCH ROAD, NEW TRIPOLI, PA 18066 | NAME OF BANK UNION NATIONAL BANK, | LOCATION LANCASTER, PA | SHEET NO. 1 |
|---|---|---|---|---|---|

TYPE OF LOAN  FARM OWNERSHIP LOAN

| DATE 2005 (1) | DEPOSITS AND WITHDRAWALS DEPOSITS : IDENTIFICATION–SOURCE WITHDRAWALS : PAYEE–PURPOSE (2) | CNK. NO. (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUE | BALANCE BROUGHT FORWARD | | $173,830.75 | | | | | | | | | | |
| 10/5/05 | BERKS PRODUCTS | ✓ 006 | -5,477.92 $168,352.83 | | | | | | verified w BS dated 10/27/05 | | | | |
| 10/11/05 | DELUXE CHECKS/FEE | F E E ✓ | -22.85 $168,329.98 | | | | | | verified w BS dated 10/27/05 | | | | |
| 10/13/05 | STANLEY J. GERMAN (EXCAVATING) RETURNED CHECK/SEE CK#506 | 501 | -27,440.00 VOID CHECK | VOID | | | | | | | | | |
| 10/13/05 | SENSENIG'S MFG. RETURNED CHECK/SEE CK#508 | 502 | -5,000.00 VOID CHECK | VOID | | | | | | | | | |
| 10/13/05 | JASON WISSER (PARLOR) RETURNED CHECK/SEE CK#509 | 503 | -914.00 VOID CHECK | VOID | | | | | | | | | |
| 10/20/05 | BERKS PRODUCTS | ✓ 504 | -328.68 $168,001.30 | | | | | | | | | | |
| 10/20/05 | J & B CONTRACTOR | 505 | -61,586.76 $106,414.54 | | | | | | verified w BS dated 11/27/05 | | | | |
| 10/28/05 | FSA EFT/CHECK DEPOSIT Loan# 02 | ✓ D | +75,000.00 $181,414.54 | | | | | | verified w BS dated 11/27/05 | | | | |

| BANK ACCT NO. SAME | BORROWER SAME | ADDRESS SAME | NAME OF BANK SAME | LOCATION SAME | SHEET NO. 2 |
|---|---|---|---|---|---|

RD 402-2 (Reverse) 9-98

USDA
Form RD 402-2
(Rev. 9-98)

## STATEMENT OF DEPOSITS AND WITHDRAWALS

DATE OF RD 402-1 ___9/21/2005___

(Column 5 through 14 — The upper part of the heading will show the purpose. The lower part will show the amount)

TYPE OF LOAN
FARM OWNERSHIP

| DATE 2005 (1) | DEPOSITS AND WITHDRAWALS — DEPOSITS : IDENTIFICATION-SOURCE WITHDRAWALS : PAYEE–PURPOSE (2) | CNK. NO. (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUE | BALANCE BROUGHT FORWARD | | 181,414.54 | | | | | | | | | | |
| 10/12/05 | INTEREST AMOUNT WITHDRAWN PER BANK STATEMENT DATED 10/27/2005 AND TC WITH FLM | INT | -1,460.94 | | | | | | | | | | |
| | | | $179,953.60 | | | | | verified w BS Dated 10/27/05 | | | | | |
| 10/24/05 | INTEREST AMOUNT WITHDRAWN PER BANK STATEMENT DATED 10/27/2005 AND TC WITH FLM | INT | -1,328.12 | | | | | | | | | | |
| | | | $178,625.48 | | | | | verified w BS Dated 10/27/05 | | | | | |
| 10/31/05 | STANLEY J. GERMAN (EXCAVATING) REPLACEMENT FOR CHECK#501 | 506 | -27,440.00 | | | | | | | | | | |
| | | | $151,185.48 | | | | | verified wBS Dated 11/27/05 | | | | | |
| 10/31/05 | STANLEY J. GERMAN EXCAVATING | 507 | -3,722.00 | | | | | | | | | | |
| | | | $147,463.48 | | | | | verified wBS Dated 11/27/05 | | | | | |
| 10/31/05 | SENSENIG'S MFG. REPLACEMENT FOR CHECK#502 | 508 | -5,000.00 | | | | | | | | | | |
| | | | $142,463.48 | | | | | verified wBS Dated 11/27/05 | | | | | |
| 10/31/05 | JASON WISSER (PARLOR) REPLACEMENT FOR CHECK#503 | 509 | -914.00 | | | | | | | | | | |
| | | | $141,549.48 | | | | | verified wBS Dated 11/27/05 | | | | | |
| 10/31/05 | SCHICK ENTERPRISES | 510 | -49,204.68 | | | | | | | | | | |
| | | | $92,344.80 | | | | | verified wBS Dated 11/27/05 | | | | | |
| 11/3/05 | JASON WISSER (CEMENT) | 511 | -1,234.68 | | | | | | | | | | |
| | | | $91,110.12 | | | | | verified wBS Dated 11/27/05 | | | | | |

| BANK ACCT. NO. | BORROWER CATHLEEN R. WISSER | ADDRESS SAME | NAME OF BANK SAME | LOCATION SAME | SHEET NO. 3 |
|---|---|---|---|---|---|

USDA
Form RD 402-2
(Rev. 9-98)

**STATEMENT OF DEPOSITS AND WITHDRAWALS**

DATE OF RD 402-1 _____ 9/21/2005

(Column 5 through 14 — The upper part of the heading will show the purpose. The lower part will show the amount)

TYPE OF LOAN
FARM OWNERSHIP

| DATE 2005 (1) | DEPOSITS AND WITHDRAWALS — DEPOSITS : IDENTIFICATION–SOURCE WITHDRAWALS · PAYEE–PURPOSE (2) | CNK. NO (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUE | BALANCE BROUGHT FORWARD | | $91,110.12 | | | | | | | | | | |
| 11/9/05 | CATHLEEN WISSER (CEMENT FOR MILK HOUSE FOOTER/FEED BUNK) | ✓ 512 | -5,000.00 ✓ $86,110.12 | | | | | | verified w/BS dated 11/27/2005 | | | | |
| 12/2/05 | MOYER LUMBER (ROOF BEAMS) | ✓ 513 | -2,444.18 ✓ $83,665.94 | | | | | | verified w/BS dated 12/27/2005 | | | | |
| 12/2/05 | KISTLER BUDDING SUPPLY (REMAINING LUMBER) | ✓ 514 | -2,000.00 ✓ $81,665.94 | | | | | | verified w/BS dated 12/27/2005 | | | | |
| 12/8/05 | VOGANVILLE MASONARY LLC (BLOCK WORK/PARLOR) | ✓ 515 | -11,500.00 ✓ $70,165.94 | | | | | | verified w/BS dated 1/27/2006 | | | | |
| 12/8/05 | SCHICK ENTERPRISES (POST FOR PIT) | ✓ 516 | -5,730.95 ✓ $64,434.99 | | | | | | verified w/BS dated 1/27/2006 | | | | |
| 12/8/05 | SENSENIGS MFG. (POST HOLDING AREA & WALK) | ✓ 517 | -929.83 ✓ $63,505.16 | | | | | | verified w/BS dated 12/27/2005 | | | | |
| 12/8/05 | A & B MARTIN ROOFING (ROOFING/PARLOR) | ✓ 518 | -6,341.98 ✓ $57,163.18 | | | | | | verified w/BS dated 12/27/2005 | | | | |
| 12/8/05 | STANLEY J GERMAN EXCAVATING | ✓ 519 | -6,707.11 VOID CHECK | VOID | | | | | | | | | |

| BANK ACCT. NO. | BORROWER CATHLEEN R. WISSER | ADDRESS SAME | NAME OF BANK SAME | LOCATION SAME | SHEET NO. 4 |
|---|---|---|---|---|---|

TYPE OF LOAN  FARM OWNERSHIP

| DATE 2005 (1) | DEPOSITS AND WITHDRAWALS — DEPOSITS : IDENTIFICATION–SOURCE / WITHDRAWALS : PAYEE–PURPOSE (2) | CNK. NO. (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUE | BALANCE BROUGHT FORWARD | ✕ | $57,163.18 | | | | | | | | | | |
| 12/8/05 | LEN'S CONCRETE SERVICES (HOLDING AREA) | ✓ 520 | -6,111.90 ✓ $51,051.28 | | | | verified w/BS dated 12/27/2005 | | | | | | |
| 12/12/05 | FSA EFT/TRANSFER DEPOSIT Loan# 02 | ✓ D | +50,000.00 ✓ $101,051.28 | | | | verified w/BS dated 12/27/2005 | | | | | | |
| 12/19/05 | RAHN'S CONSTRUCTION MATERIAL COMPANY | ✓ 521 | -613.27 ✓ $100,438.01 | | | | verified w/BS dated 12/27/2005 | | | | | | |
| 12/19/05 | JASON WISSER | ✓ 522 | -468.67 ✓ $99,969.34 | | | | verified w/BS dated 1/27/2006 | | | | | | |
| 12/29/05 | JASON WISSER | ✓ 523 | -1,711.84 ✓ $98,257.50 | | | | verified w/BS dated 1/27/2006 | | | | | | |
| 12/29/05 | JASON WISSER | ✓ 524 | -6,462.37 ✓ $91,795.13 | | | | verified w/BS dated 1/27/06 | | | | | | |
| 12/22/05 | INTEREST AMOUNT WITHDRAWN PER BANK STATEMENT DATED 12/27/2005 AND PER FLM BROWN | ✓ I N T | -2,700.52 ✓ $89,094.61 | | | | verified w/BS dated 12/27/2005 | | | | | | |
| 1/12/06 | SENSENIG MFG. | ✓ 525 | -3,351.38 ✓ $85,743.23 | | | | verified w/BS dated 1/27/06 | | | | | | |

| BANK ACCT NO. ■ | BORROWER CATHLEEN R. WISSER | ADDRESS SAME | NAME OF BANK SAME | LOCATION SAME | SHEET NO. 5 |
|---|---|---|---|---|---|

RD 402-2 (Reverse) 9-98

USDA
Form RD 402-2
(Rev. 9-98)

STATEMENT OF DEPOSITS AND WITHDRAWALS

DATE OF RD 402-1 _____ 09/21/2005 _____

(Column 5 through 14 — The upper part of the heading will show
the purpose. The lower part will show the amount)

TYPE OF LOAN
FARM OWNERSHIP

| DATE 2006 (1) | DEPOSITS AND WITHDRAWALS<br>DEPOSITS : IDENTIFICATION–SOURCE<br>WITHDRAWALS : PAYEE–PURPOSE (2) | CNK. NO. (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUE | BALANCE BROUGHT FORWARD | | $85,743.23 | | | | | | | | | | |
| 1/12/2006 | BROWN'S FEED | ✓ 526 | - 4,000.00 ✓<br>$81,743.23 | | | | | | verified w/BS dated 1/27/06 | | | | |
| 1/17/2006 | CATHLEEN F. WISSER | ✓ 527 | -15,000.00 ✓<br>$66,743.23 | | | | | | verified w/BS dated 1/27/06 | | | | |
| 1/24/2006 | FSA EFT/TREASURY DEPOSIT Loan #02 | ✓ D | +74,999.00 ✓<br>$141,742.23 | | | | | | verified w/BS dated 1/27/06 | | | | |
| 1/26/2006 | Jason Wisser | ✓ 528 | -2,488.00 ✓<br>$139,254.23 | | | | | | verified w/BS dated 2/27/06 | | | | |
| 2/2/2006 | E & F Ag Systems | ✓ 529 | -10,000.00 ✓<br>$129,254.23 | | | | | | verified w/BS dated 2/27/06 | | | | |
| 2/7/2006 | MARTIN ROOFING SUPPLY,LLC | ✓ 530 | -766.91 ✓<br>VOID CHECK | V OI D | ✕ | ✕ | ✕ | ✕ | ✕ | | | | |
| 2/7/2006 | J.R. BUILDERS | ✓ 531 | -3,921.00 ✓<br>$125,333.23 | | | | | | verified w/BS dated 2/27/06 | | | | |
| 2/7/2006 | CATHLEEN WISSER | ✓ 532 | -766.91 ✓<br>$124,566.32 | | | | | | verified w/BS dated 2/27/06 | | | | |

| BANK ACCT. NO. | BORROWER | ADDRESS | NAME OF BANK | LOCATION | SHEET NO. |
|---|---|---|---|---|---|
| ████ | CATHLEEN R. WISSER | SAME | SAME | SAME | 6 |

TYPE OF LOAN  FARM OWNERSHIP LOAN

| DATE 2006 (1) | DEPOSITS AND WITHDRAWALS DEPOSITS : IDENTIFICATION–SOURCE WITHDRAWALS : PAYEE–PURPOSE (2) | CNK. NO. (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUE | BALANCE BROUGHT FORWARD | ✕ | $124,566.32 | | | | | | | | | | |
| 2/10/2006 | JEFFREY H. WIRTH | ✓ 533 | -3,000.00 $121,566.32 | | | | | verified w/BS dated 2/27/06 | | | | | |
| 2/10/2006 | CATHLEEN WISSER 400 AMP SWITCH | ✓ 534 | -764.26 $120,802.06 | | | | | verified w/BS dated 2/27/06 | | | | | |
| 2/10/2006 | JASON WISSER CEMENT | ✓ 535 | -931.47 $119,870.59 | | | | | verified w/BS dated 3/27/06 | | | | | |
| 2/23/2006 | CATHLEEN R. WISSER BURKHOLDER'S MOTOR REPAIR BILL | ✓ 536 | -412.08 $119,458.51 | | | | | verified w/BS dated 3/27/06 | | | | | |
| 2/23/2006 | SENSENIG'S MFG. FARM STALLS | ✓ 537 | -7,062.85 $112,395.66 | | | | | verified w/BS dated 3/27/06 | | | | | |
| 2/23/2006 | JASON WISSER PARLOR | ✓ 538 | -2,298.00 VOID CHECK | VOID | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2/23/2006 | JASON WISSER PARLOR | ✓ 539 | -2,298.00 $110,097.66 | | | | | verified w/BS dated 3/27/06 | | | | | |
| 2/23/2006 | DAVID W. WEIDENHAMMER COWS | ✓ 540 | -10,000.00 $100,097.66 | | | | | verified w/BS dated 3/27/06 | | | | | |

| BANK ACCT. NO. ▮ | BORROWER CATHLEEN R. WISSER | ADDRESS SAME | NAME OF BANK SAME | LOCATION SAME | SHEET NO. 7 |
|---|---|---|---|---|---|

RD 402-2 (Reverse) 9-98

TYPE OF LOAN  FARM OWNERSHIP LOAN

| DATE 2006 (1) | DEPOSITS AND WITHDRAWALS DEPOSITS : IDENTIFICATION–SOURCE WITHDRAWALS : PAYEE–PURPOSE (2) | CNK. NO. (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUE | BALANCE BROUGHT FORWARD | ✕ | $100,097.66 | | | | | | | | | | |
| 3/16/2006 | Jeff Wirth Electric Bill | ✓ 541 | -3,000.00 ✓ | | | | | | verified w/BS dated 3/27/06 | | | | |
| | | | $97,097.66 | | | | | | | | | | |
| 3/16/2006 | Jason Wisser Zinirr Gates, Roffing, Home Depot | ✓ 542 | -2,323.57 ✓ | | | | | | verified w/BS dated 3/27/06 | | | | |
| | | | $94,774.09 | | | | | | | | | | |
| 3/16/2006 | Sensinig's | ✓ 543 | -6,899.27 | | | | | | verified w/BS dated 4/27/06 | | | | |
| | | | $87,874.82 | | | | | | | | | | |
| 3/24/2006 | David Weidenhemir | ✓ 544 | -54,350.00 | | | | | | verified w/BS dated 4/27/06 | | | | |
| | | | $33,524.82 | | | | | | | | | | |
| 3/24/2006 | Final Jeff Werth | ✓ 545 | -1,227.00 | | | | | | verified w/BS dated 4/27/06 | | | | |
| | | | $32,297.82 | | | | | | | | | | |
| 3/24/2006 | Jason Wisser Ralns Construction Co., Lowes, LN Plumbing, Progress Electric Supply | ✓ 546 | -5,048.73 | | | | | | verified w/BS dated 4/27/06 | | | | |
| | | | $27,249.09 | | | | | | | | | | |
| 3/30/2006 | | ✓ 547 | -10,000.00 | | | | | | verified w/BS dated 4/27/06 | | | | |
| | | | $17,249.09 | | | | | | | | | | |
| 2/27/2006 | UNION NATIONAL COMMUNITY TO PAY 1/10/2006 AND 2/10/2006 PAYMENTS ON LOAN ▊78-1 | ✓ EFT | -2,744.79 ✓ | | | | | | verified w/BS dated 3/27/06 | | | | |
| | | | $14,504.30 | | | | | | | | | | |

| BANK ACCT. NO. ▊ | BORROWER CATHLEEN R. WISSER | ADDRESS SAME | NAME OF BANK SAME | LOCATION SAME | SHEET NO. 8 |
|---|---|---|---|---|---|

