# EXHIBIT C



DEPOSITED WITH

## AmericanBank

THIS IS YOUR RECEIPT

This deposit or payment is accepted subject to verification and to the rules and regulations of this bank. Deposits may not be available for immediate withdrawal. Receipt should be held until verified with your statement.

```
BR: 2    NN#: 683    CB#: 7    T#: 3267
Acct#: ████4392  Post Dt: 11-29-2004
Timestamp: 11-29-2004 3:03:16
WTH Amt: -122,615.06
Balance: $12,979.74
```



DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. BANK SYMBOL, TRANSACTION NUMBER AND AMOUNT OF DEPOSIT ARE SHOWN ABOVE.

---

## AmericanBank     TREASURER CHECK

60-299/313

36601

Date **November 29, 2004**

Pay to the Order of: **Blueball National Bank**

Amount $ *****122,615.06

**One Hundred Twenty-Two Thousand Six Hundred Fifteen and 06/100**    DOLLARS

VOID IF NOT PRESENTED WITHIN ONE YEAR FROM DATE OF ISSUE.

Memo: L/C Wisser (42240000, 42579000, 42451000)

NON-NEGOTIABLE

CUSTOMER COPY