IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>**LARRY LEE WISSER and**<br>**CATHLEEN RACHEL WISSER,**<br>Debtors | **BANKRUPTCY NO. 20-14201**<br><br>**CHAPTER NO. 12** |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

The Debtors, Larry Lee Wisser and Cathleen Rachel Wisser, have filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one. (if you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on September 21, 2021 at 11:00 a.m.in the 4th floor Courtroom of the United States Bankruptcy Court for the Eastern District of Pennsylvania located at The Gateway Building, 201 Penn Street, 4th Floor, Reading, Pennsylvania 19601.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date:    8/24/2021

          /s/ Shawn J. Lau
Shawn J. Lau, Esq.
LAU & ASSOCIATES, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000
Fax: 610-370-0700
shawn_lau@msn.com