IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>**LARRY LEE WISSER** and<br>**CATHLEEN RACHEL WISSER,**<br>Debtors | BANKRUPTCY NO. 20-14201<br><br>**CHAPTER NO. 12** |
|---|---|

## ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM #11-1 FILED BY THE UNITED STATES OF AMERICA, ACTING THROUGH USDA-FARM SERVICE AGENCY

Upon THE FOREGOING Debtors' Objection to Proof of Claim #11-1 filed **by** the United States of America, Acting through USDA-Farm Service Agency, **it is** hereby

**ORDERED**, that the foregoing Objection be **SUSTAINED**; and it is further;

**ORDERED, that** the United States of America, Acting through USDA-Farm Service Agency's Claim 11-1 **in the amount of $501,231.29 be reduced to an amount to be determined, but no greater than $266,141.51.**

_____
,J.

DATE: _____