Shawn J. Lau, Esquire
Lau & Associates, P.C.
Attorney for Debtor
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000 phone
610-370-0700 fax
shawn_lau@msn.com

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>LARRY LEE WISSER and<br>CATHLEEN RACHEL WISSER,<br>Debtors | BANKRUPTCY NO. 20-14201<br><br>CHAPTER NO. 12 |
|---|---|

**CERTIFICATE OF SERVICE**

    I, Shawn J. Lau, Esquire of Lau & Associates, P.C. do hereby certify that a true and correct copy of the Motion to Expedite Motion in Limine to Exclude Testimony and Evidence and Application for Protective Order or, in the Alternative, for Continuance of Evidentiary Hearing Scheduled for August 31, 2021 and proposed order related thereto were served on this 25th day of August, 2021 upon the following parties via electronic means or first class mail, postage prepaid:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, Pa 19606-0410

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Rebecca Ann Solarz, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for the United States of America, acting through the Farm Service Agency, U.S.D.A*

Charles N. Shurr, Esq.
2640 Westview Drive
Wyomissing, PA 19610
*Counsel for Northwest Bank*

                                                  */s/ Shawn J. Lau, Esquire*
                                                      Shawn J. Lau, Esq.
                                                      Lau & Associates, P.C.