**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF**
**PENNSYLVANIA**

| IN RE:<br>LARRY LEE WISSER and<br>CATHLEEN RACHEL WISSER,<br>Debtors | BANKRUPTCY NO. 20-14201 (PMM)<br><br>CHAPTER NO. 12 |
|---|---|

## ORDER GRANTING EXPEDITED HEARING

AND NOW, upon consideration of the Motion of the Debtors, Larry Lee Wisser and Cathleen Rachel Wisser to Exclude Testimony and Evidence (doc. #143 "the Motion"), and the request for an expedited hearing with regard to the Motion, it is hereby ORDERED that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on **Tuesday, August 31, 2021 at 1:00 p.m.,** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movants shall serve the Motion and this Order on the U.S. Trustee, the case Trustee, all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 3:00 p.m. on or before Friday, August 27, 2021. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movants shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on Friday, August 27, 2021.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 8/26/21

*Patricia M. Mayer*
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge