Shawn J. Lau, Esquire
PA I.D. No. 56071
LAU & ASSOCIATES, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606
(610) 370-2000
Fax: (610) 370-0700
*Attorney for Debtors*

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>LARRY LEE WISSER and<br>CATHLEEN RACHEL WISSER,<br>Debtors | BANKRUPTCY NO. 20-14201<br><br>CHAPTER NO. 12 |
| In re Objection to Proof of Claim 11-1 docketed at CM/ECF # 135 | |

**CERTIFICATE OF SERVICE**

I, Shawn J. Lau, Esquire, the undersigned counsel for the Debtors, do hereby certify that a true and correct copy of the foregoing First Set of Requests for Production of Documents directed to Northwest Bank, successor to Union Community Bank, successor to Union National Community Bank was served this 27th day of August, 2021 via first class U.S. Mail, postage prepaid, upon the following:

Rebecca Solarz, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for the United States of America, acting through the FSA-USDA*

Shawn J. Lau, Esq.