Shawn J. Lau, Esquire
Lau & Associates, P.C.
Attorney for Debtors
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000 phone
610-370-0700 fax
shawn_lau@msn.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>**LARRY LEE WISSER** and<br>**CATHLEEN RACHEL WISSER,**<br>Debtors | **BANKRUPTCY NO. 20-14201**<br><br>**CHAPTER NO. 12** |
|---|---|

## **CERTIFICATE OF MAILING**

**This is to certify that on this 1st day of September, 2021, a copy of the** DEBTORS' OBJECTION TO PROOF OF CLAIM 11-1 BY THE UNITED STATES OF AMERICA, ACTING THROUGH USDA-FARM SERVICE AGENCY, **Proposed Order, and Amended Notice pursuant to L.B.R. 3007-1 was mailed via First Class United States Mail and/or via electronic means to:**

United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Scott F. Waterman, Esq.
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Rebecca Ann Solarz, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for the United States of America, acting through the Farm Service Agency,*
*    U.S. Dept. of Agriculture*

Larry Lee Wisser
Cathleen Rachel Wisser
8149 Bausch Road
New Tripoli, PA 18066
*Debtors*

United States of America, Acting through USDA- Farm Service Agency
c/o Berks County FSA
1238 County Welfare Road, Suite 240
Leesport, PA 19533

United States Attorney's Office for the E.D. Pa.
Attn: Civil Process Clerk
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
*Via Certified Mail*

United States Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
*Via Certified Mail*

**/s/ Shawn J. Lau**
Shawn J. Lau, Esquire
Lau & Associates, P.C.
**4228 St. Lawrence Avenue
Reading, PA 19606
Telephone: 610-370-2000
Fax: 610-370-0700
Attorney for Debtor**