UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| LARRY LEE WISSER | : | Chapter 12 |
| CATHLEEN RACHEL WISSER, | : | |
| Debtors | : | No. 20-14201-pmm |

**ORDER**

AND NOW, following the hearing on August 31, 2021, it is hereby **ORDERED** that the hearing on the Debtors' Objections to Proof of Claim No. 11 of the United States of America and Claim No. 1 of Northwest Bank shall be relisted to October 5, 2021 at 11:00 am at the United States Bankruptcy Court, 201 Penn Street, 4th Floor, Reading, PA 19601 ("Bankruptcy Court").

**IT IS FURTHER ORDERED THAT** the Confirmation hearing and the Chapter 12 Trustee's Motion to Dismiss with Prejudice shall be relisted to October 12, 2021 at 1:00 pm at the Bankruptcy Court.

**IT IS FURTHER ORDERED THAT** Debtor, Cathleen Wisser shall appear in Court at the above October 12, 2021 hearing. The Debtors' Motion in Limine regarding the admission of the August 25th voicemail shall be deferred until such time as the Trustee seeks to admit the tape into evidence.

**IT IS FURTHER ORDERED THAT** by October 7, 2021 the Debtors shall file with the Court their Monthly Operating Reports for July, August, 2021, which shall include as exhibits copies of the milk payments, bank statements and copies of checks payable to creditors, and the September 2021 Operating Report shall be filed with the Court by Monday, October 11, 2021 at noon.

**IT IS FURTHER ORDERED THAT** by October 7, 2021 the Debtors shall produce to the Trustee their complete signed 2020 Federal Income Tax Return along with all schedules; and

**IT IS FURTHER ORDERED THAT** the Debtors shall pay the Trustee $1,200.00 in the month of September, 2021 in accordance with their 2nd Amended Plan.

BY THE COURT:

**September 3, 2021**
_____
Dated

*Patricia M. Mayer* (signature)
_____
Patricia M. Mayer, Bankruptcy Judge