EXHIBIT A

FILED 1/26/2018 1:16:47 PM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2016-C-2244    /s/J W

# IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
## CIVIL DIVISION

| | |
|---|---|
| UNION COMMUNITY BANK, SUCCESSOR, TO UNION NATIONAL COMMUNITY BANK,<br>          Plaintiff<br><br>v.<br><br>LARRY L. WISSER and CATHLEEN WISSER,<br>          Defendants | NO. 2016-C-2244<br><br>CIVIL ACTION<br><br>ASSIGNED TO:<br>Honorable J. Brian Johnson |

### ORDER

AND NOW, this 26th day of January, 2018, upon consideration of the Motion Of Defendants, Larry L. Wisser And Cathleen R. Wisser, For Post-Trial Relief Pursuant To Pa.R.C.P. 227.1 filed October 11, 2017, and Plaintiff's Motion For Post-Trial Relief filed October 19, 2017, after Argument held December 18, 2017, and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS ORDERED that:

1. The Motion Of Defendants, Larry L. Wisser And Cathleen R. Wisser, For Post-Trial Relief Pursuant To Pa.R.C.P. 227.1 filed October 11, 2017 is **DENIED** in part and **GRANTED** in part; and

2. Plaintiff's Motion For Post-Trial Relief filed October 19, 2017 is **DENIED** in part and **GRANTED** in part; and

3. The Order entered on September 28, 2017 is amended as follows:

    a. Verdict is entered *in rem* in mortgage foreclosure in favor of Plaintiff, Union Community Bank, Successor To Union National Community Bank, and

1

FILED 1/26/2018 1:16:47 PM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2016-C-2244    /s/J W

against the Defendants, Larry L. Wisser and Cathleen R. Wisser, in the amount of Three Hundred Forty-Four Thousand Sixty-One Dollars and Sixty-Seven Cents ($344,061.67), together with interest at the variable Wall Street Journal Prime Rate plus 1.5% per annum, with a minimum rate of 7.0% per annum from the date of this Verdict, September 28, 2017, until the judgment is satisfied; and

b. Plaintiff, Union Community Bank, Successor To Union National Community Bank, may proceed to execute upon its judgment in mortgage foreclosure exercising all appropriate remedies authorized by the Pennsylvania Rules of Civil Procedure, including, listing the subject property, 8281 Holbens Valley Road, New Tripoli, Pennsylvania 18066, for judicial sale.

BY THE COURT:

J. Brian Johnson, J.

2