**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser<br>　　　　Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser<br>　　　　　　　　　Debtor(s)<br>　　　　　　vs.<br><br>United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture<br>　　　　　　　　　Respondent | CHAPTER 12<br><br>CASE NO. 20-14201 PMM |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Respondent's Response to Debtors' Request for Production of Documents was sent by first class mail, postage pre-paid, upon the following on the date listed below to:

SHAWN J. LAU
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606


Date:  September 27, 2021　　　　　　　　/s/Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR RESPONDENT