**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>**LARRY LEE WISSER and**<br>**CATHLEEN RACHEL WISSER,**<br>**Debtors**<br><br>**In re Objection to Proof of Claim 11-1**<br>**docketed at CM/ECF # 135** | **BANKRUPTCY NO. 20-14201**<br><br>**CHAPTER NO. 12** |

**AMENDED ORDER**

And now this  1st  day of ___October_____, 2021, after consideration of the Debtors' Motion to Compel Production or, in the alternative, Apply a Negative Inference, the response thereto, and hearing held, if any, it is hereby

ORDERED that the United States, acting through the Farm Service Agency – United States Department of Agriculture, shall produce the front and back of Check 3091-09163425, Check 3091-09236509, and Check 3091-09276865 showing the checks as issued and proof of cashing of the same to the Debtors, as well as any documentation relating to any supervised bank accounts established in relation to those checks, within ten (10) days of the date of this Order.

To the extent such documentation is held in the records of the United States Treasury, the United States, acting through the Farm Service Agency – United States Department of Agriculture, is ORDERED to coordinate with the United States Treasury to obtain and produce such documentation to the Debtors.

BY THE COURT:

*Patricia M. Mayer*
_____
Dated: **October 1, 2021**
_____
Hon. Patricia M. Mayer