THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>**LARRY LEE WISSER and**<br>**CATHLEEN RACHEL WISSER,**<br>Debtors | BANKRUPTCY NO. 20-14201<br><br>CHAPTER NO. 12 |

# **O R D E R**

AND NOW, upon consideration of the Motion of the Debtors, Larry Lee Wisser and Cathleen Rachel Wisser, ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby ORDERED that:

1. The request for an expedited hearing is GRANTED.

2. A hearing to consider the Supplemental Motion in Limine to Exclude Testimony of John Hayes shall be held October 12, 2021 immediately preceding the evidentiary hearing on the Trustee's Motion to Dismiss set for 1 P.M. Eastern, in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than _____ on or before _____. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than _____ on _____.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: _____                    _____
                                                                    Hon. Patricia M. Mayer
                                                                    U.S. Bankruptcy Judge