### WISSER FARMS

Monthly Operating Report: July 2021

**INCOME**

| | |
|---|---|
| Maryland and Virginia Milk Producers Coop Assn., Inc. | $14,135.46 |
| Credit Interest from Bank Account | $0.58 |

**Gross Income:** **$14,135.46**

**EXPENSES**

| | |
|---|---|
| Hauling (deducted by Coop) | ($1,184.78) |
| Assignments (deducted by Coop) | ($749.47) |
| Chapter 12 Trustee Payments | ($1,200.00) |
| Northwest Payments -Adequate Prot. | ($2,506.77) |
| USDA Payments -Adequate Protection | ($2,400.00) |
| Dairy Supplies | ($232.50) |
| Feed | ($4,500.00) |
| Electric | ($324.19) |
| Insurance | ($784.49) |
| New Tripoli Bank - Debt | ($600.00) |
| Unspecified Costs (est.) | ($384.20) |
| Fuel | ($707.70) |

**Total Expenses:** **($15,574.10)**

**Profit Less Expenses:** **($1,438.64)**

# Maryland & Virginia
## Milk Producers Cooperative Association

Member Statement
July 2021 Final Payroll
Payment Date 08/18/2021

Larry L. Wisser                    32913-1
8149 Bausch Road
New Tripoli, PA 18066                                    Direct Payment: XXXXXX9001
                                                        Net Earnings: $5,403.37

| | | | | |
|---|---|---|---|---|
| Grade A Lbs: | 79,681 | Total Delivered Lbs: | | 79,681 |
| YTD | 79,681 | MDVA 3.5% Blend Price | | 16.76 |
| Average Daily Lbs: | 2,570 | Gross Price at Test | | 17.74 |
| | | Mailbox Price | | 15.31 |

| Payroll Summary | Test | Rate | Pounds | Total | YTD |
|---|---|---|---|---|---|
| Butterfat | 4.1606 | 1.8996 | 3,315.2325 | $6,297.62 | $6,297.62 |
| Protein | 3.1956 | 2.4957 | 2,546.2538 | $6,354.69 | $6,354.69 |
| Other Solids | 5.7095 | 0.4181 | 4,549.4080 | $1,902.11 | $1,902.11 |
| PPD | | 1.1700 | 79,681.0000 | $932.27 | $932.27 |
| | | | | $15,486.69 | $15,486.69 |

| Programs | Test | Rate | Pounds | Total | YTD |
|---|---|---|---|---|---|
| SCC Quality | 538,759 | -0.7958 | 79,681 | ($634.10) | ($634.10) |
| Programs & Marketing | | -0.9000 | 79,681 | ($717.13) | ($717.13) |
| | | -1.6958 | | ($1,351.23) | ($1,351.23) |

| Hauling Deductions | | | | Total | YTD |
|---|---|---|---|---|---|
| Assembly | | | | ($335.78) | ($335.78) |
| Destination | | | | ($849.00) | ($849.00) |
| | | | | ($1,184.78) | ($1,184.78) |

| Assignments | | Rate | Pounds | Total | YTD |
|---|---|---|---|---|---|
| 00001 | National Dairy Promo & Research Board | 0.0500 | 79,681 | ($39.84) | ($39.84) |
| 00008 | Allied Milk Producers | 0.1000 | 79,681 | ($79.68) | ($79.68) |
| 00020 | Marketing Expense | 0.5506 | 79,681 | ($438.72) | ($438.72) |
| 00021 | Capital Retain | 0.2000 | 79,681 | ($159.36) | ($159.36) |
| 00030 | CWT | 0.0400 | 79,681 | ($31.87) | ($31.87) |
| | | | | ($749.47) | ($749.47) |

| Gross Pay | Total | YTD |
|---|---|---|
| Gross Pay | $14,135.46 | $14,135.46 |
| Less Advance | ($6,797.84) | |
| Less Hauling | ($1,184.78) | ($1,184.78) |
| Less Assignments | ($749.47) | ($749.47) |
| Net Earnings | $5,403.37 | $12,201.21 |

| Tank | Day | Manifest | Pickup | Bfat | Prot | OS | SCC | PI | SPC | MUN | TEMP | Freeze | INH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07/03/2021 | 1908731 | 11,245 | | | | | | | | 38 | | |
| 1 | 07/06/2021 | 1908380 | 7,542 | 4.14 | 3.21 | 5.72 | 390,000 | 6,000 | 5,000 | 11 | 37 | -0.539 | 0 |
| 1 | 07/09/2021 | 1908381 | 7,277 | 4.24 | 3.12 | 5.69 | 420,000 | | | 12 | 37 | -0.540 | |
| 1 | 07/12/2021 | 1908383 | 7,938 | 3.93 | 3.12 | 5.73 | 490,000 | | | 9 | 38 | -0.541 | |
| 1 | 07/15/2021 | 1908384 | 7,575 | 4.19 | 3.20 | 5.73 | 610,000 | | | 11 | 36 | -0.540 | |
| 1 | 07/18/2021 | 1908837 | 7,558 | 4.21 | 3.16 | 5.67 | 680,000 | 13,000* | | 11 | 37 | -0.536 | |

