**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 12 |
| | : | |
| LARRY LEE WISSER and | : | |
| CATHLEEN RACHEL WISSER | : | |
| | : | |
| Debtors | : | Bky. No. 20-14201 PMM |

# O R D E R

**AND NOW**, upon consideration of Supplemental Motion in Limine to Exclude Testimony of John Hayes ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause not being shown, it is hereby **ORDERED** that:

The request for an expedited hearing is DENIED.

1. A hearing to consider the Motion shall be held on **Tuesday, October 12, 2021 at 1:00 p.m., in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601**.

2. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

3. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile or e-mail no later than 5:00 p.m. on or before October 7, 2021. Service under this paragraph is effective if made to each party identified above through the court's CM/ECF system.

4. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on October 8, 2021.

The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date: October 7, 2021**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**