UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| LARRY LEE WISSER | : | Chapter 12 |
| CATHLEEN RACHEL WISSER | : | |
| Debtors | : | No. 20-14201-pmm |

**ORDER**

AND NOW, in consideration of the Chapter 12 Trustee's Application for Reimbursement

of Expenses, it is hereby ORDERED that the Applicant receive the amount of $458.95 from the

funds held by the Chapter 12 Trustee as reimbursement of expenses.

**BY THE COURT:**

_Patricia M. Mayer_

10/5/21
_____                    _____

Dated                                              Patricia M. Mayer, Bankruptcy Judge