# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>**LARRY LEE WISSER** and<br>**CATHLEEN RACHEL WISSER** | BANKRUPTCY NO.  20-14201<br><br>CHAPTER NO. 12 |
|---|---|

## AMENDED CERTIFICATE OF SERVICE

    I Shawn J. Lau of Lau & Associates P.C. do hereby certify that I served a true and correct copy of the Proposed Order to Retain Jurisdiction was served via electronic means and/or first class mail, postage prepaid on this 12th day of October, 2021 upon the following parties:

```
United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
```

New Tripoli Bank
JACK M. SEITZ
Lesavoy Butx & Seitz, LLC
1620 Pond Road
Suite 200
Allentown, PA 18104-2255
*jseitz@lesavoybutz.com*

Northwest Bank, s/t Union Community Bank
CHARLES N. SHURR, Jr.
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610
*cshurr@kozloffstoudt.com*

Northwestern Lehigh School District and Weisenberg Township
JAMES RANDOLPH WOOD
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
*jwood@portnoffonline.com*

Weisenberg Township
JAMES RANDOLPH WOOD
Portnoff Law Associates, Ltd.

2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
*jwood@portnoffonline.com*

Lehigh County Tax Claim Bureau
17 S. 7th Street, Room 120
Allentown, PA 18101
*alison@eliterevenue.com*

United States of America, acting through the FSA, U.S.D.A.
REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
*rsolarz@kmllawgroup.com*

SCOTT F. WATERMAN, CHAPTER 12 TRUSTEE
2901, St. Lawrence Ave, Suite 100
Reading, PA 19606
*swaterman@readingch13.com*

Pennsylvania Department of Revenue
Bankruptcy/Compliance Division
PO Box 280946
Harrisburg, PA 17128-0946

Larry Lee Wisser and Cathleen Rachel Wisser
8149 Bausch Road
New Tripoli, PA 18066


/s/ Shawn J. Lau
Shawn J. Lau, Esq.