United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Larry Lee Wisser  
Cathleen Rachel Wisser  
    Debtors

Case No. 20-14201-pmm  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Oct 12, 2021      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry Lee Wisser, Cathleen Rachel Wisser, 8149 Bausch Road, New Tripoli, PA 18066-3614 |
| cr | + | New Tripoli Bank, Seitz, Lesavoy Butz & Seitz LLC, c/o Jack M. Seitz, Esq., 1620 Pond Road, Suite 200 Allentown, PA 18104-2255 |
| cr | + | Northwest Bank, successor to Union Community Bank, c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| cr | + | Northwestern Lehigh School District and Weisenberg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | | Barry C Betz |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES N. SHURR, JR. | on behalf of Creditor Northwest Bank successor to Union Community Bank cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com |
| JACK M. SEITZ | on behalf of Creditor New Tripoli Bank Seitz jseitz@lesavoybutz.com, sblake@lesavoybutz.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 4 |

JAMES RANDOLPH WOOD
    on behalf of Creditor Northwestern Lehigh School District and Weisenberg Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

REBECCA ANN SOLARZ
    on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 12)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

SHAWN J. LAU
    on behalf of Joint Debtor Cathleen Rachel Wisser shawn_lau@msn.com g61705@notify.cincompass.com

SHAWN J. LAU
    on behalf of Debtor Larry Lee Wisser shawn_lau@msn.com g61705@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: :
:
LARRY LEE WISSER : Chapter 12
CATHLEEN RACHEL WISSER :
Debtors : No. 20-14201-pmm

**ORDER**

AND NOW, in consideration of the Chapter 12 Trustee's Application for Reimbursement of Expenses, it is hereby ORDERED that the Applicant receive the amount of $458.95 from the funds held by the Chapter 12 Trustee as reimbursement of expenses.

BY THE COURT:

*Patricia M. Mayer*

10/5/21
Dated                                                Patricia M. Mayer, Bankruptcy Judge