**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              : Chapter 12


Larry Lee Wisser and Cathleen Rachel Wisser        : Bankruptcy 20–14201–pmm
            Debtor(s)


***NOTICE OF FILING OF TRANSCRIPT***
***AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION***




A transcript of the proceeding held on October 12, 2021 was filed on October 18, 2021.

The following deadlines apply:

The parties have until 10/25/21 (seven (7) calendar days from the date of filing of the transcript) to file with the court a Notice of Intent to request Redaction of this transcript. The deadline for filing a request for redaction is 11/8/21 (21 days from the date of filing of the transcript).

If a Request for redaction is filed, the redacted transcript is due 11/18/21 (31 days from the date of filing of the transcript).

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1/16/22 (90 calendar days from the date of filing of the transcript) unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (contact the court for contact information) or you may view the document at the clerk's office public terminal.


                                        For the Court



Date: 10/18/21                          Timothy B. McGrath
                                        Clerk of Court


                                        By:/s/ Sara I Roman
                                                Deputy Clerk

208