**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser
    Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser
        Debtors.

CHAPTER 12

NO. 20-14201 PMM

**O R D E R**

**AND NOW**, upon consideration of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture's Motion to Preclude Testimony by Affidavit (doc. # 210, the "Motion to Preclude"), and the request for an expedited hearing thereon (doc. # 211, the "Motion to Expedite"), and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Motion to Expedite is **GRANTED**.

2. A hearing to consider the Motion to Preclude shall be held **Tuesday, November 2, 2021 at 11:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601**.

3. Written objections or other responsive pleadings to the Motion to Preclude (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion to Preclude and this Order on the U.S. Trustee, the case Trustee, the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on Tuesday, October 26, 2021. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail

no later than 5:00 p.m. on    Tuesday, October 26, 2021   .

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 10/21/21

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**