**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser<br>　　　Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser<br>　　　　　　　Debtor(s) | CHAPTER 12 |
| United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture<br>　　　　　　　Movant<br>　　vs. | NO. 20-14201 PMM |
| Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser<br>Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser<br>　　　　　　　Debtor(s) | |
| Scott F. Waterman<br>　　　　　　　Trustee | |

**CERTIFICATE OF SERVICE**

　　I, Rebecca A. Solarz, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the Order Granting Motion to Expedite and Scheduling Expedited Hearing on Movant's Motion to Preclude Testimony by Affidavit, Notice of Motion and the Motion to Preclude Testimony by Affidavit on below parties via e-mail on October 21, 2021:

SHAWN J. LAU
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606

New Tripoli Bank
JACK M. SEITZ
Lesavoy Butz & Seitz LLC
1620 Pond Road
Suite 200
Allentown, PA 18104-2255

Northwest Bank, successor to Union Community Bank
CHARLES N. SHURR, JR.
Kozloff Stoudt

2640 Westview Drive
Wyomissing, PA 19610

Northwestern Lehigh School District and Weisenberg Township
JAMES RANDOLPH WOOD
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

SCOTT F. WATERMAN (Chapter 12)
Scott Waterman Chapter 12 Trustee
2901 St Lawrence Avenue
Suite 100
Reading, PA 19606

Weisenberg Township
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

LEHIGH COUNTY TAX CLAIM BUREAU
17 S. 7th St.
Room 120
Allentown, PA 18101

Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg PA 17128-0946

  I further certify that true and correct copies of the Order Granting Motion to Expedite and

Scheduling Expedited Hearing on Movant's Motion to Preclude Testimony, Notice of Motion, and

the Motion Preclude Testimony have been mailed by first class mail to the below parties on October

21, 2021:

SHAWN J. LAU
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606

Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser
8149 Bausch Road
New Tripoli, PA 18066

Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser
8149 Bausch Road
New Tripoli, PA 18066

Date: October 21, 2021

               /s/ Rebecca A. Solarz, Esq.
               _____

               Rebecca A. Solarz, Esquire
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               Phone: (215) 627-1322 Fax: (215) 627-7734
             Attorneys for Movant/Applicant