United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14201-pmm |
| Larry Lee Wisser | Chapter 12 |
| Cathleen Rachel Wisser | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 21, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry Lee Wisser, Cathleen Rachel Wisser, 8149 Bausch Road, New Tripoli, PA 18066-3614 |
| cr | + | New Tripoli Bank, Seitz, Lesavoy Butz & Seitz LLC, c/o Jack M. Seitz, Esq., 1620 Pond Road, Suite 200 Allentown, PA 18104-2255 |
| cr | + | Northwest Bank, successor to Union Community Bank, c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| cr | + | Northwestern Lehigh School District and Weisenberg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | | Barry C Betz |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES N. SHURR, JR. | on behalf of Creditor Northwest Bank successor to Union Community Bank cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com |
| JACK M. SEITZ | on behalf of Creditor New Tripoli Bank Seitz jseitz@lesavoybutz.com, sblake@lesavoybutz.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 21, 2021 | Form ID: pdf900 | Total Noticed: 4 |

JAMES RANDOLPH WOOD
    on behalf of Creditor Northwestern Lehigh School District and Weisenberg Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

REBECCA ANN SOLARZ
    on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 12)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

SHAWN J. LAU
    on behalf of Joint Debtor Cathleen Rachel Wisser shawn_lau@msn.com g61705@notify.cincompass.com

SHAWN J. LAU
    on behalf of Debtor Larry Lee Wisser shawn_lau@msn.com g61705@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Larry Lee Wisser aka Larry L. Wisser aka Larry Wisser
    Cathleen Rachel Wisser aka Cathleen R. Wisser aka Cathleen Wisser
        Debtors.

CHAPTER 12

NO. 20-14201 PMM

**O R D E R**

    **AND NOW**, upon consideration of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture's Motion to Preclude Testimony by Affidavit (doc. # 210, the "Motion to Preclude"), and the request for an expedited hearing thereon (doc. # 211, the "Motion to Expedite"), and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Motion to Expedite is **GRANTED**.

2. A hearing to consider the Motion to Preclude shall be held **Tuesday, November 2, 2021 at 11:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601**.

3. Written objections or other responsive pleadings to the Motion to Preclude (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion to Preclude and this Order on the U.S. Trustee, the case Trustee, the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on Tuesday, October 26, 2021. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on   Tuesday, October 26, 2021  .

Case 20-14201-pmm Doc 211-1 Filed 10/23/21 Entered 10/24/21 00:36:31 Desc
Imaged Certificate of Notice Page 4 of 4
Case 20-14201-pmm Doc 241 Filed 10/21/21 Entered 10/21/21 10:58:51 Desc Proposed Order Page 2 of 2

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 10/21/21

*Patricia M. Mayer*

**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**