**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Larry Lee and**
**Cathleen Rachel Wisser,**                :        Chapter 12
                                           :
                        **Debtors.**       :
                                           :        Bky. No.  20-14201 (PMM)

-----------------------------------------------------------------------------------

**ORDER DISMISSING BANKRUPTCY CASE**

Upon Consideration of the Chapter 12 Trustee's Amended Motion to Dismiss with Prejudice (doc. #77, amended at doc. #153, the "Motion");

AND a hearing on the Motion having been held and concluded on October 12, 2021;

AND for the reasons stated in an oral bench ruling placed on the docket contemporaneously with this Order;

It is hereby **ordered** that:

1)    The Motion is **granted**;

2)    This chapter 12 case is **dismissed**;

3)    The Debtors are **prohibited from filing for bankruptcy protection under any chapter of the Bankruptcy Code** on or before six (6) months from the date of this Order;

4)    Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 12 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3);

5)    The Court shall retain jurisdiction in order to consider the Application for Compensation and Reimbursement of Expenses of Shawn J. Lau & Associates (doc. #192);

6)    Additional applications for allowance of administrative expenses (including applications

for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.;

7)  Promptly after the expiration of the response period for any application authorized by Paragraph 6 above, counsel for the Debtors shall file either:

>   (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or
>
>   (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

8)  If no Certification, as required above in Paragraph 7 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Trustee shall: (a) if any applications for administrative expenses other than Debtors' counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 12 plan payments in his possession to the Debtors pursuant to §1226(a).

DATE: October 28, 2021

*Patricia M. Mayer*

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**