United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Larry Lee Wisser  
Cathleen Rachel Wisser  
    Debtors

Case No. 20-14201-pmm  
Chapter 12

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 28, 2021 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry Lee Wisser, Cathleen Rachel Wisser, 8149 Bausch Road, New Tripoli, PA 18066-3614 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | New Tripoli Bank, Seitz, Lesavoy Butz & Seitz LLC, c/o Jack M. Seitz, Esq., 1620 Pond Road, Suite 200 Allentown, PA 18104-2255 |
| cr | + | Northwest Bank, successor to Union Community Bank, c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| cr | + | Northwestern Lehigh School District and Weisenberg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14553795 | + | American Bank, 4029 W Tilghman Street, Allentown, PA 18104-4454 |
| 14553796 | + | Charles N. Shurr, Esquire, 2640 Westview Drive, Reading, PA 19610-1186 |
| 14553798 | + | Farm Service Agency, 359 East Park Drive, Suite 1, Attn - David W. Poorbaugh, Harrisburg, PA 17111-2747 |
| 14553799 | + | Jack Seitz, Esquire, 1620 Pond Road, Suite 200, Allentown, PA 18104-2255 |
| 14588769 | + | LEHIGH COUNTY TAX CLAIM BUREAU, 17 S. 7th St., Room 120, Allentown, PA 18101-2401 |
| 14641999 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 14560007 | | New Tripoi Bank, c/o Jack M. Seitz, Esquire, Lesavoy Butz & Seitz LLC, 1620 Pond Road, Suite 200, Allentown, PA 18104-2255 |
| 14562050 | + | New Tripoli Bank, c/o Jack M. Seitz, Esq., Lesavoy Butz & Seitz LLC, 1620 Pond Road, Allentown, PA 18104-2255 |
| 14553800 | + | New Tripoli Bank, 6748 Madison Street, New Tripoli, PA 18066-3944 |
| 14553801 | + | Nicole C. Manley, Esquire, 105 E Philadelphia Ave, Boyertown, PA 19512-1126 |
| 14557446 | + | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14556038 | + | Northwest Bank successor to, Union Community Bank, c/o Charles N. Shurr, Jr., Esq, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14561671 | + | Northwestern Lehigh School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14561666 | + | Northwestern Lehigh School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14553802 | + | Northwestern Lehigh School District, c/o Portnoff Law Associates LTD, PO Box 391, Norristown, PA 19404-0391 |
| 14553803 | + | Oley Valley Feed Inc, 143 Cleaver Road, Oley, PA 19547-8514 |
| 14553806 | | Penn Jersey Products Inc, PO Box 7, New Holland, PA 17557-0007 |
| 14553807 | + | Robert W. Pontz, Esquire, 480 New Holland Avenue, Suite 6205, Lancaster, PA 17602-2227 |
| 14553808 | + | Timac Ago USA Inc, c/o Pete Gaidia, CFO, PO Box 888, Reading, PA 19607-0888 |
| 14568343 | + | Timac Agro USA, Inc., c/o Robert W. Pontz, Esquire, Brubaker Connaughton Goss, & Lucarelli LLC, 480 New Holland Ave., Suite 6205 Lancaster, PA 17602-2227 |
| 14561245 | + | USDA/Farm Service Agency, 1238 County Welfare Road, Suite 240, Leesport, PA 19533-9710 |
| 14553809 | + | Union Community Bank, 101 E Main Street, Mount Joy, PA 17552-1556 |
| 14553810 | + | United States of America, Acting through USDA Farm Svc Agency, Berks Farm Service Agency, 1238 County Welfare Rd, Suite 240, Leesport, PA 19533-9710 |
| 14563755 | + | United States of America acting through, the Farm Service Agency, US Dept of, Agriculture, c/o Rebecca Solarz, 701 Market St, Suite 5000 Philadelphia, Pa 19106-1541 |
| 14563450 | + | United States of America, acting through the Farm, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14561672 | + | Weisenberg Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14561670 | + | Weisenberg Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 28 2021 23:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2021 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14553797 | | Email/Text: bankruptcies@amerassist.com | Oct 28 2021 23:35:00 | Daniel S. Farm Store, c/o Amerassist AR Solution, 1105 Schrock Road, Suite 502, Columbus, OH 43229-1174 |
| 14560189 | + | Email/Text: angela.abreu@northwest.com | Oct 28 2021 23:35:00 | Northwest Bank, 100 Liberty Street, P.O. Box 128, Warren, PA 16365-0128 |
| 14553805 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2021 23:35:00 | PA Departmenmt of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14562389 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2021 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | | Barry C Betz |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14553804 | *+ | Oley Valley Feed, Inc., 143 Cleaver Road, Oley, PA 19547-8514 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2021            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES N. SHURR, JR. | on behalf of Creditor Northwest Bank successor to Union Community Bank cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com |
| JACK M. SEITZ | on behalf of Creditor New Tripoli Bank Seitz jseitz@lesavoybutz.com, sblake@lesavoybutz.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northwestern Lehigh School District and Weisenberg Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| REBECCA ANN SOLARZ | on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 12) | ECFMail@ReadingCh13.com |

District/off: 0313-4 | User: admin | Page 3 of 3

Date Rcvd: Oct 28, 2021 | Form ID: pdf900 | Total Noticed: 41

SCOTT F. WATERMAN (Chapter 12)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

SHAWN J. LAU
    on behalf of Joint Debtor Cathleen Rachel Wisser shawn_lau@msn.com g61705@notify.cincompass.com

SHAWN J. LAU
    on behalf of Debtor Larry Lee Wisser shawn_lau@msn.com g61705@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Larry Lee and**
**Cathleen Rachel Wisser,**                :         Chapter 12
                                            :
                        **Debtors.**        :
                                            :         Bky. No.  20-14201 (PMM)

---

**ORDER DISMISSING BANKRUPTCY CASE**

Upon Consideration of the Chapter 12 Trustee's Amended Motion to Dismiss with Prejudice (doc. #77, amended at doc. #153, the "Motion");

AND a hearing on the Motion having been held and concluded on October 12, 2021;

AND for the reasons stated in an oral bench ruling placed on the docket contemporaneously with this Order;

It is hereby **ordered** that:

1)      The Motion is **granted**;

2)      This chapter 12 case is **dismissed**;

3)      The Debtors are **prohibited from filing for bankruptcy protection under any chapter of the Bankruptcy Code** on or before six (6) months from the date of this Order;

4)      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 12 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3);

5)      The Court shall retain jurisdiction in order to consider the Application for Compensation and Reimbursement of Expenses of Shawn J. Lau & Associates (doc. #192);

6)      Additional applications for allowance of administrative expenses (including applications

for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.;

7) Promptly after the expiration of the response period for any application authorized by Paragraph 6 above, counsel for the Debtors shall file either:

>(a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or
>
>(b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

8) If no Certification, as required above in Paragraph 7 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Trustee shall: (a) if any applications for administrative expenses other than Debtors' counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 12 plan payments in his possession to the Debtors pursuant to §1226(a).

DATE: October 28, 2021

*/s/ Patricia M. Mayer*

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE