**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Larry Lee and | : | |
| Cathleen Rachel Wisser, | : | Chapter 12 |
| | : | |
| Debtors. | : | |
| | : | Bky. No.   20-14201 (PMM) |

# O R D E R

**AND NOW**, **WHEREAS**:

A. The Debtor's counsel Shawn J. Lau ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 192, "the Application").

B. The Application is being considered following the dismissal of this case, consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C. The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D. The Debtor paid the Applicant $4,500.00 in compensation before the commencement of the case.

E. Reasonable and allowable compensation is allowed to the Applicant in the amount of $13,872.50.

It is therefore, **ORDERED** that:

6. The Application is **GRANTED**. The Trustee is authorized to pay counsel **$9,372.50** (the allowed amount minus the amount paid to counsel pre-petition).

7. The Chapter 12 Trustee is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1226(a), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: November 2, 2021

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**