AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the

NOV -9 PM 2:30

LARRY LEE WISSER CATHLEEN BACHEL WISSER
*Plaintiff/Petitioner*
)
)
v. ) Civil Action No.
)
BRYCE BROWN, SCOTT WATERMAN )
*Defendant/Respondent* )

FILED
NOV - 9 2021
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
GIANT FOODS     LARRY & CATHLEEN TOGETHER
15100 KUTZTOWN ROAD     WORK AT GIANT
KUTZTOWN PA, A530

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ 800,00 per
*(specify pay period)* MONTH.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☒ Yes   ☐ No
(b) Rent payments, interest, or dividends            ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments     ☒ Yes   ☐ No
(d) Disability, or worker's compensation payments    ☐ Yes   ☒ No
(e) Gifts, or inheritances                           ☐ Yes   ☒ No
(f) Any other sources                                ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

(LARRY) SOCIAL SECURITY           $1281.00
(CATHLEEN) SOCIAL SECURITY        $906.00
(LARRY) UNION PENSION             $152.48
(FARM) MILK CHECK                 $8000.00

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a (checking) or savings account: $ 100.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

FARM MORTGAGE
HOUSE MORTGAGE
CAR 1994 BUICK $350.00
TRUCK 1979 FORD $500.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

FARM EXPENSES
FEED           $3,000.00
ELECTRIC       $350.00
SUPPLIES       $150.00
INSURANCE FARM $690.09
FUEL-DIESEL    $500.00
PROPANE        $80.00

LIVING EXPENSES       INSURANCE CAR+TRUCK $120.00
FOOD                  $150.00
ELECTRIC              $50.00
PHONE+TV              $139.00
INSURANCE FOR HOUSE   WITH FARM POLICY
GAS FOR CAR+TRUCK     $370.00
FUEL FOR HOUSE (COAL) $100.00
CLOTHING HAND ME DOWNS

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

CATHLEEN WISSER (WIFE) JOINT ACCOUNT

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: NOV 9th 2021

Mr. & Mrs. Larry L. & Cathleen R. Wisser
*Applicant's signature*

LARRY L. WISSER    CATHLEEN R. WISSER
*Printed name*