**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Larry Lee and
Cathleen Rachel Wisser,                        :
                                               :       **Chapter 12**
        **Debtors.**     :

_____ :       **Bky. No. 20-14201 (PMM)**


# ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

    **AND NOW,** the Debtors having filed a Notice of Appeal on November 9, 2021 (doc. #222) from this Court's Order dated October 28, 2021 (doc. #215);

    **AND**, the Debtors also having filed an Application to Proceed in District Court *In Forma Pauperis* on November 9, 2021 (doc. #223) ("the IFP Motion");

    **AND**, this Court having the authority to grant the IFP Motion pursuant to 28 U.S.C. §§1915(a); 1930(f)(2); see In re Lassina, 261 B.R. 614, 617 (Bankr. E.D. Pa. 2001);

    **BUT** the Debtors having failed to submit an Affidavit in support of the IFP Motion;[1]

    **AND** the IFP Motion having failed to state that the Debtors' lack sufficient income and or resources to pay the necessary fee(s):

    It is hereby **ORDERED** that the IFP Motion is **DENIED**. The Debtors must pay the appropriate fees to proceed in District Court.


**Date:  11/10/21**
                                    **HON. PATRICIA M. MAYER**
                                      **U.S. BANKRUPTCY JUDGE**

---

[1] The Debtors filed the "Short Form" Application rather than the "Long Form." The Short Form is only available to prisoners. Notwithstanding this error, the statement of income in the Debtors' Application does not indicate a need to proceed *in forma pauperis*.