United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Larry Lee Wisser  
Cathleen Rachel Wisser  
    Debtors

Case No. 20-14201-pmm  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Nov 12, 2021      Form ID: pdf900      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry Lee Wisser, Cathleen Rachel Wisser, 8149 Bausch Road, New Tripoli, PA 18066-3614 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | New Tripoli Bank, Seitz, Lesavoy Butz & Seitz LLC, c/o Jack M. Seitz, Esq., 1620 Pond Road, Suite 200 Allentown, PA 18104-2255 |
| cr | + | Northwest Bank, successor to Union Community Bank, c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| cr | + | Northwestern Lehigh School District and Weisenberg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2021 03:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 13 2021 03:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | | Barry C Betz |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 12, 2021 | Form ID: pdf900 | Total Noticed: 11 |

Date: Nov 14, 2021                       Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:**

**Name**                           **Email Address**

CHARLES N. SHURR, JR.
on behalf of Creditor Northwest Bank  successor to Union Community Bank cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com

JACK M. SEITZ
on behalf of Creditor New Tripoli Bank  Seitz jseitz@lesavoybutz.com, sblake@lesavoybutz.com

JAMES RANDOLPH WOOD
on behalf of Creditor Northwestern Lehigh School District and Weisenberg Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

REBECCA ANN SOLARZ
on behalf of Creditor United States of America  acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 12)
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

SHAWN J. LAU
on behalf of Joint Debtor Cathleen Rachel Wisser shawn_lau@msn.com  g61705@notify.cincompass.com

SHAWN J. LAU
on behalf of Debtor Larry Lee Wisser shawn_lau@msn.com  g61705@notify.cincompass.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Larry Lee and** | |
| **Cathleen Rachel Wisser,** : | |
| : | **Chapter 12** |
| **Debtors.** : | |
| : | **Bky. No. 20-14201 (PMM)** |

# ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

**AND NOW,** the Debtors having filed a Notice of Appeal on November 9, 2021 (doc. #222) from this Court's Order dated October 28, 2021 (doc. #215);

**AND**, the Debtors also having filed an Application to Proceed in District Court *In Forma Pauperis* on November 9, 2021 (doc. #223) ("the IFP Motion");

**AND**, this Court having the authority to grant the IFP Motion pursuant to 28 U.S.C. §§1915(a); 1930(f)(2); see In re Lassina, 261 B.R. 614, 617 (Bankr. E.D. Pa. 2001);

**BUT** the Debtors having failed to submit an Affidavit in support of the IFP Motion;[1]

**AND** the IFP Motion having failed to state that the Debtors' lack sufficient income and or resources to pay the necessary fee(s):

It is hereby **ORDERED** that the IFP Motion is **DENIED**. The Debtors must pay the appropriate fees to proceed in District Court.

*Patricia M. Mayer*

**Date: 11/10/21**

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

[1] The Debtors filed the "Short Form" Application rather than the "Long Form." The Short Form is only available to prisoners. Notwithstanding this error, the statement of income in the Debtors' Application does not indicate a need to proceed *in forma pauperis*.