UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE GATEWAY, SUITE 103
201 PENN STREET
READING, PA  19601

Timothy B. McGrath                                                                                    Telephone
Clerk                                                                                              (610) 208-5040

November 10, 2021

Re:    Larry Lee Wisser and Cathleen Rachel Wisser
       Bankruptcy No.:20-14201
       Civil Action No. _

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(XX) Certificate of appeal from order entered October 28, 2021 by the Honorable Patricia M. Mayer.
    Notice of appeal filing fee          (XX   )not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
    () Objections filed .

() Report and recommendation entered  by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By:__ s/ Denise Lavariere_____
Deputy Clerk

---

Received Above material or record tile this ___19th__ day of ___November_____, 20 21 .

Civil Action No. ___21-cv-5110____          Signature:__/s/ Steve Tomas____

Miscellaneous No. _____          Date: ___11/19/21_____

Assigned to Judge ___Edward G. Smith___                          BFL5.frm(rev 11/8/17)