UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE GATEWAY BLDG.
201 PENN STREET
SUITE 103
READING, PA  19601

Timothy B. McGrath                                                                    Telephone
Clerk                                                                           610- 208-5040

December 7, 2021

Re:    Larry Lee Wisser and Cathleen Rachel Wisser
       Bankruptcy No.:20-14201 pmm
       Civil Action No.  21-cv-5110

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal

 () Designation of Record on Appeal Filed

(XX) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed  .( ) Answer to motion filed  .

( ) Proposed findings of fact and conclusions of law entered   by the Honorable  .

       ( ) Objections filed  .

 () Report and recommendation entered   by the Honorable  .

       ( ) Objections filed  .

 () Original record transferred to the District Court pursuant to the order of the

Honorable .( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

                              For the Court
                              Timothy B. McGrath
                              Clerk

                              By:  s/ Denise Lavariere_____
                              Deputy Clerk

_____

Received Above material or record tile this _____ day of _____, 20      .

Civil Action No.21-cv-5110_____          Signature:_____

Miscellaneous No. _____          Date: _____

Assigned to Judge _____                          BFL5.frm(rev 11/8/17)

EFCOA.ELC

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re Larry Lee Wisser                           :
    Cathleen Rachel Wisser                        Chapter 12

                                      :

                                      :      Bankruptcy No. 20-14201

                                      :      Adversary No.

                                      :      Civil No. 21-cv-5110

## CERTIFICATE OF APPEAL FROM ORDER OF
## THE BANKRUPTCY JUDGE DATED OCTOBER 28, 2021
## ENTERED ON THE DOCKET OCTOBER 28, 2021

        I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed   and certify that the above proceeding was properly before the Honorable
, Bankruptcy Judge.

                              For the Court

                              Timothy B. McGrath
                              Clerk

                              By: s/ Denise Lavariere
                                   Deputy Clerk

**Counsel of Record**

Larry Lee Wisser
Cathleen Rachel Wisser
8149 Bausch Road
New Tripoli, PA 18066
*Pro Se Debtor/Appellant*

SHAWN J. LAU
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606
*Counsel on Record*


Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
*Chapter 12 Trustee*

Dave P. Adams
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19107
*Counsel for U.S. Trustee*

Bruce Brown, agent for U.S. Dept of Agriculture
Berks County Service Center
1238 County Welfare Road, Ste. 240
Leesport, PA 19583
*Interested Party*

**DISMISSED, Repeat−PAEB, SkipPriorRelCase, RepeatPACER, APPEAL**

## U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Reading)
## Bankruptcy Petition #: 20−14201−pmm

|  |  |
|---|---|
| *Assigned to:* Judge Patricia M. Mayer | *Date filed:* 10/22/2020 |
| Chapter 12 | *Debtor dismissed:* 10/28/2021 |
| Voluntary | *Joint debtor dismissed:* 10/28/2021 |
| Asset | *341 meeting:* 11/18/2020 |

*Debtor disposition:* Dismissed for Other Reason
*Joint debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| *Debtor*<br>**Larry Lee Wisser**<br>8149 Bausch Road<br>New Tripoli, PA 18066<br>LEHIGH−PA<br>SSN / ITIN: xxx−xx−4995<br>*aka* **Larry L. Wisser**<br>*aka* **Larry Wisser** | represented by **CHARLES LAPUTKA**<br>Laputka Law Office<br>1344 W. Hamilton St.<br>Allentown, PA 18102<br>(610) 477−0155<br>Fax : 484−350−3581<br>Email: claputka@laputkalaw.com<br>*TERMINATED: 06/25/2021*<br><br>**SHAWN J. LAU**<br>Lau & Associates<br>4228 St. Lawrence Avenue<br>Reading, PA 19606<br>(610) 370−2000<br>Email: shawn_lau@msn.com |
| *Joint Debtor*<br>**Cathleen Rachel Wisser**<br>8149 Bausch Road<br>New Tripoli, PA 18066<br>LEHIGH−PA<br>SSN / ITIN: xxx−xx−1092<br>*aka* **Cathleen R. Wisser**<br>*aka* **Cathleen Wisser** | represented by **CHARLES LAPUTKA**<br>(See above for address)<br>*TERMINATED: 06/25/2021*<br><br>**SHAWN J. LAU**<br>(See above for address) |
| *Trustee*<br>**SCOTT F. WATERMAN (Chapter 12)**<br>Scott Waterman Chapter 12 Trustee<br>2901 St Lawrence Avenue<br>Suite 100<br>Reading, PA 19606<br>(610) 779−1313 | represented by **SCOTT F. WATERMAN (Chapter 12)**<br>Scott Waterman Chapter 12 Trustee<br>2901 St Lawrence Avenue<br>Suite 100<br>Reading, PA 19606<br>(610) 779−1313<br>Email: ECFMail@ReadingCh13.com |
| *U.S. Trustee*<br>**United States Trustee**<br>Office of United States Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106<br>(215)597−4411 | |

1

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 10/22/2020 | | 1 | Chapter 12 Voluntary Petition . Fee Amount $275 Filed by Larry Lee Wisser, Cathleen Rachel Wisser. Chapter 12 Plan due by 01/20/2021. Government Proof of Claim Deadline: 04/20/2021. Atty Disclosure Statement due 11/5/2020. Schedules AB−J due 11/5/2020. Statement of Financial Affairs due 11/5/2020. Summary of Assets and Liabilities Form B106 due 11/5/2020. Incomplete Filings due by 11/5/2020. (LAPUTKA, CHARLES) (Entered: 10/22/2020) |
| 10/22/2020 | | 2 | Certificate of Credit Counseling Filed by CHARLES LAPUTKA on behalf of Larry Lee Wisser. (LAPUTKA, CHARLES) (Entered: 10/22/2020) |
| 10/22/2020 | | 3 | Certificate of Credit Counseling Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser. (LAPUTKA, CHARLES) (Entered: 10/22/2020) |
| 10/22/2020 | | | Matrix Filed. Number of pages filed: 2, Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAPUTKA, CHARLES) (Entered: 10/22/2020) |
| 10/22/2020 | | 4 | Motion to Extend Automatic Stay Filed by Cathleen Rachel Wisser, Larry Lee Wisser Represented by CHARLES LAPUTKA (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (LAPUTKA, CHARLES) (Entered: 10/22/2020) |
| 10/22/2020 | | 5 | Notice of (related document(s): 4 Motion to Extend Automatic Stay ) Filed by Cathleen Rachel Wisser, Larry Lee Wisser. Hearing scheduled 11/17/2020 at 10:00 AM at PENN4 − 4TH fl Courtroom. (LAPUTKA, CHARLES) (Entered: 10/22/2020) |
| 10/22/2020 | | | Receipt of Voluntary Petition (Chapter 12)(20−14201) [misc,volp12a] ( 275.00) Filing Fee. Receipt number 22803958. Fee Amount $ 275.00. (re: Doc# 1) (U.S. Treasury) (Entered: 10/22/2020) |
| 10/23/2020 | | | Judge Patricia Mayer added to case. . (L., Denise) (Entered: 10/23/2020) |
| 10/23/2020 | | 6 | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Any request for an extension of time must be filed prior to the expiration of the deadlines listed. Atty Disclosure Statement due 11/5/2020. Schedules AB−J due 11/5/2020. Statement of Financial Affairs due 11/5/2020. Summary of Assets and Liabilities Form B106 due 11/5/2020 Proper Form of Petition due 11/5/2020. (L., Denise) (Entered: 10/23/2020) |
| 10/25/2020 | | 7 | BNC Certificate of Mailing − Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 6)). No. of Notices: 1. Notice Date 10/25/2020. (Admin.) (Entered: 10/26/2020) |
| 10/26/2020 | | 8 | Notice of Appointment of SCOTT F. WATERMAN (Chapter 12) as Trustee. Filed by United States Trustee. (WARD, HUGH) (Entered: 10/26/2020) |

| | | | |
|---|---|---|---|
| 10/26/2020 | | 9 | Proper Form of Petition *pursuant to Order dated 10/23/2020* Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAPUTKA, CHARLES) (Entered: 10/26/2020) |
| 10/29/2020 | | 10 | Entry of Appearance and Request for Notice by CHARLES N. SHURR JR. Filed by CHARLES N. SHURR JR. on behalf of Northwest Bank, successor to Union Community Bank. (Attachments: # 1 Certificate of Service) (SHURR, CHARLES) **Modified text to match pdf document on 10/29/2020** (W., Yvette). (Entered: 10/29/2020) |
| 10/29/2020 | | 11 | Trustee's Acceptance of Appointment . Filed by SCOTT F. WATERMAN (Chapter 12). (WATERMAN (Chapter 12), SCOTT) (Entered: 10/29/2020) |
| 10/30/2020 | | 12 | Certificate of Service *Meeting of Creditors* Filed by SCOTT F. WATERMAN (Chapter 12) on behalf of SCOTT F. WATERMAN (Chapter 12) (related document(s) 25 ). (Attachments: # 1 Index # 2 341 Meeting of Creditors Notice) (WATERMAN (Chapter 12), SCOTT) (Modified on 11/19/2020 − linkage) (H., Lisa). (Entered: 10/30/2020) |
| 10/30/2020 | | 13 | Chapter 12 Debtor's Certifications regarding Domestic Support Obligations and Section 522(q) Filed by CHARLES LAPUTKA on behalf of Larry Lee Wisser. (LAPUTKA, CHARLES) **Modified entry on 10/30/2020 to reflect Ch. 12** (L., Denise). (Entered: 10/30/2020) |
| 10/30/2020 | | 14 | Chapter 12 Debtor's Certifications regarding Domestic Support Obligations and Section 522(q) Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser. (LAPUTKA, CHARLES) **Modified entry on 10/30/2020 to reflect Ch. 12** (L., Denise). (Entered: 10/30/2020) |
| 10/30/2020 | | 15 | Disclosure of Compensation of Attorney for Debtor in the amount of $3225 Joint Debtor Cathleen Rachel Wisser, Debtor Larry Lee Wisser Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAPUTKA, CHARLES) (Entered: 10/30/2020) |
| 10/30/2020 | | 16 | Summary of Assets and Liabilities and Certain Statistical Information , Schedules A/B − J , Statement of Financial Affairs for Individual Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAPUTKA, CHARLES) (Entered: 10/30/2020) |
| 10/30/2020 | | 17 | Amendment to List of Creditors. Fee Amount $31 Number of Pages Filed: 1, Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAPUTKA, CHARLES) (Entered: 10/30/2020) |
| 10/30/2020 | | | Receipt of Amended List of Creditors (Fee)( 20−14201−pmm) [misc,amdcm] ( 31.00) Filing Fee. Receipt number A22827169. Fee Amount $ 31.00. (re: Doc# 17) (U.S. Treasury) (Entered: 10/30/2020) |
| 10/30/2020 | | 25 | Meeting of Creditors . 341(a) meeting to be held on 11/18/2020 at 10:00 AM. The meeting will be a telephonic / video conference. Objection to Dischargeability of Certain Debts is 12/23/2020. Proofs of Claims due by 1/1/2021. (H., Lisa) Modified on 4/27/2021 (H., Lisa). (Entered: 11/19/2020) |
| 11/10/2020 | | 18 | Entry of Appearance and Request for Notice by JACK M. SEITZ Filed by JACK M. SEITZ on behalf of New Tripoli Bank Seitz. (Attachments: # 1 Service List) (SEITZ, JACK) **Modified on 11/12/2020 to reflect pdf** (L., Denise). (Entered: 11/10/2020) |

| 11/13/2020 | | 19 | Certificate of No Response to *Motion to Extend Automatic Stay* Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)4). (LAPUTKA, CHARLES) (Entered: 11/13/2020) |
|---|---|---|---|
| 11/16/2020 | | 20 | Amended Schedule A/B Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAPUTKA, CHARLES) (Entered: 11/16/2020) |
| 11/16/2020 | | 21 | Amended Schedule D − Creditors Who Hold Claims Secured by Property Fee Amount $31 Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAPUTKA, CHARLES) (Entered: 11/16/2020) |
| 11/16/2020 | | 22 | Amendment to List of Creditors. Fee Amount $31 Number of Pages Filed: 1, Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAPUTKA, CHARLES) (Entered: 11/16/2020) |
| 11/16/2020 | | | Receipt of Schedule D( 20−14201−pmm) [misc,schd] ( 31.00) Filing Fee. Receipt number A22871738. Fee Amount $ 31.00. (re: Doc# 21) (U.S. Treasury) (Entered: 11/16/2020) |
| 11/17/2020 | | | Receipt of Amended List of Creditors (Fee)( 20−14201−pmm) [misc,amdcm] ( 31.00) Filing Fee. Receipt number Fee not applicable. Fee Amount $ 31.00. (re: Doc# 22) (L.) (Entered: 11/17/2020) |
| 11/17/2020 | | | Hearing Held on 4 Motion to Extend Automatic Stay Filed by Cathleen Rachel Wisser, Larry Lee Wisser Represented by CHARLES LAPUTKA (Counsel). Motion Granted. (related document(s),4). (S., Barbara) (Entered: 11/17/2020) |
| 11/17/2020 | | 23 | Order Granting Debtor's Motion to Extend Automatic Stay as to all creditor. (Related Doc # 4 (L., Denise) (Entered: 11/17/2020) |
| 11/18/2020 | | 24 | Notice of Appearance and Request for Notice *and Service of Papers* by JAMES RANDOLPH WOOD Filed by JAMES RANDOLPH WOOD on behalf of Northwestern Lehigh School District and Weisenberg Township. (WOOD, JAMES) (Entered: 11/18/2020) |
| 11/18/2020 | | | Meeting of Creditors Held and Concluded on: 11/18/2020. (WATERMAN (Chapter 12), SCOTT) (Entered: 11/18/2020) |
| 11/19/2020 | | 26 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 23)). No. of Notices: 25. Notice Date 11/19/2020. (Admin.) (Entered: 11/20/2020) |
| 11/24/2020 | | 27 | Motion for Relief from Stay *(In Rem) to exercise its State Court remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, 8284 Holbens Valley Road, and 8292 Creamery Road, New Tripoli, Pennsylvania and Insurance Proceeds, or in the Alternative, for Adequate Protection Payments and for Turnover of Insurance Proceeds.* Fee Amount $181.00, Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR.(Counsel). Objections due by 11/9/2020 (Attachments: # 1 Exhibit Exhibits A − F # 2 Proposed Order Relief from Stay # 3 Proposed Order Adequate Protection # 4 Certificate of Service) (SHURR, CHARLES) (Entered: 11/24/2020) |

