UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE GATEWAY BLDG.
201 PENN STREET
SUITE 103
READING, PA  19601

Timothy B. McGrath                                                                                                  Telephone
Clerk                                                                                                                          610- 208-5040

December 7, 2021

Re:     Larry Lee Wisser and Cathleen Rachel Wisser
        Bankruptcy No.:20-14201 pmm
        Civil Action No.  21-cv-5110

Dear Kate Barkman, Clerk of Court:

   We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

   ( ) Certificate of appeal

   ( ) Designation of Record on Appeal Filed

   (XX) Designation of Record on Appeal Not Filed

   ( ) Supplemental certificate of appeal.

   ( ) Motion for leave to appeal filed  .( ) Answer to motion filed  .

   ( ) Proposed findings of fact and conclusions of law entered   by the Honorable  .

        ( ) Objections filed  .

   ( ) Report and recommendation entered   by the Honorable  .

        ( ) Objections filed  .

   ( ) Original record transferred to the District Court pursuant to the order of the

   Honorable .( ) Other:

   Kindly acknowledge receipt on the copy of the letter provided.

                                        For the Court
                                        Timothy B. McGrath
                                        Clerk

                                        By:  s/ Denise Lavariere
                                        Deputy Clerk

---

Received Above material or record tile this   _7th_  day of _December_, 20 _21_.

Civil Action No. 21-cv-5110              Signature:  _s/Nicoel Durso_

Miscellaneous No. _____          Date: _12/07/2021_

Assigned to Judge _Smith_                                                                       BFL5.frm(rev 11/8/17)

EFCOA.ELC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Larry Lee Wisser | : | |
|     Cathleen Rachel Wisser | | Chapter 12 |
| | : | |
| | : | Bankruptcy No. 20-14201 |
| | : | Adversary No. |
| | : | Civil No. 21-cv-5110 |

## CERTIFICATE OF APPEAL FROM ORDER OF
## THE BANKRUPTCY JUDGE DATED OCTOBER 28, 2021
## ENTERED ON THE DOCKET OCTOBER 28, 2021

    I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed   and certify that the above proceeding was properly before the Honorable
, Bankruptcy Judge.

    For the Court

    Timothy B. McGrath
    Clerk


    By: s/ Denise Lavariere
        Deputy Clerk

**Counsel of Record**

Larry Lee Wisser
Cathleen Rachel Wisser
8149 Bausch Road
New Tripoli, PA 18066
*Pro Se Debtor/Appellant*

SHAWN J. LAU
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606
*Counsel on Record*


Scott Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
*Chapter 12 Trustee*

Dave P. Adams
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19107
*Counsel for U.S. Trustee*

Bruce Brown, agent for U.S. Dept of Agriculture
Berks County Service Center
1238 County Welfare Road, Ste. 240
Leesport, PA 19583
*Interested Party*