IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: LARRY WISSER and CATHLEEN    :
WISSER,                              :
                                     :           CIVIL ACTION NO. 21-5110
                   Appellants.       :

# ORDER

**AND NOW**, this 28th day of February, 2022, the court, in an order dated January 21, 2022, having directed the *pro se* appellants, Larry Wisser and Cathleen Wisser (the "Wissers"), to comply with the Federal Rules of Bankruptcy Procedure to ensure that the record was properly before this court by February 21, 2022, Doc. No. 18; and the Wissers having failed to comply with the Federal Rules of Bankruptcy Procedure by February 21, 2022[1]; accordingly, it is hereby **ORDERED** as follows:

1.  This action is **DISMISSED WITHOUT PREJUDICE**;

2.  The clerk of court shall mark this case as **CLOSED**;

3.  The clerk of court shall **MAIL** a copy of this order to Larry Wisser and Cathleen Wisser at 8149 Bausch Road, New Tripoli, Pennsylvania 18066;

4.  The clerk of court shall **E-MAIL** a copy of this order to Tim Wasser at wassertim@yahoo.com;[2] and

---

[1] Concerning both the issue with the Wissers' failure to file a designation of the record on appeal and order a transcript (or file a certificate stating they were not ordering a transcript), "[a]n appellant's failure to take any step other than the timely filing of a notice of appeal does not affect the validity of the appeal, but is ground only for the district court . . . to act as it considers appropriate, including dismissing the appeal." Fed. R. Bankr. P. 8003(a)(2).

[2] The Wissers have previously represented to the court that Tim Wasser is their pastor and that they can be contacted through their church.

5. The clerk of court shall (a) **E-MAIL** a copy of this order to Scott F. Waterman at ECFMail@ReadingCh13.com and (b) **MAIL** a copy of this order to Scott F. Waterman at 2901 St. Lawrence Avenue, Suite 100, Reading, Pennsylvania 19606.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.