RD 402-2 (Reverse) 9-98

TYPE OF LOAN  FARM OWNERSHIP LOAN

| DATE 2006 (1) | DEPOSITS AND WITHDRAWALS / DEPOSITS : IDENTIFICATION—SOURCE WITHDRAWALS : PAYEE—PURPOSE (2) | CNK. NO. (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUE | BALANCE BROUGHT FORWARD | ✕ | $14,504.30 | | | | | | | | | | |
| 3/27/2006 | UNION NATIONAL COMMUNITY INTEREST | INT | -1,876.98 $12,627.32 | | | | | | verified w/BS dated 4/27/06 | | | | |
| 5/11/2006 | JEFF WIRTH ELECTRICAL/FINAL BILL | ✓ 548 | -11,331.00 $1,296.32 | | | | | | verified w/BS dated 5/27/06 | | | | |
| NOTE! | CHECK WAS NEVER CASHED, BUT WITHDREW ON THIS FORM.... SEE 9/8/2005 CHECK MADE OUT TO JR. BUILDERS | NOTE | +3,742.00 $5,038.32 | | | | | | | | | | |
| 5/10/06 | UNION NATIONAL COMMUNITY INTEREST | INT | -2,064.68 $2,973.64 | | | | | | verified w/BS dated 5/27/06 | | | | |
| NOTE! | AMOUNT SHOWS $1.00 MORE ON THIS FORM, STATEMENT NEVER SHOWED THE $1.00 EFT TO OPEN THE ACCOUNT (9/15/05) | NOTE | ********** $2,972.64 | | | reconciled 3-27-07 | | | | | | | |
| 8/9/06 | Final Payment Wisser, Cathleen | 549 | 2,972.64 -0- | THIS CHECK WAS NOT CASHED—NOR GIVEN TO "B"— | | | verified w/BS dated 04-27-06 pg reconciled 8-27-06 Sch | | | | | | |
| 12-26-06 | ($39,999.00 left) Deposit (EFT) Loan #03 | | D +1.00 $2973.64 | | | | verified w/BS 9-28-06 pg reconciled w/BS 10-27-06 pg reconciled w/BS 11-27-06 pg | | | | | | |
| 3/30/07 | Deposit (EFT) Loan #03 | | D 39,999.00 $42,972.64 | | | | reconciled w/BS 12-27-06 pg verified w/BS 1-27-07 pg verified w/BS 2-27-07 pg | | | | | | |

| BANK ACCT NO | BORROWER CATHLEEN R. WISSER | ADDRESS SAME | | NAME OF BANK SAME | LOCATION SAME | SHEET NO. 9 |
|---|---|---|---|---|---|---|

RD 402-2 (Reverse) 9-98

REPRODUCE LOCALLY. Include form number and date on all reproductions.

**FSA-1940-17**
(10-26-99)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency

## PROMISSORY NOTE

| 8. KIND OF LOAN |
|---|
| Type: FO  [XX] Regular |
| [ ] Limited Resource |
| Pursuant to: |
| [X] Consolidated Farm & Rural Development Act |
| [ ] Emergency Agricultural Credit Adjustment Act of 1978 |

| 1. Name |
|---|
| CATHLEEN R. WISSER AND LARRY L. WISSER |

| 2. State | 3. County |
|---|---|
| PENNSYLVANIA | LEHIGH |

| 4. Case Number | 5. Date |
|---|---|
| ▉▉▉▉▉▉ | DECEMBER 21, 2006 |

| 6. Fund Code | 7. Loan Number |
|---|---|
| 41 | 05 |

**9. ACTION REQUIRING NOTE**

| | |
|---|---|
| [ ] Initial loan | [ ] Rescheduling |
| [ ] Subsequent loan | [XX] Reamortization |
| [ ] Consolidated & subsequent loan | [ ] Credit sale |
| [ ] Consolidation | [ ] Deferred payments |
| [ ] Conservation easement | [ ] Debt write down |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farm Service Agency, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in SUITE 240, 1238 COUNTY WELFARE ROAD, LEESPORT, PA 19533-9710

_____ , or at such other place as the Government may later designate in writing, the principal sum of

ONE HUNDRED NINETY-NINE THOUSAND TWO HUNDRED FIFTY AND 90/100 ----------------------------------- dollars

($ 199,250.90 ----------------------------------- ), plus interest on the unpaid principal balance at the **RATE** of

FOUR AND SEVEN/EIGHTS ----------------------------------- percent ( -----4.8750 %) per annum and

ZERO ----------------------------------------------------------- dollars ($ 0.00 --------------- )

of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farm Service Agency, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farm Service Agency for the type of loan indicated above.

Principal and interest shall be paid in ____THIRTY-EIGHT____ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

$ 11,619.00 ------------- on DECEMBER 21, 2007 ; $ N/A -------------------- on _____ ;

$ N/A ------------------- on _____ ; $ N/A-------------------- on _____ ;

$ N/A ------------------- on _____ ; $ N/A-------------------- on _____ ;

$ N/A------------------- on _____ ; $ N/A-------------------- on _____ ;

$ N/A------------------- on _____ ; $ N/A-------------------- on _____ ;

$ N/A------------------- on _____ ; $ N/A-------------------- on _____ ;

and $ 11,619.00 ------------------- thereafter on DECEMBER 21ST of each YEAR until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable ____THIRTY-EIGHT (38)____ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorized the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

*Position 2*

FSA-1940-17 (10-26-99)

Page 2 of 3

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument. For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR § 1951.8) of the Farm Service Agency according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate any property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block in Item 9 above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INTEREST RATE | DATE (include year) | ORIGINAL BORROWER | LAST INSTALL. DUE (include year) |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a non-program loan.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410 or call (202) 720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

FSA-1940-17 (10-26-99)                                                                    Page 3 of 3

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Natural Resources Conservation Service (NRCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the NRCS or the appropriate conservation district in accordance with NRCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by NRCS or the appropriate conservation district in accordance with NRCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT**, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farm Service Agency and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

_Cathleen R. Wisser_
CATHLEEN R. WISSER                                                   _(Borrower)_

_Larry L. Wisser_
LARRY L. WISSER                                                      (CO-SIGNER)
8149 BAUSCH ROAD
NEW TRIPOLI, PA 18066

## RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ | |

This form is available electronically.

| | | Form Approved - OMB No. 0560-0237 |
|---|---|---|
| | | (See Page 3 for Privacy Act and Public Burden Statements.) |

**FSA-2026**
(04-08-10)

**U.S. DEPARTMENT OF AGRICULTURE**
Farm Service Agency

Position 2

## PROMISSORY NOTE

| 1. Name | 2. State | 3. County |
|---|---|---|
| CATHLEEN R. WISSER & LARRY L. WISSER | PENNSYLVANIA | LEHIGH |

| 4. Case Number | 5. Fund Code | 6. Loan Number | 7. Date |
|---|---|---|---|
| ▮▮▮▮▮▮ | 44 | 08 | JULY 2, 2010 |

| 8. TYPE OF ASSISTANCE | 9. ACTION REQUIRING PROMISSORY NOTE: |
|---|---|

9. ACTION REQUIRING PROMISSORY NOTE:

- [ ] Initial loan
- [ ] Consolidation
- [ ] Subsequent loan
- [ ] Conservation easement
- [x] Rescheduling
- [ ] Reamortization
- [ ] Deferred payments
- [ ] Debt write down

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America Department of Agriculture, acting through the Farm Service Agency (Government), or its assigns, at its office in (a) 1238 COUNTY WELFARE RD, LEESPORT, PA 19534 or at such other place as the Government may later designate in writing, the principal sum of (b) TWO HUNDRED AND FOUR THOUSAND EIGHT HUNDRED TWENTY FOUR DOLLARS AND 24/100-------------------- dollars (c) ($ 204,824.24 , plus interest on the unpaid principal balance at the RATE of (d) FOUR AND SEVEN EIGHTHS

percent (e) 4.8750 %) per annum. If this note is for a Limited Resource loan (indicated in Item 8) the Government may **CHANGE THE RATE OF INTEREST** in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address. The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in (a) 36 installments as indicated below, except as modified by a different rate of interest on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $ 12,181.00 | 7/2/2011 | $ | |
| $ | | $ | |
| $ | | $ | |
| $ | | $ | |

and (d) $ 12,181.00 thereafter on the (e) JULY 2ND of each (f) YEARLY until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable (g) THIRTY SIX (36) years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government. Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from the actual date disbursed.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer.

Initial _LLW CRW_ Date _7/2/2010_

FSA-2026 (04-08-10)

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a) FUND CODE/ LOAN NO. | (b) FACE AMOUNT | (c) INTEREST RATE | (d) DATE (MM-DD-YYYY) | (e) ORIGINAL BORROWER | (f) LAST INSTALL. DUE (MM-DD-YYYY) |
|---|---|---|---|---|---|
| 41-05 | $ 199,250.90 | 4.8750 % | 12/21/2006 | CATHLEEN R WISSER LARRY L. WISSER | 12/21/2044 |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

Initial LLW CRW   Date 7/2/2010

FSA-2026 (04-08-10)

20. The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21. Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute DEFAULT under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22. This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23. Presentment, protest, and notice are waived.


_Cathleen R. Wisser_
CATHLEEN R. WISSER          (BORROWER)


_Larry L. Wisser_
LARRY L. WISSER          (CO-BORROWER)


NOTE: The following statement is made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a - as amended). The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.). The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees. The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0237. The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

This form is available electronically.

Form Approved - OMB No. 0560-0237
(See Page 3 for Privacy Act and Public Burden Statements.)

**FSA-2026**
(09-07-10)

Position 2

**U.S. DEPARTMENT OF AGRICULTURE**
Farm Service Agency

## PROMISSORY NOTE

| 1. Name | 2. State | 3. County |
|---|---|---|
| CATHLEEN R. WISSER & LARRY L. WISSER | PENNSYLVANIA | LEHIGH |

| 4. Case Number | 5. Fund Code | 6. Loan Number | 7. Date |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | 41 | 13 | APRIL 18, 2012 |

| 8. TYPE OF ASSISTANCE | 9. ACTION REQUIRING PROMISSORY NOTE: |
|---|---|

9. ACTION REQUIRING PROMISSORY NOTE:

☐ Initial loan   ☐ Conservation easement   ☐ Deferred payments

☐ Consolidation   ☐ Rescheduling   ☐ Debt write down

☐ Subsequent loan   ☒ Reamortization

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America Department of Agriculture, acting through the Farm Service Agency (Government), or its assigns, at its office in *(a)* 1238 COUNTY WELFARE ROAD, LEESPORT, PA 19533 or at such other place as the Government may later designate in writing, the principal sum of *(b)* TWO HUNDRED AND THREE THOUSAND THREE HUNDRED AND FIFTY SEVEN DOLLARS AND 96/100---------- dollars *(c)* ($ 203,357.96--------------------- , plus interest on the unpaid principal balance at the RATE of *(d)* THREE AND THREE EIGTHS------------------------------- percent *(e)* 3.375%-- %) per annum. If this note is for a Limited Resource loan (indicated in Item 8) the Government may **CHANGE THE RATE OF INTEREST** in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address. The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in *(a)* THIRTY FOUR (34)-------------------------------------------- installments as indicated below, except as modified by a different rate of interest on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $ 12,288.00 | 4/18/2018 | $ N/A | |
| $ N/A | | $ N/A | |
| $ N/A | | $ N/A | |
| $ N/A | | $ N/A | |

and *(d)* $ 12,288.00-- thereafter on the *(e)* APRIL 18th of each *(f)* YEARLY until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable *(g)* THIRTY FOUR (34)-- years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government. Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from the actual date disbursed.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer.

Initial *LLW CRW*   Date *4/18/2012*

FSA-2026 (09-07-10)

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a)<br>FUND CODE/<br>LOAN NO. | (b)<br>FACE AMOUNT | (c)<br>INTEREST RATE | (d)<br>DATE<br>(MM-DD-YYYY) | (e)<br>ORIGINAL BORROWER | (f)<br>LAST INSTALL.<br>DUE<br>(MM-DD-YYYY) |
|---|---|---|---|---|---|
| 41-08 | $  204,824.24 | 4.875   % | 7/2/2012 | Cathleen R. Wisser &<br>Larry L Wisser | 7/2/2046 |
|  | $ | % |  |  |  |
|  | $ | % |  |  |  |
|  | $ | % |  |  |  |
|  | $ | % |  |  |  |
|  | $ | % |  |  |  |
|  | $ | % |  |  |  |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan or a Conservation Loan.

Initial CRW L.LW Date 4-18-12

FSA-2026 (09-07-10)

Page 3 of 3

20. The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21. Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute DEFAULT under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22. This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23. Presentment, protest, and notice are waived.

ADDENDUM FOR DEFERRED INTEREST

Addendum to promissory note dated (1)____April 18, 2012_____original amount of $(2)___203,357.96____ at an annual interest rate of (3)__3.375___percent. This agreement amends and attaches to the above note. $(4)___1,184.00____ of each regular payment on the note will be applied to the interest which accrued during the deferral period. The remainder of the regular payment will be applied in accordance with 7 CFR Part 765. I agree to sign a supplementary payment agreement and make additional payments if during the deferral period I have a substantial increase in income and repayment ability.


_____
CATHLEEN R. WISSER        BORROWER

_____
LARRY L. WISSER        CO-BORROWER


NOTE:    The following statement is made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a - as amended). The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.). The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees. The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0237. The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

| Customer History | Current Date: 11-15-2018 09:50:17 |
|---|---|

**Loan Information**

| | | | |
|---|---|---|---|
| **Loan Number:** | 41-13-FO | | |
| **Customer Name:** | WISSER , CATHLEEN R | **Case #:** | |
| **Loan Amount:** | 203,357.96 | **Credit Reform Ind:** | Financing |
| **Fund Code:** | 4130 | **Obligation Date:** | 06/22/2010 |
| **Type of Assistance:** | 124 - FO-Reg-SDA-Gen | **Settlement Code:** | - |
| **Loan Indicator:** | | | |

**Selected Filter Criteria**

**Selected Date Criteria:** Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 1L  Recoverable Cost - Other Reversal | | 3.3750 | 07/20/2018 | 08/09/2018 | -85,120.00 | | |
| 1L  Recoverable Cost - Misc Register | | | | 08/09/2018 | 0.00 | | |
| Application Code D - Check Cancellation Processed by NFC Program Authority Code F2N4 Purchase Order Number ███████584 Purchase Order Line Number 01 Invoice Number ███████912 | | | | | | | |
| 1L  Recoverable Cost - Other | | 3.3750 | 07/23/2018 | 07/24/2018 | 150.00 | | |
| 1L  Recoverable Cost - Other | | 3.3750 | 07/20/2018 | 07/24/2018 | 85,120.00 | | |
| 1L  Recoverable Cost - Misc Register | | | | 07/24/2018 | 0.00 | | |
| Application Code A - Initial application Program Authority Code F4B1 Purchase Order Number ███████8681 Purchase Order Line Number 01 Invoice Number ███████4257 | | | | | | | |
| 1L  Recoverable Cost - Misc Register | | | | 07/24/2018 | 0.00 | | |
| Application Code A - Initial application Program Authority Code F2N4 Purchase Order Number ███████584 Purchase Order Line Number 01 Invoice Number ███████7822 | | | | | | | |
| 1L  Recoverable Cost - Other | | 3.3750 | 05/02/2018 | 05/03/2018 | 1,900.00 | | |
| 1L  Recoverable Cost - Misc Register | | | | 05/03/2018 | 0.00 | | |
| Application Code A - Initial application Program Authority Code F4B1 Purchase Order Number ███████4698 Purchase Order Line Number 01 Invoice Number ███████349 | | | | | | | |
| 4M  Maturing of Account | | | 04/18/2018 | 04/30/2018 | 12,288.00 | | |
| 2A  Payment Deferred | R  Regular Payment | | 08/18/2017 | 08/22/2017 | 395.74 | 395.74 | |
| 2A  Payment Note | R  Regular Payment | 3.3750 | 08/18/2017 | 08/22/2017 | 334.90 | 334.90 | 0.00 |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | 34,316.66 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | -34,316.66 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 3.3750 | 04/18/2017 | 04/28/2017 | 0.00 | | |
| J4  Focal Interest Adjustment - Note | | 3.3750 | | 04/28/2017 | | | |
| 1L  Recoverable Cost - Other Reversal | | 3.3750 | 07/17/2015 | 06/23/2016 | -100.00 | | |
| 1L  Recoverable Cost - Misc Register | | | | 06/23/2016 | 0.00 | | |
| Application Code C - Correction of original line item processed by NFC Program Authority Code F2N5 Purchase Order Number ███████1818 Purchase Order Line Number 01 Invoice Number ███████5929 | | | | | | | |
| 1L  Recoverable Cost - Other | | 3.3750 | 07/17/2015 | 07/21/2015 | 100.00 | | |
| 1L  Recoverable Cost - Misc Register | | | | 07/21/2015 | 0.00 | | |
| Application Code A - Initial application Program Authority Code F2N5 Purchase Order Number ███████1818 Purchase Order Line Number 01 Invoice Number ███████3430 | | | | | | | |
| 4J  Focal Interest Adjustment - Note | | 3.3750 | 07/17/2015 | 07/17/2015 | | | |
| 5W  Record Loan Deferral | | | 04/18/2012 | 04/26/2012 | 34,316.66 | | |
| 1M  New Rates and Terms - Real Estate | | 3.3750 | 04/18/2012 | 04/23/2012 | 203,357.96 | | |
| Transferred From Case Number ███████2 From Loan Number 08 To Case Number ███████  To Loan Number 13 | | | | | | | |

| Customer History | | | | | Current Date: 11-15-2018 09:48:19 | | |
|---|---|---|---|---|---|---|---|