# Maryland & Virginia
## Milk Producers Cooperative Association

Member Statement
July 2021 Final Payroll
Payment Date 08/18/2021

Larry L. Wisser                                    32913-1
8149 Bausch Road
New Tripoli, PA 18066                                          Direct Payment: XXXXXX9001
                                                              Net Earnings: $5,403.37

| Tank | Day | Manifest | Pickup | Bfat | Prot | OS | SCC | PI | SPC | MUN | TEMP | Freeze | INH |
|------|-----|----------|--------|------|------|-----|-----|-----|-----|-----|------|--------|-----|
| 1 | 07/21/2021 | 1908836 | 7,492 | 4.22 | 3.19 | 5.71 | 570,000 | 4,000 | | 10 | 38 | -0.541 | |
| 1 | 07/24/2021 | 1908897 | 6,085 | 4.26 | 3.24 | 5.70 | 630,000 | | | 11 | 37 | -0.540 | |
| 1 | 07/27/2021 | 1908858 | 9,064 | 4.17 | 3.22 | 5.72 | 570,000 | | | 10 | 37 | -0.541 | |
| 1 | 07/30/2021 | 1908859 | 7,905 | 4.12 | 3.30 | 5.71 | 500,000 | | | 11 | 37 | -0.543 | |
| | | | 79,681 | 4.16 | 3.20 | 5.71 | 538,759 | 5,003 | 5,000 | 11 | 37 | -0.540 | 0 |
| Total | | | 79,681 | 4.16 | 3.20 | 5.71 | 538,759 | 5,003 | 5,000 | 11 | 37 | -0.540 | 0 |

# AmericanBank

**Account Number:** 9001
**Statement Date:** 07-30-2021

For 24-hour banking and account information, sign-on to AmericanBank Online at AMBK.com.

For current deposit or loan rate information, visit us online at AMBK.com or contact Customer Service at ▓

For customer service call ▓
Monday – Friday: 8 AM – 6 PM ET
Saturday: 9 AM – 12 Noon ET

 12    NI

Write to:    American Bank
4029 West Tilghman Street
Allentown, PA 18104

CATHLEEN R WISSER
LARRY L WISSER
8149 BAUSCH RD
NEW TRIPOLI PA 18066-3614

Fax:    ▓

E-mail:    ▓

We value your relationship with American Bank.
For questions about your account, please call ▓

## SUMMARY OF ACCOUNTS

| ▓ 9001 | American Gold Checking | 6,698.61 |
|--------|------------------------|----------|

With Online Business Bill Payment, you can reduce time spent on manual bookkeeping and access your bill payments anytime, anywhere!

## AMERICAN GOLD CHECKING ▓ 9001

| Starting Balance | Deposits/Credits | Interest | Checks/Debits | Charges/Fees | Ending Balance |
|---|---|---|---|---|---|
| 8,136.67 | 12,413.86 | 0.58 | 13,852.50 | 0.00 | 6,698.61 |

### Activity Summary By Date

| Date | Description | Checks/Debits | Deposits/Credits | Balance |
|---|---|---|---|---|
| 07-01-2021 | Starting Balance | | | 8,136.67 |
| 07-01-2021 | Check 111 | -3,000.00 | | 5,136.67 |
| 07-02-2021 | Withdrawal | -1,500.00 | | 3,636.67 |
| 07-02-2021 | Check 109 | -232.50 | | 3,404.17 |
| 07-02-2021 | Credit Interest | | 0.58 | 3,404.75 |
| 07-07-2021 | Withdrawal | -600.00 | | 2,804.75 |
| 07-12-2021 | Withdrawal Transfer to 1000396100 | -300.00 | | 2,504.75 |
| 07-12-2021 | Withdrawal Transfer to 1000396100 | -100.00 | | 2,404.75 |
| 07-16-2021 | Withdrawal | -400.00 | | 2,004.75 |
| 07-16-2021 | Withdrawal | -2,000.00 | | 4.75 |
| 07-16-2021 | Check 113 | -42.00 | | -37.25 |
| 07-16-2021 | Check 113  (Rejected) | | 42.00 | 4.75 |
| 07-16-2021 | Insufficient Funds Charge  CK # 113 (Paid) | -35.00 | | -30.25 |
| 07-16-2021 | Check 112 | -172.00 | | -202.25 |

Save time with our Online Wire Transfer service. Electronically create and send domestic wire transfers using AmericanBank Online. Contact us today to learn more!