| | | | |
|---|---|---|---|
| 11/24/2020 | | | Receipt of Motion for Relief From Stay( 20−14201−pmm) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number A22893062. Fee Amount $ 181.00. (re: Doc# 27) (U.S. Treasury) (Entered: 11/24/2020) |
| 11/24/2020 | | 28 | Notice of (related document(s): 27 Motion for Relief from Stay *(In Rem) to exercise its State Court remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, 8284 Holbens Valley Road, and 8292 Creamery Road, New Tripoli, Pennsylvania and Insurance Proceeds,) Filed by Northwest Bank, successor to Union Community Bank. Hearing scheduled 12/15/2020 at 10:00 AM at Reading Telephone Hearing. (SHURR, CHARLES) (Entered: 11/24/2020)* |
| 11/24/2020 | | 29 | Entry of Appearance and Request for Notice by REBECCA ANN SOLARZ Filed by REBECCA ANN SOLARZ on behalf of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture. (SOLARZ, REBECCA) **Modified text to match pdf on 11/25/2020 (W., Yvette). (Entered: 11/24/2020) |
| 12/09/2020 | | 30 | Response to Motion for Relief From Stay filed by Creditor Northwest Bank, successor to Union Community Bank Filed by Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)27). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (LAPUTKA, CHARLES) (Entered: 12/09/2020) |
| 12/11/2020 | | 31 | Motion to Prohibit Use of Cash Collateral *and/or for Adequate Protection Payments* Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel). (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Service List) (SOLARZ, REBECCA) (Entered: 12/11/2020) |
| 12/11/2020 | | 32 | Notice of (related document(s): 31 Motion to Prohibit Use of Cash Collateral *and/or for Adequate Protection Payments*) Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture. Hearing scheduled 1/12/2021 at 11:00 AM at Reading Telephone Hearing. (Attachments: # 1 Service List) (SOLARZ, REBECCA) (Entered: 12/11/2020) |
| 12/15/2020 | | 33 | Hearing held and Continued on 27 Motion for Relief from Stay *(In Rem) to exercise its State Court remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, 8284 Holbens Valley Road, and 8292 Creamery Road, New Tripoli, Pennsylvania and Insurance Proceeds, or in the Alternative, for Adequate Protection Payments and for Turnover of Insurance Proceeds* Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR.(Counsel). ZOOM Hearing scheduled 12/22/2020 at 11:30 AM at PENN4 − 4TH fl Courtroom. Motion Granted regarding Adequate Protection Payments. (S., Barbara) Modified on 12/16/2020 (S., Barbara). (Entered: 12/15/2020) |
| 12/15/2020 | | 34 | Order for Adequate Protection Payments and Requiring Debtors to Turn Over and Deliver Insurance Proceeds to Northwest Bank. Filed CHARLES N. SHURR JR. on behalf of Northwest Bank, successor to Union Community Bank Represented by (Related Doc 27) (L., Denise) Modified on 12/15/2020 to remove language "granting motion" (L., Denise). (Entered: 12/15/2020) |
| 12/15/2020 | | | Corrective Entry re: Order for Adequate Protection Payments ....etc **Docket text modified to remove language "Order granting motion"** (related document(s)34). (L., Denise). (Entered: 12/15/2020) |

| | | | |
|---|---|---|---|
| 12/15/2020 | | 35 | Order Governing Procedures at Evidentiary Hearing Conducted Remotely by Video Conference on the matter scheduled for Tuesday, December 22, 2020 at 11:30 a.m. (L., Denise) (Entered: 12/15/2020) |
| 12/16/2020 | | | Corrective Entry re: Hearing held and Continued on 27 Motion for Relief from Stay (In Rem) ... Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR.(Counsel). ZOOM Hearing scheduled 12/22/2020 at 11:30 AM at PENN4 − 4TH fl Courtroom. Modified on 12/16/2020 (S., Barbara). **Entry Modified to reflect Zoom Hearing scheduled for 12/22/20 at 11:30 AM. (related document(s) 33 ). (S., Barbara) (Entered: 12/16/2020) |
| 12/16/2020 | | 36 | Document in re: *Remote Witness List* Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)35). (LAPUTKA, CHARLES) (Entered: 12/16/2020) |
| 12/17/2020 | | 37 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 34)). No. of Notices: 4. Notice Date 12/17/2020. (Admin.) (Entered: 12/18/2020) |
| 12/17/2020 | | 38 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 35)). No. of Notices: 4. Notice Date 12/17/2020. (Admin.) (Entered: 12/18/2020) |
| 12/18/2020 | | 39 | Document in re: *Remote Witness List* Filed by CHARLES N. SHURR JR. on behalf of Northwest Bank, successor to Union Community Bank (related document(s) 33 , , 27). (SHURR, CHARLES) (Entered: 12/18/2020) |
| 12/18/2020 | | 40 | Exhibit *List, Exhibit A and Exhibit B* Filed by CHARLES N. SHURR JR. on behalf of Northwest Bank, successor to Union Community Bank (related document(s)39, 33 , , 27). (Attachments: # 1 Exhibit A # 2 Exhibit B) (SHURR, CHARLES) (Entered: 12/18/2020) |
| 12/22/2020 | | 41 | Hearing Held on 27 Motion for Relief from Stay *(In Rem) to exercise its State Court remedies against the Debtors′ Real Estate located at 8281 Holbens Valley Road, 8284 Holbens Valley Road, and 8292 Creamery Road, New Tripoli, Pennsylvania and Insurance Proceeds, or in the Alternative, for Adequate Protection Payments and for Turnover of Insurance Proceeds.* Fee Amount $181.00, Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR.(Counsel). Motion Denied. (related document(s),27). (S., Barbara) (Entered: 12/22/2020) |
| 12/22/2020 | | 42 | Order Granting in part, Denying in part Motion for Relief from Stay (In Rem) to exercise its State Court remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, 8284 Holbens Valley Road, and 8292 Creamery Road, New Tripoli, Pennsylvania and Insurance Proceeds, or in the Alternative, for Adequate Protection Payments and for Turnover of Insurance Proceeds. (Related Doc # 27) (L., Denise) (Entered: 12/23/2020) |
| 12/25/2020 | | 43 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 42)). No. of Notices: 4. Notice Date 12/25/2020. (Admin.) (Entered: 12/26/2020) |
| 12/28/2020 | | 44 | Response to Motion to Prohibit Cash Collateral filed by Creditor United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Filed by Cathleen Rachel Wisser, Larry Lee |

| | | | |
|---|---|---|---|
| | | | Wisser (related document(s)31). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (LAPUTKA, CHARLES) (Entered: 12/28/2020) |
| 01/04/2021 | | 45 | Adversary case 21−00001. Complaint by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser against Judson Whitham. Fee Amount $350 . (Attachments: # 1 Exhibit) (11 (Recovery of money/property − 542 turnover of property)) (LAPUTKA, CHARLES) (Entered: 01/04/2021) |
| 01/12/2021 | | 46 | Hearing Continued on 31 Motion to Prohibit Use of Cash Collateral *and/or for Adequate Protection Payments* Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel). Hearing scheduled 2/9/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 01/12/2021) |
| 01/15/2021 | | 47 | Chapter 12 Plan Filed by Cathleen Rachel Wisser, Larry Lee Wisser. (Attachments: # 1 Certificate of Service)(LAPUTKA, CHARLES) (Entered: 01/15/2021) |
| 01/19/2021 | | 48 | Chapter 12 Confirmation Hearing scheduled for 2/18/2021 at 11:00 AM at PENN4 − 4TH Floor Courtroom. (L., Denise) (Entered: 01/19/2021) |
| 01/19/2021 | | 49 | Certificate of Service Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)48). (LAPUTKA, CHARLES) (Entered: 01/19/2021) |
| 01/22/2021 | | 50 | Exhibit *A* Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)47). (Attachments: # 1 Exhibit Certificate of Service) (LAPUTKA, CHARLES) (Entered: 01/22/2021) |
| 01/22/2021 | | 51 | Exhibit *B* Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)47). (Attachments: # 1 Certificate of Service) (LAPUTKA, CHARLES) (Entered: 01/22/2021) |
| 01/25/2021 | | 52 | Exhibit *AMENDED EXHIBIT B DEBTORS CASH FLOW PROJECTION* Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)47). (Attachments: # 1 Exhibit # 2 Certificate of Service) (LAPUTKA, CHARLES) (Entered: 01/25/2021) |
| 01/27/2021 | | 53 | Objection to Confirmation of Plan Filed by SCOTT F. WATERMAN (Chapter 12). (Attachments: # 1 Proposed Order # 2 Certificate of Service)(WATERMAN (Chapter 12), SCOTT) (Entered: 01/27/2021) |
| 02/04/2021 | | 54 | Objection to Confirmation of Plan Filed by Northwest Bank, successor to Union Community Bank. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(SHURR, CHARLES) (Entered: 02/04/2021) |
| 02/09/2021 | | 55 | Hearing Continued on 31 Motion to Prohibit Use of Cash Collateral *and/or for Adequate Protection Payments* Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel). Hearing scheduled 3/9/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 02/09/2021) |
| 02/11/2021 | | 56 | Objection to Confirmation of Plan Filed by REBECCA ANN SOLARZ on behalf of United States of America, acting through the Farm Service |

| | | | |
|---|---|---|---|
| | | | Agency, U.S. Department of Agriculture. (Attachments: # 1 Proposed Order # 2 Service List) (SOLARZ, REBECCA) (Entered: 02/11/2021) |
| 02/18/2021 | | 57 | Hearing held and Continued on 48 Chapter 12 Confirmation. Confirmation Hearing scheduled 3/11/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 02/18/2021) |
| 03/09/2021 | | 58 | Hearing Continued on 31 Motion to Prohibit Use of Cash Collateral *and/or for Adequate Protection Payments* Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel). Hearing scheduled 4/6/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 03/09/2021) |
| 03/09/2021 | | 59 | Stipulation By United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture and Between Larry Lee Wisser and Cathleen Rachel Wisser *Motion to Prohibit Use of Cash Collateral and/or for Adequate Protection Payments*. Filed by REBECCA ANN SOLARZ on behalf of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture (related document(s)31). (SOLARZ, REBECCA) (Entered: 03/09/2021) |
| 03/10/2021 | | 60 | Order entered approving Stipulation By United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture and Between Larry Lee Wisser and Cathleen Rachel Wisser Re: Motion to Prohibit Use of Cash Collateral and/or for Adequate Protection Payments by REBECCA ANN SOLARZ (related document(s)31, 59). (L., Denise) (Entered: 03/10/2021) |
| 03/11/2021 | | 61 | Hearing Held on Chapter 12 Confirmation Hearing. Order to be Entered Denying Confirmation. (related document(s),48). (S., Barbara) (Entered: 03/11/2021) |
| 03/11/2021 | | 62 | Order entered Denying Confirmation of Chapter 12 Plan with leave to file an amended plan on or before April 12, 2021. (L., Denise) (Entered: 03/11/2021) |
| 03/12/2021 | | 63 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 60)). No. of Notices: 5. Notice Date 03/12/2021. (Admin.) (Entered: 03/13/2021) |
| 03/13/2021 | | 64 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 62)). No. of Notices: 4. Notice Date 03/13/2021. (Admin.) (Entered: 03/14/2021) |
| 03/15/2021 | | | Disposition of Adversary 4:21−ap−1 Judgement entered (related document(s)3, 1). (L., Denise) (Entered: 05/18/2021) |
| 04/06/2021 | | 65 | Hearing on Motion to Prohibit Use of Cash Collateral *and/or for Adequate Protection Payments* Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel) Cancelled. Reason for Cancellation: Stipulation filed. (related document(s)31). (S., Barbara) (Entered: 04/06/2021) |
| 04/12/2021 | | 66 | First Amended Chapter 12 Plan Filed by Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)47). (Attachments: # 1 Certificate of Service)(LAPUTKA, CHARLES) (Entered: 04/12/2021) |

| | | | |
|---|---|---|---|
| 04/15/2021 | | 67 | Second Amended Chapter 12 Plan Filed by Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)66). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Certificate of Service)(LAPUTKA, CHARLES) (Entered: 04/15/2021) |
| 04/19/2021 | | 68 | Chapter 12 Confirmation hearing scheduled 5/27/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (L., Denise) (Entered: 04/19/2021) |
| 04/20/2021 | | 69 | Certificate of Service *of Chapter 12 Confirmation hearing scheduled 5/27/2021 at 11:00 AM* Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)68). (LAPUTKA, CHARLES) (Entered: 04/20/2021) |
| 05/05/2021 | | 70 | Motion to Dismiss Case. delay & failure to provide MORs , Motion to Dismiss Debtor(s) for Failure to File Documents Filed by SCOTT F. WATERMAN (Chapter 12) Represented by SCOTT F. WATERMAN (Chapter 12) (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (WATERMAN (Chapter 12), SCOTT) (Entered: 05/05/2021) |
| 05/05/2021 | | 71 | Notice of (related document(s): 70 Motion to Dismiss Case. delay & failure to provide MORs ) *Motion, Response Deadline and Hearing Date* Filed by SCOTT F. WATERMAN (Chapter 12). Hearing scheduled 5/27/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (WATERMAN (Chapter 12), SCOTT) (Entered: 05/05/2021) |
| 05/11/2021 | | 72 | Monthly Operating Report for Filing Period *January−April* Filed by CHARLES LAPUTKA on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAPUTKA, CHARLES) (Entered: 05/11/2021) |
| 05/18/2021 | | | Adversary Case 4:21−ap−1 Terminated for Statistical Purposes. (L., Denise) (Entered: 05/18/2021) |
| 05/27/2021 | | 73 | Motion to Withdraw as Attorney Filed by Charles Laputka Represented by CHARLES LAPUTKA (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (LAPUTKA, CHARLES) (Entered: 05/27/2021) |
| 05/27/2021 | | 74 | Notice of (related document(s): 73 Motion to Withdraw as Attorney ) Filed by Charles Laputka. Hearing scheduled 6/24/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (LAPUTKA, CHARLES) (Entered: 05/27/2021) |
| 05/27/2021 | | 75 | Hearing held and Continued on 68 Chapter 12 Confirmation of Debtor's Second Amended Plan. Confirmation Hearing scheduled 6/30/2021 at 10:00 AM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 05/27/2021) |
| 05/27/2021 | | 76 | Hearing held and Continued on 70 Motion to Dismiss Case; delay & failure to provide MORs , Motion to Dismiss Debtor(s) for Failure to File Documents Filed by SCOTT F. WATERMAN (Chapter 12) Represented by SCOTT F. WATERMAN (Chapter 12) (Counsel). Hearing scheduled 6/30/2021 at 10:00 AM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 05/27/2021) |
| 05/27/2021 | | 77 | Amended Motion to Dismiss Case with Prejudice re Delay Filed by SCOTT F. WATERMAN (Chapter 12) Represented by SCOTT F. WATERMAN (Chapter 12) (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (WATERMAN (Chapter 12), SCOTT) (Entered: 05/27/2021) |