**Loan Information**

| Loan Number: | 41-08-FO | | | | |
|---|---|---|---|---|---|
| Customer Name: | WISSER , CATHLEEN R | | Case #: | | |
| Loan Amount: | 2,815.32 | | Credit Reform Ind: | Financing | |
| Fund Code: | 4130 | | Obligation Date: | 06/22/2010 | |
| Type of Assistance: | 124 - FO-Reg-SDA-Gen | | Settlement Code: | T05 - Assumption Agreement/Restructured Loan | |

**Loan Indicator:**

**Selected Filter Criteria**

**Selected Date Criteria:** Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J Focal Interest Adjustment - Note | | 4.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M New Rates and Terms - Real Estate | | 4.8750 | 04/18/2012 | 04/23/2012 | -202,008.92 | | |
| Transferred To Case Number | To Loan Number 13 From Case Number | | | From Loan Number 08 | | | |
| 2A Payment Note | R Regular Payment | 4.8750 | 02/27/2012 | 02/28/2012 | 507.50 | 248.92 | 258.58 |
| 2A Payment Note | R Regular Payment | 4.8750 | 02/23/2012 | 02/24/2012 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 01/30/2012 | 02/01/2012 | 507.50 | 384.55 | 122.95 |
| 2A Payment Note | R Regular Payment | 4.8750 | 01/17/2012 | 01/19/2012 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 12/28/2011 | 12/29/2011 | 507.50 | 304.26 | 203.24 |
| 2A Payment Note | R Regular Payment | 4.8750 | 12/19/2011 | 12/23/2011 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 11/28/2011 | 11/30/2011 | 507.50 | 439.87 | 67.63 |
| 2A Payment Note | R Regular Payment | 4.8750 | 11/18/2011 | 11/23/2011 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 10/24/2011 | 10/26/2011 | 507.50 | 251.36 | 256.14 |
| 2A Payment Note | R Regular Payment | 4.8750 | 10/19/2011 | 10/20/2011 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 09/26/2011 | 09/27/2011 | 507.50 | 252.30 | 255.20 |
| 2A Payment Note | R Regular Payment | 4.8750 | 09/19/2011 | 09/22/2011 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 08/29/2011 | 08/31/2011 | 507.50 | 442.57 | 64.93 |
| 2A Payment Note | R Regular Payment | 4.8750 | 08/23/2011 | 08/24/2011 | 507.50 | 507.50 | 0.00 |
| 4M Maturing of Account | | | 07/02/2011 | 07/29/2011 | 12,181.00 | | |
| 2A Payment Note | R Regular Payment | 4.8750 | 07/25/2011 | 07/26/2011 | 507.50 | 253.50 | 254.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 07/19/2011 | 07/21/2011 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 06/27/2011 | 06/29/2011 | 507.50 | 227.33 | 280.17 |
| 2A Payment Note | R Regular Payment | 4.8750 | 06/20/2011 | 06/23/2011 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 05/31/2011 | 06/02/2011 | 507.50 | 445.36 | 62.14 |
| 2A Payment Note | R Regular Payment | 4.8750 | 05/19/2011 | 05/23/2011 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 04/26/2011 | 04/28/2011 | 507.50 | 282.88 | 224.62 |
| 2A Payment Note | R Regular Payment | 4.8750 | 04/20/2011 | 04/21/2011 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 03/28/2011 | 03/29/2011 | 507.50 | 256.56 | 250.94 |
| 2A Payment Note | R Regular Payment | 4.8750 | 03/23/2011 | 03/25/2011 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 02/28/2011 | 03/01/2011 | 507.50 | 420.68 | 86.82 |
| 2A Payment Note | R Regular Payment | 4.8750 | 02/23/2011 | 02/25/2011 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 01/25/2011 | 01/27/2011 | 507.50 | 285.05 | 222.45 |
| 2A Payment Note | R Regular Payment | 4.8750 | 01/19/2011 | 01/24/2011 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 12/27/2010 | 12/29/2010 | 507.50 | 301.99 | 205.51 |
| 2A Payment Note | R Regular Payment | 4.8750 | 12/21/2010 | 12/27/2010 | 507.50 | 507.50 | 0.00 |
| | R Regular | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2A Payment Note | Payment | 4.8750 | 11/29/2010 | 11/30/2010 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 11/19/2010 | 11/24/2010 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 10/26/2010 | 10/27/2010 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 10/19/2010 | 10/21/2010 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 09/28/2010 | 09/29/2010 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 09/23/2010 | 09/27/2010 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 08/27/2010 | 08/30/2010 | 507.50 | 507.50 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 08/20/2010 | 08/23/2010 | 507.50 | 507.50 | 0.00 |
| 1M New Rates and Terms - Real Estate | | 4.8750 | 07/02/2010 | 07/14/2010 | 204,824.24 | | |
| Transferred From Case Number ▬▬▬ 2 From Loan Number 05 To Case Number ▬▬▬ To Loan Number 08 | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Customer History** | | | | | | **Current Date: 11-15-2018 09:55:51** | |
| **Loan Information** | | | | | | | |

**Loan Number:** 41-05-FO
**Customer Name:** WISSER , CATHLEEN R
**Loan Amount:** 5,722.24
**Fund Code:** 4130
**Type of Assistance:** 124 - FO-Reg-SDA-Gen
**Loan Indicator:**

**Case #:**
**Credit Reform Ind:** Financing
**Obligation Date:** 06/22/2010
**Settlement Code:** T05 - Assumption Agreement/Restructured Loan

**Selected Filter Criteria**

**Selected Date Criteria:** Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J Focal Interest Adjustment - Note | | 4.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M New Rates and Terms - Real Estate | | 4.8750 | 07/02/2010 | 07/14/2010 | -193,528.66 | | |
| Transferred To Case Number ▇▇▇ | | To Loan Number 08 From Case Number ▇▇▇ | | | From Loan Number 05 | | |
| 4M Maturing of Account | | | 12/21/2009 | 12/31/2009 | 11,619.00 | | |
| 2A Payment Note | R Regular Payment | 4.8750 | 04/21/2009 | 04/23/2009 | 969.00 | 853.49 | 115.51 |
| 2A Payment Note | R Regular Payment | 4.8750 | 03/19/2009 | 03/23/2009 | 969.00 | 776.67 | 192.33 |
| 2A Payment Note | R Regular Payment | 4.8750 | 02/17/2009 | 02/19/2009 | 969.00 | 725.80 | 243.20 |
| 2A Payment Note | R Regular Payment | 4.8750 | 01/20/2009 | 01/22/2009 | 969.00 | 726.71 | 242.29 |
| 4M Maturing of Account | | | 12/21/2008 | 12/31/2008 | 11,619.00 | | |
| 2A Payment Note | R Regular Payment | 4.8750 | 12/23/2008 | 12/29/2008 | 969.00 | 908.67 | 60.33 |
| 2A Payment Note | R Regular Payment | 4.8750 | 11/18/2008 | 11/20/2008 | 969.00 | 753.73 | 215.27 |
| 2A Payment Note | R Regular Payment | 4.8750 | 10/20/2008 | 10/22/2008 | 969.00 | 806.39 | 162.61 |
| 2A Payment Note | R Regular Payment | 4.8750 | 09/19/2008 | 09/25/2008 | 969.00 | 807.06 | 161.94 |
| 2A Payment Note | R Regular Payment | 4.8750 | 08/19/2008 | 08/21/2008 | 969.00 | 833.67 | 135.33 |
| 2A Payment Note | R Regular Payment | 4.8750 | 07/18/2008 | 07/22/2008 | 969.00 | 730.35 | 238.65 |
| 2A Payment Note | R Regular Payment | 4.8750 | 06/20/2008 | 06/24/2008 | 969.00 | 809.27 | 159.73 |
| 2A Payment Note | R Regular Payment | 4.8750 | 05/20/2008 | 05/22/2008 | 969.00 | 835.94 | 133.06 |
| 2A Payment Note | R Regular Payment | 4.8750 | 04/18/2008 | 04/22/2008 | 969.00 | 836.51 | 132.49 |
| 2B Payment Note - Subsequent Update | R Regular Payment | 4.8750 | 03/17/2008 | 03/31/2008 | 969.00 | 680.67 | 288.33 |
| 2A Payment Note | R Regular Payment | 4.8750 | 02/19/2008 | 02/21/2008 | 969.00 | 733.90 | 235.10 |
| 2A Payment Note | R Regular Payment | 4.8750 | 01/22/2008 | 01/24/2008 | 969.00 | 917.62 | 51.38 |
| 4M Maturing of Account | | | 12/28/2007 | 12/28/2007 | 11,619.00 | | |
| 2A Payment Note | R Regular Payment | 4.8750 | 12/18/2007 | 12/20/2007 | 969.00 | 734.97 | 234.03 |
| 2A Payment Note | R Regular Payment | 4.8750 | 11/20/2007 | 11/23/2007 | 969.00 | 840.51 | 128.49 |
| 2A Payment Note | R Regular Payment | 4.8750 | 10/19/2007 | 10/23/2007 | 969.00 | 814.89 | 154.11 |
| 2A Payment Note | R Regular Payment | 4.8750 | 09/18/2007 | 09/20/2007 | 969.00 | 763.11 | 205.89 |
| 2A Payment Note | R Regular Payment | 4.8750 | 08/20/2007 | 08/23/2007 | 969.00 | 685.15 | 283.85 |
| 2A Payment Note | R Regular Payment | 4.8750 | 07/25/2007 | 07/30/2007 | 969.00 | 791.28 | 177.72 |
| 2A Payment Note | R Regular Payment | 4.8750 | 06/25/2007 | 06/27/2007 | 968.00 | 923.36 | 44.64 |
| 2A Payment Note | R Regular Payment | 4.8750 | 05/21/2007 | 05/24/2007 | 968.00 | 713.23 | 254.77 |
| 2A Payment Note | R Regular Payment | 4.8750 | 04/24/2007 | 04/26/2007 | 968.00 | 924.75 | 43.25 |
| 2A Payment Note | R Regular Payment | 4.8750 | 03/20/2007 | 03/22/2007 | 969.00 | 661.56 | 307.44 |
| 2A Payment Note | R Regular Payment | 4.8750 | 02/23/2007 | 02/27/2007 | 968.00 | 794.58 | 173.42 |
| 2A Payment Note | R Regular Payment | 4.8750 | 01/24/2007 | 01/26/2007 | 968.00 | 768.86 | 199.14 |
| 2A Payment Note | R Regular Payment | 4.8750 | 12/26/2006 | 12/28/2006 | 881.00 | 133.06 | 747.94 |
| 1M New Rates and Terms - Real Estate | | 4.8750 | 12/21/2006 | 12/21/2006 | 199,250.90 | | |
| Transferred From Case Number ▇▇▇ | | From Loan Number 02 To Case Number ▇▇▇ | | | To Loan Number 05 | | |

| Customer History | | | | | | Current Date: 11-15-2018 09:36:41 | |
|---|---|---|---|---|---|---|---|
| **Loan Information** | | | | | | | |

**Loan Information**

| | | | | |
|---|---|---|---|---|
| Loan Number: | 41-02-FO | | Case #: | |
| Customer Name: | WISSER , CATHLEEN R | | Credit Reform Ind: | Financing |
| Loan Amount: | 2,306.95 | | Obligation Date: | 04/27/2005 |
| Fund Code: | 4120 | | Settlement Code: | T05 - Assumption |
| Type of Assistance: | 124 - FO-Reg-SDA-Gen | | | Agreement/Restructured Loan |

Loan Indicator:

**Selected Filter Criteria**

Selected Date Criteria: Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J Focal Interest Adjustment - Note | | 4.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M New Rates and Terms - Real Estate | | 4.8750 | 12/21/2006 | 12/21/2006 | -197,693.05 | | |
| Transferred To Case Number | To Loan Number 05 From Case Number | | | | From Loan Number 02 | | |
| 2A Payment Note | R Regular Payment | 4.8750 | 10/23/2006 | 10/25/2006 | 963.00 | 819.13 | 143.87 |
| 2A Payment Note | R Regular Payment | 4.8750 | 09/22/2006 | 09/26/2006 | 1,736.00 | 822.90 | 913.10 |
| 4M Maturing of Account | | | 08/31/2006 | 08/31/2006 | 9,750.00 | | |
| 2A Payment Note | R Regular Payment | 4.8750 | 08/22/2006 | 08/24/2006 | 1,928.00 | 880.61 | 1,047.39 |
| 2A Payment Note | R Regular Payment | 4.8750 | 07/20/2006 | 07/24/2006 | 1,928.00 | 1,725.41 | 202.59 |
| 2A Payment Note | R Regular Payment | 4.8750 | 06/19/2006 | 06/22/2006 | 1,928.00 | 1,928.00 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 05/22/2006 | 05/25/2006 | 1,115.00 | 1,115.00 | 0.00 |
| 2A Payment Note | R Regular Payment | 4.8750 | 04/21/2006 | 04/25/2006 | 1,115.00 | 1,115.00 | 0.00 |
| F1 Loan Closing | | 4.8750 | 01/24/2006 | 01/20/2006 | 74,999.00 | | |
| F1 Loan Closing | | 4.8750 | 12/14/2005 | 12/12/2005 | 50,000.00 | | |
| 4J Focal Interest Adjustment - Note | | 4.8750 | 11/29/2005 | 11/29/2005 | | | |
| F1 Loan Closing | | 4.8750 | 10/28/2005 | 10/26/2005 | 75,000.00 | | |
| 1F Loan Closing | | 4.8750 | 08/08/2005 | 09/14/2005 | 1.00 | | |

REPRODUCE LOCALLY. Include form number and date on all reproductions.

**FSA-1940-17**
(10-26-99)

U.S. DEPARTMENT OF AGRICULTURE
Farm Service Agency

## PROMISSORY NOTE

| 8. KIND OF LOAN | | |
|---|---|---|
| Type: ___OL___ | ☐ Regular | |
| | ☒ Limited Resource | |
| Pursuant to: | | |
| ☒ Consolidated Farm & Rural Development Act | | |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 | | |

| 1. Name |
|---|
| CATHLEEN R. WISSER AND LARRY L. WISSER |

| 2. State | 3. County |
|---|---|
| PENNSYLVANIA | LEHIGH |

| 4. Case Number | 5. Date |
|---|---|
| ██████████ | DECEMBER 21, 2006 |

| 6. Fund Code | 7. Loan Number |
|---|---|
| 44 | 03 |

| 9. ACTION REQUIRING NOTE | |
|---|---|
| ☐ Initial loan | ☐ Rescheduling |
| ☒ Subsequent loan | ☐ Reamortization |
| ☐ Consolidated & subsequent loan | ☐ Credit sale |
| ☐ Consolidation | ☐ Deferred payments |
| ☐ Conservation easement | ☐ Debt write down |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farm Service Agency, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in ___SUITE 240, 1238 COUNTY WELFARE ROAD, LEESPORT, PA 19533-9710___

_____, or at such other place as the Government may later designate in writing, the principal sum of

FOURTY THOUSAND AND 00/100 ----------------------------------------------------------------------------------- dollars

($ _40,000.00_ ------------------------------------- ), plus interest on the unpaid principal balance at the **RATE** of

FIVE ------------------------------------------------------------------- percent ( -----5.0000 %) per annum and

ZERO ------------------------------------------------------------------- dollars ($ 0.00 --------------- )

of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farm Service Agency, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farm Service Agency for the type of loan indicated above.