# American**Bank**

| Date | Description | Checks/ Debits | Deposits/ Credits | Balance |
|---|---|---|---|---|
| 07-16-2021 | Check 112  (Rejected) | | 172.00 | -30.25 |
| 07-16-2021 | Insufficient Funds Charge  CK # 112 (Paid) | -35.00 | | -65.25 |
| 07-19-2021 | Check 113 | -42.00 | | -107.25 |
| 07-19-2021 | Insufficient Funds Charge  CK # 113 (Paid) (Reverse) | | 35.00 | -72.25 |
| 07-19-2021 | Check 112 | -172.00 | | -244.25 |
| 07-19-2021 | Insufficient Funds Charge  CK # 112 (Paid) (Reverse) | | 35.00 | -209.25 |
| 07-19-2021 | ACh Dep MD&VA MILK PRODU CERS ASSOCIATION - FINAL PR | | 5,616.02 | 5,406.77 |
| 07-21-2021 | Withdrawal | -3,500.00 | | 1,906.77 |
| 07-22-2021 | Withdrawal Transfer to 1000396100 | -500.00 | | 1,406.77 |
| 07-26-2021 | Withdrawal | -200.00 | | 1,206.77 |
| 07-26-2021 | Withdrawal | -1,206.00 | | 0.77 |
| 07-29-2021 | ACH Dep Maryland & Virgi  - ADVANCE | | 6,797.84 | 6,798.61 |
| 07-29-2021 | Withdrawal Transfer to 1000396100 | -100.00 | | 6,698.61 |

## Check Summary

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 07-02-2021 | 109 | 232.50 | 07-16-2021 | 112 | 172.00 |
| 07-01-2021 | 111 | 3,000.00 | 07-16-2021 | 113 | 42.00 |

(E) Electronic check

Interested in accepting credit and debit card payments at your business? Then our Merchant Card service can help.

# NEW TRIPOLI BANK

NEW TRIPOLI, PA.  DATE ᛚ ⁊ ⁻ ⳑ ᛯ ᛁ

| WE PROCESSED A CREDIT | | | | WE PROCESSED A WITHDRAWAL | |
|---|---|---|---|---|---|
| $ ▊▊▊ | ᛁᛉᛁ | | | | |
| | | | | | |
| | ᛐᛟᛟ | ᛳᛳ | | | |

Bary Ueri

NEW TRIPOLI BANK
JUL - 6 2021
P A I D

---

NEW TRIPOLI BANK

07-06-2021 02:57:35 PM
Bus Date:07-06-2021

ACCT# XXXXX1612
CB#143

DEP Amt: $150.00

Thanks for banking with us!

---

## AmericanBank

**Bank When You Want to
With Online Banking**

### THIS IS YOUR RECEIPT

This deposit or payment is accepted subject to verification and to the rules and
regulations of this bank. Deposits may not be available for immediate withdrawal.
Receipt should be held until verified with your statement.

B#: 2   NN#: 2508   CB#: 65   T#:
Acct#: *****49001 Post Dt: 07-07
Timestamp: 07-07-2021 01:17:28
WTH  Amt:-$600.00
Balance:$2,804.75

**Member FDIC**

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. BANK SYMBOL, TRANSACTION NUMBER AND AMOUNT OF DEPOSIT ARE SHOWN ABOVE.

---

## AmericanBank

**Bank When You Want to
With Online Banking**

### THIS IS YOUR RECEIPT

This deposit or payment is accepted subject to verification and to the rules and
regulations of this bank. Deposits may not be available for immediate withdrawal.
Receipt should be held until verified with your statement.

B#: 2   NN#: 2521   CB#: 68   T#:
Acct#: *****49001 Post Dt: 07-02-2021
Timestamp: 07-02-2021 04:17:59
WTH  Amt:-$1,500.00
Balance:$3,636.67

**Member FDIC**



DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. BANK SYMBOL, TRANSACTION NUMBER AND AMOUNT OF DEPOSIT ARE SHOWN ABOVE.

July 2  July 232.50 Days supplies
1500. 1st feed 7/1
3000.