| 05/27/2021 | | 78 | Notice of (related document(s): 77 Amended Motion to Dismiss Case with Prejudice re Delay ) *with Response Deadline and Hearing Date* Filed by SCOTT F. WATERMAN (Chapter 12). Hearing scheduled 6/30/2021 at 10:00 AM at PENN4 − 4TH fl Courtroom. (WATERMAN (Chapter 12), SCOTT) (Entered: 05/27/2021) |
| 05/27/2021 | | 79 | Amended Certificate of Service Filed by SCOTT F. WATERMAN (Chapter 12) on behalf of SCOTT F. WATERMAN (Chapter 12) (related document(s)77). (WATERMAN (Chapter 12), SCOTT) (Entered: 05/27/2021) |
| 05/27/2021 | | 80 | Order Governing Procedures at Evidentiary Hearing Conducted Remotely by Video Conference re 77 Ch. 12 Trustee's Amended Motion to Dismiss Case with Prejudice . (L., Denise) (Entered: 05/28/2021) |
| 05/30/2021 | | 81 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 80)). No. of Notices: 5. Notice Date 05/30/2021. (Admin.) (Entered: 05/31/2021) |
| 06/11/2021 | | 82 | Copy of Letter from Debtor to Charles Laputka, Esq. Filed by Cathleen Rachel Wisser , Larry Lee Wisser . (L., Denise) (Entered: 06/11/2021) |
| 06/21/2021 | | 83 | Certificate of No Response to *Motion to Withdraw as Attorney* Filed by CHARLES LAPUTKA on behalf of Charles Laputka (related document(s)73). (LAPUTKA, CHARLES) (Entered: 06/21/2021) |
| 06/22/2021 | | 84 | Exhibit *to Trustee's Confirmation/Dismissal* Filed by SCOTT F. WATERMAN (Chapter 12) on behalf of SCOTT F. WATERMAN (Chapter 12) (related document(s)78, 77). (Attachments: # 1 Exhibits T−1 to T−4 # 2 Service List) (WATERMAN (Chapter 12), SCOTT) (Entered: 06/22/2021) |
| 06/23/2021 | | 85 | Notice of Video Conference Hearing Re: Amended Motion to Dismiss Case re Delay by Trustee SCOTT F. WATERMAN scheduled for 6/30/21 at 10:00 a.m. The Hearing will be conducted by Zoom video conference, all participants must register prior to the Hearing. (Meeting ID: 160 627 6355 Passcode: 307423) (related document(s)77). (L., Denise) (Entered: 06/23/2021) |
| 06/23/2021 | | 86 | Court's Certificate of Mailing of 85 Notice of Video Conference Hearing. Number of notices: 1 via regular mail to Debtors. (L., Denise) (Entered: 06/23/2021) |
| 06/24/2021 | | 87 | Hearing Held on 73 Motion to Withdraw as Attorney Filed by Charles Laputka Represented by CHARLES LAPUTKA (Counsel). Motion Granted. (related document(s),73). (S., Barbara) (Entered: 06/24/2021) |
| 06/24/2021 | | 88 | Order Granting Motion to Withdraw as Attorney as counsel for Debtors. Filed by CHARLES LAPUTKA. (Related Doc 73) (L., Denise) (Entered: 06/25/2021) |
| 06/25/2021 | | 89 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 85)). No. of Notices: 5. Notice Date 06/25/2021. (Admin.) (Entered: 06/26/2021) |
| 06/27/2021 | | 90 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 88)). No. of Notices: 10. Notice Date 06/27/2021. (Admin.) (Entered: 06/28/2021) |

| | | | |
|---|---|---|---|
| 06/28/2021 | | 91 | Motion to Quash *Subpoenas issued by Debtors* Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel). (Attachments: # 1 Exhibit A # 2 Proposed Order) (SOLARZ, REBECCA) (Entered: 06/28/2021) |
| 06/28/2021 | | 92 | Motion to Expedite Hearing (related documents Motion to Quash) Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel) (related document(s)91). (Attachments: # 1 Proposed Order) (SOLARZ, REBECCA) (Entered: 06/28/2021) |
| 06/29/2021 | | 93 | Proposed Order Re: *(Revised)* Filed by REBECCA ANN SOLARZ on behalf of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture (related document(s)91). (SOLARZ, REBECCA) (Entered: 06/29/2021) |
| 06/29/2021 | | 94 | Order Granting 92 Motion to Expedite Hearing Re: 91 Motion to Quash Subpoenas issued by Debtors Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ. A Zoom Hearing is scheduled for 6/30/2021 at 10:00 AM at Reading Video Hearing. (L., Denise) (Entered: 06/29/2021) |
| 06/29/2021 | | 95 | Motion to Quash *Subpoena Issued by Debtors* Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR.(Counsel). (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (SHURR, CHARLES) (Entered: 06/29/2021) |
| 06/29/2021 | | 96 | Motion to Expedite Hearing (related documents Motion to Quash) Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR.(Counsel) (related document(s)95). (Attachments: # 1 Proposed Order) (SHURR, CHARLES) (Entered: 06/29/2021) |
| 06/29/2021 | | 97 | Order Granting 96 Motion to Expedite Hearing Re: 95 Motion to Quash Subpoena Issued by Debtors Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR. A Zoom Hearing is scheduled for 6/30/2021 at 10:00 AM at Reading Video Hearing. (L., Denise) (Entered: 06/29/2021) |
| 06/29/2021 | | 98 | Certificate of Service *re: Motion to Squash and Expedited Hearing Notice* Filed by REBECCA ANN SOLARZ on behalf of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture (related document(s)91, 94). (SOLARZ, REBECCA) (Entered: 06/29/2021) |
| 06/29/2021 | | 99 | Proposed Order Re: *Motion to Quash (revised)* Filed by CHARLES N. SHURR JR. on behalf of Northwest Bank, successor to Union Community Bank (related document(s)95). (SHURR, CHARLES) (Entered: 06/29/2021) |
| 06/29/2021 | | 100 | Documents Filed by Cathleen Rachel Wisser , Larry Lee Wisser . (L., Denise) (Entered: 06/29/2021) |
| 06/29/2021 | | 101 | Certificate of Service *re: Motion to Quash Subpoena Issued by Debtors and Expedited Hearing Order* Filed by CHARLES N. SHURR JR. on behalf of Northwest Bank, successor to Union Community Bank (related document(s)97, 95). (Attachments: # 1 Exhibit A) (SHURR, CHARLES) |

| | | | |
|---|---|---|---|
| | | | (Entered: 06/29/2021) |
| 06/29/2021 | | [113](#) | Certificate of Service of Subpoenas Filed by Cathleen Rachel Wisser , Larry Lee Wisser (related document(s) 75 ). (W., Belinda) (Entered: 07/07/2021) |
| 06/30/2021 | | 102 | Hearing Held on [91](#) Motion to Quash *Subpoenas issued by Debtors* Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel). Motion Granted.(related document(s),[91](#)). (S., Barbara) (Entered: 06/30/2021) |
| 06/30/2021 | | 103 | Hearing Held on [95](#) Motion to Quash *Subpoena Issued by Debtors* Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR.(Counsel). Motion Granted. (related document(s),[95](#)). (S., Barbara) (Entered: 06/30/2021) |
| 06/30/2021 | | 104 | Hearing held and Continued on [68](#) Chapter 12 Confirmation. Confirmation Hearing scheduled 8/31/2021 at 01:00 PM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 06/30/2021) |
| 06/30/2021 | | 105 | Hearing held and Continued on [77](#) Amended Motion to Dismiss Case with Prejudice re Delay Filed by SCOTT F. WATERMAN (Chapter 12) Represented by SCOTT F. WATERMAN (Chapter 12) (Counsel). Hearing scheduled 8/31/2021 at 01:00 PM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 06/30/2021) |
| 06/30/2021 | | [106](#) | Order Granting Motion to Quash Subpoenas issued by Debtors Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ. (Related Doc # [91](#)) (L., Denise) (Entered: 06/30/2021) |
| 06/30/2021 | | [107](#) | Order Granting Motion to Quash Subpoena Issued by Debtors Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR (Related Doc # [95](#)) (L., Denise) (Entered: 06/30/2021) |
| 07/01/2021 | | [108](#) | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # [94](#))). No. of Notices: 4. Notice Date 07/01/2021. (Admin.) (Entered: 07/02/2021) |
| 07/01/2021 | | [109](#) | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # [97](#))). No. of Notices: 4. Notice Date 07/01/2021. (Admin.) (Entered: 07/02/2021) |
| 07/02/2021 | | [110](#) | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # [106](#))). No. of Notices: 4. Notice Date 07/02/2021. (Admin.) (Entered: 07/03/2021) |
| 07/02/2021 | | [111](#) | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # [107](#))). No. of Notices: 4. Notice Date 07/02/2021. (Admin.) (Entered: 07/03/2021) |
| 07/06/2021 | | [112](#) | Order Governing Procedures for Evidentiary Hearing on (I) Chapter 12 Trustees Amended Motion to Dismiss with Predjudice and (II) Confirmation of Chapter 12 Plan (related document(s)[77](#)). (B., Keith) (Entered: 07/06/2021) |

| 07/08/2021 | | 114 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 112)). No. of Notices: 4. Notice Date 07/08/2021. (Admin.) (Entered: 07/09/2021) |
| 07/27/2021 | | 115 | Motion to Quash *Subpoenas* and For Protective Order Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order # 5 Service List) (SOLARZ, REBECCA) (Entered: 07/27/2021) |
| 07/27/2021 | | 116 | Notice of (related document(s): 115 Motion to Quash *Subpoenas*) Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture. Hearing scheduled 8/17/2021 at 11:00 AM at Reading Telephone Hearing. (Attachments: # 1 Service List) (SOLARZ, REBECCA) (Entered: 07/27/2021) |
| 07/28/2021 | | 117 | Motion to Quash Subpoenas and For Protective Order Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR.(Counsel). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Service List # 5 Certificate of Service) (SHURR, CHARLES) **Modified on 7/30/2021 ** (L., Denise). (Entered: 07/28/2021) |
| 07/28/2021 | | 118 | Notice of (related document(s): 117 Motion to Quash ) Filed by Northwest Bank, successor to Union Community Bank. Hearing scheduled 8/17/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (SHURR, CHARLES) (Entered: 07/28/2021) |
| 07/30/2021 | | 119 | Supplemental Response In Support of Motion to Quash Subpoenas and for Protective Order filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture (related document(s)115). (Attachments: # 1 Exhibit A # 2 Amended Proposed Order # 3 Service List) (SOLARZ, REBECCA) (Entered: 07/30/2021) |
| 07/30/2021 | | 120 | Supplement To Motion to Quash Subpoenas and for Protective Order Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR.(Counsel). (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Service List # 4 Certificate of Service) (SHURR, CHARLES). Related document(s) 117 ** Modified on 8/2/2021 to reflect linkage/language** (L., Denise). (Entered: 07/30/2021) |
| 08/13/2021 | | 121 | Letter Filed by Cathleen Rachel Wisser , Larry Lee Wisser . (W., Yvette) (Entered: 08/16/2021) |
| 08/13/2021 | | 122 | Proof of Service Filed by Barry C Betz (related document(s)113). (W., Yvette) (Entered: 08/16/2021) |
| 08/16/2021 | | 123 | Second Supplement To Motion to Quash Subpoenas and for Protective Order Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR(Counsel). (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certification of Service) (SHURR, CHARLES). Related document(s) 120 ** Modified on 8/17/2021 to reflect linkage** (L., Denise). (Entered: 08/16/2021) |
| 08/17/2021 | | 124 | Hearing Held on 115 Motion to Quash *Subpoenas* and For Protective Order Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA |

| | | | |
|---|---|---|---|
| | | | ANN SOLARZ (Counsel). Motion Granted.(related document(s)_115_). (S., Barbara) (Entered: 08/17/2021) |
| 08/17/2021 | | 125 | Hearing Held on _117_ Motion to Quash Subpoenas and For Protective Order Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR.(Counsel). Motion Granted.(related document(s)_117_). (S., Barbara) (Entered: 08/17/2021) |
| 08/17/2021 | | _126_ | Order Granting _123_ Motion to Quash Subpoenas (and Second Supplement) and for Protective Order Filed by Northwest Bank, successor to Union Community Bank Represented by CHARLES N. SHURR JR (L., Denise) (Entered: 08/17/2021) |
| 08/17/2021 | | _127_ | Order Granting _115_ Motion to Quash Subpoenas and For Protective Order Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (L., Denise) (Entered: 08/17/2021) |
| 08/19/2021 | | _128_ | ** SEE DOC 131** Notice of Appearance and Request for Notice by SHAWN J. LAU Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAU, SHAWN) **Modified on 8−20−21** (L., Denise). (Entered: 08/19/2021) |
| 08/19/2021 | | _129_ | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # _126_)). No. of Notices: 4. Notice Date 08/19/2021. (Admin.) (Entered: 08/20/2021) |
| 08/19/2021 | | _130_ | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # _127_)). No. of Notices: 4. Notice Date 08/19/2021. (Admin.) (Entered: 08/20/2021) |
| 08/20/2021 | | _131_ | Notice of Appearance and Request for Notice −_Corrected_ by SHAWN J. LAU Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAU, SHAWN) (Entered: 08/20/2021) |
| 08/20/2021 | | _132_ | Disclosure of Compensation of Attorney for Debtor in the amount of Hourly plus Costs Joint Debtor Cathleen Rachel Wisser, Debtor Larry Lee Wisser Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAU, SHAWN) (Entered: 08/20/2021) |
| 08/23/2021 | | _133_ | Objection to Claim Number 1 by Claimant Northwest Bank. Filed by Cathleen Rachel Wisser, Larry Lee Wisser. (Attachments: # _1_ Exhibit # _2_ Exhibit # _3_ Exhibit # _4_ Exhibit # _5_ Exhibit # _6_ Exhibit # _7_ Proposed Order # _8_ Certificate of Service)(LAU, SHAWN) (Entered: 08/23/2021) |
| 08/23/2021 | | _134_ | Notice of Objection to claim Filed by Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)_133_). Hearing scheduled 9/21/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (Attachments: # _1_ Certificate of Service) (LAU, SHAWN) (Entered: 08/23/2021) |
| 08/24/2021 | | _135_ | Objection to Claim Number 11 by Claimant United States of America, acting through USDA−Farm Service Agency. Filed by Cathleen Rachel Wisser, Larry Lee Wisser. (Attachments: # _1_ Exhibit # _2_ Exhibit # _3_ Exhibit # _4_ Proposed Order # _5_ Certificate of Service)(LAU, SHAWN) (Entered: 08/24/2021) |
| 08/24/2021 | | _136_ | Notice of Objection to claim Filed by Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)_135_). Hearing scheduled 9/21/2021 at 11:00 |