Principal and interest shall be paid in ___SEVEN (7)___ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

$ _2,000.00_ --------------- on ___DECEMBER 21, 2007___ ; $ _4,042.00_ --------------- on ___DECEMBER 21, 2008___ ;

$ _N/A_ ----------------- on _____ ; $ _N/A_------------------- on _____ ;

$ _N/A_ ----------------- on _____ ; $ _N/A_------------------- on _____ ;

$ _N/A_----------------- on _____ ; $ _N/A_------------------- on _____ ;

$ _N/A_-- ---------------- on _____ ; $ _N/A_------------------- on _____ ;

$ _N/A_----------------- on _____ ; $ _N/A_------------------- on _____ ;

and $ _4,042.00_ ------------------ thereafter on ___DECEMBER 21ST___ of each ___YEAR___ until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable ___SEVEN (7)___ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorized the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

*Position 2*

FSA-1940-17 (10-26-99)

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument.  For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.  Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower.  Refunds and extra payments, as defined in the regulations (7 CFR § 1951.8) of the Farm Service Agency according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder.  While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis.  The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder.  The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government.  Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block in Item 9 above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s) (new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INTEREST RATE | DATE (include year) | ORIGINAL BORROWER | LAST INSTALL. DUE (include year) |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing.  These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.  The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a non-program loan.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status.  (Not all prohibited bases apply to all programs.)  Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).  To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410 or call (202) 720-5964 (voice or TDD).  USDA is an equal opportunity provider and employer.

**FSA-1940-17** (10-26-99)

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Natural Resources Conservation Service (NRCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the NRCS or the appropriate conservation district in accordance with NRCS's requirements. Borrower further agrees that if the term of the loan exceeds January 1, 1995, Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by NRCS or the appropriate conservation district in accordance with NRCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farm Service Agency and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

_Cathleen R. Wisser_
CATHLEEN R. WISSER                                                    *(Borrower)*

_Larry L. Wisser_

LARRY L. WISSER                                                      (CO-SIGNER)
8149 BAUSCH ROAD
NEW TRIPOLI, PA 18066

**RECORD OF ADVANCES**

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 40,000.00 | 12/21/2006 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | **TOTAL** | $ 40,000.00 | |

TYPE OF LOAN  FARM OWNERSHIP LOAN

| DATE 2006 (1) | DEPOSITS AND WITHDRAWALS DEPOSITS : IDENTIFICATION–SOURCE WITHDRAWALS : PAYEE–PURPOSE (2) | CNK NO. (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUE | BALANCE BROUGHT FORWARD | ✕ | $42,972.64 | | | | verified w/BS dated 4/27/07 pg | | | | | | |
| 3/31/2007 | Norman Hill | 551 | 7,950.00 | | | | verified w/BS dated 4/27/07 pg | | | | | | |
| | | | $35,022.64 | | | | | | | | | | |
| 4/30/07 | Fraley Auction Company 12 cows. | 552 | 16,850.00 | | | | verified w/BS dated 4/27/07 | | | | | | |
| | | | 18,172.64 | | | | verified w/BS dated 5/27/07 | | | | | | |
| | | | | | | | verified w/BS dated 6/27/07 pg | | | | | | |
| 7/17/07 | Fraley Auction Comp. 7 cows | 553 | 11,200.00 | | | | verified w/BS dated 7/27/07 pg | | | | | | |
| | | | 3,697.64 | | | | VERIFIED w/ Bnk Stmt DATED 9-27-07 AH | | | | | | |
| 11/19/07 | Sunnyside Dairy Farms, | 554 | 672.64 | | | | VERIFIED w/ Bnk Stmt Dated 10-27-07 AH | | | | | | |
| | | | | | | | verified w/ Bnk Stmt Dated 11-27-07 AH | | | | | | |
| | | | ∅ | | | | 2816 | | | | | | |
| | | | | | | | verified w/ Bnk Stmt Dated 12-5-07 AH | | | | | | |

| BANK ACCT. NO. ▆▆▆▆ | BORROWER CATHLEEN R. WISSER | ADDRESS SAME | NAME OF BANK SAME | LOCATION SAME | SHEET NO. 10 |
|---|---|---|---|---|---|

RD 402-2 (Reverse) 9-98

TYPE OF LOAN  FARM OWNERSHIP LOAN

| DATE 2006 (1) | DEPOSITS AND WITHDRAWALS — DEPOSITS : IDENTIFICATION—SOURCE / WITHDRAWALS : PAYEE—PURPOSE (2) | CNK. NO. (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTINUE | BALANCE BROUGHT FORWARD | X | $14,504.30 | | | | | | | | | | |
| 3/27/2006 | UNION NATIONAL COMMUNITY INTEREST | INT | -1,876.98 / $12,627.32 | | | | verified w/BS dated 4/27/06 | | | | | | |
| 5/11/2006 | JEFF WIRTH ELECTRICAL/FINAL BILL | 548 | -11,331.00 / $1,296.32 | | | | verified w/BS dated 5/27/06 | | | | | | |
| NOTE! | CHECK WAS NEVER CASHED, BUT WITHDREW ON THIS FORM.... SEE 9/8/2005 CHECK MADE OUT TO JR. BUILDERS | NOTE | +3,742.00 / $5,038.32 | | | | | | | | | | |
| 5/10/06 | UNION NATIONAL COMMUNITY INTEREST | INT | -2,064.68 / $2,973.64 | | | | verified w/BS dated 5/27/06 | | | | | | |
| NOTE! | AMOUNT SHOWS $1.00 MORE ON THIS FORM, STATEMENT NEVER SHOWED THE $1.00 EFT TO OPEN THE ACCOUNT (9/15/05) | NOTE | ********** / $2,972.64 | | | reconciled 3-27-07 sm pg | | | | | | | |
| 8/9/06 | Final Payment Wisser, Cathleen | 549 | 2,972.64 / -0- | THIS CHECK WAS NOT CASHED—NOR GIVEN TO "BS" | | verified w/BS dated 04-27-06 pg / reconciled 8-27-06 Seb | | | | | | | |
| 12-26-06 | Deposit (EFT) Loan 03 | D | +1.00 / $2973.64 | | | verified w/BS 9-28-06 pg / verified w/BS 10-27-06 pg / verified w/BS 11-27-06 pm | | | | | | | |
| 3/30/07 | Deposit (EFT) Loan 03 | D | $39,999.00 / $42,972.64 | | | verified w/BS 12-27-06 pg / verified w/BS 1-27-07 pg / verified w/BS 2-27-07 | | | | | | | |

| BANK ACCT NO | BORROWER CATHLEEN R. WISSER | ADDRESS SAME | NAME OF BANK SAME | LOCATION SAME | SHEET NO. 9 |
|---|---|---|---|---|---|

RD 402-2 (Reverse) 9-98

*Re'sched to loan 44-14*

This form is available electronically.

Form Approved - OMB No. 0560-0237
(See Page 3 for Privacy Act and Public Burden Statements.)

| FSA-2026 (04-08-10) | U.S. DEPARTMENT OF AGRICULTURE Farm Service Agency | Position 2 |
|---|---|---|

## PROMISSORY NOTE

| 1. Name CATHLEEN R. WISSER & LARRY L. WISSER | 2. State PENNSYLVANIA | 3. County LEHIGH |
|---|---|---|

| 4. Case Number ▬▬▬▬▬ | 5. Fund Code 44 | 6. Loan Number 09 | 7. Date JULY 2, 2010 |
|---|---|---|---|

| 8. TYPE OF ASSISTANCE | 9. ACTION REQUIRING PROMISSORY NOTE: |
|---|---|

9. ACTION REQUIRING PROMISSORY NOTE:

- [ ] Initial loan
- [ ] Conservation easement
- [ ] Deferred payments
- [ ] Consolidation
- [x] Rescheduling
- [ ] Debt write down
- [ ] Subsequent loan
- [ ] Reamortization

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America Department of Agriculture, acting through the Farm Service Agency (Government), or its assigns, at its office in *(a)* 1238 COUNTY WELFARE RD, LEESPORT, PA 19534 or at such other place as the Government may later designate in writing, the principal sum of *(b)* THIRY SEVEN THOUSAND SIX HUNDRED FOURTY THREE DOLLARS 18/100--- ------------------------- dollars *(c)* ($ 37,643.18 , plus interest on the unpaid principal balance at the RATE of *(d)* TWO AND SEVEN EIGHTHS percent *(e)* 2.8750 %) per annum. If this note is for a Limited Resource loan (indicated in Item 8) the Government may CHANGE THE RATE OF INTEREST in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address. The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in *(a)* FIFTEEN installments as indicated below, except as modified by a different rate of interest on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $ 3,125.00 | 7/2/2011 | $ | |
| $ | | $ | |
| $ | | $ | |
| $ | | $ | |

and *(d)* $ 3,125.00 thereafter on the *(e)* JULY 2ND of each *(f)* YEARLY until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable *(g)* FIFTEEN (15) years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government. Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from the actual date disbursed.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay)  USDA is an equal opportunity provider and employer.

Initial *LLW CRW*  Date *7/2/2010*

FSA-2026 (04-08-10)

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower.  Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government.  Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a)<br>FUND CODE/<br>LOAN NO. | (b)<br>FACE AMOUNT | (c)<br>INTEREST RATE | (d)<br>DATE<br>(MM-DD-YYYY) | (e)<br>ORIGINAL BORROWER | (f)<br>LAST INSTALL.<br>DUE<br>(MM-DD-YYYY) |
|---|---|---|---|---|---|
| 44-03 | $  40,000.00 | 5.0000  % | 12/21/2006 | CATHLEEN R WISSER<br>LARRY L. WISSER | 12/21/2013 |
|  | $ |  % |  |  |  |
|  | $ |  % |  |  |  |
|  | $ |  % |  |  |  |
|  | $ |  % |  |  |  |
|  | $ |  % |  |  |  |
|  | $ |  % |  |  |  |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization.  These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.  The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

Initial *LLW CRW*   Date 7/2/2010

FSA-2026 (04-08-10)

20. The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21. Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute DEFAULT under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22. This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23. Presentment, protest, and notice are waived.


_Cathleen R. Wisser_
CATHLEEN R. WISSER          (BORROWER)


_Larry L. Wisser_
LARRY L. WISSER             (CO-BORROWER)


NOTE:   The following statement is made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a - as amended). The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.). The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees. The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0237. The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. **RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.**

This form is available electronically.

Form Approved - OMB No. 0560-0237
(See Page 3 for Privacy Act and Public Burden Statements.)

| FSA-2026 (09-07-10) | U.S. DEPARTMENT OF AGRICULTURE<br>Farm Service Agency | Position 2 |
|---|---|---|

## PROMISSORY NOTE

| 1. Name<br>CATHLEEN R. WISSER & LARRY L. WISSER | | 2. State<br>PENNSYLVANIA | 3. County<br>LEHIGH |
|---|---|---|---|
| 4. Case Number ▮▮▮▮▮▮ | 5. Fund Code<br>44 | 6. Loan Number<br>14 | 7. Date<br>APRIL 18, 2012 |

| 8. TYPE OF ASSISTANCE | 9. ACTION REQUIRING PROMISSORY NOTE: |
|---|---|

9. ACTION REQUIRING PROMISSORY NOTE:

☐ Initial loan    ☐ Conservation easement    ☐ Deferred payments

☐ Consolidation    ☒ Rescheduling    ☐ Debt write down

☐ Subsequent loan    ☐ Reamortization

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America Department of Agriculture, acting through the Farm Service Agency (Government), or its assigns, at its office in (a) 1238 COUNTY WELFARE ROAD, LEESPORT, PA 19533 or at such other place as the Government may later designate in writing, the principal sum of (b) THIRTY FOUR THOUSAND FIVE HUNDRED FOURTY FIVE DOLLARS AND AND 09/100----------- dollars (c) ($ 34,545.09------------------ , plus interest on the unpaid principal balance at the RATE of (d) ONE AND A QUARTER--------------------------------- percent (e) 1.250%-- %) per annum. If this note is for a Limited Resource loan (indicated in Item 8) the Government may **CHANGE THE RATE OF INTEREST** in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address. The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in (a) FIFTEEN (15)------------------------------------------ installments as indicated below, except as modified by a different rate of interest on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $ 3,913.00 | 4/18/2018 | $ N/A | |
| $ N/A | | $ N/A | |
| $ N/A | | $ N/A | |
| $ N/A | | $ N/A | |

and (d) $ 3,913.00-- thereafter on the (e) APRIL 18th of each (f) YEARLY until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable (g) FIFTEEN (15)---- years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government. Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from the actual date disbursed.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay) USDA is an equal opportunity provider and employer.

Initial CRWLLW Date 4/18/2012

FSA-2026 (09-07-10)                                                                 Page 2 of 3

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a) FUND CODE/ LOAN NO. | (b) FACE AMOUNT | (c) INTEREST RATE | (d) DATE (MM-DD-YYYY) | (e) ORIGINAL BORROWER | (f) LAST INSTALL. DUE (MM-DD-YYYY) |
|---|---|---|---|---|---|
| 44-09 | $ 37,643.18 | 2.8750 % | 7/2/2012 | Cathleen R. Wisser & Larry L. Wisser | 7/2/2025 |
|  | $ | % |  |  |  |
|  | $ | % |  |  |  |
|  | $ | % |  |  |  |
|  | $ | % |  |  |  |
|  | $ | % |  |  |  |
|  | $ | % |  |  |  |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan or a Conservation Loan.

Initial _LLW_ CRW    Date 4/18/2012

FSA-2026 (09-07-10)                                                                 Page 3 of 3

20. The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21. Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute DEFAULT under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22. This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23. Presentment, protest, and notice are waived.

ADDENDUM FOR DEFERRED INTEREST

Addendum to promissory note dated (1)____April 18, 2012_____original amount of $(2)___34,545.09____ at an annual interest rate of (3)__1.250___percent. This agreement amends and attaches to the above note. $(4)___216.00____ of each regular payment on the note will be applied to the interest which accrued during the deferral period. The remainder of the regular payment will be applied in accordance with 7 CFR Part 765. I agree to sign a supplementary payment agreement and make additional payments if during the deferral period I have a substantial increase in income and repayment ability.


CATHLEEN R. WISSER          BORROWER


LARRY L. WISSER          CO-BORROWER

NOTE: The following statement is made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a - as amended). The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.). The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees. The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0237. The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

| Customer History | | | | | | Current Date: 11-15-2018 09:50:40 | | |
|---|---|---|---|---|---|---|---|---|
| **Loan Information** | | | | | | | | |
| Loan Number: | 44-14-OL | | | | | | | |
| Customer Name: | WISSER , CATHLEEN R | | | Case #: | | | | |
| Loan Amount: | 34,545.09 | | | Credit Reform Ind: | | Financing | | |
| Fund Code: | 4430 | | | Obligation Date: | | 06/22/2010 | | |
| Type of Assistance: | 105 - OL-LR-7YR-SDA | | | Settlement Code: | | - | | |
| Loan Indicator: | | | | | | | | |

**Selected Filter Criteria**

Selected Date Criteria: Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4M  Maturing of Account | | | 04/18/2018 | 04/30/2018 | 3,913.00 | | |
| Y5  Record Loan Deferral<br>Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | 2,159.07 | | |
| Y5  Record Loan Deferral<br>Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | -2,159.07 | | |
| Y5  Record Loan Deferral<br>Expiration/cancellation - Note | | 1.2500 | 04/18/2017 | 04/28/2017 | 0.00 | | |
| 4J  Focal Interest Adjustment - Note | | 1.2500 | 07/17/2015 | 07/17/2015 | | | |
| 5W  Record Loan Deferral | | | 04/18/2012 | 04/26/2012 | 2,159.07 | | |
| 1M  New Rates and Terms - Operating Loan | | 1.2500 | 04/18/2012 | 04/23/2012 | 34,545.09 | | |
| Transferred From Case Number ███ From Loan Number 09 To Case Number ███ To Loan Number 14 | | | | | | | |

## Customer History

| Loan Information | Current Date: 11-15-2018 09:48:44 |
|---|---|

| | | | |
|---|---|---|---|
| **Loan Number:** | 44-09-OL | | |
| **Customer Name:** | WISSER , CATHLEEN R | **Case #:** | |
| **Loan Amount:** | 3,233.60 | **Credit Reform Ind:** | Financing |
| **Fund Code:** | 4430 | **Obligation Date:** | 06/22/2010 |
| **Type of Assistance:** | 105 - OL-LR-7YR-SDA | **Settlement Code:** | T05 - Assumption |
| **Loan Indicator:** | | | Agreement/Restructured Loan |