400.00 7/16

3000.00 7/16

7.25 Balance

42.00 boss

172.00 boss                    July 19
5,616.02

July 7  7,278.95
June

June 30
D 2,400.00  30

100396100
3,000.00 7/1

7/12  300.00
100.00          1500.00 7/2

232.50 Weavers
660.00 7/7

July — 19          income
                          3,015.82
C Bank Nation 506.77
$ 3,109.25
SSS              3,000.00 feed
$ 784.49          $ 109.25
propthy insurance

electric Farm
$ 324.19

7,278.95
5,616.02    July 30      income
                              7,278.95
$ 12,894.97
USDA    2,400.00
4,878.95

Soto Scottwater / 1,200.00
3,678.95

New Tripoli Bank / 600.00
3,078.95

July 19                    income
                          5,616.02
UNCBank    2,506.77
           3,109.25

SS propty insurano
784.49

Electric
324.19

7,278.95          July 30        7,278.95
5,616.02                         2,400.00
  894.97                         4,878.95
128.11                           1,200.00
                                 3,678.95
                  New Triply Bank 600.00
                                 3,078.95 left

### WISSER FARMS

Monthly Operating Report: August 2021

**INCOME**

| | |
|---|---|
| Maryland and Virginia Milk Producers Coop Assn., Inc. | $11,027.30 |
| Credit Interest from Bank Account | $0.23 |
| Cash from Larry Wisser (employment) | $1,603.40 |

**Gross Income:** **$12,630.93**

**EXPENSES**

| | |
|---|---|
| Hauling (deducted by Coop) | ($957.61) |
| Assignments (deducted by Coop) | ($658.37) |
| Chapter 12 Trustee Payments | ($1,200.00) |
| Northwest Payments -Adequate Prot. | ($2,506.77) |
| USDA Payments -Adequate Protection | ($2,400.00) |
| County Taxes | ($1,310.18) |
| Dairy Supplies | |
| Feed | ($3,232.50) |
| Electric | ($344.48) |
| Insurance | ($784.49) |
| New Tripoli Bank - Debt | ($1,200.00) |
| Unspecified Costs | ($235.05) |
| Legal Fees | ($4,500.00) |

**Total Expenses:** **($19,329.45)**

**Profit Less Expenses:** **($6,698.52)**

# *Maryland & Virginia*
## Milk Producers Cooperative Association

Larry L. Wisser
8149 Bausch Road
New Tripoli, PA 18066

32913-1

Direct Payment: XXXXXX9001
Net Earnings: $3,536.44

| | | | |
|---|---|---|---|
| Grade A Lbs: | | 62,810 | Non-Delivered Lbs: | 5,208 |
| YTD | | 142,491 | Total Delivered Lbs: | 62,810 |
| Average Daily Lbs: | | 2,026 | MDVA 3.5% Blend Price | 16.39 |
| | | | Gross Price at Test | 16.21 |
| | | | Mailbox Price | 14.30 |

| Payroll Summary | Test | Rate | Pounds | Total | YTD |
|---|---|---|---|---|---|
| Butterfat | 4.2356 | 1.8508 | 2,660.4045 | $4,923.88 | $11,221.50 |
| Protein | 3.2312 | 2.4582 | 2,029.5277 | $4,988.98 | $11,343.67 |
| Other Solids | 5.6953 | 0.3735 | 3,577.2144 | $1,336.09 | $3,238.20 |
| PPD | | 1.3400 | 62,810.0000 | $841.65 | $1,773.92 |
| Non-Delivered Milk Value | | 8.1951 | 5,208.0000 | $426.80 | $426.80 |
| | | | | $12,517.40 | $28,004.09 |

| Programs | Test | Rate | Pounds | Total | YTD |
|---|---|---|---|---|---|
| SCC Quality | 591,751 | -1.4724 | 62,810 | ($924.81) | ($1,558.91) |
| Programs & Marketing | | -0.9000 | 62,810 | ($565.29) | ($1,282.42) |
| | | -2.3724 | | ($1,490.10) | ($2,841.33) |

| Hauling Deductions | | | | Total | YTD |
|---|---|---|---|---|---|
| Assembly | | | | ($295.97) | ($631.75) |
| Destination | | | | ($661.64) | ($1,510.64) |
| | | | | ($957.61) | ($2,142.39) |

| Assignments | | Rate | Pounds | Total | YTD |
|---|---|---|---|---|---|
| 00001 | National Dairy Promo & Research Board | 0.0500 | 62,810 | ($31.41) | ($71.25) |
| 00008 | Allied Milk Producers | 0.1000 | 62,810 | ($62.81) | ($142.49) |
| 00020 | Marketing Expense | 0.6582 | 62,810 | ($413.41) | ($852.13) |
| 00021 | Capital Retain | 0.2000 | 62,810 | ($125.62) | ($284.98) |
| 00030 | CWT | 0.0400 | 62,810 | ($25.12) | ($56.99) |
| | | | | ($658.37) | ($1,407.84) |

| Gross Pay | | | | Total | YTD |
|---|---|---|---|---|---|
| Gross Pay | | | | $11,027.30 | $25,162.76 |
| Less Advance | | | | ($5,874.88) | |
| Less Hauling | | | | ($957.61) | ($2,142.39) |
| Less Assignments | | | | ($658.37) | ($1,407.84) |
| Net Earnings | | | | $3,536.44 | $21,612.53 |