| | | | |
|---|---|---|---|
| | | | AM at PENN4 − 4TH fl Courtroom. (Attachments: # 1 Certificate of Service) (LAU, SHAWN) (Entered: 08/24/2021) |
| 08/24/2021 | | 137 | Proposed Order Re: *Amended Proposed Order Objection to Claim 11−1* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)135). (LAU, SHAWN) (Entered: 08/24/2021) |
| 08/25/2021 | | 138 | Document in re: *Debtors' Witness list for Hearing scheduled August 31, 2021* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)112). (Attachments: # 1 Certificate of Service) (LAU, SHAWN) (Entered: 08/25/2021) |
| 08/25/2021 | | 139 | Document in re: *Debtors' Exhibit List for hearing scheduled on August 31, 2021* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)112). (Attachments: # 1 Certificate of Service) (LAU, SHAWN) (Entered: 08/25/2021) |
| 08/25/2021 | | 140 | Monthly Operating Report for Filing Period May 2021 − June 2021 Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAU, SHAWN) (Entered: 08/25/2021) |
| 08/25/2021 | | 141 | Document in re: *Amended Debtors' Witness List for hearing scheduled August 31, 2021* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)138). (Attachments: # 1 Certificate of Service) (LAU, SHAWN) (Entered: 08/25/2021) |
| 08/25/2021 | | 142 | Amended Document *Trustee's Exhibit List for Motion to Dismiss/Confirmation hearing* Filed by SCOTT F. WATERMAN (Chapter 12) on behalf of SCOTT F. WATERMAN (Chapter 12) (related document(s)84). (WATERMAN (Chapter 12), SCOTT) (Entered: 08/25/2021) |
| 08/25/2021 | | 143 | Motion *in Limine to Exclude Testimony and Evidence and Application for Protective Order or, in the Alternative, for Continuance of Evidentiary Hearing Scheduled for August 31, 2021* Filed by Cathleen Rachel Wisser, Larry Lee Wisser Represented by SHAWN J. LAU (Counsel). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Proposed Order # 5 Certificate of Service) (LAU, SHAWN) (Entered: 08/25/2021) |
| 08/25/2021 | | 144 | Motion to Expedite Hearing (related documents Generic Motion) Filed by Cathleen Rachel Wisser, Larry Lee Wisser Represented by SHAWN J. LAU (Counsel) (related document(s)143). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (LAU, SHAWN) (Entered: 08/25/2021) |
| 08/26/2021 | | 145 | Second Amended Ch. 12 Witness and Exhibit List for Dismiss/Confirmation Hearing Filed by SCOTT F. WATERMAN (Chapter 12) on behalf of SCOTT F. WATERMAN (Chapter 12) (related document(s)84). (Attachments: # 1 Service List) (WATERMAN (Chapter 12), SCOTT) (Entered: 08/26/2021) |
| 08/26/2021 | | 146 | Order Granting Motion to Expedite Hearing (Related Doc # 144) Hearing scheduled 8/31/2021 at 01:00 PM at Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading. (W., Belinda) (Entered: 08/26/2021) |
| 08/27/2021 | | 147 | Monthly Operating Report for Filing Period May 2021 − June 2021 − *AMENDED* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAU, SHAWN) (Entered: 08/27/2021) |

| | | | |
|---|---|---|---|
| 08/27/2021 | | 148 | Certificate of Service *of Order granting Expedited Hearing and Motion in Limine pursuant to Court's Order of 8/26/2021* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)146). (LAU, SHAWN) (Entered: 08/27/2021) |
| 08/27/2021 | | 149 | Document in re: *Certificate of Service of Request for Production of Documents Directed to the United States of America, Acting through the FSA−USDA* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAU, SHAWN) (Entered: 08/27/2021) |
| 08/27/2021 | | 150 | Document in re: *Certificates of Service for Requests for Production of Documents and Requests for Admissions directed to Northwest Bank, s/t Union Community Bank* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAU, SHAWN) (Entered: 08/27/2021) |
| 08/30/2021 | | 151 | **SEE DOCKET ENTRY 153 − REILED** Amended Document *Motion to Dismiss* Filed by SCOTT F. WATERMAN (Chapter 12) on behalf of SCOTT F. WATERMAN (Chapter 12) (related document(s)77). (Attachments: # 1 Service List) (WATERMAN (Chapter 12), SCOTT) Modified on 8/30/2021 (L., Denise). (Entered: 08/30/2021) |
| 08/30/2021 | | 152 | Debtor's Motion to Continue Hearing Re: Trustee's Motion to Dismiss Case. Filed by SHAWN J. LAU (Counsel) (related document(s)77. 153). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (LAU, SHAWN). (Entered: 08/30/2021) |
| 08/30/2021 | | 153 | Second Amended Motion to Dismiss Debtor *with Prejudice* Filed by SCOTT F. WATERMAN (Chapter 12) Represented by SCOTT F. WATERMAN (Chapter 12) (Counsel). (Attachments: # 1 Service List) (WATERMAN (Chapter 12), SCOTT) (Entered: 08/30/2021) |
| 08/31/2021 | | 154 | Proof of Service *of subpoena on Cathleen Wisser* Filed by SCOTT F. WATERMAN (Chapter 12) on behalf of SCOTT F. WATERMAN (Chapter 12) (related document(s)153). (WATERMAN (Chapter 12), SCOTT) **Modified on 8/31/2021** (L., Denise). (Entered: 08/31/2021) |
| 08/31/2021 | | 155 | Hearing held and Continued on 68 Chapter 12 Confirmation. Hearing scheduled 10/12/2021 at 01:00 PM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 08/31/2021) |
| 08/31/2021 | | 156 | Hearing held and Continued on 153 Second Amended Motion to Dismiss Debtor *with Prejudice* Filed by SCOTT F. WATERMAN (Chapter 12) Represented by SCOTT F. WATERMAN (Chapter 12) (Counsel). Hearing scheduled 10/12/2021 at 01:00 PM at PENN4 − 4TH fl Courtroom. (S., Barbara) Modified on 8/31/2021 (S., Barbara). (Entered: 08/31/2021) |
| 08/31/2021 | | | Corrective Entry re: Hearing held and Continued on 68 Chapter 12 Confirmation. Hearing scheduled 10/12/2021 at 01:00 PM at PENN4 − 4TH fl Courtroom. (related document(s) 155 ). Entry Modified to reflect correct hearing date. (S., Barbara) (Entered: 08/31/2021) |
| 08/31/2021 | | | Corrective Entry re: Hearing held and Continued on 153 Second Amended Motion to Dismiss Debtor *with Prejudice* Filed by SCOTT F. WATERMAN (Chapter 12) Represented by SCOTT F. WATERMAN (Chapter 12) (Counsel). Hearing scheduled 10/12/2021 at 01:00 PM at PENN4 − 4TH fl Courtroom. Entry Modified to reflect correct hearing date. (related document(s) 156 ). (S., Barbara) (Entered: 08/31/2021) |

| | | | |
|---|---|---|---|
| 08/31/2021 | | 157 | Hearing held and Continued on <u>143</u> Motion *in Limine to Exclude Testimony and Evidence and Application for Protective Order or, in the Alternative, for Continuance of Evidentiary Hearing Scheduled for August 31, 2021* Filed by Cathleen Rachel Wisser, Larry Lee Wisser Represented by SHAWN J. LAU (Counsel). Hearing scheduled 10/12/2021 at 01:00 PM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 08/31/2021) |
| 08/31/2021 | | 158 | Hearing Rescheduled on <u>133</u> Objection to Claim Number 1 by Claimant Northwest Bank. Filed by Cathleen Rachel Wisser, Larry Lee Wisser. Hearing scheduled 10/5/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 08/31/2021) |
| 08/31/2021 | | 159 | Hearing Rescheduled on <u>135</u> Objection to Claim Number 11 by Claimant United States of America, acting through USDA−Farm Service Agency Filed by Cathleen Rachel Wisser, Larry Lee Wisser. Hearing scheduled 10/5/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 08/31/2021) |
| 09/01/2021 | | <u>160</u> | Amended Notice of Objection to claim Filed by Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)<u>135</u>). Hearing scheduled 10/5/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (Attachments: # <u>1</u> Certificate of Service) (LAU, SHAWN) (Entered: 09/01/2021) |
| 09/01/2021 | | <u>161</u> | (Amended) Certificate of Service *of Debtors' Objection to Proof of Claim 11* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)<u>135</u>). (LAU, SHAWN) (Entered: 09/01/2021) |
| 09/02/2021 | | <u>162</u> | Proposed Order Re: *Motion to Dismiss w/Prej/Confirmationn* Filed by SCOTT F. WATERMAN (Chapter 12) on behalf of SCOTT F. WATERMAN (Chapter 12) (related document(s) 156 , <u>153</u>). (WATERMAN (Chapter 12), SCOTT) (Entered: 09/02/2021) |
| 09/03/2021 | | <u>163</u> | Ordered that the hearing on the Debtors Objections to Proof of Claim No. 11 & No. 1 shall be relisted to October 5, 2021 at 11:00. IT IS FURTHER ORDERED THAT the Confirmation hearing and the Ch 12 Trustees (Second) Motion to Dismiss with Prejudice shall be relisted to October 12, 2021 at 1:00 pm . The Debtors Motion in Limine shall be deferred. (related document(s)<u>133</u>, <u>153</u>, <u>135</u>, <u>143</u>). (L., Denise) (Entered: 09/03/2021) |
| 09/05/2021 | | <u>164</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>163</u>)). No. of Notices: 4. Notice Date 09/05/2021. (Admin.) (Entered: 09/06/2021) |
| 09/08/2021 | | <u>165</u> | First Application for Compensation for SCOTT F. WATERMAN (Chapter 12), Trustee Chapter 12, Period: 8/2/2021 to 8/31/2021, Fee: $, Expenses: $458.95. Filed by SCOTT F. WATERMAN (Chapter 12) Represented by Self(Counsel). (Attachments: # <u>1</u> Exhibit A # <u>2</u> Proposed Order) (WATERMAN (Chapter 12), SCOTT) (Entered: 09/08/2021) |
| 09/08/2021 | | <u>166</u> | Notice of (related document(s): <u>165</u> First Application for Compensation for SCOTT F. WATERMAN (Chapter 12), Trustee Chapter 12, Period: 8/2/2021 to 8/31/2021, Fee: $, Expenses: $458.95.) Filed by SCOTT F. WATERMAN (Chapter 12). (Attachments: # <u>1</u> Service List) (WATERMAN (Chapter 12), SCOTT) (Entered: 09/08/2021) |
| 09/23/2021 | | <u>167</u> | Document in re: *Certificates of Service for the Responses of Northwest Bank to Debtors' First Set of Requests for Admissions and Debtors' First* |

| | | | |
|---|---|---|---|
| | | | *Set of Requests for Production of Documents* Filed by CHARLES N. SHURR JR. on behalf of Northwest Bank, successor to Union Community Bank. (SHURR, CHARLES) (Entered: 09/23/2021) |
| 09/23/2021 | | 168 | Response to Objection to Claim filed by Debtor Larry Lee Wisser, Joint Debtor Cathleen Rachel Wisser Filed by Northwest Bank, successor to Union Community Bank (related document(s)133). (Attachments: # 1 Exhibit A # 2 Certificate of Service) (SHURR, CHARLES) (Entered: 09/23/2021) |
| 09/27/2021 | | 169 | Response to Objection to Claim filed by Debtor Larry Lee Wisser, Joint Debtor Cathleen Rachel Wisser Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture (related document(s)135). (Attachments: # 1 Certificate of Service) (SOLARZ, REBECCA) (Entered: 09/27/2021) |
| 09/27/2021 | | 170 | Document in re: *Certificate of Service for USDA's Response to Debtors' Request for Production* Filed by REBECCA ANN SOLARZ on behalf of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture. (SOLARZ, REBECCA) (Entered: 09/27/2021) |
| 09/28/2021 | | 171 | Motion to Compel *Production or, in the alternative, Apply a Negative Inference* Filed by Cathleen Rachel Wisser, Larry Lee Wisser Represented by SHAWN J. LAU (Counsel). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (LAU, SHAWN) (Entered: 09/28/2021) |
| 09/28/2021 | | 172 | Notice of (related document(s): 171 Motion to Compel *Production or, in the alternative, Apply a Negative Inference*) Filed by Cathleen Rachel Wisser, Larry Lee Wisser. Hearing scheduled 10/19/2021 at 11:00 AM . (Attachments: # 1 Certificate of Service) (LAU, SHAWN) (Modified on 9/29/2021 − order entered) (L., Denise). (Entered: 09/28/2021) |
| 09/28/2021 | | 173 | Motion to Continue Hearing On Motion to Compel */Objection to Claim 11−1 Hearing set for 10/5/2021* Filed by Cathleen Rachel Wisser, Larry Lee Wisser Represented by SHAWN J. LAU (Counsel) (related document(s)171). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (LAU, SHAWN) (Entered: 09/28/2021) |
| 09/28/2021 | | 174 | Order Granting Debtor's Motion to Compel Production or, in the alternative, Apply a Negative Inference (Related Doc # 171) (L., Denise) (Entered: 09/28/2021) |
| 09/30/2021 | | 175 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 174)). No. of Notices: 4. Notice Date 09/30/2021. (Admin.) (Entered: 10/01/2021) |
| 10/01/2021 | | 176 | Proposed Order Re: *Motion to Compel or, in the Alternative, Apply a Negative Inference* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)174). (LAU, SHAWN) (Entered: 10/01/2021) |
| 10/01/2021 | | 177 | Amended Order Granting Debtor's Motion to Compel Production or, in the alternative, Apply a Negative Inference (related document(s)174). (L., Denise) (Entered: 10/01/2021) |
| 10/03/2021 | | 178 | |