### Selected Filter Criteria

Selected Date Criteria: Process Date

### Transaction Results

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J  Focal Interest Adjustment - Note | | 2.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M  New Rates and Terms - Operating Loan | | 2.8750 | 04/18/2012 | 04/23/2012 | -34,409.58 | | |
| Transferred To Case Number | | To Loan Number 14 From Case Number | | | From Loan Number 09 | | |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/27/2012 | 02/28/2012 | 130.50 | 10.88 | 119.62 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/23/2012 | 02/24/2012 | 130.50 | 65.39 | 65.11 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/30/2012 | 02/01/2012 | 130.50 | 35.52 | 94.98 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/17/2012 | 01/19/2012 | 130.50 | 54.77 | 75.73 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/28/2011 | 12/29/2011 | 130.50 | 24.72 | 105.78 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/19/2011 | 12/23/2011 | 130.50 | 57.80 | 72.70 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/28/2011 | 11/30/2011 | 130.50 | 27.61 | 102.89 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/18/2011 | 11/23/2011 | 130.50 | 69.13 | 61.37 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 10/24/2011 | 10/26/2011 | 130.50 | 13.87 | 116.63 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 10/19/2011 | 10/20/2011 | 130.50 | 63.94 | 66.56 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/26/2011 | 09/27/2011 | 130.50 | 19.52 | 110.98 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/19/2011 | 09/22/2011 | 130.50 | 58.67 | 71.83 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/29/2011 | 08/31/2011 | 130.50 | 16.83 | 113.67 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/23/2011 | 08/24/2011 | 130.50 | 81.40 | 49.10 |
| 4M  Maturing of Account | | | 07/02/2011 | 07/29/2011 | 3,125.00 | | |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 07/25/2011 | 07/26/2011 | 130.50 | 16.89 | 113.61 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 07/19/2011 | 07/21/2011 | 130.50 | 62.06 | 68.44 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 06/27/2011 | 06/29/2011 | 130.50 | 19.81 | 110.69 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 06/20/2011 | 06/23/2011 | 130.50 | 56.72 | 73.78 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 05/31/2011 | 06/02/2011 | 130.50 | 34.12 | 96.38 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 05/19/2011 | 05/23/2011 | 130.50 | 65.52 | 64.98 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 04/26/2011 | 04/28/2011 | 130.50 | 17.14 | 113.36 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 04/20/2011 | 04/21/2011 | 130.50 | 65.84 | 64.66 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 03/28/2011 | 03/29/2011 | 130.50 | 14.36 | 116.14 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 03/23/2011 | 03/25/2011 | 130.50 | 66.17 | 64.33 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/28/2011 | 03/01/2011 | 130.50 | 14.43 | 116.07 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/23/2011 | 02/25/2011 | 130.50 | 83.79 | 46.71 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/25/2011 | 01/27/2011 | 130.50 | 17.39 | 113.11 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/19/2011 | 01/24/2011 | 130.50 | 66.78 | 63.72 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/27/2010 | 12/29/2010 | 130.50 | 17.48 | 113.02 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/21/2010 | 12/27/2010 | 130.50 | 64.19 | 66.31 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/29/2010 | 11/30/2010 | 130.50 | 29.25 | 101.25 |

| 2A Payment Note | R Regular Payment | 2.8750 | 11/19/2010 | 11/24/2010 | 130.50 | 70.34 | 60.16 |
|---|---|---|---|---|---|---|---|
| 2A Payment Note | R Regular Payment | 2.8750 | 10/26/2010 | 10/27/2010 | 130.50 | 20.57 | 109.93 |
| 2A Payment Note | R Regular Payment | 2.8750 | 10/19/2010 | 10/21/2010 | 130.50 | 61.84 | 68.66 |
| 2A Payment Note | R Regular Payment | 2.8750 | 09/28/2010 | 09/29/2010 | 130.50 | 14.76 | 115.74 |
| 2A Payment Note | R Regular Payment | 2.8750 | 09/23/2010 | 09/27/2010 | 130.50 | 79.86 | 50.64 |
| 2A Payment Note | R Regular Payment | 2.8750 | 08/27/2010 | 08/30/2010 | 130.50 | 35.54 | 94.96 |
| 2A Payment Note | R Regular Payment | 2.8750 | 08/20/2010 | 08/23/2010 | 130.50 | 130.50 | 0.00 |
| 1M New Rates and Terms - Operating Loan | | 2.8750 | 07/02/2010 | 07/15/2010 | 37,643.18 | | |
| Transferred From Case Number███ | | | From Loan Number 03 To Case Number███ | | | To Loan Number 09 | |

| Customer History | Current Date: 11-15-2018 09:37:13 |
|---|---|

**Loan Information**

| | | | |
|---|---|---|---|
| Loan Number: | 44-03-OL | Case #: | |
| Customer Name: | WISSER , CATHLEEN R | Credit Reform Ind: | Financing |
| Loan Amount: | 3,974.27 | Obligation Date: | 12/18/2006 |
| Fund Code: | 4420 | Settlement Code: | T05 - Assumption |
| Type of Assistance: | 105 - OL-LR-7YR-SDA | | Agreement/Restructured Loan |

**Loan Indicator:**

**Selected Filter Criteria**

Selected Date Criteria: Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J  Focal Interest Adjustment - Note | | 3.7500 | 07/17/2015 | 07/17/2015 | | | |
| 1M  New Rates and Terms - Operating Loan | | 3.7500 | 07/02/2010 | 07/15/2010 | -36,025.73 | | |
| Transferred To Case Number | To Loan Number 09 | From Case Number | | | From Loan Number 03 | | |
| 4M  Maturing of Account | | | 12/21/2009 | 12/31/2009 | 4,042.00 | | |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 04/21/2009 | 04/23/2009 | 337.00 | 122.87 | 214.13 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 03/19/2009 | 03/23/2009 | 337.00 | 112.39 | 224.61 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 02/17/2009 | 02/19/2009 | 337.00 | 105.56 | 231.44 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 01/20/2009 | 01/22/2009 | 337.00 | 106.23 | 230.77 |
| 4M  Maturing of Account | | | 12/21/2008 | 12/31/2008 | 4,042.00 | | |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 12/23/2008 | 12/29/2008 | 337.00 | 133.51 | 203.49 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 11/18/2008 | 11/20/2008 | 337.00 | 111.30 | 225.70 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 10/20/2008 | 10/22/2008 | 337.00 | 119.67 | 217.33 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 09/19/2008 | 09/25/2008 | 337.00 | 120.35 | 216.65 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 08/19/2008 | 08/21/2008 | 337.00 | 124.94 | 212.06 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 07/18/2008 | 07/22/2008 | 337.00 | 109.98 | 227.02 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 06/20/2008 | 06/24/2008 | 337.00 | 122.43 | 214.57 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 05/20/2008 | 05/22/2008 | 337.00 | 127.08 | 209.92 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 04/18/2008 | 04/22/2008 | 337.00 | 127.77 | 209.23 |
| 2B  Payment Note - Subsequent Update | R  Regular Payment | 3.7500 | 03/17/2008 | 03/31/2008 | 337.00 | 117.79 | 219.21 |
| 8R  Interest Rate Adjustment - Note Negative | | 5.0000 | 03/01/2008 | 03/31/2008 | -39,081.86 | | |
| 8R  Interest Rate Adjustment - Note Positive | | 3.7500 | 03/01/2008 | 03/31/2008 | 39,081.86 | | |
| 2A  Payment Note | R  Regular Payment | 5.0000 | 02/19/2008 | 02/21/2008 | 337.00 | 150.61 | 186.39 |
| 2A  Payment Note | R  Regular Payment | 5.0000 | 01/22/2008 | 01/24/2008 | 337.00 | 188.99 | 148.01 |
| 4M  Maturing of Account | | | 12/28/2007 | 12/28/2007 | 2,000.00 | | |
| 2A  Payment Note | R  Regular Payment | 5.0000 | 12/18/2007 | 12/20/2007 | 337.00 | 151.90 | 185.10 |
| 2A  Payment Note | R  Regular Payment | 5.0000 | 11/20/2007 | 11/23/2007 | 337.00 | 174.31 | 162.69 |
| 2A  Payment Note | R  Regular Payment | 5.0000 | 10/19/2007 | 10/23/2007 | 337.00 | 169.57 | 167.43 |
| 2A  Payment Note | R  Regular Payment | 5.0000 | 09/18/2007 | 09/20/2007 | 337.00 | 268.48 | 68.52 |
| 2A  Payment Note | R  Regular Payment | 5.0000 | 08/20/2007 | 08/23/2007 | 337.00 | 337.00 | 0.00 |
| 2A  Payment Note | R  Regular Payment | 5.0000 | 07/25/2007 | 07/30/2007 | 337.00 | 337.00 | 0.00 |
| F1  Loan Closing | | 5.0000 | 03/30/2007 | 03/28/2007 | 39,999.00 | | |
| 1F  Loan Closing | | 5.0000 | 12/21/2006 | 12/21/2006 | 1.00 | | |

This form is available electronically.

Form Approved - OMB No. 0560-0237

(See Page 4 for Privacy Act and Public Burden Statements.)

**FSA-2026**
(12-31-07)

**U.S. DEPARTMENT OF AGRICULTURE**
Farm Service Agency

Position 2

# PROMISSORY NOTE

| 1. Name | 2. State | 3. County |
|---|---|---|
| CATHLEEN R. WISSER | PENNSYLVANIA | LEHIGH |

| 4. Case Number | 5. Fund Code | 6. Loan Number | 7. Date |
|---|---|---|---|
| ▉▉▉▉▉ | 44 | 06 | OCTOBER 29, 2008 |

| 8. TYPE OF ASSISTANCE | 9. ACTION REQUIRING PROMISSORY NOTE: |
|---|---|
| 106-OL-REG(EX YTH)-7-YR-SDA | ☐ Initial loan   ☐ Conservation easement   ☐ Deferred payments<br>☑ Subsequent loan   ☐ Rescheduling   ☐ Debt write down<br>☐ Consolidation   ☐ Reamortization |

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America Department of Agriculture, acting through the Farm Service Agency (Government), or its assigns, at its office in (a) __1238 COUNTY WELFARE RD, LEESPORT, PA 19533__ or at such other place as the Government may later

designate in writing, the principal sum of (b) NINETY THOUSAND AND 00/100 --------------------------------
------------------- dollars (c) ($ _90,000.00_ -------------- , plus interest on the unpaid principal balance at the RATE of (d) THREE AND THREE-QUARTERS ------------------------------- percent (e) __3.7500__ %) per annum.
If this note is for a Limited Resource loan (indicated in Item 8) the Government may **CHANGE THE RATE OF INTEREST** in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address. The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in (a) _____ SEVEN (7) _____ installments as indicated below, except as modified by a different

rate of interest, on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $ 7,955.00 | OCTOBER 29, 2009 | $ N/A--------- | |
| $ N/A--------- | | $ N/A--------- | |
| $ N/A--------- | | $ N/A--------- | |
| $ N/A--------- | | $ N/A--------- | |

and (d) $ _7,955.00----_ thereafter on the (e) OCTOBER 29TH----- of each (f) YEARLY---- until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable (g) SEVEN (7)---------- years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government. Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from the actual date disbursed. Borrower authorizes FSA to enter the amounts and dates of such advances in the Record of Advances.

*The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.*

Initial _LLW CRW_    Date _10/29/08_

FSA-2026 (12-31-07)

Page 2 of 3

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a)<br>FUND CODE/<br>LOAN NO. | (b)<br>FACE AMOUNT | (c)<br>INTEREST<br>RATE | (d)<br>DATE<br>(include year) | (e)<br>ORIGINAL BORROWER | (f)<br>LAST INSTALL. DUE<br>(include year) |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

Initial _LLW CRW_   Date _10/29/08_

FSA 2026 (12-31-07)

20. The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21. Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute **DEFAULT** under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22. This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23. Presentment, protest, and notice are waived.


CATHLEEN R. WISSER                           (BORROWER)


LARRY L. WISSER                        (Co-BORROWER)

FSA-2026 (12-31-07)

## 24. RECORD OF ADVANCES

| A. AMOUNT | B. DATE | A. AMOUNT | B DATE | A. AMOUNT | B. DATE |
|-----------|---------|-----------|--------|-----------|---------|
| (1) $ |  | (8) $ |  | (15) $ |  |
| (2) $ |  | (9) $ |  | (16) $ |  |
| (3) $ |  | (10) $ |  | (17) $ |  |
| (4) $ |  | (11) $ |  | (18) $ |  |
| (5) $ |  | (12) $ |  | (19) $ |  |
| (6) $ |  | (13) $ |  | (20) $ |  |
| (7) $ |  | (14) $ |  | (21) $ |  |
|  |  |  | C. TOTAL: | $    90,000.00 |  |

**NOTE:** *The following statements are made in accordance with the Privacy Act of 1974 (5 USC 552a): the Farm Service Agency (FSA) is authorized by the Consolidated Farm and Rural Development Act, as amended (7 USC 1921 et seq.), or other Acts, and the regulations promulgated thereunder, to solicit the information requested on its application forms. The information requested is necessary for FSA to determine eligibility for credit or other financial assistance, service your loan, and conduct statistical analyses. Supplied information may be furnished to other Department of Agriculture agencies, the Internal Revenue Service, The Department of Justice or other law enforcement agencies, the Department of Defense, the Department of Housing and Urban Development, the Department of Labor, the United States Postal Service, or other Federal, State, or local agencies as required or permitted by law. In addition, information may be referred to interested parties under the Freedom of Information Act (FOIA), to financial consultants, advisors, lending institutions, packagers, agents, and private or commercial credit sources, to collection or servicing contractors, to credit reporting agencies, to private attorneys under contract with FSA or the Department of Justice, to business firms in the trade area that buy chattel or crops or sell them for commission, to Members of Congress or Congressional staff members, or to courts or adjudicative bodies. Disclosure of the information requested is voluntary. However, failure to disclose certain items of information requested, including your Social Security Number or Federal Tax Identification Number, may result in a delay in the processing of an application or its rejection.*

*According to the Paperwork Reduction to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0237. The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.*

Initial _____    Date _____

This form is available electronically.

**FSA-2142**
(12-31-07)

**U.S. DEPARTMENT OF AGRICULTURE**
Farm Service Agency

Position 2

### STATEMENT OF DEPOSITS AND WITHDRAWALS

A. DATE OF FSA-2140:  05-21-2008

(Column 5 through 14 — The upper part of the heading will show the purpose. The lower part will show the amount)

B. TYPE OF LOAN: OPERATING LOAN

| DATE (1) | DEPOSITS AND WITHDRAWALS / DEPOSITS : IDENTIFY SOURCE WITHDRAWALS : IDENTIFY PAYEE AND PURPOSE (2) | CHECK NO. (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-23-2008 | | | | | | | | | | | | | |
| 10/23/2008 | FSA EFT/CHECK DEPOSIT LOAN# 44-06 | D | 90,000.0 | | | | verified wBS dated 10-31-08 pg 8 | | | | | | |
| 10/29/2008 | AGRI-APPLICATORS INC. | 1001 | 4,109.39 / 85890.61 | | | | verified wBS dated 11-30-08 pg 8 | | | | | | |
| 10/29/2008 | MARK HERSHEY FARMS INC | 1003 | 15,000.0 / 70890.61 | | | | verified wBS dated 11-30-08 pg 8 | | | | | | |
| 10/29/2008 | SUNNYSIDE DAIRY FARMS | 1004 | 5,465.00 / 65425.61 | | | | verified wBS dated 11-30-08 pg 8 | | | | | | |
| 10/29/2008 | SELECT SIRE POWER, INC | 1005 | 5,824.84 / 59600.77 | | | | verified wBS dated 11-30-08 pg 8 | | | | | | |
| 10/29/2008 | QUAKERTOWN VET CLINIC | 1006 | 5,192.84 / 54407.93 | | | | verified wBS dated 11-30-08 pg 8 | | | | | | |
| 10/29/2008 | PORTNOFF LAW ASS. LTD | 1008 | 3,814.07 / 50593.86 | | | | verified wBS dated 11-30-08 pg 8 | | | | | | |

| C. BANK ACCT. NO. | D. BORROWER | E. ADDRESS | F. NAME OF BANK | G. LOCATION | H. SHEET NO. |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | CATHLEEN R. WISSER | 8149 BAUSCH ROAD NEW TRIPOLI, PA 18066 | CITIZENS BANK OF PENNSYLVANIA | 525 WILLIAM PENN PLACE, ROOM 153-2850 PITTSBURG, PA 15219 | 1 |

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

This form is available electronically.

**FSA-2142**
(12-31-07)

**U.S. DEPARTMENT OF AGRICULTURE**
Farm Service Agency

Position 2

## STATEMENT OF DEPOSITS AND WITHDRAWALS

(Column 5 through 14 – The upper part of the heading will show the
purpose. The lower part will show the amount)

A. DATE OF FSA-2140: 05-21-2008

B. TYPE OF LOAN: OPERATING LOAN

| DATE (1) | DEPOSITS AND WITHDRAWALS (2) | CHECK NO. (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/2008 | CONTINUED | | 50593.86 | | | | | | | | | | |
| 11/24/2008 | CATHLEEN WISSER / cows | | 40000.00 / 10593.86 | | | | verified WBS dated 11-30-08 pg / verified WBS dated 12-31-08 pg / verified WBS dated 1-31-08 pg | | | | | | |
| 2-6-09 | Fisher Quality Dairy Sales | | 400.00 / 8193.86 | | | | verified WBS dated 2-28-08 pg | | | | | | |
| 2/20/09 | Fsh Dairy Sls | | 5675.00 / 2518.86 | | | | verified WBS dated 3-31-2009 pg / verified WBS dated 4-30-2009 pg / verified WBS dated 5-31-2009 pg | | | | | | |
| 5-27-09 | Cathleen Wisser | | 2518.86 / 0 | | | | verified WBS dated 7-1-2010 pg / verified WBS dated 6-30-2009 pg | | | | | | |
| 7-7-2010 | FSA EFT/SBA Check Deposit Loan # 44-07 | D | 30,000 / $30,000 | | | | verified WBS dated 7-31-2010 pg | | | | | | |
| 7-26-2010 | Fisher's Quality Dairy Sales | | 15,000 / $15,000 | | | | verified BS dated 7-31-2010 pg | | | | | | |

C. BANK ACCT. NO.
D. BORROWER: CATHLEEN R. WISSER
E. ADDRESS: 8149 BAUSCH ROAD NEW TRIPOLI, PA 18066
F. NAME OF BANK: CITIZENS BANK OF PENNSYLVANIA
G. LOCATION: 525 WILLIAM PENN PLACE, ROOM 153-2850 PITTSBURG, PA 15219
H. SHEET NO.: 2

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

This form is available electronically.