| Tank | Day | Manifest | Pickup | Bfat | Prot | OS | SCC | PI | SPC | MUN | TEMP | Freeze | INH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08/02/2021 | 1908863 | 7,723 | 4.19 | 3.30 | 5.69 | 510,000 | 5,000 | 5,000 | 9 | 37 | -0.540 | 0 |
| 1 | 08/05/2021 | 1908861 | 7,773 | 4.23 | 3.25 | 5.73 | 460,000 | 3,000 | | 7 | 37 | -0.541 | |
| 1 | 08/08/2021 | 1908860 | 7,492 | 4.22 | 3.27 | 5.73 | 550,000 | | | 10 | 37 | -0.544 | |
| 1 | 08/11/2021 | 1715584 | 6,996 | 4.29 | 3.27 | 5.74 | 680,000 | | | 10 | 38 | -0.542 | |

# *American***Bank**

**Account Number:** 9001
**Statement Date:** 08-31-2021

For 24-hour banking and account information, sign-on to AmericanBank Online at AMBK.com.

For current deposit or loan rate information, visit us online at AMBK.com or contact Customer Service at

For customer service call
Monday – Friday: 8 AM – 6 PM ET
Saturday: 9 AM – 12 Noon ET

21    NI

Write to:    American Bank
4029 West Tilghman Street
Allentown, PA 18104

CATHLEEN R WISSER
LARRY L WISSER
8149 BAUSCH RD
NEW TRIPOLI PA 18066-3614

Fax:

E-mail:

We value your relationship with American Bank.
For questions about your account, please call

## SUMMARY OF ACCOUNTS

| | | |
|---|---|---|
| 9001 | American Gold Checking | 0.09 |

Take advantage of the convenience of mobile deposit! Make deposits for your business account using your mobile phone. Download our mobile banking app to get started today!

## AMERICAN GOLD CHECKING 1001249001

| Starting Balance | Deposits/Credits | Interest | Checks/Debits | Charges/Fees | Ending Balance |
|---|---|---|---|---|---|
| 6,698.61 | 11,278.25 | 0.23 | 17,977.00 | 0.00 | 0.09 |

### Activity Summary By Date

| Date | Description | Checks/ Debits | Deposits/ Credits | Balance |
|---|---|---|---|---|
| 07-31-2021 | Starting Balance | | | 6,698.61 |
| 08-02-2021 | Withdrawal | -6,498.00 | | 200.61 |
| 08-02-2021 | Withdrawal Transfer to 1000396100 | -30.00 | | 170.61 |
| 08-02-2021 | Check 110 | -146.00 | | 24.61 |
| 08-05-2021 | Credit Interest | | 0.23 | 24.84 |
| 08-18-2021 | ACH Dep Maryland & Virgi  - FINAL | | 5,403.37 | 5,428.21 |
| 08-18-2021 | Withdrawal | -4,500.00 | | 928.21 |
| 08-20-2021 | Withdrawal | -928.00 | | 0.21 |
| 08-30-2021 | ACH Dep Maryland & Virgi  - ADVANCE | | 5,874.88 | 5,875.09 |
| 08-30-2021 | Withdrawal | -5,800.00 | | 75.09 |
| 08-31-2021 | Withdrawal | -75.00 | | 0.09 |

With an American Bank term loan, you can obtain the funds you need to help your business grow and succeed - purchase equipment or vehicles, make capital improvements or obtain permanent working capital. Call us at 610.973.8144 to speak to a member of our Commercial Lending team.

**AmericanBank**

| Account Number: | 9001 |
| Statement Date: | 08-31-2021 |

## Check Summary

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 08-02-2021 | 110 | 146.00 | | | |

(E) Electronic check

Did you know that with our cash management services available through AmericanBank Online, you can run your business more effectively and efficiently by managing your accounts online? Contact Anne Di Santo at 610.973.8165 to learn more.