18

| | | | |
|---|---|---|---|
| | | | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 177)). No. of Notices. 4. Notice Date 10/03/2021. (Admin.) (Entered: 10/04/2021) |
| 10/04/2021 | | 179 | Certificate of No Response to *Chapter 12 Trustee First Application REimbursement of Expenses* Filed by SCOTT F. WATERMAN (Chapter 12) on behalf of SCOTT F. WATERMAN (Chapter 12) (related document(s)165). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (WATERMAN (Chapter 12), SCOTT) (Entered: 10/04/2021) |
| 10/05/2021 | | 180 | Hearing Continued on 133 Objection to Claim Number 1 by Claimant Northwest Bank. Filed by Cathleen Rachel Wisser, Larry Lee Wisser. (Settlement Pending.) Hearing scheduled 11/9/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 10/05/2021) |
| 10/05/2021 | | 181 | Hearing held and Continued on 135 Objection to Claim Number 11 by Claimant United States of America, acting through USDA−Farm Service Agency Filed by Cathleen Rachel Wisser, Larry Lee Wisser. (Witness and Exhibit Lists to be submitted by 11/4/21.) Hearing scheduled 11/9/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 10/05/2021) |
| 10/05/2021 | | 182 | Transcript regarding Hearing Held 08/31/2021 RE: Chapter 12 Confirmation, Second Amended Motion to Dismiss Debtor with Prejudice, and Motion in Limine. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s) 156 , 155 , 157 ). Notice of Intent to Request Redaction Deadline Due By 10/12/2021. Redaction Request Due By 10/26/2021. Redacted Transcript Submission Due By 11/5/2021. Transcript access will be restricted through 1/3/2022. (R., Sara) (Entered: 10/05/2021) |
| 10/05/2021 | | 183 | Order Governing Procedures at Evidentiary Hearing scheduled for November 9, 2021 at 11:00 a.m. Re: 135 Debtor's Objection to Claim Number 11 by Claimant United States of America, acting through USDA−Farm Service Agency. (L., Denise) (Entered: 10/06/2021) |
| 10/05/2021 | | 198 | Order Granting 165 First Application For Compensation for SCOTT F. WATERMAN (Chapter 12) Trustee as reimbursement of expenses awarded in the amount: $458.95 (L., Denise) (Entered: 10/12/2021) |
| 10/06/2021 | | 184 | Supplemental Motion *in Limine to Exclude Testimony of John Hayes* Filed by Cathleen Rachel Wisser, Larry Lee Wisser Represented by SHAWN J. LAU (Counsel). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Proposed Order # 5 Certificate of Service) (LAU, SHAWN) (Entered: 10/06/2021) |
| 10/06/2021 | | 185 | Motion to Expedite Hearing (related documents Generic Motion) *on Debtors' Supplemental Motion in Limine* Filed by Cathleen Rachel Wisser, Larry Lee Wisser Represented by SHAWN J. LAU (Counsel) (related document(s)184). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (LAU, SHAWN) (Entered: 10/06/2021) |
| 10/07/2021 | | 186 | Monthly Operating Report for Filing Period July − August, 2021 Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAU, SHAWN) (Entered: 10/07/2021) |
| 10/07/2021 | | 187 | Order Denying 185 Motion to Expedite Hearing In Re: 184 Debtor's Supplemental Motion in Limine to Exclude Testimony of John Hayes. A |

| | | | |
|---|---|---|---|
| | | | hearing to consider the Motion shall be held on Tuesday, October 12, 2021 at 1:00 p.m., in the U.S. Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601 (L., Denise) (Entered: 10/07/2021) |
| 10/07/2021 | | 188 | Notice of (related document(s): 184 Supplemental Motion *in Limine to Exclude Testimony of John Hayes*) Filed by Cathleen Rachel Wisser, Larry Lee Wisser. Hearing scheduled 10/12/2021 at 01:00 PM at PENN4 − 4TH fl Courtroom. (Attachments: # 1 Certificate of Service) (LAU, SHAWN) (Entered: 10/07/2021) |
| 10/08/2021 | | 189 | Ch. 12 Trustee's Reply in Opposition to Debtors' Supplemental Motion to Exclude John Hayes Testimony. Filed by SCOTT F. WATERMAN (Chapter 12) (related document(s)184 ]). (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Service List) (WATERMAN (Chapter 12), SCOTT). (Entered: 10/08/2021) |
| 10/08/2021 | | 190 | Sur−Reply by Cathleen Rachel Wisser, Larry Lee Wisser to Ch. 12 Trustee's Reply in Opposition to Debtors' Supplemental Motion in Limine to Exclude Testimony of John Hayes. (related document(s)189). (Attachments: # 1 Certificate of Service) (LAU, SHAWN) (Entered: 10/08/2021) |
| 10/08/2021 | | 191 | Amended Disclosure of Compensation of Attorney for Debtor in the amount of 13,872.50 . Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (Attachments: # 1 Certificate of Service) (LAU, SHAWN) (Entered: 10/08/2021) |
| 10/08/2021 | | 192 | Application for Compensation *in the amount of $13,872.50* for SHAWN J. LAU, Debtor's Attorney, Period: 8/16/2021 to 10/7/2021, Fee: $13,872.50, Expenses: $. Filed by SHAWN J. LAU Represented by Self(Counsel). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (LAU, SHAWN) (Entered: 10/08/2021) |
| 10/08/2021 | | 193 | Notice of (related document(s): 192 Application for Compensation *in the amount of $13,872.50* for SHAWN J. LAU, Debtor's Attorney, Period: 8/16/2021 to 10/7/2021, Fee: $13,872.50, Expenses: $.) Filed by Cathleen Rachel Wisser, Larry Lee Wisser. (Attachments: # 1 Certificate of Service) (LAU, SHAWN) (Entered: 10/08/2021) |
| 10/08/2021 | | 194 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 183)). No. of Notices: 4. Notice Date 10/08/2021. (Admin.) (Entered: 10/09/2021) |
| 10/09/2021 | | 195 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 187)). No. of Notices: 4. Notice Date 10/09/2021. (Admin.) (Entered: 10/10/2021) |
| 10/11/2021 | | 196 | Monthly Operating Report for Filing Period September 2021 (Preliminary) Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser. (LAU, SHAWN) (Entered: 10/11/2021) |
| 10/11/2021 | | 197 | Document in re: *Amended Exhibit List for Hearing Scheduled 10/12/2021* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)139). (Attachments: # 1 Certificate of Service) (LAU, SHAWN) (Entered: 10/11/2021) |
| 10/12/2021 | | 199 | |

| | | | |
|---|---|---|---|
| | | | Proposed Order Re: *Retaining Jurisdiction for Consideration of Fee Application of Lau & Associates, P.C.* Filed by SHAWN J. LAU (related document(s)192). (Attachments: # 1 Certificate of Service) (LAU, SHAWN). (Entered: 10/12/2021) |
| 10/12/2021 | | 200 | Hearing Continued on 68 Chapter 12 Confirmation. Hearing scheduled 11/30/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (S., Barbara) (Entered: 10/12/2021) |
| 10/12/2021 | | 201 | Hearing Held on 143 Motion *in Limine to Exclude Testimony and Evidence and Application for Protective Order or, in the Alternative, for Continuance of Evidentiary Hearing Scheduled for August 31, 2021* Filed by Cathleen Rachel Wisser, Larry Lee Wisser Represented by SHAWN J. LAU (Counsel). Motion Denied. (related document(s),143). (S., Barbara) (Entered: 10/12/2021) |
| 10/12/2021 | | 202 | Hearing Held on 184 Supplemental Motion *in Limine to Exclude Testimony of John Hayes* Filed by Cathleen Rachel Wisser, Larry Lee Wisser Represented by SHAWN J. LAU (Counsel). Motion Denied. (related document(s),184). (S., Barbara) (Entered: 10/12/2021) |
| 10/12/2021 | | 203 | Hearing Held on 153 Second Amended Motion to Dismiss Debtor *with Prejudice* Filed by SCOTT F. WATERMAN (Chapter 12) Represented by SCOTT F. WATERMAN (Chapter 12) (Counsel). Matter Taken Under Advisement. (related document(s),153). (S., Barbara) (Entered: 10/12/2021) |
| 10/12/2021 | | 204 | Amended Certificate of Service *of Proposed Order to Retain Jurisdiction* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)199). (LAU, SHAWN) (Entered: 10/12/2021) |
| 10/12/2021 | | 205 | Trustee's Brief on Chapter 12 Dismissal for Bad Faith and Fraud filed by SCOTT F. WATERMAN (Chapter 12). (L., Denise) (Entered: 10/13/2021) |
| 10/13/2021 | | 206 | Debtor's Reply and Bench Brief to Trustee's Bench Brief on Ch. 12 Dismissal for Bad Faith and Fraud Filed by SHAWN LAU (related document(s)205). (Attachments: # 1 Certificate of Service) (LAU, SHAWN) (Entered: 10/13/2021) |
| 10/14/2021 | | 207 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 198)). No. of Notices: 4. Notice Date 10/14/2021. (Admin.) (Entered: 10/15/2021) |
| 10/18/2021 | | 208 | Transcript regarding Hearing Held 10/12/2021 RE: Motion in Limine to Exclude Testimony and Evidence and Application for Protective Order or, in the Alternative, for Continuance of Evidentiary Hearing Scheduled for August 31, 2021 −AND− Supplemental Motion in Limine to Exclude Testimony of John Hayes −AND − Second Amended Motion to Dismiss Debtor with Prejudice. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s) 203 , 202 , 201 ). Notice of Intent to Request Redaction Deadline Due By 10/25/2021. Redaction Request Due By 11/8/2021. Redacted Transcript Submission Due By 11/18/2021. Transcript access will be restricted through 1/16/2022. (R., Sara) (Entered: 10/18/2021) |
| 10/18/2021 | | 209 | Court's Certificate of Mailing. Number of notices: 1. Mailed Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction |

| | | | |
|---|---|---|---|
| | | | to DAVID R. ESHELMAN, ESQUIRE DAVID R. ESHELMAN, P.C. 424 Walnut StreetReading, PA 19603 (related document(s)208). (R., Sara) (Entered: 10/18/2021) |
| 10/20/2021 | | 210 | Motion *to Preclude Direct Testimony by Affidavit* Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel). (Attachments: # 1 Proposed Order) (SOLARZ, REBECCA) (Entered: 10/20/2021) |
| 10/20/2021 | | 211 | Motion to Expedite Hearing Re: *Motion to Preclude Testimony by Affidavit* Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel) (related document(s)210). (Attachments: # 1 Proposed Order) (SOLARZ, REBECCA) (Entered: 10/20/2021) |
| 10/21/2021 | | 212 | Order Granting 211 Motion Expedite Hearing Re: 210 Motion to Preclude Testimony by Affidavit Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ. Expedited Hearing scheduled 11/2/2021 at 11:00 AM at PENN4 − 4TH fl Courtroom. (L., Denise) (Entered: 10/21/2021) |
| 10/21/2021 | | 213 | Certificate of Service *for Expedited Order & Motion to Preclude Testimony* Filed by REBECCA ANN SOLARZ on behalf of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture (related document(s)210, 211, 212). (SOLARZ, REBECCA) (Entered: 10/21/2021) |
| 10/23/2021 | | 214 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 212)). No. of Notices: 4. Notice Date 10/23/2021. (Admin.) (Entered: 10/24/2021) |
| 10/28/2021 | | 215 | Order granting 77 Amended Motion to Dismiss Case with Prejudice re Delay Filed by SCOTT F. WATERMAN. The Debtors are prohibited from filing for bankruptcy protection under any chapter of the Bankruptcy Code on or before six (6) months from the date of this Order starting 10/28/2021 to 4/28/2022. (L., Denise) (Entered: 10/28/2021) |
| 10/28/2021 | | 216 | PMM Bench Opinion. PDF with attached Audio File. Court Date & Time [ 10/28/2021 12:57PM ]. File Size [ 5275KB ]. Run Time [ 00:24:46 ]. (cspeak). (Entered: 10/28/2021) |
| 10/30/2021 | | 217 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 215)). No. of Notices: 36. Notice Date 10/30/2021. (Admin.) (Entered: 10/31/2021) |
| 11/01/2021 | | 218 | Certificate of No Response to *Application for Compensation in the amount of $13,872.50 for SHAWN J. LAU, Debtor's Attorney* Filed by SHAWN J. LAU on behalf of Cathleen Rachel Wisser, Larry Lee Wisser (related document(s)192, 193). (Attachments: # 1 Proposed Order) (LAU, SHAWN) (Entered: 11/01/2021) |
| 11/02/2021 | | 219 | Order Granting Application For Compensation (Related Doc # 192) Granting for SHAWN J. LAU, fees awarded: $13872.50. The Trustee is authorized to pay counsel $9,372.50 (the allowed amount minus the amount paid to counsel pre−petition). (L., Denise) (Entered: 11/02/2021) |

| | | | |
|---|---|---|---|
| 11/02/2021 | | 220 | Hearing on Motion *to Preclude Direct Testimony by Affidavit* Filed by United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture Represented by REBECCA ANN SOLARZ (Counsel) Cancelled. Reason for Cancellation: Case Dismissed 10−28−21. (related document(s)210). (S., Barbara) (Entered: 11/02/2021) |
| 11/04/2021 | | 221 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 219)). No. of Notices: 4. Notice Date 11/04/2021. (Admin.) (Entered: 11/05/2021) |
| 11/09/2021 | | 222 | Notice of Appeal to District Court. Receipt Number 0, Fee Amount $298.00 Not Paid Filed by Cathleen Rachel Wisser , Larry Lee Wisser (related document(s)215 Order). Appellant Designation due by 11/23/2021. Transmission of record on appeal to District Court Due Date:12/7/2021. (L., Denise)CC: Larry & Cathleen Wisser, Bruce Brown, U. S. Dept. of Agriculture, Scott Waterman, Esq., U.S. Trustee; E−mail Notification to The Honorable Patricia M. Mayer (Entered: 11/09/2021) |
| 11/09/2021 | | 223 | Application to Proceed in District Court without Prepaying Fees or Costs Filed by Cathleen Rachel Wisser , Larry Lee Wisser . (L., Denise) (Entered: 11/09/2021) |
| 11/09/2021 | | 224 | Court's Certificate of Mailing Re: 222 Notice of Appeal CC: Larry & Cathleen Wisser, Bruce Brown, U. S. Dept. of Agriculture, Scott Waterman, Esq., U.S. Trustee; E−mail Notification to The Honorable Patricia M. Mayer (L., Denise) **Modified on 11/10/2021 to include text** (L., Denise). (Entered: 11/09/2021) |
| 11/10/2021 | | 226 | Order Denying Application to Proceed In Forma Pauperis (related document(s)223). It is hereby Ordered that the IFP Motion is denied. The Debtors must pay the appropriate fees to proceed in District Court. (B., John) (Entered: 11/12/2021) |
| 11/10/2021 | | 228 | Electronic Transmission of Notice of Appeal to District Court (related document(s)222). (L., Denise) (Entered: 11/19/2021) |
| 11/11/2021 | | 225 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 224)). No. of Notices: 2. Notice Date 11/11/2021. (Admin.) (Entered: 11/12/2021) |
| 11/14/2021 | | 227 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 226)). No. of Notices: 9. Notice Date 11/14/2021. (Admin.) (Entered: 11/15/2021) |
| 11/19/2021 | | 229 | Notice of Docketing Record on Appeal to District Court. Case Number: 21−cv−5110 assigned to Judge Edward G. Smith. (related document(s)222). (L., Denise) (Entered: 11/19/2021) |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Larry Lee and
**Cathleen Rachel Wisser,**                              :          **Chapter 12**
                                                                       :
                                    **Debtors.**        :
                                                                       :          **Bky. No.  20-14201 (PMM)**
-------------------------------------------------------------------------------------------

**ORDER DISMISSING BANKRUPTCY CASE**

Upon Consideration of the Chapter 12 Trustee's Amended Motion to Dismiss with

Prejudice (doc. #77, amended at doc. #153, the "Motion");

AND a hearing on the Motion having been held and concluded on October 12, 2021;

AND for the reasons stated in an oral bench ruling placed on the docket

contemporaneously with this Order;

It is hereby **ordered** that:

1)          The Motion is **granted**;

2)          This chapter 12 case is **dismissed**;

3)          The Debtors are **prohibited from filing for bankruptcy protection under any chapter**

**of the Bankruptcy Code** on or before six (6) months from the date of this Order;

4)          Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 12 plan payments in the

possession of the Trustee shall not revest in the entity in which such property was vested

immediately before the commencement of the case.  All other property of the estate shall revest

pursuant to 11 U.S.C. §349(b)(3);

5)          The Court shall retain jurisdiction in order to consider the Application for Compensation

and Reimbursement of Expenses of Shawn J. Lau & Associates (doc. #192);

6)          Additional applications for allowance of administrative expenses (including applications

for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this

Order.;

7)      Promptly after the expiration of the response period for any application authorized by

Paragraph 6 above, counsel for the Debtors shall file either:

> (a) a Certification of No Response confirming that neither an objection to the
>
> proposed compensation nor an application for administrative expense has been
>
> filed; or
>
> (b) a Certification that an objection or an application has been filed (after which
>
> the Clerk shall schedule a hearing on all such applications).