**FSA-2142**
(12-31-07)

**U.S. DEPARTMENT OF AGRICULTURE**
Farm Service Agency

Position 2

## STATEMENT OF DEPOSITS AND WITHDRAWALS

A  DATE OF FSA-2140 _____ 05-21-2008

(Column 5 through 14 — The upper part of the heading will show the
purpose   The lower part will show the amount)

B. TYPE OF LOAN OPERATING LOAN

| DATE (1) 2010 | DEPOSITS AND WITHDRAWALS (2) DEPOSITS IDENTIFY SOURCE WITHDRAWALS IDENTIFY PAYEE AND PURPOSE | CHECK NO (3) | BALANCE OF FUNDS (4) | $ (5) | $ (6) | $ (7) | $ (8) | $ (9) | $ (10) | $ (11) | $ (12) | $ (13) | $ (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/26/2010 | CONTINUED | | 15000.00 | | | | | | | | | | |
| 8/19/2010 | FISHER DAIRY SALES   6 cows- | 5 | 4050.00  10950.00 | — Verified w/ statement Dated 8-31-10 | | | | | | | | | |
| 6/31/2010 | Goodville Mutual Casualty Company | 1016 | 1000.00  9950.00 | | | | | | | | | | |
| 9-27-10 | Fisher's Quality Dairy Sales  3 cows. | 18  17 | 4950.00  5,000.00 | | | | | | | | | | |
| 9-30-10 | | 16  18 | 3000.00  2000.00 | —Verified w/ statement Dated 9-30-10  H+ | | | | | | | | | |
| 2/22/10 | Cathleen L. Wisser | 10  9 | 2000  0 | Verified w/ statement Dated 10-31-10-H+  — Verified w/ statement Dated 11-30-10 H+  — verified w/ statement Dated 12-31-10-H+ | | | | | | | | | |

| C. BANK ACCT. NO. | D BORROWER | E. ADDRESS | F  NAME OF BANK | G. LOCATION | H SHEET NO |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | CATHLEEN R  WISSER | 8149 BAUSCH ROAD NEW TRIPOLI, PA 18066 | CITIZENS BANK OF PENNSYLVANIA | 525 WILLIAM PENN PLACE, ROOM 153-2850 PITTSBURG, PA 15219 | 3 |

The U S Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race  color  national origin  age  disability  and where applicable  sex  marital status  familial status  parental status  religion, sexual orientation, genetic information  political beliefs  reprisal  or because all or part of an individual's income is derived from any public assistance program   (Not all prohibited bases apply to all programs.)  Persons with disabilities who require alternative means for communication of program information (Braille  large print, audiotape  etc ) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD)  To file a complaint of discrimination  write to USDA, Director  Office of Civil Rights  1400 Independence Avenue  S W   Washington  D C  20250-9410  or call (800) 795-3272 (voice) or (202) 720-6382 (TDD)  USDA is an equal opportunity provider and employer

*Resched to loan 44-16*

This form is available electronically.

Form Approved - OMB No. 0560-0237
(See Page 3 for Privacy Act and Public Burden Statements.)

| FSA-2026 (04-08-10) | U.S. DEPARTMENT OF AGRICULTURE Farm Service Agency | Position 2 |
|---|---|---|

## PROMISSORY NOTE

| 1. Name CATHLEEN R. WISSER & LARRY L. WISSER | 2. State PENNSYLVANIA | 3. County LEHIGH |
|---|---|---|

| 4. Case Number ▮▮▮▮▮▮ | 5. Fund Code 44 | 6. Loan Number 11 | 7. Date JULY 2, 2010 |
|---|---|---|---|

**8. TYPE OF ASSISTANCE**

**9. ACTION REQUIRING PROMISSORY NOTE:**

- [ ] Initial loan
- [ ] Conservation easement
- [ ] Deferred payments
- [ ] Consolidation
- [x] Rescheduling
- [ ] Debt write down
- [ ] Subsequent loan
- [ ] Reamortization

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America Department of Agriculture, acting through the Farm Service Agency (Government), or its assigns, at its office in *(a)* 1238 COUNTY WELFARE RD, LEESPORT, PA 19534 or at such other place as the Government may later designate in writing, the principal sum of *(b)* EIGHTY SEVEN THOSAND ONE HUNDRED FOURTY EIGHT DOLLARS 48/100-- ------------------------------ dollars *(c)* ($ 87,148.48 , plus interest on the unpaid principal balance at the RATE of *(d)* TWO AND SEVEN EIGHTHS percent *(e)* 2.8750 %) per annum. If this note is for a Limited Resource loan (indicated in Item 8) the Government may CHANGE THE RATE OF INTEREST in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address. The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in *(a)* FIFTEEN installments as indicated below, except as modified by a different rate of interest on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $ 7,235.00 | 7/2/2011 | $ | |
| $ | | $ | |
| $ | | $ | |
| $ | | $ | |

and *(d)* $ 7,235.00 thereafter on the *(e)* JULY 2ND of each *(f)* YEARLY until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable *(g)* FIFTEEN (15) years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government. Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from the actual date disbursed.

*The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer.*

Initial *LLW CRW* Date 7/2/2010

FSA-2026 (04-08-10)                                                                                                    Page 2 of 3

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a) FUND CODE/ LOAN NO. | (b) FACE AMOUNT | (c) INTEREST RATE | (d) DATE (MM-DD-YYYY) | (e) ORIGINAL BORROWER | (f) LAST INSTALL. DUE (MM-DD-YYYY) |
|---|---|---|---|---|---|
| 44-06 | $ 90,000.00 | 3.7500 % | 10/29/2008 | CATHLEEN R WISSER<br>LARRY L. WISSER | 10/29/2015 |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

Initial LLW CRW  Date 7/2/2010

FSA-2026 (04-08-10)

20. The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21. Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute DEFAULT under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22. This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23. Presentment, protest, and notice are waived.


_Cathleen R. Wisser_
CATHLEEN R. WISSER          (BORROWER)


_Larry L. Wisser_
LARRY L. WISSER          (CO-BORROWER)


NOTE:    The following statement is made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a - as amended). The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.). The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees. The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0237. The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

This form is available electronically.

Form Approved - OMB No. 0560-0237
(See Page 3 for Privacy Act and Public Burden Statements.)

| FSA-2026 | U.S. DEPARTMENT OF AGRICULTURE | Position 2 |
|---|---|---|
| (09-07-10) | Farm Service Agency | |

## PROMISSORY NOTE

| 1. Name CATHLEEN R. WISSER & LARRY L. WISSER | 2. State PENNSYLVANIA | 3. County LEHIGH |
|---|---|---|
| 4. Case Number ▮▮▮▮▮ | 5. Fund Code 44 | 6. Loan Number 16 | 7. Date APRIL 18, 2012 |

8. TYPE OF ASSISTANCE

9. ACTION REQUIRING PROMISSORY NOTE:

☐ Initial loan    ☐ Conservation easement    ☐ Deferred payments

☐ Consolidation    ☒ Rescheduling    ☐ Debt write down

☐ Subsequent loan    ☐ Reamortization

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America (Government), acting through the Farm Service Agency (Government), or its assigns, at its office in (a) 1238 COUNTY WELFARE ROAD, LEESPORT, PA 19533   or at such other place as the Government may later designate in writing, the principal sum of (b) EIGHTY THOUSAND DOLLARS AND 37/100--------------------- ------------------------------- dollars (c) ($ 80,000.37------------------ , plus interest on the unpaid principal balance at the RATE of (d) ONE AND A QUARTER------------------------------- percent (e) 1.250%-- %) per annum. If this note is for a Limited Resource loan (indicated in Item 8) the Government may CHANGE THE RATE OF INTEREST in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address. The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in (a) FIFTEEN (15)---------------------------------------------- installments as indicated below, except as modified by a different rate of interest on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $ 371.00 | 4/18/2013 | $ 371.00 | 4/18/2014 |
| $ 371.00 | 4/18/2015 | $ 371.00 | 4/18/2016 |
| $ 371.00 | 4/18/2017 | $ 8,860.00 | 4/18/2018 |
| $ N/A | | $ N/A | |

and (d) $ 8,860.00-- thereafter on the (e) APRIL 18th of each (f) YEARLY until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable (g) FIFTEEN (15)---- years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government. Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from the actual date disbursed.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD)  To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer

Initial _CRW LL W_ Date _4/18/2012_

FSA-2026 (09-07-10)

Page 2 of 3

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a)<br>FUND CODE/<br>LOAN NO. | (b)<br>FACE AMOUNT | (c)<br>INTEREST RATE | (d)<br>DATE<br>(MM-DD-YYYY) | (e)<br>ORIGINAL BORROWER | (f)<br>LAST INSTALL.<br>DUE<br>(MM-DD-YYYY) |
|---|---|---|---|---|---|
| 44-11 | $ 87,148.48 | 2.8750 % | 7/2/2012 | Cathleen R. Wisser &<br>Larry L. Wisser | 7/2/2025 |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan or a Conservation Loan.

Initial LLW CRW    Date 4/18/2012

FSA-2026 (09-07-10)

20. The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21. Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute DEFAULT under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22. This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23. Presentment, protest, and notice are waived.

ADDENDUM FOR DEFERRED INTEREST

Addendum to promissory note dated (1)____April 18, 2012_____original amount of $(2)____80,000.37____ at an annual interest rate of (3)__1.250___percent. This agreement amends and attaches to the above note. $(4)___469.00____ of each regular payment on the note will be applied to the interest which accrued during the deferral period. The remainder of the regular payment will be applied in accordance with 7 CFR Part 765. I agree to sign a supplementary payment agreement and make additional payments if during the deferral period I have a substantial increase in income and repayment ability.


_Cathleen R. Wisser_
CATHLEEN R. WISSER          BORROWER

_Larry L. Wisse_
LARRY L. WISSER          CO-BORROWER

NOTE:   The following statement is made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a - as amended). The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.). The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees. The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0237. The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

| Customer History | | | | | | Current Date: 11-15-2018 09:51:20 | |
|---|---|---|---|---|---|---|---|

**Loan Information**

| | | | | |
|---|---|---|---|---|
| Loan Number: | 44-16-OL | | Case #: | |
| Customer Name: | WISSER , CATHLEEN R | | Credit Reform Ind: | Financing |
| Loan Amount: | 80,000.37 | | Obligation Date: | 06/22/2010 |
| Fund Code: | 4430 | | Settlement Code: | - |
| Type of Assistance: | 106 - OL-Reg(Ex Yth)-7YR-SDA | | | |
| Loan Indicator: | | | | |

**Selected Filter Criteria**

Selected Date Criteria: Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4M  Maturing of Account | | | 04/18/2018 | 04/30/2018 | 8,860.00 | | |
| 2A  Payment Deferred | R  Regular Payment | | 03/20/2018 | 03/22/2018 | 35.98 | 35.98 | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 03/20/2018 | 03/22/2018 | 451.12 | 72.05 | 379.07 |
| 2A  Payment Deferred | R  Regular Payment | | 02/20/2018 | 02/23/2018 | 41.12 | 41.12 | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 02/20/2018 | 02/23/2018 | 445.98 | 82.74 | 363.24 |
| 2A  Payment Deferred | R  Regular Payment | | 01/19/2018 | 01/23/2018 | 41.11 | 41.11 | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 01/19/2018 | 01/23/2018 | 689.53 | 83.40 | 606.13 |
| 2A  Payment Deferred | R  Regular Payment | | 12/18/2017 | 12/21/2017 | 39.84 | 39.84 | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 12/18/2017 | 12/21/2017 | 690.80 | 81.45 | 609.35 |
| 2A  Payment Deferred | R  Regular Payment | | 11/17/2017 | 11/21/2017 | 38.54 | 38.54 | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 11/17/2017 | 11/21/2017 | 692.10 | 79.45 | 612.65 |
| 2A  Payment Deferred | R  Regular Payment | | 10/18/2017 | 10/20/2017 | 38.55 | 38.55 | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 10/18/2017 | 10/20/2017 | 692.09 | 80.07 | 612.02 |
| 2A  Payment Deferred | R  Regular Payment | | 09/18/2017 | 09/20/2017 | 79.66 | 79.66 | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 09/18/2017 | 09/20/2017 | 650.98 | 166.52 | 484.46 |
| 2A  Payment Deferred | R  Regular Payment | | 07/18/2017 | 07/20/2017 | 116.93 | 116.93 | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 07/18/2017 | 07/20/2017 | 613.71 | 291.07 | 322.64 |
| 4M  Maturing of Account | | | 04/18/2017 | 04/28/2017 | 371.00 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | 4,684.66 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | -4,684.66 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 1.2500 | 04/18/2017 | 04/28/2017 | 0.00 | | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 11/07/2016 | 11/09/2016 | 1.36 | 1.36 | 0.00 |
| 4M  Maturing of Account | | | 04/18/2016 | 04/29/2016 | 371.00 | | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 04/21/2016 | 04/25/2016 | 371.00 | 51.55 | 319.45 |
| 4J  Focal Interest Adjustment - Note | | 1.2500 | 07/17/2015 | 07/17/2015 | | | |
| 4M  Maturing of Account | | | 04/18/2015 | 04/30/2015 | 371.00 | | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 04/20/2015 | 04/21/2015 | 371.00 | 51.90 | 319.10 |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 05/13/2014 | 05/21/2014 | 371.00 | 43.36 | 327.64 |
| 4M  Maturing of Account | | | 04/18/2014 | 04/30/2014 | 371.00 | | |
| 2A  Payment Note | R  Regular Payment | 1.2500 | 08/20/2013 | 08/21/2013 | 371.00 | 84.50 | 286.50 |
| 4M  Maturing of Account | | | 04/18/2013 | 04/30/2013 | 371.00 | | |
| 5W  Record Loan Deferral | | | 04/18/2012 | 04/26/2012 | 4,684.66 | | |
| 1M  New Rates and Terms - Operating Loan | | 1.2500 | 04/18/2012 | 04/23/2012 | 80,000.37 | | |

| Transferred From Case Number ▮▮▮ | From Loan Number 11 To Case Number ▮▮▮ | To Loan Number 16 |
|---|---|---|

## Customer History

| Customer History | Current Date: 11-15-2018 09:49:33 |
|---|---|

### Loan Information

| | | | |
|---|---|---|---|
| Loan Number: | 44-11-OL | | |
| Customer Name: | WISSER , CATHLEEN R | Case #: | |
| Loan Amount: | 7,461.94 | Credit Reform Ind: | Financing |
| Fund Code: | 4430 | Obligation Date: | 06/22/2010 |
| Type of Assistance: | 106 - OL-Reg(Ex Yth)-7YR-SDA | Settlement Code: | T05 - Assumption Agreement/Restructured Loan |
| Loan Indicator: | | | |