Larry L. Wisser
Cathleen R. Wisser
8149 Bausch Road
New Tripoli, PA 18066-3614

History Account Number ███████612
08-01-2021 to 09-13-2021

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 08-31-2021 | 08-31-2021 | | Descriptive Withdrawal to cc 37158 | (1,310.18) | 9.49 | Completed |
| 08-31-2021 | 08-31-2021 | | Deposit | 1,270.00 | 1,319.67 | Completed |
| 08-30-2021 | 08-30-2021 | | Descriptive Withdrawal CC#37144 Berks County FSA cc#37145 to Scott Waterman Trustee | (3,600.00) | 49.67 | Completed |
| 08-30-2021 | 08-30-2021 | | Deposit | 3,600.00 | 3,649.67 | Completed |
| 08-30-2021 | 08-30-2021 | 1164 | Electronic Check GIANT OF CARLISL TELECHK 800-697-9263 PURCHASE Purchased in: KUTZ PA | (25.00) | 49.67 | Completed |
| 08-27-2021 | 08-27-2021 | | External Withdrawal BANNER LIFE PREM DEBIT | (639.60) | 74.67 | Completed |
| 08-26-2021 | 08-26-2021 | | Descriptive Withdrawal cc37114 | (2,526.77) | 714.27 | Completed |
| 08-25-2021 | 08-25-2021 | | Deposit | 500.00 | 3,241.04 | Completed |
| 08-24-2021 | 08-24-2021 | | Deposit | 2,636.85 | 2,741.04 | Completed |
| 08-18-2021 | 08-18-2021 | 1167 | Check | (2.50) | 104.19 | Completed |
| 08-17-2021 | 08-17-2021 | 1166 | Check | (48.00) | 106.69 | Completed |
| 08-17-2021 | 08-17-2021 | 1162 | Check | (71.60) | 154.69 | Completed |
| 08-16-2021 | 08-16-2021 | | Deposit | 180.00 | 226.29 | Completed |
| 08-16-2021 | 08-16-2021 | | Deposit | 54.22 | 46.29 | Completed |
| 08-12-2021 | 08-12-2021 | | Insufficient Funds Charge Returned CK# 1166 | (30.00) | (7.93) | Completed |
| 08-12-2021 | 08-12-2021 | 1166 | Check | 48.00 | 22.07 | Rejected |
| 08-12-2021 | 08-12-2021 | 1166 | Check | (48.00) | (25.93) | Completed |
| 08-12-2021 | 08-12-2021 | | Descriptive Withdrawal to cc 37020 | (66.50) | 22.07 | Completed |
| 08-12-2021 | 08-12-2021 | | Deposit | 70.00 | 88.57 | Completed |
| 08-04-2021 | 08-03-2021 | 1166 | Check | (48.00) | 18.57 | Completed |
| 08-02-2021 | 08-02-2021 | | Descriptive Withdrawal to cc 36962 , 36963 | (3,600.00) | 66.57 | Completed |
| 08-02-2021 | 08-02-2021 | | Deposit | 3,600.00 | 3,666.57 | Completed |
| 08-02-2021 | 07-31-2021 | | Deposit | 60.00 | 66.57 | Completed |

Larry L. Wisser
Cathleen R. Wisser
8149 Bausch Road
New Tripoli  PA  18066-3614

History Account Number ████ 3612
08-02-2021 to 08-23-2021

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|-----------|----------|-----------|-------------|--------|-------------|--------|
| 08-02-2021 | 07-31-2021 | | Deposit | 60.00 | 66.57 | Completed |
| 08-02-2021 | 08-02-2021 | | Deposit | 3,600.00 | 3,666.57 | Completed |
| 08-02-2021 | 08-02-2021 | | Descriptive Withdrawal to cc 36962 , 36963 | (3,600.00) | 66.57 | Completed |
| 08-04-2021 | 08-03-2021 | 1156 | Check | (48.00) | 18.57 | Completed |
| 08-12-2021 | 08-12-2021 | | Deposit | 70.00 | 88.57 | Completed |
| 08-12-2021 | 08-12-2021 | | Descriptive Withdrawal to cc 37020 | (66.50) | 22.07 | Completed |
| 08-12-2021 | 08-12-2021 | 1166 | Check | (48.00) | (25.93) | Completed |
| 08-12-2021 | 08-12-2021 | 1166 | Check | 48.00 | 22.07 | Rejected |
| 08-12-2021 | 08-12-2021 | | Insufficient Funds Charge Returned CK# 1166 | (30.00) | (7.93) | Completed |

**New Tripoli Bank**

P. O. Box 468
6748 Madison Street
New Tripoli, PA 18066

Cashier's Check

60-1279 / 0313

August 30, 2021

$2,400.00

Pay to the
Order of:    Berks County FSA

Two Thousand Four Hundred and 00/100********************************

**NON-NEGOTIABLE**

Memo  Loan Dept. Aug Payment

CUSTOMER COPY

---

**New Tripoli Bank**

P. O. Box 468
6748 Madison Street
New Tripoli, PA 18066

Cashier's Check

37145

60-1279 / 0313

August 30, 2021

$1,200.00

Pay to the
Order of:    Scott Waterman Trustee

One Thousand Two Hundred and 00/100********************************

**NON-NEGOTIABLE**

Memo  Aug Payment

CUSTOMER COPY

---

**New Tripoli Bank**

P. O. Box 468
6748 Madison Street
New Tripoli, PA 18066

Cashier's Check

37158

60-1279 / 0313

August 31, 2021

$1,310.18

Pay to the
Order of:    County of Lehigh

One Thousand Three Hundred Ten and 18/100*************************

**NON-NEGOTIABLE**

Memo

Farm HolbenValley Rd. 644.07
House BauschRd. 593.35
8284 Holbens Valley Rd. 31.60
8292 Cramer Rd. 41.16
$1310.18