8)   If no Certification, as required above in Paragraph 7 has been entered on the docket within

sixty-three (63) days of the entry of this Order, then the Trustee shall: (a) if any applications

for administrative expenses other than Debtors' counsel's have been filed, request a hearing

thereon or (b) if no such applications have been filed, return the undistributed chapter 12 plan

payments in his possession  to the Debtors pursuant to §1226(a).

DATE: October 28, 2021

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

-2-

25



**In The United States District Court**
**Eastern Division of Pennsylvania and**
**The Bankruptcy Appellate Panel Allentown Pennsylvania**

2021 NOV -9  PM 2: 30

LH

NOV - 9 2021

TIMOTHY McGRATH, CLERK
DEP CLERK

BY

| | | |
|---|---|---|
| **Larry Wisser** | ) | |
| **And** | | |
| **Cathleen Wisser** | ) | |
| | | |
| **Plaintiffs** | ) | **Cause Number** 20 - 14201 |
| | | |
| **Vs** | ) | |
| BRUCE BROWN, SCOTT WATER MAN | | |
| **Mr. Bruce Brown Individually** | ) | |
| **And as Agent for United States** | | |
| **Dept. Agriculture** | ) | **Deprivation of Due Process** |
| | | **Equal Protection of Law** |
| **The United States** | ) | **Fraud Upon the Courts** |
| **Department of Agriculture** | | |
| | ) | |
| | | **JURY TRIAL DEMANDED** |
| **John and Jane Does 1-10** | ) | |
| **yet to be identified** | | |
| | ) | **Plaintiffs** |
| **Defendants** | | **ORIGINAL COMPLAINT** |
| BRUCE BROWN SCOTT WATER MAN | | |

**Plaintiffs Original Complaint**
**And Appeal to BAP**


        **Now Comes Larry and Cathleen Wisser,  Plaintiffs**  and herein  file this
Original Complaint for Fraud Upon the Court, Bad Faith Deceptive Process /
Abuse of Process,  Violations of the  Freedom of Information Act, Civil Rights
Deprivations and Fraud Upon the Bankruptcy Courts in Pennsylvania.

1

1. Jurisdiction and Venue is provided by the United States Constitution and Laws as well as the Laws and Constitution for the Commonwealth of Pennsylvania.

The 4th, 5th, 9th, 10th and 14th Amendment of the United States Constitution.

## Equal Protection | Wex | US Law | LII / Legal Information ...

LII https://www.law.cornell.edu › wex › equal_protection

U.S. Constitution. The Fifth Amendment's Due Process Clause requires the United States government to practice equal protection. The Fourteenth Amendment's Equal Protection Clause requires states to practice equal protection. Equal protection forces a state to govern impartially—not draw distinctions between individuals solely on differences ...

## 14th Amendment | U.S. Constitution | US Law | LII / Legal ...

LII https://www.law.cornell.edu › constitution › amendmentxiv

14th Amendment. The Fourteenth Amendment addresses many aspects of citizenship and the rights of citizens. The most commonly used -- and frequently litigated -- phrase in the amendment is " equal protection of the laws ", which figures prominently in a wide variety of landmark cases, including Brown v.

2. The Freedom of Information Act of the United States
## The Freedom of Information Act, 5 U.S.C. § 552

3. Jurisdiction and Venue

## 28 U.S. Code Part IV - JURISDICTION AND VENUE | U.S. Code

LII https://www.law.cornell.edu › uscode › text › 28 › part-IV

chapter 83—courts of appeals (§§ 1291 - 1296) chapter 85—district courts; jurisdiction (§§ 1330 - 1369) chapter 87—district courts; venue (§§ 1390 - 1413) chapter 89—district

2

courts; removal of cases from state courts (§§ 1441 - 1455) [chapter 90—omitted] chapter
91—united states court of federal claims (§§ 1491 ...

## I.
## Individual and Specific Counts of Plaintiff's Lawful Rights

1. ‗Beginning on or about February 1st  2005   Your Plaintiff's were involved in
   obtaining Credit from the USDA  ( US Department of Agriculture ) and
   dealing primarily with USDA Agent Mr. Bruce Brown.  The Nature of the
   Loans were Operations and Facilities Financing for the Wisser Farm herein
   described.   8149 BAUSCH RD NEW TRIPOLI, PA 18066

2. During the following Years The Wissers received $150,000  ONE HUNDRED
   FIFTY THOUSAND DOLLARS in Farm Preservation Grant money that USDA
   Agent Bruce Brown misappropriated and absconded with using methods
   unknown to and secreted from the Wissers.  This $150,000.00 amount was
   deprived from the Wissers and taken by USDA Agent Bruce Brown.

3. During this same Period  another $255,000.00  in USDA Backed Loans and
   $40,000,00 for a Mystery Milk Tank and a $30,000.00  Mystery Loan was created
   by USDA Agent Bruce Brown for which said Amounts were NEVER Provided to
   the Wissers for Their Benefit or Operations for their Farm which caused Them
   to seek Chapter 12 Bankruptcies over the past 10 years +.

4. During this period beginning in 2015 the Wissers began asking for production
   of the USDA's Files and Records associated with the Farm Preservation Money
   and Mystery Loans for which They DID NOT RECEIVE benefit of  to reconcile
   and audit the ACTUAL AMOUNTS which have been owed to the USDA which
   are involved in Their Bankruptcies under Chapter 12 of the US Bankruptcy
   Code.

3

5. Only Last Month did US Bankruptcy Judge Meyers finally ORDER the USDA to
   provide to the Wissers the Files and Records associated with these Mystery
   Loans and the Vanished Absconded Farm Preservation Monies so that
   Wissers could properly account for monies actually owed to the USDA.  Said
   production of the  FOIA'd Files and Records were UNSATISFACTORILY and
   Only Partially Produced on October 28th 2021 to the Wissers.  On the very day
   These FOIA'd files and records were finally produced 7 years late.  The US
   Bankruptcy Court fraudulently dismissed Wissers most recent Ch 12
   Bankruptcy and DID NOT ALLOW the Wissers to Audit and Reconcile Monies
   actually owed to the USDA.

6. In the records finally produced 7 years LATE …. There appears THREE US
   TREASURY CHECKS which have been Absconded With and By Fraudulent
   Means ( Forged ) totalling more than $300,000.00  for which the Wissers have
   never seen, never received benefit of and until October 28th 2021 have had NO
   KNOWLEDGE OF.

7. These very large sums of money IF the Wissers had actually received them
   THEY WOULD HAVE NEVER needed to seek Chapter 12 Bankruptcy Protection
   and would have been spared more than a Decades Struggle and Huge
   Expenses to Protect Themselves and Property from Seizure by the USDA in
   the Unconscionable and Fraudulent Collections Activities engaged in by
   USDA. Said Abusive and Fraudulent Collections efforts by USDA constitute
   violations of the FAIR DEBT COLLECTIONS PRACTICES ACT

## Fair Debt Collection Practices Act | Federal Trade Commission

https://www.ftc.gov › enforcement › rules › rulemaking-regulatory-reform-proceedings ›
fair-debt-collection-practices-act-text
Fair Debt Collection Practices Act As amended by Public Law 111-203, title X, 124 Stat. 2092
(2010) As a public service, the staff of the Federal Trade Commission (FTC) has prepared the
following complete text of the Fair Debt Collection Practices Act §§ 1692-1692p.

4

8. The Conduct of USDA and It's Agent Bruce Brown and the USDA constitutes Common Law Fraud as well as Unconstitutional Denial of Equal Protection and Due Process of Law by acting to Violate the Freedom of Information Laws as well as the Concealment of Records associated with the ACTUAL AMOUNTS OWING to the USDA in the Chapter 12 Proceedings dismissed by Judge Meyers on October 28th 2021 being the same day the Wissers finally received the PARTIAL PRODUCTION of FOIA'd Files and Records hidden by Mr. Bruce Brown and the USDA for the preceding 7 years.

9. At this time the ORIGINAL Treasury Checks with the ORIGINAL INK SIGNATURES are being sought by Pennsylvania State Police Troopers for Forensic Examination as the PHOTO-COPIED Checks produced on October 28th 2021 Can NOT Properly Be Authenticated Forensically because they have been DIGITALLY COMPUTER REPRODUCED. Wissers have Never Seen nor had Knowledge of the COPIED Checks Produced.


II.


<u>Bad Faith and Fraud engaged in by USDA and Agent Bruce Brown</u>


1. Hiding and Concealing the Files and Records of USDA and the FOIA Violations involved denied to Wissers the ability to accurately provide Facts and Figures to the Bankruptcy Court and Trustees during multiple Chapter 12 Proceedings.

2. During the past decade, the Wissers have suffered a Fraudulent Seizure of Their Dairy Herd by Agent Bruce Brown and USDA causing a complete shut down of their ability to Produce Milk and Income. Said Seizure of the

5

Wisser Herd by FRAUD has been part of an UNRELENTING PURSUIT by USDA and Agent Bruce Brown to Deny to the Wissers and By Fraud, Deception and Theft take Their Farm Business, Home and virtually everything the Wissers Own.  The Bad Faith, Deceptive and Fraudulent Concealment of Records and Files subject to FOIA over the last 7 years and more has created the Circumstances of the Recent Dismissal of the Wissers Recent Chapter 12 Bankruptcy.

3.  The Stay associated with the Recently Dismissed Chapter 12 should be IMMEDIATELY  Reinstated until the Wissers and the Treasury Checks and other files and records can be fully AUTHENTICATED and AUDITED.

4.  At this time the Pennsylvania State Police are seeking the ORIGINAL Treasury Checks signed in Ink and the Associative Banking Records and Files traceable to more than $300,000.00  In Payments Collected from Land O Lakes Dairy owed to the Wissers for Milk Sold to Land O Lakes.  USDA and Mr. Bruce Brown have NOT released the Land O Lakes Records  nor the Papers and Files ….. Electronic Banking Records which explain HOW IT IS …. USDA and Agent Bruce Brown had access to and was able to take Money from Bank Accounts belonging to the Wissers Your Plaintiffs.

TROOPER KAYE HARKISON
610-395-1438
ALLENTOWN STATE POLICE

## III.
## Damages caused to the Wissers

1.   But for the Deceptive and Fraudulent Concealing Conduct of the USDA and Mr. Bruce Brown, the Physical and Emotional Distress caused to the Wissers would have been avoided.

6

2. More than a decade of Attorney Fees, Expenses, Legal Costs and Endless Court Appearances would have been Avoided.

3. The Seizure of the Wisser's Cow Herd would have never occurred and the Vast Amounts of Time and Expenses associated with the Protracted Chapter 12 Proceedings would have been avoided.

4. These expenses caused to the Wissers OUT OF POCKET exceed $75,000.00

5. The Value of the 120 Plus  Cows Taken by USDA and Agent Bruce Brown exceed $150,000.00 and the Lost Income associated therewith another $75,000.00.

IV
RELIEF  DEMANDED

1.  A  TRO Temporary Restraining Order Should Issue until a Proper Audit and Reconciliation of these matters can be performed.  Said TRO should be Converted to a Permanent Injunction upon Hearing.

2. The Chapter 12 Stay to prevent USDA and Agent Bruce Brown from Sales or Repossession of the Wisser Farm should be immediately reinstated.

3. Upon Hearing and Trial of this Cause of Action ….. Wissers should recover Actual Damages shown and finally

4. Upon trial and hearing Wissers should be awarded an appropriate Punitive Damage Award of at Minimum Treble Damages Established in the Trial of this Cause.