### Selected Filter Criteria

Selected Date Criteria: Process Date

### Transaction Results

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J Focal Interest Adjustment - Note | | 2.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M New Rates and Terms - Operating Loan | | 2.8750 | 04/18/2012 | 04/23/2012 | -79,686.54 | | |
| Transferred To Case Number ▉▉ | To Loan Number 16 From Case Number ▉▉ | | | | From Loan Number 11 | | |
| 2A Payment Note | R Regular Payment | 2.8750 | 02/27/2012 | 02/28/2012 | 301.50 | 25.19 | 276.31 |
| 2A Payment Note | R Regular Payment | 2.8750 | 02/23/2012 | 02/24/2012 | 301.50 | 151.45 | 150.05 |
| 2A Payment Note | R Regular Payment | 2.8750 | 01/30/2012 | 02/01/2012 | 301.50 | 82.25 | 219.25 |
| 2A Payment Note | R Regular Payment | 2.8750 | 01/17/2012 | 01/19/2012 | 301.50 | 126.83 | 174.67 |
| 2A Payment Note | R Regular Payment | 2.8750 | 12/28/2011 | 12/29/2011 | 301.50 | 57.24 | 244.26 |
| 2A Payment Note | R Regular Payment | 2.8750 | 12/19/2011 | 12/23/2011 | 301.50 | 133.85 | 167.65 |
| 2A Payment Note | R Regular Payment | 2.8750 | 11/28/2011 | 11/30/2011 | 301.50 | 63.92 | 237.58 |
| 2A Payment Note | R Regular Payment | 2.8750 | 11/18/2011 | 11/23/2011 | 301.50 | 160.10 | 141.40 |
| 2A Payment Note | R Regular Payment | 2.8750 | 10/24/2011 | 10/26/2011 | 301.50 | 32.12 | 269.38 |
| 2A Payment Note | R Regular Payment | 2.8750 | 10/19/2011 | 10/20/2011 | 301.50 | 148.05 | 153.45 |
| 2A Payment Note | R Regular Payment | 2.8750 | 09/26/2011 | 09/27/2011 | 301.50 | 45.21 | 256.29 |
| 2A Payment Note | R Regular Payment | 2.8750 | 09/19/2011 | 09/22/2011 | 301.50 | 135.87 | 165.63 |
| 2A Payment Note | R Regular Payment | 2.8750 | 08/29/2011 | 08/31/2011 | 301.50 | 38.94 | 262.56 |
| 2A Payment Note | R Regular Payment | 2.8750 | 08/23/2011 | 08/24/2011 | 301.50 | 188.50 | 113.00 |
| 4M Maturing of Account | | | 07/02/2011 | 07/29/2011 | 7,235.00 | | |
| 2A Payment Note | R Regular Payment | 2.8750 | 07/25/2011 | 07/26/2011 | 301.50 | 39.12 | 262.38 |
| 2A Payment Note | R Regular Payment | 2.8750 | 07/19/2011 | 07/21/2011 | 301.50 | 143.72 | 157.78 |
| 2A Payment Note | R Regular Payment | 2.8750 | 06/27/2011 | 06/29/2011 | 301.50 | 45.87 | 255.63 |
| 2A Payment Note | R Regular Payment | 2.8750 | 06/20/2011 | 06/23/2011 | 301.50 | 131.33 | 170.17 |
| 2A Payment Note | R Regular Payment | 2.8750 | 05/31/2011 | 06/02/2011 | 301.50 | 79.00 | 222.50 |
| 2A Payment Note | R Regular Payment | 2.8750 | 05/19/2011 | 05/23/2011 | 301.50 | 151.70 | 149.80 |
| 2A Payment Note | R Regular Payment | 2.8750 | 04/26/2011 | 04/28/2011 | 301.50 | 39.70 | 261.80 |
| 2A Payment Note | R Regular Payment | 2.8750 | 04/20/2011 | 04/21/2011 | 301.50 | 152.44 | 149.06 |
| 2A Payment Note | R Regular Payment | 2.8750 | 03/28/2011 | 03/29/2011 | 301.50 | 33.24 | 268.26 |
| 2A Payment Note | R Regular Payment | 2.8750 | 03/23/2011 | 03/25/2011 | 301.50 | 153.21 | 148.29 |
| 2A Payment Note | R Regular Payment | 2.8750 | 02/28/2011 | 03/01/2011 | 301.50 | 33.41 | 268.09 |
| 2A Payment Note | R Regular Payment | 2.8750 | 02/23/2011 | 02/25/2011 | 301.50 | 194.02 | 107.48 |
| 2A Payment Note | R Regular Payment | 2.8750 | 01/25/2011 | 01/27/2011 | 301.50 | 40.26 | 261.24 |
| 2A Payment Note | R Regular Payment | 2.8750 | 01/19/2011 | 01/24/2011 | 301.50 | 154.62 | 146.88 |
| 2A Payment Note | R Regular Payment | 2.8750 | 12/27/2010 | 12/29/2010 | 301.50 | 40.46 | 261.04 |
| 2A Payment Note | R Regular Payment | 2.8750 | 12/21/2010 | 12/27/2010 | 301.50 | 148.61 | 152.89 |
| 2A Payment Note | R Regular Payment | 2.8750 | 11/29/2010 | 11/30/2010 | 301.50 | 67.74 | 233.76 |

| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/19/2010 | 11/24/2010 | 301.50 | 162.83 | 138.67 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 10/26/2010 | 10/27/2010 | 301.50 | 47.63 | 253.87 |
| 2B  Payment Note - Subsequent Update | R  Regular Payment | 2.8750 | 10/19/2010 | 10/25/2010 | 301.50 | 143.15 | 158.35 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/28/2010 | 09/29/2010 | 301.50 | 34.19 | 267.31 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/23/2010 | 09/27/2010 | 301.50 | 184.88 | 116.62 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/27/2010 | 08/30/2010 | 301.50 | 82.91 | 218.59 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/20/2010 | 08/23/2010 | 301.50 | 301.50 | 0.00 |
| 1M  New Rates and Terms - Operating Loan | | 2.8750 | 07/02/2010 | 07/15/2010 | 87,148.48 | | |
| Transferred From Case Number ▓▓▓▓ | | From Loan Number 06 To Case Number ▓▓▓▓ | | | To Loan Number 11 | | |

| Customer History | | | | | Current Date: 11-15-2018 09:47:29 | | |
|---|---|---|---|---|---|---|---|
| **Loan Information** | | | | | | | |

**Loan Information**

| Loan Number: | 44-06-OL | | | Case #: | | | |
|---|---|---|---|---|---|---|---|
| Customer Name: | WISSER , CATHLEEN R | | | Credit Reform Ind: | Financing | | |
| Loan Amount: | 6,596.13 | | | Obligation Date: | 10/17/2008 | | |
| Fund Code: | 4420 | | | Settlement Code: | T05 - Assumption | | |
| Type of Assistance: | 106 - OL-Reg(Ex Yth)-7YR-SDA | | | | Agreement/Restructured Loan | | |
| Loan Indicator: | | | | | | | |

**Selected Filter Criteria**

Selected Date Criteria: Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J  Focal Interest Adjustment - Note | | 3.7500 | 07/17/2015 | 07/17/2015 | | | |
| 1M  New Rates and Terms - Operating Loan | | 3.7500 | 07/02/2010 | 07/15/2010 | -83,403.87 | | |
| Transferred To Case Number | To Loan Number 11 From Case Number | | | | From Loan Number 06 | | |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R  Regular Payment | 3.7500 | 04/21/2009 | 02/08/2010 | -663.00 | -298.28 | -364.72 |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note | R  Regular Payment | 3.7500 | 04/21/2009 | 02/08/2010 | 1,710.00 | 287.59 | 1,422.41 |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R  Regular Payment | 3.7500 | 03/19/2009 | 02/08/2010 | -663.00 | -272.37 | -390.63 |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note | R  Regular Payment | 3.7500 | 03/19/2009 | 02/08/2010 | 1,710.00 | 265.90 | 1,444.10 |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R  Regular Payment | 3.7500 | 02/17/2009 | 02/08/2010 | -663.00 | -255.37 | -407.63 |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note | R  Regular Payment | 3.7500 | 02/17/2009 | 02/08/2010 | 1,710.00 | 252.37 | 1,457.63 |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note Reversal | R  Regular Payment | 3.7500 | 01/20/2009 | 02/08/2010 | -663.00 | -256.56 | -406.44 |
| 2F  Reversal and Reapplication of Payment - Same Borrower - Note | R  Regular Payment | 3.7500 | 01/20/2009 | 02/08/2010 | 1,710.00 | 256.56 | 1,453.44 |
| 4M  Maturing of Account | | | 10/29/2009 | 10/30/2009 | 7,955.00 | | |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 04/21/2009 | 04/23/2009 | 663.00 | 298.28 | 364.72 |
| 2B  Payment Note - Subsequent Update | R  Regular Payment | 3.7500 | 03/19/2009 | 03/24/2009 | 663.00 | 272.37 | 390.63 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 02/17/2009 | 02/19/2009 | 663.00 | 255.37 | 407.63 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 01/20/2009 | 01/22/2009 | 663.00 | 256.56 | 406.44 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 12/23/2008 | 12/29/2008 | 833.00 | 322.52 | 510.48 |
| 2A  Payment Note | R  Regular Payment | 3.7500 | 11/18/2008 | 11/20/2008 | 493.00 | 184.93 | 308.07 |
| 1F  Loan Closing | | 3.7500 | 10/29/2008 | 10/30/2008 | 90,000.00 | | |

*Rescheduled to Loan 44-12*

This form is available electronically.

Form Approved - OMB No. 0560-0237
(See Page 3 for Privacy Act and Public Burden Statements.)

| FSA-2026 | U.S. DEPARTMENT OF AGRICULTURE | Position 2 |
|---|---|---|
| (04-08-10) | Farm Service Agency | |

## PROMISSORY NOTE

| 1. Name CATHLEEN R, WISSER & LARRY L. WISSER | | 2. State PENNSYLVANIA | 3. County LEHIGH |
|---|---|---|---|
| 4. Case Number ████████ | 5. Fund Code 44 | 6. Loan Number 07 | 7. Date JULY 2, 2010 |

| 8. TYPE OF ASSISTANCE 106-OL-REG-7YR-SDA | 9. ACTION REQUIRING PROMISSORY NOTE: |
|---|---|

9. ACTION REQUIRING PROMISSORY NOTE:

☐ Initial loan    ☐ Conservation easement    ☐ Deferred payments

☐ Consolidation    ☒ Rescheduling    ☐ Debt write down

☒ Subsequent loan    ☐ Reamortization

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America Department of Agriculture, acting through the Farm Service Agency (Government), or its assigns, at its office in *(a)*  1238 COUNTY WELFARE RD, LEESPORT, PA 19534  or at such other place as the Government may later designate in writing, the principal sum of *(b)*  THIRTY THOUSAND DOLLARS AND ------------00/100-------------- ------------------------------ dollars *(c)* ($  30,000.00  , plus interest on the unpaid principal balance at the **RATE** of *(d)*  TWO AND SEVEN EIGHTHS percent *(e)*  2.8750  %) per annum. If this note is for a Limited Resource loan (indicated in Item 8) the Government may **CHANGE THE RATE OF INTEREST** in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address. The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in *(a)*  SEVEN 7  installments as indicated below, except as modified by a different rate of interest on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $  4,793.00 | 7/2/2011 | $ | |
| $ | | $ | |
| $ | | $ | |
| $ | | $ | |

and *(d)* $  4,793.00  thereafter on the *(e)*  JULY 2ND  of each *(f)* YEAR  until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable *(g)*  SEVEN (7)  years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government. Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from the actual date disbursed.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay)  USDA is an equal opportunity provider and employer.

Initial *LLW CRW* Date 7/2/2010

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a) FUND CODE/ LOAN NO. | (b) FACE AMOUNT | (c) INTEREST RATE | (d) DATE (MM-DD-YYYY) | (e) ORIGINAL BORROWER | (f) LAST INSTALL. DUE (MM-DD-YYYY) |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

Initial _LLW CRW_    Date _7/2/2010_

FSA-2026 (04-08-10)

20. The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21. Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute DEFAULT under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22. This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23. Presentment, protest, and notice are waived.


*Cathleen R. Wisser*
_____
CATHLEEN R. WISSER          (BORROWER)


*Larry L Wisser*
_____
LARRY L. WISSER          (CO-BORROWER)


NOTE: The following statement is made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a - as amended). The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.). The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees. The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0237. The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

Citizens Bank

**RECEIVED**
AUG – 5 2010
Berks County FSA

1-800-862-6200

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Commercial Account Statement**

 OF 2

Beginning July 02, 2010
through July 31, 2010

US002 BR627

FARM SERVICE AGENCY
CATHLEEN R WISSER
1238 COUNTY WELFARE RD STE 240
LEESPORT PA  19533-9710

## Commercial Checking

**SUMMARY**

FARM SERVICE AGENCY
CATHLEEN R WISSER
Municipal Checking

**Balance Calculation**

| | |
|---|---|
| Previous Balance | .00 |
| Checks | 15,000.00 - |
| Debits | .00 - |
| Deposits & Credits | 30,000.00 + |
| Current Balance | 15,000.00 = |

Previous Balance

.00

**TRANSACTION DETAILS**

**Checks*** *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1014 | 15,000.00 | 07/26 | | | |

⊖ Total Checks

15,000.00

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 07/07 | 30,000.00 | Rd Treas 310 Misc Pay 070710 ████2004 |

⊕ Total Deposits & Credits

30,000.00

⊜ Current Balance

15,000.00

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/07 | 30,000.00 | 07/26 | 15,000.00 | | |

**NEWS FROM CITIZENS**

--Citizens Bank is here for all your borrowing needs. Whether you are consolidating debt, making home improvements or paying off student loans, Citizens Bank has great rates that can help you with a variety of borrowing needs. Take advantage of flexible repayment terms and no closing costs on home equity lines or loans. Or, for those of you who are purchasing a home or refinancing your mortgage, get 1/8% off your rate when you have a Circle Gold Checking account and your payment automatically deducted. See a banker today or call 888-716-4824 and discuss your borrowing options.
--The Citizens Bank TruFit Student Loan features ZERO fees and a choice of repayment plans, providing eligible students and families with a financing alternative after they've maximized grants, scholarships and federal loan options. Discuss your needs with us today at 1-888-333-0128. citizensbank.com/TruFitStudent.
--Keep your business finances running smoothly with these limited-time offers from Citizens Bank. Our Business Line of Credit gives your business access to cash, up to $500,000, whenever you need it. Get rates as low as +0.50% for the first 6 months on a Business

## Citizens Bank

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US002 BR627

**FARM SERVICE AGENCY
CATHLEEN R WISSER
1238 COUNTY WELFARE RD STE 240
LEESPORT PA  19533-9710**

**Commercial Account Statement**

 **1** OF 1

Beginning August 01, 2010
through August 31, 2010

**RECEIVED**

SEP 0 8 2010

Berks County FSA

---

## Commercial Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 15,000.00 |
| Checks | 4,050.00 - |
| Debits | .00 - |
| Deposits & Credits | .00 + |
| Current Balance | 10,950.00 = |

FARM SERVICE AGENCY
CATHLEEN R WISSER
**Municipal Checking**

| | |
|---|---|
| **Previous Balance** | |
| | 15,000.00 |

### TRANSACTION DETAILS

**Checks•** *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1015 | 4,050.00 | 08/23 | | | |

| | |
|---|---|
| **Total Checks** | |
| | 4,050.00 |
| **Current Balance** | |
| | 10,950.00 |

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/23 | 10,950.00 | | | | |

---

### NEWS FROM CITIZENS

--Citizens Bank is here for all your borrowing needs. Whether you are consolidating debt, making home improvements or paying off student loans, Citizens Bank has great rates that can help you with a variety of borrowing needs.  Take advantage of flexible repayment terms and no closing costs on home equity lines or loans.  Or, for those of you who are purchasing a home or refinancing your mortgage, get 1/8% off your rate when you have a Circle Gold Checking account and your payment automatically deducted. See a banker today or call 1-888-567-1518 and discuss your borrowing options.
--Effective September 30, 2010, the Outgoing Officer Assisted Wire fee will increase to $100 per wire.
--Give help. Give hope. Be Inspired. Please join us in saluting our new Champion in Action at citizensbank.com/community.