CUSTOMER COPY

**Met-Ed**
A First energy Company

Billing Period: Jul 21 to Aug 19, 2021 for 30 days
Bill For: LARRY L WISSER
MILKING FARM
8281 HOLBENS VALLEY RD
NEW TRIPOLI PA 18666

August 25, 2021
Account Number: 5 848
Amount Due: $698.25
Due Date: September 09, 2021

To report an emergency or an outage call 24 hours a day _____ For Customer Service, call _____ For Payment Options, call
Pay your bill online at www.firstenergycorp.com
Bill issued by: Met-Ed, PO Box 16001 Reading PA 19612 0001

| Account Summary | Amount Due |
|---|---|
| Previous Balance | 668.6 |
| Payments/Adjustments | -324.1 |
| **Balance at Billing on Aug 25, 2021** | 344.4 |
| Met-Ed Consumption | 330.9 |
| nTherm, LLC | 16.0 |
| Late Payment Charges | 6.7 |
| **Total Current Charges** | 353.7 |
| **Amount Due by Sep 09, 2021** | **$698.2** |

## Shopping Information

| Customer Number | Rate Category |
|---|---|
| 0668 | General Secondary Medium ME GSMD |

Contact your supplier if you do not know your contract expiration date

### Messages

** REMINDER NOTICE **

When this bill was prepared, your account had an unpaid balance. If you have already made this payment, thank you. If not, please promptly pay the overdue amount. Call us if you have questions or for payment arrangements.

To avoid a 00% Late Payment Charge being added to your bill, please pay current Amount Due by the Due Date.

If your Met-Ed is detailed below. For you to save a supplier's price must be lower.

General Secondary Medium - 0006430668 - 6.58 cents per KWH

Your next meter reading is scheduled to occur on or about Sep 21, 2021.

Your bill includes $22.94 in PA taxes, of which $18.42 is PA gross receipts tax.

Please note that your electric generation supplier has changed during this billing period.

Generation prices and charges are set by the electric generation supplier you have chosen. The Public Utilities Commission regulates distribution prices and services. The Federal Energy Regulatory Commission regulates transmission prices and services.

Additional messages, if any, can be found on back.

### Usage Information for Meter Number 5000219177

| | |
|---|---|
| Aug 19, 2021 KWH Reading (Actual) | 136.79 |
| Jul 21, 2021 KWH Reading (Actual) | 13,065 |
| KWH used (Jul 21, 2021 to Jul 23, 2021) | 31 |
| Measured Load in KW | 20 |
| KWH used (Jul 24, 2021 to Aug 19, 2021) | 2.82 |
| Total KWH Used | 3.14 |
| Billed Load in KW/KVA | 20 |

### Charges From Met-Ed

When calling an Electric Generation Supplier, please provide the following
Customer Number: 0668
Rate: General Secondary Medium ME GSMD (Jul 21, 2021 to Jul 23, 2021)

| | | | | |
|---|---|---|---|---|
| Customer Charge | | | | 2.3 |
| Distribution System Improvement Charge | | | | 0.1 |
| Distribution Charge | 20.6 KW | x 5.110000 | x 0.100000 | 10.5 |
| Energy Efficiency Charge Phase IV | | 317 KWH | x 0.001250 | 0.4 |
| Solar Requirements Charge | | 317 KWH | x 0.000170 | 0.0 |
| Default Service Support Charge | | 317 KWH | x 0.000960 | 0.3 |
| TCJA Voluntary Surcharge | | | | 1.2 |
| State Sales Tax | | | | 0.7 |
| **Current Consumption Bill Charges** | | | | **13.3** |

Customer Number: 0668
Rate: General Secondary Medium ME GSMD (Jul 24, 2021 to Aug 19, 2021)

| | | | | |
|---|---|---|---|---|
| Price to Compare Default Service | | 2,827 KWH | x 0.065840 | 186.1 |
| Customer Charge | | | | 21.3 |
| Distribution System Improvement Charge | | | | 1.6 |
| Distribution Charge | 20.6 KW | x 5.110000 | x 0.900000 | 94.7 |
| Energy Efficiency Charge Phase IV | | 2,827 KWH | x 0.001250 | 3.5 |
| Solar Requirements Charge | | 2,827 KWH | x 0.000170 | 0.4 |
| Default Service Support Charge | | 2,827 KWH | x 0.000960 | 2.7 |
| TCJA Voluntary Surcharge | | | | -11.0 |
| State Sales Tax | | | | 17.9 |
| **Current Consumption Bill Charges** | | | | **317.5** |
| Late payment charge | | | | 6.7 |
| **Total Charges** | | | | **$ 337.6** |