7

5. Wissers explicitly request and demand a JURY TRIAL of these matters.

6. All costs and expenses associated with these matters should be paid to the Wissers in this case.

**7. FINALLY Larry and Cathy Wisser request that Summons to Answer and Appear in this Case be Served by the US Marshal's Service as the Wissers have been so Financially Devastated They are Unable to Afford the Costs of Said Service of Process.**

Respectfully Submitted

*Mr. & Mrs. Larry & Cathleen R Wisser*

**Larry and Cathy Wisser**

Dated  *Nov 9th 2021*

**Address of the Plaintiffs**

*8149 BAUSCH ROAD*
*NEW TRIPOLI PA, 18066*

8

33



FILED

NOV - 9 2021

TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

**Certificate of Service**

On this Date Nov 9th 2021 a True and Correct Copy of this Cause has by US
Mail been served upon The USDA and Mr. Bruce Brown and as well US
Bankruptcy Trustee Scott Waterman and the Following Address

BRUCE BROWN
BERKS COUNTY SERVICE CENTER
1238 COUNTY WELFARE ROAD
SUITE 240
LEESPORT PA. 19583

SCOTT WATERMAN ESQ.
CHAPTER 12 TRUSTEE
2901 ST. LAWRENCE AVENUE
READING, PA. 19606

9



In The United States District Court
Eastern Division of Pennsylvania and
The Bankruptcy Appellate Panel Allentown Pennsylvania

2021 NOV -9 PM 2: 30

FILED

NOV - 9 2021

TIMOTHY McGRATH, CLERK
BY_____ DEP. CLERK

Larry Wisser                    )
And
Cathleen Wisser                )

Plaintiffs                      )        Cause Number 20 - 14201

Vs                              )

*BRUCE BROWN, SCOTT WATER MAN*

Mr. Bruce Brown Individually    )
And as Agent for United States
Dept. Agriculture               )        **Deprivation of Due Process**
                                         **Equal Protection of Law**
The United States               )        **Fraud Upon the Courts**
Department of Agriculture
                                )
                                         <u>**JURY TRIAL DEMANDED**</u>
John and Jane Does 1-10         )
yet to be identified
                                )        **Plaintiffs**
Defendants                               **ORIGINAL COMPLAINT**

*BRUCE BROWN SCOTT WATER MAN*

**Plaintiffs Original Complaint**
<u>**And Appeal to BAP**</u>


<u>**Now Comes Larry and Cathleen Wisser, Plaintiffs**</u>  **and herein file this**
**Original Complaint for Fraud Upon the Court, Bad Faith Deceptive Process /**
**Abuse of Process, Violations of the Freedom of Information Act, Civil Rights**
**Deprivations and Fraud Upon the Bankruptcy Courts in Pennsylvania.**


CC: Larry & Cathleen Wisser, Bruce Brown, U. S. Dept. of Agriculture, Scott Waterman, Esq., U.S. Trustee; E-mail Notification to The Honorable Patricia M. Mayer  on 11/9/21    DL

1

1. Jurisdiction and Venue is provided by the United States Constitution and Laws as well as the Laws and Constitution for the Commonwealth of Pennsylvania.

   The 4th, 5th, 9th, 10th and 14th Amendment of the United States Constitution.

   ## Equal Protection | Wex | US Law | LII / Legal Information ...

   LII **https://www.law.cornell.edu** › wex › equal_protection

   U.S. Constitution. The Fifth Amendment's Due Process Clause requires the United States government to practice equal protection. The Fourteenth Amendment's Equal Protection Clause requires states to practice equal protection. Equal protection forces a state to govern impartially—not draw distinctions between individuals solely on differences ...

   ## 14th Amendment | U.S. Constitution | US Law | LII / Legal ...

   LII **https://www.law.cornell.edu** › constitution › amendmentxiv

   14th Amendment. The Fourteenth Amendment addresses many aspects of citizenship and the rights of citizens. The most commonly used -- and frequently litigated -- phrase in the amendment is " equal protection of the laws ", which figures prominently in a wide variety of landmark cases, including Brown v.

2. The Freedom of Information Act of the United States
   ## The Freedom of Information Act, 5 U.S.C. § 552

3. Jurisdiction and Venue

## 28 U.S. Code Part IV - JURISDICTION AND VENUE | U.S. Code

LII **https://www.law.cornell.edu** › uscode › text › 28 › part-IV

chapter 83—courts of appeals (§§ 1291 - 1296) chapter 85—district courts; jurisdiction (§§ 1330 - 1369) chapter 87—district courts; venue (§§ 1390 - 1413) chapter 89—district

2

courts; removal of cases from state courts (§§ 1441 - 1455) [chapter 90—omitted] chapter
91—united states court of federal claims (§§ 1491 ...

## I.
## Individual and Specific Counts of Plaintiff's Lawful Rights

1. _Beginning on or about February 1st  2005   Your Plaintiff's were involved in
   obtaining Credit from the USDA  ( US Department of Agriculture ) and
   dealing primarily with USDA Agent Mr. Bruce Brown.  The Nature of the
   Loans were Operations and Facilities Financing for the Wisser Farm herein
   described.   8149 BAUSCH RD NEW TRIPOLI, PA 18066

2. During the following Years The Wissers received $150,000  ONE HUNDRED
   FIFTY THOUSAND DOLLARS in Farm Preservation Grant money that USDA
   Agent Bruce Brown misappropriated and absconded with using methods
   unknown to and secreted from the Wissers.  This $150,000.00 amount was
   deprived from the Wissers and taken by USDA Agent Bruce Brown.

3. During this same Period  another $255,000.00  in USDA Backed Loans and
   $40,000,00 for a Mystery Milk Tank and a $30,000.00  Mystery Loan was created
   by USDA Agent Bruce Brown for which said Amounts were NEVER Provided to
   the Wissers for Their Benefit or Operations for their Farm which caused Them
   to seek Chapter 12 Bankruptcies over the past 10 years +.

4. During this period beginning in 2015 the Wissers began asking for production
   of the USDA's Files and Records associated with the Farm Preservation Money
   and Mystery Loans for which They DID NOT RECEIVE benefit of  to reconcile
   and audit the ACTUAL AMOUNTS which have been owed to the USDA which
   are involved in Their Bankruptcies under Chapter 12 of the US Bankruptcy
   Code.

3

5. Only Last Month did US Bankruptcy Judge Meyers finally ORDER the USDA to provide to the Wissers the Files and Records associated with these Mystery Loans and the Vanished Absconded Farm Preservation Monies so that Wissers could properly account for monies actually owed to the USDA. Said production of the FOIA'd Files and Records were UNSATISFACTORILY and Only Partially Produced on October 28th 2021 to the Wissers. On the very day These FOIA'd files and records were finally produced 7 years late. The US Bankruptcy Court fraudulently dismissed Wissers most recent Ch 12 Bankruptcy and DID NOT ALLOW the Wissers to Audit and Reconcile Monies actually owed to the USDA.

6. In the records finally produced 7 years LATE …. There appears THREE US TREASURY CHECKS which have been Absconded With and By Fraudulent Means ( Forged ) totalling more than $300,000.00 for which the Wissers have never seen, never received benefit of and until October 28th 2021 have had NO KNOWLEDGE OF.

7. These very large sums of money IF the Wissers had actually received them THEY WOULD HAVE NEVER needed to seek Chapter 12 Bankruptcy Protection and would have been spared more than a Decades Struggle and Huge Expenses to Protect Themselves and Property from Seizure by the USDA in the Unconscionable and Fraudulent Collections Activities engaged in by USDA. Said Abusive and Fraudulent Collections efforts by USDA constitute violations of the FAIR DEBT COLLECTIONS PRACTICES ACT

## Fair Debt Collection Practices Act | Federal Trade Commission

https://www.ftc.gov › enforcement › rules › rulemaking-regulatory-reform-proceedings › fair-debt-collection-practices-act-text
Fair Debt Collection Practices Act As amended by Public Law 111-203, title X, 124 Stat. 2092 (2010) As a public service, the staff of the Federal Trade Commission (FTC) has prepared the following complete text of the Fair Debt Collection Practices Act §§ 1692-1692p.

4

8. The Conduct of USDA and It's Agent Bruce Brown and the USDA constitutes Common Law Fraud as well as Unconstitutional Denial of Equal Protection and Due Process of Law by acting to Violate the Freedom of Information Laws as well as the Concealment of Records associated with the ACTUAL AMOUNTS OWING to the USDA in the Chapter 12 Proceedings dismissed by Judge Meyers on October 28th 2021 being the same day the Wissers finally received the PARTIAL PRODUCTION of FOIA'd Files and Records hidden by Mr. Bruce Brown and the USDA for the preceding 7 years.

9. At this time the ORIGINAL Treasury Checks with the ORIGINAL INK SIGNATURES are being sought by Pennsylvania State Police Troopers for Forensic Examination as the PHOTO-COPIED Checks produced on October 28th 2021 Can NOT Properly Be Authenticated Forensically because they have been DIGITALLY COMPUTER REPRODUCED. Wissers have Never Seen nor had Knowledge of the COPIED Checks Produced.

II.

## Bad Faith and Fraud engaged in by USDA and Agent Bruce Brown

1. Hiding and Concealing the Files and Records of USDA and the FOIA Violations involved denied to Wissers the ability to accurately provide Facts and Figures to the Bankruptcy Court and Trustees during multiple Chapter 12 Proceedings.

2. During the past decade, the Wissers have suffered a Fraudulent Seizure of Their Dairy Herd by Agent Bruce Brown and USDA causing a complete shut down of their ability to Produce Milk and Income. Said Seizure of the

5

Wisser Herd by FRAUD has been part of an UNRELENTING PURSUIT by USDA and Agent Bruce Brown to Deny to the Wissers and By Fraud, Deception and Theft take Their Farm Business, Home and virtually everything the Wissers Own.  The Bad Faith, Deceptive and Fraudulent Concealment of Records and Files subject to FOIA over the last 7 years and more has created the Circumstances of the Recent Dismissal of the Wissers Recent Chapter 12 Bankruptcy.

3. The Stay associated with the Recently Dismissed Chapter 12 should be IMMEDIATELY  Reinstated until the Wissers and the Treasury Checks and other files and records can be fully AUTHENTICATED and AUDITED.

4. At this time the Pennsylvania State Police are seeking the ORIGINAL Treasury Checks signed in Ink and the Associative Banking Records and Files traceable to more than $300,000.00  In Payments Collected from Land O Lakes Dairy owed to the Wissers for Milk Sold to Land O Lakes.  USDA and Mr. Bruce Brown have NOT released the Land O Lakes Records  nor the Papers and Files ….. Electronic Banking Records which explain HOW IT IS …. USDA and Agent Bruce Brown had access to and was able to take Money from Bank Accounts belonging to the Wissers Your Plaintiffs.

TROOPER KAYE HARKISON
610-395-1438
ALLENTOWN STATE POLICE

### III.
### Damages caused to the Wissers

1.  But for the Deceptive and Fraudulent Concealing Conduct of the USDA and Mr. Bruce Brown, the Physical and Emotional Distress caused to the Wissers would have been avoided.

6

40

2. More than a decade of Attorney Fees, Expenses, Legal Costs and Endless
Court Appearances would have been Avoided.

3. The Seizure of the Wisser's Cow Herd would have never occurred and the
Vast Amounts of Time and Expenses associated with the Protracted
Chapter 12 Proceedings would have been avoided.

4. These expenses caused to the Wissers OUT OF POCKET exceed
$75,000.00

5. The Value of the 120 Plus  Cows Taken by USDA and Agent Bruce Brown
exceed $150,000.00 and the Lost Income associated therewith another
$75,000.00.

IV
RELIEF  DEMANDED

1.  A  TRO Temporary Restraining Order Should Issue until a Proper Audit and
Reconciliation of these matters can be performed.  Said TRO should be
Converted to a Permanent Injunction upon Hearing.

2. The Chapter 12 Stay to prevent USDA and Agent Bruce Brown from Sales
or Repossession of the Wisser Farm should be immediately reinstated.

3. Upon Hearing and Trial of this Cause of Action ….. Wissers should recover
Actual Damages shown and finally

4. Upon trial and hearing Wissers should be awarded an appropriate Punitive
Damage Award of at Minimum Treble Damages Established in the Trial of
this Cause.

7

5. Wissers explicitly request and demand a JURY TRIAL of these matters.

6.  All costs and expenses associated with these matters should be paid to the Wissers in this case.

7.  **FINALLY  Larry and Cathy Wisser request that Summons to Answer and Appear in this Case be Served by the US Marshal's Service as the Wissers have been so Financially Devastated They are Unable to Afford the Costs of Said Service of Process.**

Respectfully Submitted

*Mr. & Mrs. Larry & Cathleen R Wisser*

**Larry and Cathy Wisser**

Dated  Nov 9th 2021

**Address of the Plaintiffs**

8149 BAUSCH ROAD
NEW TRIPOLI PA, 18066

8

42



FILED

NOV - 9 2021

TIMOTHY McGRATH, CLERK
BY_____ DEP CLERK

**Certificate of Service**

On this Date *Nov 9th 2021* a True and Correct Copy of this Cause has by US
Mail been served upon The USDA and Mr. Bruce Brown and as well US
Bankruptcy Trustee Scott Waterman and the Following Address

BRUCE BROWN
BERKS COUNTY SERVICE CENTER
1238 COUNTY WELFARE ROAD
SUITE 240
LEESPORT PA. 19583

SCOTT WATERMAN Esq.
CHAPTER 12 TRUSTEE
2901 ST. LAWRENCE AVENUE
READING, PA. 19606

9

In re:                                                                                    Case No. 20-14201-pmm

Larry Lee Wisser                                                                          Chapter 12

Cathleen Rachel Wisser

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Larry Lee Wisser, Cathleen Rachel Wisser, 8149 Bausch Road, New Tripoli, PA 18066-3614 |
|  | + Berks County Service Center, ATTN: Bruce Brown, 1238 County Welfare Road, Suite 240, Leesport, PA 19533-9710 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES N. SHURR, JR. | on behalf of Creditor Northwest Bank  successor to Union Community Bank cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com |
| JACK M. SEITZ | on behalf of Creditor New Tripoli Bank  Seitz jseitz@lesavoybutz.com, sblake@lesavoybutz.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northwestern Lehigh School District and Weisenberg Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| REBECCA ANN SOLARZ | on behalf of Creditor United States of America  acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

District/off: 0313-4                                                                                    User: AutoDocke                                                                       Page 2 of 2
Date Rcvd: Nov 09, 2021                                                                                 Form ID: pdf900                                                                       Total Noticed: 2

SCOTT F. WATERMAN (Chapter 12)
                          ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 12)
                          on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com

SHAWN J. LAU
                          on behalf of Joint Debtor Cathleen Rachel Wisser shawn_lau@msn.com  g61705@notify.cincompass.com

SHAWN J. LAU
                          on behalf of Debtor Larry Lee Wisser shawn_lau@msn.com  g61705@notify.cincompass.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

In The United States District Court
Eastern Division of Pennsylvania and
The Bankruptcy Appellate Panel Allentown Pennsylvania

2021 NOV -9  PM 2: 30

FILED

NOV - 9 2021

TIMOTHY McGRATH, CLERK
DEP CLERK

| | |
|---|---|
| Larry Wisser | ) |
| And | |
| Cathleen Wisser | ) |
| | |
| **Plaintiffs** | ) Cause Number 20-14201 |
| | |
| **Vs** | ) |
| *BRUCE BROWN, SCOTT WATER MAN* | |
| Mr. Bruce Brown Individually | ) |
| And as Agent for United States | |
| Dept. Agriculture | ) **Deprivation of Due Process** |
| | **Equal Protection of Law** |
| **The United States** | ) **Fraud Upon the Courts** |
| **Department of Agriculture** | |
| | ) |
| | **JURY TRIAL DEMANDED** |
| **John and Jane Does 1-10** | ) |
| **yet to be identified** | |
| | ) **Plaintiffs** |
| **Defendants** | **ORIGINAL COMPLAINT** |
| *BRUCE BROWN  SCOTT WATER MAN* | |

**Plaintiffs Original Complaint
And Appeal to BAP**


**Now Comes Larry and Cathleen Wisser,  Plaintiffs**  and herein  file this
Original Complaint for Fraud Upon the Court, Bad Faith Deceptive Process /
Abuse of Process,  Violations of the  Freedom of Information Act, Civil Rights
Deprivations and Fraud Upon the Bankruptcy Courts in Pennsylvania.