# ✳ Citizens Bank

**Commercial Account Statement**

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

RECEIVED
OCT 0 7 2010
Berks County FSA

 **1** OF **2**

Beginning September 01, 2010
through September 30, 2010

US002 BR627

FARM SERVICE AGENCY
CATHLEEN R WISSER
1238 COUNTY WELFARE RD STE 240
LEESPORT PA 19533-9710

---

## Commercial Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 10,950.00 |
| Checks | 8,950.00 - |
| Debits | .00 - |
| Deposits & Credits | .00 + |
| Current Balance | 2,000.00 = |

FARM SERVICE AGENCY
CATHLEEN R WISSER
**Municipal Checking**

**Previous Balance**
10,950.00

**TRANSACTION DETAILS**

Checks* *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1016 | 1,000.00 | 09/01 | 1018 | 3,000.00 | 09/30 |
| 1017 | 4,950.00 | 09/27 | | | |

**Previous Balance**
10,950.00

⊖ **Total Checks**
8,950.00

⊜ **Current Balance**
2,000.00

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01 | 9,950.00 | 09/27 | 5,000.00 | 09/30 | 2,000.00 |

## NEWS FROM CITIZENS

--You don't have to tie up your business's money to get a better return. By opening a business money market account with your Citizens Bank business checking account, you can get a great rate, the flexibility of accessing your funds when you need them, and the security of FDIC insurance. To learn more, stop by your nearest branch, visit citizensbank.com, or call 1-800-428-7463 to schedule an appointment with a business banker. See a banker for details and deposit insurance coverage limitations.
--Take advantage of an easy, convenient, and affordable way to make business purchases with a Citizens Bank business credit card. Choose from our no-annual-fee Everyday Points Business MasterCard(R), which rewards you for every purchase you make with valuable points that can be redeemed for cash back, merchandise, gift cards, travel, and more. The card comes with expense tracking features plus value-added benefits such as automatic discounts at participating merchants.  You will also have the ability to combine points earned on your business and consumer credit and debit cards for greater redemption power! Or, choose our Business Platinum MasterCard(R), which offers all the same great features and competitive rates. To learn more about the card that's right for you or to apply, call 1-888-727-5006 or visit your local branch.
--Citizens Bank is here for all your borrowing needs. Whether you are consolidating debt, making home improvements or paying off student loans, Citizens Bank has great rates that can help you with a variety of borrowing needs.  dvantage of flexible repayment terms on our

## Citizens Bank

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US002 BR627

FARM SERVICE AGENCY
CATHLEEN R WISSER
1238 COUNTY WELFARE RD STE 240
LEESPORT PA 19533-9710

**Commercial Account
Statement**

 **1** OF 1

Beginning October 01, 2010
through October 31, 2010

RECEIVED
NOV - 5 2010
Berks County FSA

---

### Commercial Checking

SUMMARY

FARM SERVICE AGENCY
CATHLEEN R WISSER
**Municipal Checking**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 2,000.00 |
| Checks | .00 - |
| Debits | .00 - |
| Deposits & Credits | .00 + |
| **Current Balance** | 2,000.00 = |

| | |
|---|---|
| **Previous Balance** | |
| | 2,000.00 |
| **Current Balance** | |
| | 2,000.00 |

TRANSACTION DETAILS
No activity this statement period

---

**NEWS FROM CITIZENS**

--Now your accounts are as mobile as you are. Introducing our mobile banking app. Free to
download, free to use. Our mobile banking app gives you the freedom to access your money,
when you need to, wherever you need to, right in the palm of your hand. For more
information, contact a banker today at 877-670-4100 or visit citizensbank.com/mobilebanking.
--We believe a good bank should help you worry less and live more. That's why we created
CitizensSecure(TM) - to help you safeguard your credit record, personal data, and identity.
It's simple. We watch out for suspicious activity and alert you as soon as it's detected.
Visit www.CitizensSecure.com or see a banker for details.

 **Citizens Bank**

PO Box 7000
ROP-450
Providence RI 02940

**1-800-862-6200**
Please call us anytime for answers to your
questions, account information, current rates
or to update your address & phone number.

**Commercial Account
Statement**

**1** OF 1

Beginning November 01, 2010
through November 30, 2010

AT 01 112908 49741B351 A**3DGT

FARM SERVICE AGENCY
CATHLEEN R WISSER
1238 COUNTY WELFARE RD STE 240
LEESPORT PA 19533-9710

RECEIVED
DEC - 6 2010
Berks County FSA

---

## Commercial Checking

US002

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 2,000.00 |
| Checks | .00 - |
| Debits | .00 - |
| Deposits & Credits | .00 + |
| Current Balance | 2,000.00 = |

FARM SERVICE AGENCY
CATHLEEN R WISSER
**Municipal Checking**
XXXXXXX808 0

**Previous Balance**

2,000.00

### TRANSACTION DETAILS
No activity this statement period



**Current Balance**

2,000.00

---

## NEWS FROM CITIZENS

--IMPORTANT NOTICE FOR CUSTOMERS WHO USE FEDERAL TAX PAYMENT COUPONS:
Pending final ruling, the US Treasury intends to discontinue use of these coupons. As a
result, you will no longer be able to make your federal tax payments in branches after
12/13/10. Plan ahead and make arrangements for an electronic solution. Call 800-390-4483
and speak with a Business Banking Specialist today.
--IMPORTANT NOTICES ABOUT YOUR ACCOUNT: The fee for Official Bank Checks that you
purchase from us will be $10 effective October 19, 2010. If you deposit an item that gets
returned to us unpaid, we assess a Return Deposited Item (RDI) fee. This fee will be $20
effective January 10, 2011 for checking and money market accounts and effective February
7, 2011 for savings accounts.
--Give help. Give hope. Be Inspired. Please join us in saluting our new Champion in Action
at citizensbank.com/community.

Member FDIC   Equal Housing Lender



# Citizens Bank
PO Box 7000
ROP-450
Providence RI 02940



**1-800-862-6200**
Please call us anytime for answers to your
questions, account information, current rates
or to update your address & phone number.

**Commercial Account
Statement**

1 OF 1 

Beginning December 01, 2010
through December 31, 2010

AT 01 330772 62579B779 A**3DGT
FARM SERVICE AGENCY
CATHLEEN R WISSER
1238 COUNTY WELFARE RD STE 240
LEESPORT PA 19533-9710

**RECEIVED**
JAN 1 0 2011
Berks County FSA

---

## Commercial Checking

US002

FARM SERVICE AGENCY
CATHLEEN R WISSER
**Municipal Checking**
XXXXXXX808-0

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 2,000.00 |
| Checks | 2,000.00 - |
| Debits | .00 - |
| Deposits & Credits | .00 + |
| Current Balance | .00 = |

Previous Balance
2,000.00

### TRANSACTION DETAILS

**Checks*** *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1019 | 2,000.00 | 12/24 | | | |

Total Checks
2,000.00

Current Balance
.00

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/24 | .00 | | | | |

### NEWS FROM CITIZENS

- IMPORTANT NOTICE FOR CUSTOMERS WHO USE FEDERAL TAX PAYMENT COUPONS:
Pending final ruling, the US Treasury intends to discontinue use of these coupons. As a
result, you will no longer be able to make your federal tax payments in branches after
12/13/10. Plan ahead and make arrangements for an electronic solution. Call 800-390-4483
and speak with a Business Banking Specialist today.

Member FDIC   Equal Housing Lender

This form is available electronically.

Form Approved - OMB No. 0560-0237
(See Page 3 for Privacy Act and Public Burden Statements.)

| FSA-2026 (09-07-10) | U.S. DEPARTMENT OF AGRICULTURE<br>Farm Service Agency | Position 2 |

## PROMISSORY NOTE

| 1. Name<br>CATHLEEN R. WISSER & LARRY L. WISSER | 2. State<br>PENNSYLVANIA | 3. County<br>LEHIGH |
| 4. Case Number<br>▆▆▆▆▆ | 5. Fund Code<br>44 | 6. Loan Number<br>12 | 7. Date<br>APRIL 18, 2012 |

**8. TYPE OF ASSISTANCE**

**9. ACTION REQUIRING PROMISSORY NOTE:**

- [ ] Initial loan
- [ ] Conservation easement
- [ ] Deferred payments
- [ ] Consolidation
- [ ] Rescheduling
- [ ] Debt write down
- [ ] Subsequent loan
- [x] Reamortization

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America Department of Agriculture, acting through the Farm Service Agency (Government), or its assigns, at its office in (a)    1238 COUNTY WELFARE ROAD, LEESPORT, PA 19533    or at such other place as the Government may later designate in writing, the principal sum of (b)    TWENTY THREE THOUSAND SEVEN HUNDRED SEVENTY FOUR DOLLARS AND 94/100------------------    dollars (c) ($  23,774.94-----------------------    , plus interest on the unpaid principal balance at the RATE of (d)  ONE AND ONE-FOURTH------------------------------------------- percent (e)  1.250%--    %) per annum. If this note is for a Limited Resource loan (indicated in Item 8) the Government may **CHANGE THE RATE OF INTEREST** in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address. The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in (a)    FIFTEEN (15)------------------------------------------- installments as indicated  below, except as modified by a different rate of interest on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $ 2,693.00 | 4/18/2018 | $ N/A | |
| $ N/A | | $ N/A | |
| $ N/A | | $ N/A | |
| $ N/A | | $ N/A | |

and (d) $  2,693.00----    thereafter on the (e) APRIL 18th    of each (f) YEARLY    until the principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable (g)    FIFTEEN (15)-------    years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government. Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from the actual date disbursed.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay)  USDA is an equal opportunity provider and employer.

Initial _CRW LLW_ Date _4-18-12_

FSA-2026 (09-07-10)

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a) FUND CODE/ LOAN NO. | (b) FACE AMOUNT | (c) INTEREST RATE | (d) DATE (MM-DD-YYYY) | (e) ORIGINAL BORROWER | (f) LAST INSTALL. DUE (MM-DD-YYYY) |
|---|---|---|---|---|---|
| 44-07 | $ 30,000.00 | 2.8750 % | 7/2/2012 | Cathleen R. Wisser & Larry L. Wisser | 7/2/2017 |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan or a Conservation Loan.

Initial _LLW CRW_ Date _4/18/2012_

FSA-2026 (09-07-10)

Page 3 of 3

20. The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21. Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute DEFAULT under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22. This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23. Presentment, protest, and notice are waived.

ADDENDUM FOR DEFERRED INTEREST

Addendum to promissory note dated (1)____April 18, 2012_____original amount of $(2)___23,774.94____ at an annual interest rate of (3)___1.250___percent. This agreement amends and attaches to the above note. $(4)___149.00____ of each regular payment on the note will be applied to the interest which accrued during the deferral period. The remainder of the regular payment will be applied in accordance with 7 CFR Part 765. I agree to sign a supplementary payment agreement and make additional payments if during the deferral period I have a substantial increase in income and repayment ability.


_Cathleen R Wisser_____
CATHLEEN R. WISSER        BORROWER


_Larry L. Wisser_____
LARRY L. WISSER        CO-BORROWER


NOTE:    The following statement is made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a - as amended). The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.). The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees. The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided.

    According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0237. The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

| Customer History | Current Date: 11-15-2018 09:49:53 |
|---|---|

**Loan Information**

| | | | |
|---|---|---|---|
| **Loan Number:** | 44-12-OL | | |
| **Customer Name:** | WISSER , CATHLEEN R | **Case #:** | |
| **Loan Amount:** | 23,774.94 | **Credit Reform Ind:** | Financing |
| **Fund Code:** | 4430 | **Obligation Date:** | 06/22/2010 |
| **Type of Assistance:** | 106 - OL-Reg(Ex Yth)-7YR-SDA | **Settlement Code:** | - |
| **Loan Indicator:** | | | |

**Selected Filter Criteria**

**Selected Date Criteria:** Process Date

**Transaction Results**

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4M  Maturing of Account | | | 04/18/2018 | 04/30/2018 | 2,693.00 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | 1,485.93 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 0.0000 | 04/18/2017 | 04/28/2017 | -1,485.93 | | |
| Y5  Record Loan Deferral Expiration/cancellation - Note | | 1.2500 | 04/18/2017 | 04/28/2017 | 0.00 | | |
| J4  Focal Interest Adjustment - Note | | 1.2500 | | 04/28/2017 | | | |
| 4J  Focal Interest Adjustment - Note | | 1.2500 | 07/17/2015 | 07/17/2015 | | | |
| 5W  Record Loan Deferral | | | 04/18/2012 | 04/26/2012 | 1,485.93 | | |
| 1M  New Rates and Terms - Operating Loan | | 1.2500 | 04/18/2012 | 04/23/2012 | 23,774.94 | | |
| Transferred From Case Number ▓▓▓▓ | | From Loan Number 07 To Case Number ▓▓▓▓ | | | To Loan Number 12 | | |

## Customer History

| Loan Information | | | | | Current Date: 11-15-2018 09:47:57 |
|---|---|---|---|---|---|

| Loan Number: | 44-07-OL | | | | |
|---|---|---|---|---|---|
| Customer Name: | WISSER , CATHLEEN R | | **Case #:** | | |
| Loan Amount: | 6,318.33 | | **Credit Reform Ind:** | Financing | |
| Fund Code: | 4420 | | **Obligation Date:** | 06/22/2010 | |
| Type of Assistance: | 106 - OL-Reg(Ex Yth)-7YR-SDA | | **Settlement Code:** | T05 - Assumption Agreement/Restructured Loan | |

**Loan Indicator:**

**Selected Filter Criteria**

**Selected Date Criteria:** Process Date

### Transaction Results

| Transaction Code | Application Code | Interest Rate | Effective Date | Processing Date | Transaction Amount | Interest Credit | Principal Credit |
|---|---|---|---|---|---|---|---|
| 4J  Focal Interest Adjustment - Note | | 2.8750 | 07/17/2015 | 07/17/2015 | | | |
| 1M  New Rates and Terms - Operating Loan | | 2.8750 | 04/18/2012 | 04/23/2012 | -23,681.67 | | |
| Transferred To Case Number | To Loan Number 12 From Case Number | | | From Loan Number 07 | | | |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/27/2012 | 02/28/2012 | 200.00 | 7.52 | 192.48 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/23/2012 | 02/24/2012 | 200.00 | 45.43 | 154.57 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/30/2012 | 02/01/2012 | 200.00 | 24.78 | 175.22 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/17/2012 | 01/19/2012 | 200.00 | 38.38 | 161.62 |
| 2B  Payment Note - Subsequent Update | R  Regular Payment | 2.8750 | 12/28/2011 | 12/30/2011 | 200.00 | 17.41 | 182.59 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/19/2011 | 12/23/2011 | 200.00 | 40.86 | 159.14 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/28/2011 | 11/30/2011 | 200.00 | 19.61 | 180.39 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/18/2011 | 11/23/2011 | 200.00 | 49.31 | 150.69 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 10/24/2011 | 10/26/2011 | 200.00 | 9.93 | 190.07 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 10/19/2011 | 10/20/2011 | 200.00 | 45.98 | 154.02 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/26/2011 | 09/27/2011 | 200.00 | 14.10 | 185.90 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/19/2011 | 09/22/2011 | 200.00 | 42.55 | 157.45 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/29/2011 | 08/31/2011 | 200.00 | 12.25 | 187.75 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/23/2011 | 08/24/2011 | 200.00 | 59.52 | 140.48 |
| 4M  Maturing of Account | | | 07/02/2011 | 07/29/2011 | 4,793.00 | | |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 07/25/2011 | 07/26/2011 | 200.00 | 12.40 | 187.60 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 07/19/2011 | 07/21/2011 | 200.00 | 45.73 | 154.27 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 06/27/2011 | 06/29/2011 | 200.00 | 14.66 | 185.34 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 06/20/2011 | 06/23/2011 | 200.00 | 42.13 | 157.87 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 05/31/2011 | 06/02/2011 | 200.00 | 25.43 | 174.57 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 05/19/2011 | 05/23/2011 | 200.00 | 49.04 | 150.96 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 04/26/2011 | 04/28/2011 | 200.00 | 12.88 | 187.12 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 04/20/2011 | 04/21/2011 | 200.00 | 49.64 | 150.36 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 03/28/2011 | 03/29/2011 | 200.00 | 10.87 | 189.13 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 03/23/2011 | 03/25/2011 | 200.00 | 50.25 | 149.75 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/28/2011 | 03/01/2011 | 200.00 | 11.00 | 189.00 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 02/23/2011 | 02/25/2011 | 200.00 | 64.11 | 135.89 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/25/2011 | 01/27/2011 | 200.00 | 13.35 | 186.65 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 01/19/2011 | 01/24/2011 | 200.00 | 51.45 | 148.55 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/27/2010 | 12/29/2010 | 200.00 | 13.52 | 186.48 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 12/21/2010 | 12/27/2010 | 200.00 | 49.79 | 150.21 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/29/2010 | 11/30/2010 | 200.00 | 22.78 | 177.22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2A  Payment Note | R  Regular Payment | 2.8750 | 11/19/2010 | 11/24/2010 | 200.00 | 54.94 | 145.06 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 10/26/2010 | 10/27/2010 | 200.00 | 16.13 | 183.87 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 10/19/2010 | 10/21/2010 | 200.00 | 48.62 | 151.38 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/28/2010 | 09/29/2010 | 200.00 | 11.66 | 188.34 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 09/23/2010 | 09/27/2010 | 200.00 | 63.20 | 136.80 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/27/2010 | 08/30/2010 | 200.00 | 16.48 | 183.52 |
| 2A  Payment Note | R  Regular Payment | 2.8750 | 08/20/2010 | 08/23/2010 | 200.00 | 103.98 | 96.02 |
| 1F  Loan Closing | | 2.8750 | 07/02/2010 | 07/08/2010 | 30,000.00 | | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:** Larry L. Wisser
Cathleen R. Wisser

<u>Debtor(s)</u>

vs.

The United States of America, acting through the Farm
Service Agency (FSA), a successor agency to the
Farmers Home Administration (FmHA), United States
Department of Agriculture (USDA)

<u>Respondent</u>

CHAPTER 12

NO. 18-14949 REF

## CERTIFICATION OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Response to Debtors'

Objection to Proof of Claim was served as indicated below, upon the parties listed below on

December 7, 2018.


Michael B. Joseph
Chapter 12 Trustee
824 Market Street, Suite 1002
Wilmington, DE 19899-1350

Larry W. Miller, Jr.
Miller Law Group, PLLC
25 Stevens Avenue
West Lawn, PA 19609


Date: December 7, 2018

**/s/Rebecca A. Solarz, Esq.**
Rebecca A. Solarz, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327