### Billing Information for nTherm, LLC

1624 Market Street, Suite 202 Denver CO, 80202
Customer Service
Account Number /893 Rate: BILL READY
Billing Period: Jul 21, 2021 to Jul 23, 2021

| | |
|---|---|
| Commodity Charge 317 Kwh @ 0.0479 | 15.1 |
| State Sales Tax | 0.9 |
| **Total nTherm, LLC Current Charges** | **16.0** |

### Detail Payment and Adjustment Information

| | |
|---|---|
| 07/23/21 Payment | 324.1 |

### Account Balances by Company

| | Previous Balance | Payments/ Adjustments | Current Charges | Amount Du |
|---|---|---|---|---|
| Met-Ed | 592.41 | -324.19 | 337.67 | 605.8 |
| nTherm, LLC | 76.27 | 0.00 | 16.09 | 92.3 |
| **Total** | **668.68** | **-324.19** | **353.76** | **698.2** |

### Usage History



| Comparisons | Last Year | This Year |
|---|---|---|
| Average Daily Use (KWH) | 25 | 105 |
| Average Daily Temperature | 71 | 74 |
| Days in Billing Period | 30 | 30 |
| Last 12 Months Use (KWH) | | 28,529 |
| Average Monthly Use (KWH) | | 2,377 |

A-Actual  E-Estimate  C-Customer  P-Prorated

# ⚡COUNTRYWAY

INSURANCE COMPANY, **PO BOX 27207, RICHMOND, VA 23261-7207**

# EFT Deduction Notice

AS OF 08/31/2021

| Deduction Date: | Deduction Amount: |
|---|---|
| 09/10/2021 | $ 784.49 |

**Notice Issued To:**  LARRY & CATHLEEN WISSER
8149 BAUSCH ROAD
NEW TRIPOLI PA 18066

**Agent:**  003625
JACOB H RUHL AGENCY INC
PO BOX 7
MANHEIM PA 17545

We have processed a request or change to your Electronic Funds Transfer ( EFT ) deduction. Please note the new deduction amount and the date this deduction will start.

Thank you for giving Countryway the opportunity to continue to serve you!

If you have any questions about this bill or your account, please contact your Local Independent Agent shown above,

You can also contact Countryway Customer Service at ▮▮▮▮▮▮▮ or email ▮▮▮▮▮▮▮▮▮▮▮

Customer Name:  CATHLEEN & LARRY WISSER
Customer No.:    0000019847

Please see your Declarations page for specific coverages on the policies below.

| Policy Number | Description | Mode | Premium |
|---|---|---|---|
| FO  0751975 02 | Farmowners | Monthly | $  784.49 |
| FO  0751975 03 | Farmowners | Monthly | $    0.00 |

DEDUCTION AMOUNT:     $784.49 *

*Your new deduction amount has occurred for one of the following reasons:  1) A new policy was added or 2) A change was made to an existing policy or 3) A deposit has been applied.

Are you having all of your policy premiums automatically deducted from your bank account?  If not, why not take advantage of the ease and convenience of an automatic deduction?  Information is just a phone call away.

Aug 19          income
                 5,403.37
UNC Bank       2,506.77
                 2,896.60

Cl Cash    cash   1,603.40
SS proptry insurance
784.49   Johnt + Shout 4,500.00

electric graint
344.48

Aug 30         6,797.74
         USDA 2,400.00
                 4,397.74
                 1,200.00
                 3,197.74

5,403.37
6,797.74
12,202.11

Lehigh County Taxes 1,310.18
                 1,887.56
New Trysole Bank 1,200.00
                 687.56 left

Aug 19    4,394½  5,108.37

UC Nation Bank    2 506.77

Propty insurance
SS# 784, 49 cash    2,896.60

of ares Larry Real
Cash 1, 603, 40    1,603.40

John & Shawn — 4,500.00

color electric 344.48

394,    Aug 30    6,797.74

Giant    USDA    2,400.00

4397.74

5403.37    Scott Waterman    200.00

6,797.74    3,197.74

$12,2021    County
Tax →    1,310.18

New Tripoli Bank 887.56

New Tripoli Bank 200.00

New Tripoli Bank 87,56 left

Aug 19        income
              $5,389,37
               2506,77
            $2,896.60

Cash from Larry   1,603.40
                  $4,500.00  John ?
property insurance            Shawn
Insulr 784.49


Aug 30    $6,797.74
           2,400,00
           4,397.74

Scott Waterman  200,00
              $197.74

Lehigh County Taxes  1310.18 Taxes
                    1,887.56
New Tripoli  1,200,00 Bank
              687,56 Left