CC: Larry & Cathleen Wisser, Bruce Brown, U. S. Dept. of Agriculture, Scott Waterman, Esq., U.S. Trustee; E-mail Notification to The Honorable Patricia M. Mayer  on 11/9/21    DL

1

1. **Jurisdiction and Venue is provided by the United States Constitution and Laws as well as the Laws and Constitution for the Commonwealth of Pennsylvania.**

   **The 4th, 5th, 9th, 10th and 14th Amendment of the United States Constitution.**

## Equal Protection | Wex | US Law | LII / Legal Information ...

LII **https://www.law.cornell.edu** › wex › equal_protection

U.S. Constitution. The Fifth Amendment's Due Process Clause requires the United States government to practice equal protection. The Fourteenth Amendment's Equal Protection Clause requires states to practice equal protection. Equal protection forces a state to govern impartially—not draw distinctions between individuals solely on differences ...

## 14th Amendment | U.S. Constitution | US Law | LII / Legal ...

LII **https://www.law.cornell.edu** › constitution › amendmentxiv

14th Amendment. The Fourteenth Amendment addresses many aspects of citizenship and the rights of citizens. The most commonly used -- and frequently litigated -- phrase in the amendment is " equal protection of the laws ", which figures prominently in a wide variety of landmark cases, including Brown v.

2. **The Freedom of Information Act of the United States**
   The Freedom of Information Act, 5 U.S.C. § 552

3. **Jurisdiction and Venue**

## 28 U.S. Code Part IV - JURISDICTION AND VENUE | U.S. Code

LII **https://www.law.cornell.edu** › uscode › text › 28 › part-IV

chapter 83—courts of appeals (§§ 1291 - 1296) chapter 85—district courts; jurisdiction (§§ 1330 - 1369) chapter 87—district courts; venue (§§ 1390 - 1413) chapter 89—district

2

courts; removal of cases from state courts (§§ 1441 - 1455) [chapter 90—omitted] chapter
91—united states court of federal claims (§§ 1491 ...

## I.
## Individual and Specific Counts of Plaintiff's Lawful Rights

1.  _Beginning on or about February 1st 2005_  Your Plaintiff's were involved in
    obtaining Credit from the USDA  ( US Department of Agriculture ) and
    dealing primarily with USDA Agent Mr. Bruce Brown.  The Nature of the
    Loans were Operations and Facilities Financing for the Wisser Farm herein
    described.   8149 BAUSCH RD NEW TRIPOLI, PA 18066

2.  During the following Years The Wissers received $150,000  ONE HUNDRED
    FIFTY THOUSAND DOLLARS in Farm Preservation Grant money that USDA
    Agent Bruce Brown misappropriated and absconded with using methods
    unknown to and secreted from the Wissers.  This $150,000.00 amount was
    deprived from the Wissers and taken by USDA Agent Bruce Brown.

3.  During this same Period  another $255,000.00  in USDA Backed Loans and
    $40,000,00 for a Mystery Milk Tank and a $30,000.00  Mystery Loan was created
    by USDA Agent Bruce Brown for which said Amounts were NEVER Provided to
    the Wissers for Their Benefit or Operations for their Farm which caused Them
    to seek Chapter 12 Bankruptcies over the past 10 years +.

4.  During this period beginning in 2015 the Wissers began asking for production
    of the USDA's Files and Records associated with the Farm Preservation Money
    and Mystery Loans for which They DID NOT RECEIVE benefit of  to reconcile
    and audit the ACTUAL AMOUNTS which have been owed to the USDA which
    are involved in Their Bankruptcies under Chapter 12 of the US Bankruptcy
    Code.

5. Only Last Month did US Bankruptcy Judge Meyers finally ORDER the USDA to
   provide to the Wissers the Files and Records associated with these Mystery
   Loans and the Vanished Absconded Farm Preservation Monies so that
   Wissers could properly account for monies actually owed to the USDA.  Said
   production of the  FOIA'd Files and Records were UNSATISFACTORILY and
   Only Partially Produced on October 28th 2021 to the Wissers.  On the very day
   These FOIA'd files and records were finally produced 7 years late.  The US
   Bankruptcy Court fraudulently dismissed Wissers most recent Ch 12
   Bankruptcy and DID NOT ALLOW the Wissers to Audit and Reconcile Monies
   actually owed to the USDA.

6. In the records finally produced 7 years LATE …. There appears THREE US
   TREASURY CHECKS which have been Absconded With and By Fraudulent
   Means ( Forged ) totalling more than $300,000.00  for which the Wissers have
   never seen, never received benefit of and until October 28th 2021 have had NO
   KNOWLEDGE OF.

7. These very large sums of money IF the Wissers had actually received them
   THEY WOULD HAVE NEVER needed to seek Chapter 12 Bankruptcy Protection
   and would have been spared more than a Decades Struggle and Huge
   Expenses to Protect Themselves and Property from Seizure by the USDA in
   the Unconscionable and Fraudulent Collections Activities engaged in by
   USDA. Said Abusive and Fraudulent Collections efforts by USDA constitute
   violations of the FAIR DEBT COLLECTIONS PRACTICES ACT


## Fair Debt Collection Practices Act | Federal Trade Commission

https://www.ftc.gov › enforcement › rules › rulemaking-regulatory-reform-proceedings ›
fair-debt-collection-practices-act-text
Fair Debt Collection Practices Act As amended by Public Law 111-203, title X, 124 Stat. 2092
(2010) As a public service, the staff of the Federal Trade Commission (FTC) has prepared the
following complete text of the Fair Debt Collection Practices Act §§ 1692-1692p.

4

8. The Conduct of USDA and It's Agent Bruce Brown and the USDA constitutes Common Law Fraud as well as Unconstitutional Denial of Equal Protection and Due Process of Law by acting to Violate the  Freedom of Information Laws as well as the Concealment of Records associated with the ACTUAL AMOUNTS OWING to the USDA in the Chapter 12 Proceedings dismissed by Judge Meyers on October 28th 2021 being the same day the Wissers finally received the PARTIAL PRODUCTION of FOIA'd  Files and Records hidden by Mr. Bruce Brown and the USDA for the preceding 7 years.

9. At this time the ORIGINAL Treasury Checks with the ORIGINAL  INK SIGNATURES are being sought by  Pennsylvania State Police Troopers for Forensic Examination as the PHOTO-COPIED  Checks produced on October 28th 2021  Can NOT Properly Be Authenticated Forensically because they have been  DIGITALLY COMPUTER REPRODUCED.  Wissers have Never Seen nor had Knowledge of the COPIED Checks Produced.

II.

### Bad Faith and Fraud engaged in by USDA and Agent Bruce Brown

1. Hiding and Concealing the  Files and Records of USDA and the  FOIA Violations involved denied to Wissers the ability to accurately provide Facts and Figures to the Bankruptcy Court and Trustees during multiple Chapter 12 Proceedings.

2. During the past decade, the Wissers have suffered a Fraudulent Seizure of Their Dairy Herd by Agent Bruce Brown and USDA causing a complete shut down of their ability to Produce Milk and Income. Said Seizure of the

5

Wisser Herd by FRAUD has been part of an UNRELENTING PURSUIT by
USDA and Agent Bruce Brown to Deny to the Wissers and By Fraud,
Deception and Theft take Their Farm Business, Home and virtually
everything the Wissers Own.  The Bad Faith, Deceptive and Fraudulent
Concealment of Records and Files subject to FOIA over the last 7 years
and more has created the Circumstances of the Recent Dismissal of the
Wissers Recent Chapter 12 Bankruptcy.

3.  The Stay associated with the Recently Dismissed Chapter 12 should be
IMMEDIATELY  Reinstated until the Wissers and the Treasury Checks and
other files and records can be fully AUTHENTICATED and AUDITED.

4.  At this time the Pennsylvania State Police are seeking the ORIGINAL
Treasury Checks signed in Ink and the Associative Banking Records and
Files traceable to more than $300,000.00  In Payments Collected from Land
O Lakes Dairy owed to the Wissers for Milk Sold to Land O Lakes.  USDA
and Mr. Bruce Brown have NOT released the Land O Lakes Records  nor
the Papers and Files ….. Electronic Banking Records which explain HOW IT
IS …. USDA and Agent Bruce Brown had access to and was able to take
Money from Bank Accounts belonging to the Wissers Your Plaintiffs.

TROOPER KAYE HARKISON
610 - 395 - 1438
ALLENTOWN STATE POLICE

III.
Damages caused to the Wissers

1.  But for the Deceptive and Fraudulent Concealing Conduct of the USDA
and Mr. Bruce Brown, the Physical and Emotional Distress caused to the
Wissers would have been avoided.

6

2. More than a decade of Attorney Fees, Expenses, Legal Costs and Endless Court Appearances would have been Avoided.

3. The Seizure of the Wisser's Cow Herd would have never occurred and the Vast Amounts of Time and Expenses associated with the Protracted Chapter 12 Proceedings would have been avoided.

4. These expenses caused to the Wissers OUT OF POCKET exceed $75,000.00

5. The Value of the 120 Plus  Cows Taken by USDA and Agent Bruce Brown exceed $150,000.00 and the Lost Income associated therewith another $75,000.00.

IV
**RELIEF  DEMANDED**

1.   A  TRO Temporary Restraining Order Should Issue until a Proper Audit and Reconciliation of these matters can be performed.  Said TRO should be Converted to a Permanent Injunction upon Hearing.

2. The Chapter 12 Stay to prevent USDA and Agent Bruce Brown from Sales or Repossession of the Wisser Farm should be immediately reinstated.

3. Upon Hearing and Trial of this Cause of Action ….. Wissers should recover Actual Damages shown and finally

4. Upon trial and hearing Wissers should be awarded an appropriate Punitive Damage Award of at Minimum Treble Damages Established in the Trial of this Cause.

7

5. Wissers explicitly request and demand a JURY TRIAL of these matters.

6. All costs and expenses associated with these matters should be paid to the Wissers in this case.

7. FINALLY Larry and Cathy Wisser request that Summons to Answer and Appear in this Case be Served by the US Marshal's Service as the Wissers have been so Financially Devastated They are Unable to Afford the Costs of Said Service of Process.

Respectfully Submitted

Larry and Cathy Wisser

Dated Nov 9th 2021

Address of the Plaintiffs

8149 BAUSCH ROAD
NEW TRIPOLI PA, 18066

8

FILED

NOV - 9 2021

TIMOTHY McGRATH, CLERK
BY _____ DEB CLERK

**Certificate of Service**

**On this Date** Nov 9th 2021 **a True and Correct Copy of this Cause has by US Mail been served upon The USDA and Mr. Bruce Brown and as well US Bankruptcy Trustee Scott Waterman and the Following Address**

BRUCE BROWN
BERKS COUNTY SERVICE CENTER
1238 COUNTY WELFARE ROAD
SUITE 240
LEESPORT PA. 19583

SCOTT WATERMAN ESQ.
CHAPTER 12 TRUSTEE
2901 ST. LAWRENCE AVENUE
READING, PA. 19606

9

Imaged Certificate of Notice    Page 1 of 4
United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 20-14201-pmm
Larry Lee Wisser                                               Chapter 12
Cathleen Rachel Wisser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                              Page 1 of 2
Date Rcvd: Nov 12, 2021                       Form ID: pdf900                          Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry Lee Wisser, Cathleen Rachel Wisser, 8149 Bausch Road, New Tripoli, PA 18066-3614 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | New Tripoli Bank, Seitz, Lesavoy Butz & Seitz LLC, c/o Jack M. Seitz, Esq., 1620 Pond Road, Suite 200 Allentown, PA 18104-2255 |
| cr | + | Northwest Bank, successor to Union Community Bank, c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| cr | + | Northwestern Lehigh School District and Weisenberg, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2021 03:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 13 2021 03:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | | Barry C Betz |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4                                                                    User: Robot                         Page 2 of 2
Date Rcvd: Nov 12, 2021                                                                 Document ID: Page               Total Noticed: 11

Date: Nov 14, 2021                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES N. SHURR, JR. | on behalf of Creditor Northwest Bank  successor to Union Community Bank cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com |
| JACK M. SEITZ | on behalf of Creditor New Tripoli Bank  Seitz jseitz@lesavoybutz.com, sblake@lesavoybutz.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northwestern Lehigh School District and Weisenberg Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| REBECCA ANN SOLARZ | on behalf of Creditor United States of America  acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 12) | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 12) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Joint Debtor Cathleen Rachel Wisser shawn_lau@msn.com  g61705@notify.cincompass.com |
| SHAWN J. LAU | on behalf of Debtor Larry Lee Wisser shawn_lau@msn.com  g61705@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Larry Lee and
Cathleen Rachel Wisser,                          :
                                                 :          **Chapter 12**
                    Debtors.                     :

_____          :          Bky. No. 20-14201 (PMM)

## ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

**AND NOW,** the Debtors having filed a Notice of Appeal on November 9, 2021 (doc. #222) from this Court's Order dated October 28, 2021 (doc. #215);

**AND**, the Debtors also having filed an Application to Proceed in District Court *In Forma Pauperis* on November 9, 2021 (doc. #223) ("the IFP Motion");

**AND**, this Court having the authority to grant the IFP Motion pursuant to 28 U.S.C. §§1915(a); 1930(f)(2); see In re Lassina, 261 B.R. 614, 617 (Bankr. E.D. Pa. 2001);

**BUT** the Debtors having failed to submit an Affidavit in support of the IFP Motion;[1]

**AND** the IFP Motion having failed to state that the Debtors' lack sufficient income and or resources to pay the necessary fee(s):

It is hereby **ORDERED** that the IFP Motion is **DENIED**. The Debtors must pay the appropriate fees to proceed in District Court.

*Patricia M. Mayer*

Date:  11/10/21
                                        _____
                                        **HON. PATRICIA M. MAYER**
                                        **U.S. BANKRUPTCY JUDGE**

---

[1]     The Debtors filed the "Short Form" Application rather than the "Long Form." The Short Form is only available to prisoners. Notwithstanding this error, the statement of income in the Debtors' Application does not indicate a need to proceed *in forma pauperis*.

58